UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
UNITED STATES OF AMERICA
                                        :       CONSENT PRELIMINARY
        - v. -                                  ORDER OF FORFEITURE/
                                        :       MONEY JUDGMENT
SINA MOAYEDI,
                                        :       S1 22 Cr. 188 (JSR)
                Defendant.
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        WHEREAS, on or about ___4/23___, 2023, defendant SINA MOAYEDI (the

"Defendant") was charged in a three-count Superseding Information, S1 22 Cr. 188 (JSR) (the

"Information"), with conspiracy to commit wire and bank fraud in violation of Title 18, United

States Code, Section 371 (Count One); conspiracy to commit bribery in violation of Title 18,

United States Code, Section 371 (Count Two); and aggravated identity theft in violation of Title

18, United States Code, Section 1028A (Count Three);

        WHEREAS, the Information included a forfeiture allegation as to Count One of the

Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code,

Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property,

real and personal, that constitutes or is derived from proceeds traceable to the commission of the

offense charged in Count One of the Information, including but not limited to a sum of money in

United States currency representing the amount of proceeds traceable to the commission of the

offense charged in Count One of the Information;

        WHEREAS, the Information also included a forfeiture allegation as to Count Two

of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code,

Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property,

real and personal, that constitutes or is derived from proceeds traceable to the commission of the

offense charged in Count Two of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count Two of the Information;

WHEREAS, on or about _____, 2023, the Defendant pled guilty to Counts One through Three of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegations with respect to Counts One and Two of the Information and agreed to forfeit, to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of money equal to **$17,795,098.50** in United States currency, representing proceeds traceable to the commission of offenses charged in Counts One and Two of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of **$17,795,098.50** in United States currency, representing the amount of proceeds traceable to the offenses charged in Counts One and Two of the Information that the Defendant personally obtained, for which the Defendant is (a) jointly and severally liable up to the amount of $60,000 in United States currency with his co-conspirator May Salehi, who was convicted and sentenced in criminal action 21 Cr. 577 (JSR), and (b) jointly and severally liable with any subsequently convicted co-conspirator(s) to the extent that (i) they are liable for any of the same amount as the Defendant ($17,795,098.50), and (ii) money judgments are entered against them; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One and Two of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Michael D. Neff and Louis A. Pellegrino, of counsel, and the Defendant, and his counsel, Frederick L. Sosinsky, Esq. and Sara Kropf, Esq., that:

1.    As a result of the offenses charged in Counts One and Two of the Information, to which the Defendant pled guilty, a money judgment in the amount of **$17,795,098.50** in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One and Two of the Information that the Defendant personally obtained, for which the Defendant is (a) jointly and severally liable up to the amount of $60,000 in United States currency with his co-conspirator May Salehi, who was convicted and sentenced in criminal action 21 Cr. 577 (JSR), and (b) jointly and severally liable with any subsequently convicted co-conspirator(s) to the extent that (i) they are liable for any of the same amount as the Defendant ($17,795,098.50), and (ii) money judgments are entered against them, shall be entered against the Defendant.

2.    Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, SINA MOAYEDI, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.    All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

3

4.     The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.     Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.     Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.     The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.    The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:    _____          3/23/2023
        MICHAEL D. NEFF                          DATE
        LOUIS A. PELLEGRINO
        Assistant United States Attorneys
        One St. Andrew's Plaza
        New York, NY 10007
        (212) 637-2107/2617


SINA MOAYEDI

By:    _____          4/19/23
        SINA MOAYEDI                             DATE


By:    _____          4/19/23
        FREDERICK L. SOSINSKY, ESQ.              DATE
        45 Broadway, Suite 3010
        New York, New York 10006

        SARA KROPF, ESQ.
        Kropf Moseley PLLC
        1100 H Street NW, Suite 1220
        Washington, DC 20005
        *Attorneys for Defendant*


SO ORDERED:

_____                 4/29/23
THE HONORABLE JED S. RAKOFF                      DATE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK