Exhibit A

# CONSULTING PROJECT

## PRE-SENTENCE MEMORANDUM

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA

-against-

SINA MOAYEDI
Indictment # 1:22-cr-00188-JSR

HONORABLE JUDGE JED S. RAKOFF

Respectfully submitted,

Mandi Budah, MA, LCSW
Forensic Social Work Consultant

Reynaldo Cusicanqui, B.A.
Forensic Mitigation Specialist
CONSULTING PROJECT

Frederick L. Sosinsky, Esq.
45 Broadway, Ste.3010
New York, New York 10006

Sara E. Kropf, Esq.
1100 H Street NW, Ste. 1220
Washington DC 20003
DEFENSE COUNSEL

August 3, 2023

TABLE OF CONTENTS

INTRODUCTION……………………………………………………………...…Pg. 3

BIOPSYCHOSOCIAL HISTORY………...…………………………………………..Pg. 7

PINNACLE CHANGES IN LIFE……………………………………………………Pg. 10

EMPLOYMENT HISTORY…………………………………………...…..……………Pg. 12

CREATION OF MONTAGE, INC…………………………………………………….Pg. 13

COLLATERAL INTERVIEW WITH SIAKZAR MOEYEDI...……………………………Pg. 15

COLLATERAL INTERVIEW WITH ROXANNA MOAYEDI……………………………Pg. 17

COLLATERAL INTERVIEW WITH MANDANA SIGAROUDI…………………………Pg. 20

COLLATERAL INTERVIEW WITH SOURENA MOAYEDI……………………………Pg. 22

COLLATERAL INTERVIEW WITH MELISSA GONZALES……………………………Pg. 24

ASSESSMENT OF CHARACTER……………………………………………………Pg. 27

ALCOHOL AND SUBSTANCE USE HISTORY………………….………...………Pg. 29

LEGAL HISTORY……………………………………………...………………......Pg. 30

MEDICAL AND PHYSICAL HEALTH HISTORY……………………………………Pg. 30

MENTAL HEALTH HISTORY …………………………….…………………….......Pg. 33

CLINICAL ASSESSMENT………..…...…………………………………..………Pg. 34

RELEVANT RESEARCH SUPPORTING CLINICAL CONCLUSIONS…………………Pg. 36

ADJUSTMENT TO PRE-PLEA INCARCERATION……………………………………Pg.44

IMPACT OF INCARCERATION……………………………………………………..Pg. 45

IMPACT OF INCARCERATION ON WIFE AND CHILDREN…………………………..Pg. 48

SENTENCING RECOMMENDATIONS………………….…………………………Pg. 52

EXHIBITS:

    1-7 Character Reference Letters
    8-12 Achievements While in Detention

**INTRODUCTION**

This pre-sentence memorandum has been prepared by the Consulting Project, a private mitigation and forensic social work firm that assists defense attorneys with evaluations of individual clients and cases with a view toward presenting alternative pleas and sentencing possibilities to the Court and the United States Attorney's Office. This memorandum is submitted by Reynaldo Cusicanqui and Mandi Budah, MA, LCSW on behalf of Sina Moayedi, at the request of his attorney, Frederick L. Sosinsky and Sara E. Kropf.

Mr. Cusicanqui has worked as a Forensic Mitigation Specialist and Sentencing Advocate since 1995. Due to his lengthy experience, he has knowledge of biopsychosocial contributors and extensive knowledge of criminal behavior derived from evaluating thousands of defendants in the state and federal court systems. He has also gained most of his forensic experience in mitigation from being appointed as a Senior Mitigation Specialist on numerous death penalty eligible matters in the United States District Court for the Southern and Eastern Districts of New York. He specifically presented over 60 pre-sentence memoranda in the Southern District of New York.

I, Mandi Budah have worked as a Licensed Clinical Social Worker since 2012 and additionally possess a master's degree in forensic psychology, obtained in 2010. A degree in forensic psychology specializes in the application of clinical skills including assessment, treatment, and evaluation to forensic settings. Following psychological assessment of an offender, I am able to apply tools, research and ideas from psychology to legal situations and to help answer legal questions. With a forensic psychology background, I am able to provide psychological expertise and research to help legal professionals and proceedings better

understand human behavior and the effects of trauma or other life events. With my knowledge of biopsychosocial contributors and comprehensive knowledge of criminal behavior obtained from working with the Consulting Project, I conduct evaluations, prepare Pre-pleading and Pre-sentence reports for the court, and recommend necessary sentencing alternatives on criminal matters. It is our specialty to provide the greatest amount of biopsychosocial background to the decision-making parties. This ultimately allows us to enhance the appropriate classification of a defendant that is a risk to the community or a defendant that is deserving of an appropriate alternative disposition.

The information in this memorandum is based on multiple and extensive in-person, video and telephone interviews with Mr. Moayedi, who is presently detained at the Metropolitan Detention Center, as well as collateral in-person interviews with his wife, Melissa Gonzales, and his sister, Roxanna Moayedi, at their homes in Washington D.C. and a video conference with his brother Siakzar Moayedi and phone interview his other brother, Sourena Moayedi and sister, Mandana Sigaroudi.

During his clinical assessment, Mr. Moayedi was found to be forthcoming of any applicable information that may assist in the appropriate evaluation of his case. He reported he is currently in unfamiliar territory and is especially interested in cooperating with his legal team in the present matter. This memorandum is intended to show that Mr. Moayedi was involved in the current criminal matter due to unforeseen lack of global reasoning, which based on his clinical evaluation, was derived from a multitude of stressors he experienced that magnified his already present alcohol, anxiety, and depressive disorders, which was brought on by events in his childhood and familial dysfunctions. In presenting this memorandum, we wish to highlight certain mitigating factors that we believe promote a just and appropriate sentence and

respectfully recommend that Mr. Moayedi receive a disposition that is no greater than necessary. We believe his moral compass can be adjusted by the substantial support he has from close family members and other members of his community, who are all established and successful professionals. In addition, we respectfully recommend that upon re-entry he engage in specific mental health and substance abuse services to further prevent any chance of recidivism.

The main mitigating factors we have identified are as follows:

- The present legal matter is Mr. Moayedi's first contact with the judicial system.

- There is a longstanding history of ███████████████████████████, which has ███████████████████████████████████████ associated with emotion regulation, impulsivity, judgment, decision-making, and insight.

- There exists an abnormal relationship Mr. Moayedi had with his abuser, his own father whom he looked up to as a successful entrepreneur, land developer. His drive to succeed in his own business was primarily focused on satisfying the image his father expected.

- There is a ██████████████████████ which has had a negative global cognitive effect on Mr. Moayedi's ability to utilize sound reasoning and judgment, decision-making, which has affected his global moral compass.

- Prior to his arrest and incarceration Mr. Moayedi was diagnosed ████████ ████████████████ for which he was engaged in treatment for. We believe his ████████████████████████████████████████████████ and a subsequent inability to regulate his emotions.

- Mr. Moayedi's ██████████████████████ his capacity to gather and evaluate information before acting, decision-making, sound judgment, and reasoning while making corporate and financial decisions.

- Mr. Moayedi's global ██████████████████████████ rather than an underlying criminal drive or personality defect, led to his criminal conduct.

- There is the presence of a multitude of physical health conditions and medical illnesses, some of which require medication, treatment, monitoring, and surgical intervention; symptoms which will be exacerbated, and prognosis worsened should he be sentenced to an extended period of incarceration.

- An extensive period of incarceration will have an extraordinary effect on Mr. Moayedi and his immediate family, as he is the main emotional and financial provider for his wife and children.

- Mr. Moayedi has strong familial ties and involvement and a close network of pro-social friends, many of which are educated professionals and outstanding members of his community.

- Based on the multitude of character reference letters reviewed and appended herein, Mr. Moayedi has deep, positive community ties and familial involvement. He is well-respected and admired by those closest to him and is often characterized as trustworthy, generous, and dependable.

- Mr. Moayedi's involvement with the criminal justice system has had a significant impact on those closest to him, specifically his wife and three underaged daughters. He has expressed remorse and has taken responsibility for his actions.

- The present term of pre-conviction detention has been well spent by Mr. Moayedi, who took advantage of various courses and educational services and more importantly he has assisted other inmates in furthering their own educational goals.

## BIOPSYCHOSOCIAL HISTORY

Mr. Sina Moayedi was born without complication in Tehran, Iran on May 19, 1955, to the marital union of Mojtaba Moayedi and Mahin Moayedi (nee Arbabi). He reported during the 1950's in Tehran, many of the homes did not have electricity, medical care was sparce, and transportation was provided by cars, carriages, donkeys, and camels. His father worked as a lieutenant in the Army and his mother was a homemaker. Mr. Moayedi is the youngest of 5 siblings and his mother reportedly attempted to abort her pregnancy with Mr. Moayedi, claiming she did not want her last son. His oldest sister, Mandana Sigaroudi (72), a post-surgery specialist, resides in Tiburon, a City in Northern California with her husband; Roxana Moayedi (71), a retired professor of sociology, resides in Washington, DC with her husband; his oldest brother, Siakar Moayedi (78) a retired computer specialist and resides in Lisbon, Portugal, and his brother Sourena Moayedi (70), a real estate agent, lives in Bethesda, Maryland.

Mr. Moayedi was raised in his maternal grandfather's home, where he was afforded all of the accommodations necessary for a normal life, specifically since they were of a middle social economic class. He reported his mother smoked opium and consumed alcohol and did not supervise or care for her children without the assistance of women from his father's village, proving that five children were too difficult to manage.

Mr. Moayedi described his father as "loveless and angry". He recalled his father was also a heavy drinker, used opium and always very angry, something he believed stemmed from the untimely death of his own father when he was only four years of age, and his mother re-marrying a family servant. Mr. Moayedi remembered his father having an explosive personality, as he was easily angered, yelling, throwing objects, which often resulted in him, his mother, and his siblings being equally physically abused. He recalled his older brother being locked in a room for long periods of time and also on different occasions having his feet tied to "sticks" and then being beaten as Mr. Moayedi and his siblings held the "sticks". He remembered as a child feeling fearful at the dinner table each night, wondering if his father would be "set off". He described an experience when he was seven years of age, stating his father assaulted his mother over something minor, telling her that he was going to kill her, prompting his mother to leave the home and remain at her relative's home for various months. At the age of 9, Mr. Moayedi ███████████████████████████████████████████████████████ He expressed the abuse happened on one occasion, where ████████████████████. He expressed this was the ███████████████████ and his siblings, noting she would push them over and press needles into their toes.

By the time Mr. Moayedi was an adolescent, he described feeling alone, lonely, that he had "no one to love", often questioned the meaning of life, and experienced periods of depression. He often walked alone in the hills of his community reading philosophy. He struggled with his weight, oscillating between being under and overweight. He also commenced smoking opium and consuming alcohol to self-medicate his poor outlook on life.

He expressed he was intelligent but did not apply himself during his schooling years. He remembered his father paying his teachers for tutorials, to ensure Mr. Moayedi passed his exams and classes. He reported he often skipped classes to consume alcohol and smoke opium.

In 1973, Mr. Moayedi, then age 18, immigrated to the United States with his four brothers and sisters and settled in Utah, a place he described as racist. The family chose Utah because the Iranian Ambassador to the United States, had attended school there. After arriving in Utah, he again experienced loneliness, and at the time, had limited English proficiency. He reported between 1970 and 1975, his entire family including his parents and all siblings immigrated to the United States. Mr. Moayedi was the last of the siblings to immigrate and his parents arrived in 1973. His mother remained in the United States for most of his life and his father returned to Iran several years later. Mr. Moayedi became a naturalized U.S. citizen in 1986.

He completed his college education at Utah State University, the same school his sister Mondana had attended, where he obtained a degree in 1978 in Geology.

In late 1978, the American Embassy in Tehran was taken over, signaling the Iranian Revolution. Mr. Moayedi expressed his life became more dangerous and he reported being threatened by a man with a rifle in Chesapeake Bay, and also receiving death threats. In Iran, his family suffered immensely, due to their affiliation with the prior government, they were targeted. He reported his family lost everything, including land, property, and homes; his uncle was imprisoned, beaten, and held for many months. In the 1970's, Mr. Moayedi moved to Washington, DC, to be closer to his parents and siblings, who had relocated there earlier. After working in construction jobs his father found him he began a master's degree at the School of Architecture and Planning program at The Catholic University of America in Washington D.C.,

where he sought a degree in urban planning and then looked to attend the school of architecture, which he did not complete. (He later returned and completed his degree in 2016).

**PINNACLE CHANGES IN LIFE**

Mr. Moayedi married his first wife, Maria Tukeva in 1986. He reported a great marriage for the first 12 years. Ms. Tukeva, assisted him in basic operations and business aspects of Montage, Inc. and was a critical influence in Mr. Moayedi learning all he knows about business (details regarding the formation of his business are described in detail in the employment history section of this report). The couple, although close struggled because ███████████ ███████

In 1998, he fell off a horse, and incurred a head injury which provoked serious changes in his mental state.  It was soon thereafter that his relationship began to slowly decline over time. He became anxious and depressed, questioning the meaning of life, he stopped thinking about consequences, became irritable and isolated. He reported a feeling of wanting a more "exciting" life and began to look for "jobs" overseas. As he continued to work on contracts for the State Department overseas, he admittedly spent less time at home, focused less on his relationship at home, and allowed emotional distance to build. She ultimately left the marriage in 2007, despite Mr. Moayedi's desperate pleas for her to stay.

Mr. Moayedi had his first contact with the United States State Department in 1998, the same year he was diagnosed with ███████████████████████████████ ██████████████████████████████████. As previously noted, Mr. Moayedi was the victim of a horseback riding fall, which occurred earlier in the same year and

---

[1] A cholesterol granuloma is a rare, benign cyst that occurs at the tip of the petrous apex, a part of the skull that is next to the middle ear.

throughout the course of routine care from the fall, ████████████████████ was discovered. He experienced loss of hearing in his right ear, has endured intermittent headaches, dizziness, and increased mental health abnormalities.

After the terrorist attacks of September 11, 2001, Mr. Moayedi described a shift in the social atmosphere, making life as an Iranian American increasingly difficult. He expressed in the eyes of others, he was viewed as a terrorist. He reported obtaining government contracts became increasingly difficult, his access to buildings became limited and his access to resources became more complex due to his nationality.

In opposite contrast of how Mr. Moayedi believed he was viewed by the public he was seen as a successful individual by his father, a man that he wanted to please and live up to his expectations. The abnormal view of his father who was once his abuser, was as one who could validate his success and an ability to also be a successful entrepreneur. Mr. Moayedi stood out of all of his siblings because of his drive and creative business decisions. His father trusted Mr. Moayedi with inheritance and even appointed him to control the funds, believing that his other children were not well prepared to handle the monetary responsibilities. His father exhibited a great amount of trust in his son and his ability to have the family name succeed.

In 2008, Mr. Moayedi's father ███████████. As the most successful sibling in the family, it was his role to care for his father and make decisions. As a result of the repercussions of the attacks on September 11, 2001, Mr. Moayedi never went to Iran to visit his father because of security clearance concerns and his responsibilities at work projects he was involved in. The role was left to his brother, Sourena, leaving Mr. Moayedi feeling as though he "failed his family". When his father passed, these feelings only intensified, making his father's death an incredibly difficult loss.

Mr. Moayedi suffered socially, financially, emotionally, and ████████████ as a result of the economic crisis, in addition to the stressors he was facing from the loss of his relationship with his then wife and later the death of his father, who he admired. He reported his business was suffering, which ████████████████████████████████ ████████ In addition to ████████████████████████████████████ ████████████████████████████████████

The same year, Mr. Moayedi met his current wife, Melissa Gonzales, who was born in the Philippines and became an American citizen in 2015. The pair married in 2011 and relocated to Washington, DC. He and his wife have three daughters, R████ (14), A████████ (13), and M████████ (9). The children attend public schools in Montgomery County, Maryland, where the family's home was located prior to his re-arrest.

In 2003, Mr. Moayedi's mother was crossing the street with a friend, when they were struck by a vehicle. The friend passed away and his mother ████████████████ ████████████ Shortly after her accident, she began presenting with ████████████ ████████ which ultimately resulted in a diagnosis ████████ Mr. Moayedi was integral to her daily care, in conjunction with the help of a home health nurse.  He described after her accident, she "became a different person." For 10 years, she relied on Mr. Moayedi for financial, social, and emotional support. Mr. Moayedi lost his mother in 2013 to complications from ████████ ████████████████

## EMPLOYMENT HISTORY

Mr. Moayedi's employment history reflects a man who has worked diligently for everything that he has earned, and despite his success over the past 40 years, has never amassed

---

[2] https://www.ncbi.nlm.nih.gov/books/NBK556010/#:~:text=Clonazepam

an amount of wealth that allowed for a lavish lifestyle. He has spent his earnings on providing a better life than he had for his wife and three children. Mr. Moayedi is a man who has a passion for art, architecture, and design, and admittedly never believed he would be involved with, let alone own, operate, and manage, a construction company. He obtained a degree in Geology and has never enrolled in a business course throughout the duration of his career. He additionally supported otherwise marginalized individuals and afforded his employees a second chance in life. He holds a strong belief that people deserve to be seen and heard, and have the opportunity to develop a skillset, something he felt he lacked growing up.

While in college, Mr. Moayedi was employed in a factory and as a house cleaner. While in Washington D.C. he had his first construction job was as a laborer for a general contractor his father introduced him to, and after saving his earnings and borrowing money from family, he opened his own small business constructing and renovating homes. In the 1980's, he was hired by AT&T as a construction design manager, where he oversaw the building of more than 35 locations throughout the East Coast. Approximately 10 years later, he left to focus his efforts on building his own company.


**CREATION OF MONTAGE, INC**

For more than 35 years, Mr. Moayedi has been a principal officer of a general contracting construction firm that he founded in 1986, Montage, Inc., which has offices in Washington, DC, and Maryland. The company has performed a multitude of projects for the state and local governments and since 1993, he and his company have been awarded many contracts and successfully completed government construction projects for more than a dozen federal agencies, with recent projects being completed for foreign embassies.

When Montage was founded, Mr. Moayedi relied on the guidance and expertise of his then wife, who was four years his elder, held a degree in journalism, and founded and operated a not-for-profit organization. Her organization sought to provide Latino students educational opportunities, which were obtained through private and public awarded grants. With her previous experience in writing and securing grants and business experience, Mr. Moayedi's wife taught him the foundations of spreadsheets, word processing documents, funding, and operations. Montage was built in their basement.

As the company began to obtain contracts for projects, Mr. Moayedi hired one of his then wife's former students, who had reportedly been abandoned by her parents. She spoke fluent English, had minimal business background, was a previous manager of a local McDonald's and had served in the Army. According to Mr. Moayedi, she ultimately became the Chief Financial Officer (CFO) of the company. He reported a neighbor of his with contacts in the Army helped him secure a sub-contractor role on Army base, which lead to the company's ability to obtain jobs as the head contractor. 1998 marked the year the company began obtaining State Department contracts, which resulted in increased revenue and expansion.

Mr. Moayedi moved the company from his basement to a three-bedroom apartment in a neighborhood apartment building he converted into an office. He took pride in managing contracts, beginning, and completing one contract at a time, until 2016, when he received 6 contracts at once, valued at $50 million dollars.

Mr. Moayedi reported the following employees who were all former students at his first wife's school: Marianella – CFO who later became the Operations Manager; Maria – President and Security Officer; Victor – Subcontractor for Montage; Paco – Laborer for Montage. He

reported they were all siblings who had been abandoned by their parents and experienced significant adversity. All had some college, but none had completed a four-year degree.

After Mr. Moayedi separated from his wife in 2007, he described significant difficulty in the company. He noted that his 8A status had expired, and the transition to finding his own work was challenging. As a result, he admittedly filed the company as a woman-owned company, to assist with competition in the field and to increase his chances of obtaining government contracts.

Mr. Moayedi admitted that owning a company and managing others was never a dream for him. His passion has always been building "beautiful" buildings. Though his actions are not justified and as the owner of Montage, he takes responsibility for his actions.


**COLLATERAL INTERVIEW WITH SIAKZAR MOAYEDI**

Mr. Siakzar Moayedi, age 78, is the eldest brother of the Moayedi siblings. He maintains a bachelor's degree in computer science and a master's degree in information technology. He reflected on many similar sentiments put forth by both Sina and their sister, Roxanna. He highlighted his brother's extraordinary influence on his life as well as his remarkable care for and interest in others, especially his family. He remarked on his influence in assisting Sina in obtaining a visa to attend college in the United States. Upon graduation, Siakzar accompanied his brother to Washington, D.C. to assist in his assimilation. While in his native home, he was unable to obtain employment, and without the generous and voluntary help of his younger brother, Sina, he would not have been able to survive. He reported Sina sent him money and a computer, to help ease financial burdens.

When Siakzar eventually returned to the United States, he noticed the integral role Sina played as the caretaker of their mother. He expressed in Iranian culture, it is often the responsibility of the eldest child to care for others, provide financial support, and participate in familial decision-making. As Siakzar was unable to do so for a period of time, Sina bore the responsibility of their ailing mother and took charge of her daily need, medical care, and financial burdens. When their father passed, Sina was responsible for their father's inheritance, which Siakzar mentioned "Sina did not have to divide amongst the siblings", but due to his generous nature and love for his family, he equally divided the assets among them. Siakzar reported that Sina was the most trusted son by their father, again, something unusual, as this role is usually held by the eldest. This demonstrates Sina has the ability to devote himself to the family in times of need, crisis, and for the betterment of the family, a role he has continued since becoming a father.

Siakzar commented on his brother's influential role in the successful development of his children, given his wife's limited English proficiency and lack of understanding of the American culture. Siakzar expressed it was Sina who met with all teachers, attended conferences, interviewed tutors, helped the children with homework, walked them to school, and made all decisions. As a result of Sina's incarceration, the children have suffered emotional, social, behavioral, and academic consequences. For the first time in their lives, they are earning C's in school, they appear "withdrawn and distant" when at family functions, they struggle to concentrate, they are less involved in conversation and activity, and according to Siakzar, are "shattered." The family's main concern is the lack of ability for Ms. Gonzales to properly care for and provide for the girls, should Sina be sentenced to an extended period of incarceration. The apartment Sina's family currently resides in was purchased by Sina's sister, and Ms.

Gonzales will not be able to afford rent in a non-family-owned unit. Sina's brothers and sisters financially support the children's travel to both California and Delaware, for family gathering, trips that will not be able to continue without the support of Sina's family. Siakzar purchases books through Amazon for the children to maintain their reading levels, something Sina worked on with the girls each night. Without family support, Sina's children's lifestyle is unsustainable, which if changed, will negatively impact their human development and success as young adults and latter stages (See section on impact of incarceration for further details).

In his character letter attached herein, Siakzar reflected on their common interests of sports and poetry when they were younger and he acknowledged an understanding that due to their upper-middle-class status in Iran, that he and his siblings would relocate to the United States for higher education. He expressed his deep concern for his brother's actions, and the negative impact and emotional toll it has taken on him and their family, especially his wife and three daughters. He noted Mr. Moayedi is the "pillar of strength and the center of their lives." The impact on them has been immeasurable and their lives have been deeply shaken by his absence. Siakzar seconded the sentiments of Roxanna and the limitations that their brother's wife possesses. As a result, Mr. Moayedi has been the sole decision-maker for the children as it relates to their educational well-being and academic lives. Since his incarceration, their success has diminished, and the family has developed increasing concerns about their success.

**COLLATERAL INTERVIEW WITH ROXANNA MOAYEDI**

Ms. Roxanna Moayedi is the older sister to Mr. Moayedi. She maintains a PhD in sociology and a management diploma obtained from the Institute for International Studies and Training in Fujinomia, Japan. She reported during her collateral interview that her family was

upper-middle class in Iran and had servants and drivers. She remembered growing up there were people to clean the home and cook for them, and her parents were always "partying." Their father was a lieutenant in the military and described how he was very angry and violent. She recalled instances when he assaulted their mother, and stated, "I will kill you." She additionally remembered their father expressed to Mr. Moayedi that he was the unwanted child, but his mother was unable to have an abortion procedure.

After their father retired, he purchased and sold land, something he found "easy" and lucrative. As a result of his networking and collaborating with others who were successful, he became wealthy. According to Roxanna, her brother "became the person my father wanted." Initially, Mr. Moayedi wanted to impress his own family, considering his brother-in-law was a famous scientist, and his sister was also successful; Mr. Moayedi eventually became the most successful in the family.

Ms. Moayedi reported her brother became focused on money. He majored in Geology in school but referred to himself as an architect (according to Ms. Moayedi, in Iran, anyone who builds a house on their own calls himself an architect). He often did not sign contracts for his work, which was normal in Iran. She described in the culture of Iran, it is socially acceptable to "bend the rules" and "take bribes from others."[3] She believes that the presence of abuse and neglect from their parents, along with the lack of parental nurturing led him to feel the need to impress people, specifically their father. She reported in his business, he hired people who were

---

[3] There is a long documented history of bribery and fraud in business relations in Iran. Despite the lifting of many sanctions, Iran can be a difficult place to do business. UK businesses looking to trade or invest in Iran should be aware of: sanctions that remain in place, trade regulations and export controls, and ensure all trade activity is sanctions compliant; political exposure, via connections with current or former government organizations or individuals that remain sanctioned; terrorist financing or financial crime, such as money-laundering, bribery or fraud; risk to a company's reputation through work with people or organizations allegedly involved in human rights violations, corruption or litigation. Obtained from https:// www.gov.uk/government/publications/doing-business-with-iran/frequently-asked-questions-on-doing-business-with-iran

not educated, but who were "needy." Ms. Moayedi reported her brother felt as though he was saving people and their families, by providing them jobs.

In 2008, Mr. Moayedi became the financial guardian of their father's assets and land and was ultimately responsible for disbursing money after his passing. She confirmed what their older sibling noted, stating that Mr. Moayedi was very "unselfish and gave them all a share of the inheritance".

Ms. Moayedi reported that once her brother had children of his own, he did everything to provide for them, including $30,000 a year for private school for each child. He has worked diligently to be different than his father, and she believes his issues may have stemmed from their father's display of greed in order to take care of his family.

She additionally commented on her brother Sina's ██████████████████ that his use exacerbated following his separation from his first wife, and the passing of their father. She recalled he was often intoxicated, which resulted in arguments within the family and even some family members choosing to no longer spend time with him. Similarly, ██████████ over the years has caused concern and challenges in his life. She expressed her brother had periods of tearfulness and inability to make decisions, isolation and withdrawal. During her collateral interview, Ms. Moayedi expressed significant concern about the well-being of her nieces and the ability of her brother's wife to effectively parent their children, which is explained in detail in subsequent sections of this report.

In Roxanna's character letter attached herein, she reflected that despite him being the youngest, he was most respected by their father and as an adult, took on the role of advisor and protector in their close-knit family. She commented on his unwavering support for his siblings, noting that when she was completing her PhD., he stepped in to assist financially so that she

could focus on her dissertation. When their father passed, Mr. Moayedi was in full control of their father's wealth. Out of the goodness of his heart and his strong values and character, he evenly distributed their father's inheritance and ensured that their ailing mother was provided with the best care and provided a comfortable life. Mr. Moayedi is not only generous with family, but Roxanna reflected on many instances in which her brother has gone out of his way to assist others in need. He has extended that character to his employees as well, often providing employment opportunities to women, people of color, and immigrants. She commented on his role as a father, expressing he is extraordinary in the role. As an older father, he has been committed to securing their financial future, worked harder, traveled less, and used his time to provide a nurturing environment for his three daughters. He has always been heavily involved in his daughters' lives, specifically due to his wife's limited cultural and language skills.

**COLLATERAL INTERVIEW WITH MANDANA SIGAROUDI**

Ms. Mandana Sigaroudi is the sister to Mr. Moayedi. She is presently retired, and is working from home, caring for plastic surgery patients. She resides outside of San Francisco, California. Prior to retirement, Ms. Sigaroudi worked at her husband's dental office, and also managed two coffee shops. She is the only sibling who has never resided in Washington, DC. Prior to Mr. Moayedi's arrest, Ms. Sigaroudi was philanthropic, giving money to various charities; she is now helping to support her brother's family.

During her collateral interview, Ms. Sigaroudi reflected on Mr. Moayedi's degree in geology while he was in Utah, prior to beginning his company in his basement, as an architect. She denied Mr. Moayedi ever spoke of wanting to become an architect or building a business when they would see each other several times a year.

When asked if Mr. Moayedi strived to emulate their father, Ms. Sigaroudi expressed their father was successful, but not liked in the home. She believes that Mr. Moayedi tried to be like their father "for all the wrong reasons." She believes he wanted to "be admired" and feels as though "his money and power ruled." As a child, she reported Mr. Moayedi cried easily when it was related to his parents. When his parents would argue, Mr. Moayedi would become quiet and leave the room. Ms. Sigaroudi commented that their father put Mr. Moayedi in a dark room for days.

Ms. Sigaroudi commented on Mr. Moayedi's first wife, Maria, noting she did not participate in many family occasions. She additionally expressed that Maria had a network of rich and famous individuals and described she was "cold and did not want much to do with our family." As a result of her network, Ms. Sigaroudi believes her brother was often trying to please "that type of crowd."

Ms. Sigaroudi reflected on Mr. Moayedi's crucial assistance of their parents as they were aging. They lost their father in 2008 and their mother in 2016. Ms. Sigaroudi stated, "I prayed for my father to pass before my mother, so she can have some peace." She described a tumultuous relationship between her parents. She believes their father █████████████████████ █████████████████████████████ Their father traveled frequently and had many affairs. Ms. Sigaroudi reported their mother cried often and their father threatened their mother. Ms. Sigaroudi feared as a youngster that she would arrive home and find her mother dead. Ms. Sigaroudi reported Mr. Moayedi often said "yes" to all their father's demands, not understanding why he never fought back.

Ms. Sigaroudi was unable to comment on the details of Mr. Moayedi's company, stating, "I didn't know much of his life." She did express that her brother was most successful before he

21

married Melissa. Ms. Sigaroudi expressed her brother has always been a man to "support the underdog," even in childhood. She does not know why he engaged in the behaviors that he did but expressed he has always had a kind and sweet heart. She reported he had never lived a life of luxury and only when his children were born, he decided to build a large home.

In her character reference letter to the court, Ms. Sigaroudi spoke highly of her brother and his emotional support during a difficult time in which she was diagnosed with breast cancer. She reflected on him being the sibling to visit her most, and his attempts to maintain a positive outlook and uplift her spirits, extending this spirit to the nurses on her unit. She upheld many similar sentiments of her other siblings as it relates to the love he has for his children, his generous nature towards others, his commitment to his children's future, and her concern about his wife's ability to uphold the same standards.


**COLLATERAL INTERVIEW WITH SOURENA MOAYEDI**

Mr. Sourena Moayedi (70) is the older brother to Mr. Moayedi. He resides in Chevy Chase, Maryland, where he has remained since immigrating to the United States. He maintains a degree in economics and business management and is presently retired from the restaurant business and has previously worked with Mr. Moayedi in construction. During his collateral interview, Sourena expressed that his brother was inspired by construction and renovation, while he was working at AT&T. They both discussed purchasing property together, but Sourena ultimately left to pursue his own construction and renovation endeavors, where he purchases and renovates apartments and private homes. While they worked together, Sourena found it difficult to wait for the government to pay out on projects. He worked as "the general contractor" and worked mostly in the office doing paperwork and finances. Sourena recalled employees telling

him that sometimes Mr. Moayedi "did not remember things." Sourena expressed that Montage worked on 10 projects at one time, with five earning a profit, and five breaking even. Sourena and Mr. Moayedi differed on opinions of which projects should be accepted. Sourena described Mr. Moayedi as a "workaholic" who could not take suggestions from other people. Mr. Moayedi believed he was the boss, it was his company, and he could make the decisions. Sourena was unable to determine if his brother was happy during this time.

Sourena reported as a child, Mr. Moayedi was "smart" and he "studied." Mr. Moayedi never expressed interest in construction when he was younger. Both brothers were encouraged by their father to study and to immigrate to the United States, which their father believed was the best country to succeed. Sourena reported Mr. Moayedi studied other things in college before going into architecture. Sourena recalled when they immigrated to the United States, their father selected Utah, because he believed there were too many issues in other states, and stated, "Utah was a nice place, better than others."

Sourena is not in good orthopedic health. He has had multiple back surgeries and needs another. He continues to work on renovating apartments but is working limited hours. It will be difficult for him to offer significant assistance to Mr. Moayedi's family should he be sentenced to an extended period of incarceration.

Sourena reported he has met Mr. Moayedi's wife, Melissa, who he believes will struggle to care for their children alone, long-term. He reported she comes from a small village and "is not educated." He expressed she "does not know what is going on with the children," and described her strengths as "giving them food and taking them to school." Sourena commented on Mr. Moayedi's first wife, whom he described as "a strong woman" and "beautiful lady." He believes their relationship did not last due to their inability to conceive children.

In his character reference letter to the court, Sourena described their "loving and supportive" family foundation. He reflected on Mr. Moayedi's intelligence and academic success and commented on the family's decision to move to the United States for a "brighter future." Their parents instilled the values of "hard work, honesty, and the belief that success can be achieved through education and determination," something Mr. Moayedi thoroughly believed and followed through with. Sourena expressed his belief in the impact of a parent on their child's future and commented on his concern for the well-being of his nieces, should Mr. Moayedi continue to be absent from their lives.

**COLLATERAL INTERVIEW WITH MELISSA GONZALES**

Ms. Melissa Gonzales (41) is the present wife to Mr. Moayedi. She was born in the Northern Philippines and came to the United States in 2011. She is currently residing in an apartment, located at ██████████████████████████ with her three children and her mother, as a result of Mr. Moayedi's arrest. The apartment she resides in belongs to Mondana, her husband's older sibling, who is renting her the apartment at a minimal cost.

Ms. Gonzales met Mr. Moayedi in Palau, a Country in the western Pacific Ocean, in 2008, when he was building the United States Consulate building[4]. At the time, she was working as a waitress in a Japanese restaurant. The pair began dating one month after their first meeting. She described he was "happy, down to earth, and kind to everyone." She reported he was very friendly and when he was not in Palau, he telephoned Ms. Gonzales daily. Ms. Gonzales remained in the Philippines with her mother, while Mr. Moayedi traveled back and forth, and also to Lagos, Nigeria. She was pleased with their living arrangement during this time, as he was often traveling. When she became pregnant with their first child, Mr. Moayedi was "surprised

---

[4] https://www.britannica.com/place/Palau

and happy." He asked her to marry him after the birth of their first child. They married in Palau, in the presence of close friends. In 2011, Mr. Moayedi brought Ms. Gonzales to the United States.

The family resided in Mount Pleasant, near Washington, DC, where Mr. Moayedi already owned a home. Mr. Moayedi and Ms. Gonzales had two more children, hence she has been a homemaker, caring for their three children. She reported after the birth of their children, Mr. Moayedi did not enjoy traveling as much and preferred to stay home. She reportedly did not know many details of his business and was upset when he was arrested.

Ms. Gonzales reported their oldest daughter R████, now age 14, will attend high school next year and has been achieving lower than normal grades since her father was arrested. She takes guitar and voice lessons and enjoys them and is a generally healthy and independent child. Mr. Moayedi was arrested for the first time in May 2021 and then taken into custody a second time in January 2022. On September 1, 2022, R████ began seeing a mental health counselor, Megan Carraco, as she became increasingly isolative and sad after her father's arrest. In an email correspondence with Ms. Carraco, she indicated that R████████████████ █████████████████████████ She reported that R█████ has been "taking on additional responsibilities at home, some of which make her feel anxious and unsure of herself." In sessions, she is "learning to navigate friendships as well as relationships with her sisters." Ms. Carraco documented in her email that R█████ has ████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████

A████, age 13, is currently in the seventh grade and often challenges her mother and at times she does not do her homework. She attended an intake evaluation with Dr. Riffat Ashai for individual mental health counseling services at Bloomhealth Center on June 7, 2023. She reported feeling ████████████████████████████████████████████████████████ ████████████████████████████████████████████ Ms. Gonzales reported during the intake process that since Mr. Moayedi's incarceration, A████ had been displaying increased ████████████████████████████████ with her mother and siblings, refusing to do chores and homework, and increased frustration. ████████████████████████████ ██████████████████████████████████ by doctor Riffat Ashai. Individual counseling and family therapy were recommended.

M██████, age 9, is the youngest and has also been ██████████████████████████ ████████████████████████████ She additionally attended an intake evaluation at Bloomhealth Center on June 8, 2023. She was evaluated by Dr. Riffat Ashai and admitted to "not listening to her mother" or "following directions." She reported ██████████████████████████████ ██████████████████████████████████████ despite having A and B averages. ████████████████████████████████████████████████ ████████ Ms. Gonzales reported increased defiance and arguments with her and her other children. She ████████████████████████████████████████████████████ and was recommended to attend individual psychotherapy sessions and family therapy. Ms. Gonzales is in the process of locating therapists for A████ and M██████. All three children maintain a positive and strong relationship with Mr. Moayedi.

Soon after Mr. Moayedi's incarceration, Ms. Gonzales began working as a paraprofessional in a public school, helping special needs children, as her financial situation has

been dramatically impacted since absence. She is hopeful to return to school when her finances stabilize. She maintains a bachelor's degree in education and is interested in pursuing higher education in the same field. She described the increased emotional and financial pressure to make decisions for herself and her children, a role that Mr. Moayedi fulfilled prior to his arrest and subsequent incarceration. She reported feeling worried about her ability to best support her children and her family as a result of her lack of proficiency in the English language, in addition to not fully understanding and comprehending the customs and norms here in the United States, including things like appropriate curfews, educational expectations, and how to properly meet and engage with parents of her daughter's friends. She additionally reported increased tension in the home with her children, reporting as they continue to grow up, they are challenging social norms, including types of clothing they wish to wear and how late they wish to "hang out with friends", causing increased arguing in the home.

**ASSESSMENT OF CHARACTER**

Mr. Moayedi is uniformly admired by his friends, family, community members, and colleagues, and he possesses a network of successful professionals whom he calls friends and family. A multitude of reference letters on his behalf describe him of a man of the utmost integrity and character, who is most dedicated and committed to his wife and children. He is characterized as a good friend, dependable, loyal, someone who is trustworthy and fulfills his obligations. He is a man with a "kind, positive, and generous spirit that comes naturally to him," who is "considerate, thoughtful, and intelligent," and "solid, caring, and charitable." He displays acts of kindness regularly and is often the first to help regardless of the situation. He brings a sense of "love, laughter, and togetherness" to family gatherings that creates "lasting bonds

among cousins, aunts, and uncles." His "warm and welcoming nature create[s] an environment of joy and connection for all." He is an "affable man, witty, with a good sense of humor." He is "active in his community and has helped many people, especially minorities." Friends speak of his deep love for his country and the dream he always had to come to the United States. He takes great pride in his accomplishments, the biggest being raising his children.

He is a terrific father with a "noble heart." He was an active member of the Montessori school and participated in all functions. He was also a Parent Ambassador for his children's classes, which entailed being a liaison between parents, the classroom teacher, and administration. Despite his current period of incarceration, he continues to remain actively involved in his children's lives, calling and monitoring their schooling and well-being. He has built a community of friends and neighbors and is seen as a loving husband and father. He belongs to a large, close family, where every member gets along and is mutually supportive. They are there for one another, celebrate together, and mourn together. Mr. Moayedi often receives "comments of admiration and praise of his kind and charitable nature." He often puts the happiness and wellbeing of those around him above his own and he instills a value of helping others in people he encounters. He serves as a "mentor and supporter," is a "source of inspiration," is an "advisor and guide, lending his invaluable expertise and unwavering support" to others, and he remains an upstanding member of the community. He continually goes above and beyond to show care and concern for others, giving worthy individuals a chance when they otherwise may not receive one. He treats his daughters' friends as his own, and often includes their families in his own family gatherings.

His employees describe him as "dependable, responsible, and hardworking," as well as "careful, supportive, considerate, efficient, and dedicated to the well-being of others." He is

characterized as "caring, thoughtful, understanding, and helpful" as well as "cooperative." He is recognized for being "trustworthy, decent, and responsible" and is a man of "good moral character," who has "respect" for all his employees.

Mr. Moayedi often makes generous, charitable contributions, including paying for the education of children in need. The family's physician describes Mr. Moayedi as a "composed, well-read, and intelligent individual who is knowledgeable in many subjects" and who "is involved in helping his community." He is also extremely generous and has offered to pay for the treatment of patients who cannot afford services.

**ALCOHOL AND SUBSTANCE USE HISTORY**

Mr. Moayedi reported the ▮▮▮▮▮▮▮▮▮▮ during childhood, ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, which was a cultural norm. He reported the use of alcohol "most of his life" (onset began in high school at the age of 15) with use significantly increasing after his separation from his first wife. Prior to his separation, ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ He reported ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮

In high school, ▮▮▮▮▮▮▮▮▮▮▮▮ reportedly attending school intoxicated. From 1998 through 2007, Mr. Moayedi ▮▮▮▮▮▮▮▮▮▮ ▮▮▮ after he separated from his wife in 2007. He denied a history of blackouts and hospitalizations. He expressed his life felt "unmanageable, dark, and dirty" ▮▮▮▮▮▮ and ▮▮▮▮ served to make his life feel tolerable. He denied financial ramifications from his ▮▮▮ ▮ but reported relationships have suffered as a result of his use and intoxication. He expressed

when under the influence being more irritable and saying things to his children out of anger, causing emotional harm to them. He reported many verbal arguments with his first wife as a result of his use and admitted that his current wife is more "forgiving."

In her collateral interview, Ms. Gonzales confirmed her husband's alcohol use, reporting that at his peak use, he was consuming two bottles of wine at night and combining it with sleeping pills. She reported he would often wake up in the middle of the night, develop restless sleep, and noticed that his ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ She denied increased irritability or anger when he was intoxicated.

In May 2021 following his initial arrest, Mr. Moayedi ▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇ his probation officer scheduled appointments for ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ which he was ultimately unable to continue. In February 2022, following his re-arrest he was again treated for alcohol withdrawal in Allentown, Pennsylvania.

While incarcerated, Mr. Moayedi completed the narcotics self-study program and the non-residential drug abuse program.

**LEGAL HISTORY**

This is Mr. Moayedi's first involvement in the criminal justice system.

**MEDICAL AND PHYSICAL HEALTH HISTORY**

Mr. Moayedi reported a ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ impacted his quality of life, ability to think clearly, regulate emotions, and ability to employ prosocial coping skills.

Mr. Moayedi ████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████

Mr. Moayedi ████████████████████████████████████████████

██████████

In 1998, Mr. Moayedi was thrown from a horse that resulted in a fall involving his head. While undergoing follow up appointments, ███████████████████████████████████ ███    He reported this ████████████████████████████████████████████ ████████████████████████████████    His ██████████ was monitored at Washington Adventist Hospital until 2003, when it was deemed asymptomatic. In 2007, ██████████ ████████████████████████████████████████████████    Dr. Carol Horn, in Washington D.C. He was ████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████    by Dr. Mark Turco at Washington Adventist Hospital after experiencing ████████████████████████    At that time, no coronary disease was found, and function was deemed to be normal. In 2009, ████████████████████████████████████████

---

[5] Misophonia is a disorder in which certain sounds trigger emotional or psychological responses that some might perceive as unreasonable given the circumstance. Those who have misophonia might describe it as when a sound "drives you crazy." Their reactions can range from anger and annoyance to panic and the need to flee. The disorder is sometimes called selective sound sensitivity syndrome.

in 2010 ████████████████████████   In 2010, Mr. Moayedi ███████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████   the

Translational Medicine Corp. He underwent treatment and positive diagnosis for Lyme's for two

years. He ███████████████████████████████████████████████████

████████████ 2013, Mr. Moayedi was treated for ██████████████

████████ at the Washington Hospital Center. In 2014 he was ████████████████

████████ Under the care of Dr. Kaviani, Mr. Moayedi was diagnosed with and treated for

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████ Mr. Moayedi ████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████

Since being incarcerated at Metropolitan Detention Center (MDC), Mr. Moayedi has

lacked thorough and consistent medical treatment. He has made several complaints about lack of

medical attention, which has gone unnoticed. He has not been medicated for his specific

conditions and ████████████████████████████████████████████   As

of February 2023, he ████████████████████████████████████████

████████████████████████████████████

While in detention at MDC, Mr. Moayedi has been found to have the following

conditions ██████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

32

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████

## MENTAL HEALTH HISTORY

Mr. Moayedi reported a history of symptoms ████████████████████████████████████.
He described ████████████████████████████████████ He expressed
fear of his father from a very early age, and reported that as a result of this fear, he and all his
siblings protected their own lives. He reported never hearing "I love you" from either of his
parents, never felt love from his parents, and often felt abandoned and uncared for. He
remembered being left alone for much of his childhood.

Mr. Moayedi described always feeling more comfortable alone than in groups of people
since childhood and ████████████████████████████████████ in
enjoying things since childhood. He ████████████████████████████
████████████████████████████ Following his divorce and the passing
of his father, Mr. Moayedi lost 30 pounds, increased his isolation, and spent most of his time at
home. Following these two incidents, Mr. Moayedi sought treatment for the first time in his life.

Mr. Moayedi has ████████████████████████████ He reported being
████████████████████████████, from 2005-2020. He admitted to
combining his medication (oftentimes double the 10mg prescription dose) with alcohol nightly
and reported blackouts as a result. He described sending incoherent text messages and making

phone calls he could not recollect the next day and stated, "the medication helped me sleep, but I went crazy."

Mr. Moayedi ███████████████████████████████ with Dr. Stephen Weisman, ████████████████████████████████████ in Washington D.C., who ███████████████ He admitted to ████████████████████ in the community so that he could increase his dose.  Under the care of Dr. Kaviani, Mr. Moayedi was treated ████████████████████████████. Since being incarcerated at MDC, he has been evaluated by mental health clinicians ███████████████████████████ ████████████████████████████████████ He was ███████████████ when he arrived to MDC, which he reportedly no longer takes. He continues to request to be seen by mental health clinicians, but his requests have not been fulfilled. Since ████████████ ████████████████████████████████████████████████████████ ████████████████████████ He continues to isolate himself and does not engage in socialization. He expressed "staying busy" helps to keep him from overthinking; he currently works in food service, which began on May 9, 2023, has volunteered 400 hours on suicide watch, and is taking classes towards pursuing a bachelor's degree in psychology.

**CLINICAL ASSESSMENT**

Mr. Moayedi is a 68-year-old married, Iranian American who presented in sessions both well-groomed and unkempt, of average height and weight and displayed appropriate eye contact. He demonstrated a cooperative demeanor, displayed appropriate behavior, and spoke at a typical rate of speech with clear clarity and an ordinary intensity of volume and with a heavy accent. ██ ████████████████████████████████████████████████████████

[REDACTED]

Mr. Moayedi acknowledges that he is responsible for making a series of poor decisions and lacked judgment and insight into his situation. Mr. Moayedi is a man of upstanding character, one who is known for his generosity and placing the needs of others before himself. He took a passion for architecture and without knowledge of or a background in business, built a company that was not only successful for him and his family, but provided opportunities for many minorities and underserved individuals, which Mr. Moayedi strongly connected to, as a minority himself, who often faced stigmatization. There is a history of commitment and dedication to his family and business, and he has been the sole provider for his family, working diligently to earn everything in his life. As an older father, Mr. Moayedi has only been focused on providing for his children, and preparing for their future, which at times became overwhelming, stressful, and unmanageable. [REDACTED]

[REDACTED] which ultimately culminated in a series of poor decisions, misguided trust in others, lapses in judgement, leading to his arrest.

Since the arresting incident, he has demonstrated the ability to increase insight and judgment, level of awareness and skill level. He has [REDACTED] and he

has increased his understanding of his depression. He has learned a great deal about the impact of his identity and values on his later decisions and choices. He has recognized the enormous effect on his family. His brothers and sisters' lives have been turned upside down. They have lost hundreds of thousands of dollars in real estate investments, their health has deteriorated, their stress levels have rapidly increased, and they have been financially providing for and supporting his family in his absence. He has expressed remorse; he has taken accountability for his actions and responsibility for his choices and involvement. He is suffering emotionally, spiritually, and physically as a result of his actions and is committed to repaying his social and emotional debts to his family and repairing relationships as needed. His primary focus continues to be and has always been providing for his family.


**RELEVANT RESEARCH SUPPORTING CLINICAL CONCLUSIONS**

**On Neurocognitive Changes in Alcohol Users**

Given the ███████████████████████ Mr. Moayadi's parents. It is worthwhile exploring how ██████████████████ (SUD) has affected Mr. Moayedi development, specifically since it is widely recognized as a condition that profoundly interferes with parenting functions and child development. Researchers have suggested that substance addiction exerts a specific impact on parenting, modulating the reward and stress circuits responsible for the cognitive decline of parenting. In SUDs, the reward system is co-opted by drugs, with the purpose of creating and maintaining addictive behaviors. In turn, these behaviors become more strongly and abnormally associated with the relief of stress and negative emotions, making other social stimuli, like appropriate parenting, less rewarding. As a consequence, infant stimuli become less salient for parents with SUD and can be instead perceived as stressful, rather than

being part of a mutually rewarding system of positive exchanges. Research suggests a significant comorbidity of substance use with other psychopathologies and mental health disorders, which may play a critical role in children's developmental outcomes,[6] ███████████████

████████████████████████████████████████████████████████

███████████████████

There is extensive research that has linked parental substance use disorder (SUD) to an increased risk of SUD in their children when they become adults, ████████████████

████████████████████ Research strongly supports the idea that familial risk has both genetic and environmental components. Family environments in which a parent has an SUD , much like Mr. Moayedi's father and mother, are often characterized as traumatic, chaotic, and unpredictable and can, in turn, have adverse consequences for children living in such families, which was the familial dynamic described by Mr. Moayedi. Several studies have demonstrated that parents who are active substance users, as ████████████████ have impaired or limited parenting skills that exacerbate the high-risk nature of the family environment. For example, research has demonstrated that parental SUD is associated with decreased levels of the ability to monitor and supervise a child, poorer quality of parent-child interactions, parent-child conflict, perception of less parental warmth, and inconsistent discipline, as in the case of Mr. Moayedi, whose mother had to rely on other women to assist in the caretaking of her children. Low levels of parental monitoring are linked to increased drug exposure ramifications, and later to drug use of the child who is being parented.[7]

---

[6] Porreca, A., Biringen, Z., Parolin, M., Saunders, H., Ballarotto, G., & Simonelli, A. (2018). Emotional availability, neuropsychological functioning and psychopathology: the context of parental substance use disorder. *BioMed Research International,* Article ID 5359037, 11 pages https://doi.org/10.1155/2018/5359037.
[7] Arria, A.M., Mericle, A.A., Meyers, K., & Winters, K.C. (2012). Parental substance use impairment, parenting and substance use disorder risk. *Journal of Substance Abuse Treatment,* 43, 114-122.

In normal scenario, the family remains the primary source of attachment, nurturing, and socialization for humans in our current society. Therefore, the impact of substance use disorders (SUDs) on the family and individual family members merits attention, specifically since it can create obstacles in various developmental stages.  Each family and each family member is uniquely affected by the individual using substances including but not limited to having unmet developmental needs, impaired attachment, economic hardship, legal problems, emotional distress, and sometimes violence being perpetrated against him or her, many of which Mr. Moayedi was exposed to and endured. For children there is also an increased risk of developing an SUD themselves, as seen in Mr. Moayedi latter adult stages. The studies of families with SUDs reveal patterns that significantly influence child development and the likelihood that a child will struggle with emotional, behavioral, or substance use problems. Families in which there is a parental SUD are characterized by an environment of secrecy, shame, loss, conflict, violence or abuse of immediate family members, emotional chaos, role reversal, and fear,[8] as in the case of Mr. Moayedi and his siblings.

Substance use disorders are not conditions that only emerge during adulthood but are developmental problems that can begin earlier in life, typically during adolescence.  ███ ████████████████████████████████████████████████████████████████ ████████████████████████████████████ These outcomes are vested in all areas of functioning; physical, emotional, cognitive, social, etc. Cognitive impairments as a result of alcohol use include poorer cognitive functioning on tests of verbal memory, visuospatial functioning, psychomotor speed, working memory, attention, cognitive control and overall IQ.[9]

[8] Lander, L., Howsare, J., & Byrne, M. (2013). The impact of substance use disorders on families and children: from theory to practice. *Social Work Public Health, 28*(0), 194-205.
[9] Squeglia, L. M., & Gray, K. M. (2016). Alcohol and drug use and the developing brain. *Current psychiatry reports, 18*, 1-10.

Physically, alcohol use has been associated with alcoholic dementia.[10] As such, alcohol consumption's tangible association with multiple markers of abnormal brain structure and cognitive function have significant implications for health outcomes and trajectories,



including daily use and the need for increased amounts of alcohol to achieve the desired effect, is characterized by alcohol consumption despite negative consequences and recurring episodes of abstinence and relapse. The impact of alcohol is seen in neuroadaptations in multiple brain pathways including those related to reward, stress, habit formation, and decision-making.[11]

the main stress system that controls reactions to stress and regulates body processes including digestion, the immune system, moods and emotions and energy storage and expenditure.[13]

There are multiple points of reference in published research that explain how alcohol consumption precedes compromised cognitive regions of the brain. Frontal lobe hypothesis

---

[10] Topiwala, A., Allan, C. L., Valkanova, V., Zsoldos, E., Filippini, N., Sexton, C., ... & Ebmeier, K. P. (2017). Moderate alcohol consumption as risk factor for adverse brain outcomes and cognitive decline: longitudinal cohort study. *bmj*, *357*.

[11] Cui, C., Noronha, A., Morikawa, H., Alvarez, V. A., Stuber, G. D., Szumlinski, K. K., ... & Wilcox, M. V. (2013). New insights on neurobiological mechanisms underlying alcohol addiction. *Neuropharmacology*, *67*, 223-232.

[12] Breese, G. R., Sinha, R., & Heilig, M. (2011). Chronic alcohol neuroadaptation and stress contribute to susceptibility for alcohol craving and relapse. *Pharmacology & therapeutics*, *129*(2), 149-171.

[13] Ibid.

purports the greatest insult from alcoholism resides in anterior brain regions, which are those areas that control intellectual activities including personality, behavior, and emotional control, while the lateralization hypothesis suggests the right hemisphere functions, including creativity and spatial ability, are more susceptible to the neurotoxic effects of alcoholism and yet a third hypothesis posits that cognitive deficits created by alcoholism are diffused across the brain and non-specific in nature.[14] ██████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

From a neurocognitive perspective, decision making includes the aspects of executive functions related to the ability to manage the reward and punishment perception in order to operate advantageous choices and is a neurobehavioral dimension closely related to impulsive behavior.[15] ███████████████████████████████████

████████████████████████████████████████████████

███████████████████████ Examples of health risk behaviors, which are any act that increases risk of disease or injury, includes the use of alcohol and drugs, tobacco use, lack of exercise and poor nutrition.

Common personality traits found in individuals who engage in alcohol abuse as a health risk behavior include high novelty seeking and low harm avoidance.[16] These individuals tend toward favoring immediate rewards while disregarding long term negative consequences.

[14] Stavro, K., Pelletier, J., & Potvin, S. (2013). Widespread and sustained cognitive deficits in alcoholism: a meta-analysis. *Addiction biology*, *18*(2), 203-213.
[15] Tomassini, A., Struglia, F., Spaziani, D., Pacifico, R., Stratta, P., & Rossi, A. (2012). Decision making, impulsivity, and personality traits in alcohol-dependent subjects. *The American Journal on Addictions*, *21*(3), 263-267.
[16] Ibid.

Decision making impairments support the logic that impulsive individuals will display a decreased reflection of the consequences of their choices compared to a lack of premeditation.[17]

**Contributing Factors to** ███████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████ are among the most common psychiatric disorders in the general population and have a significant impact on an individual's physical, social, and occupational functioning. In Mr. Moayedi, case his disorders included poor health, social anxiety and the failure to recognize his unlawful business practices. Personality, as determined by genetics as well as early life experiences, █████████████████████

███████████████████████████████████ ████████████████

███████████████████████████████████████████, which is the tendency to experience negative emotional states including neuroticism, hopelessness, rumination, or worry, is strongly correlated ████████████████████████

███████████████████████████████████████████████████

██████████████████████████ Because of the high prevalence of comorbid depressive and anxiety disorders with alcohol dependence understanding the likelihood that the disorders have shared causes involving similar sets of personality traits is relevant for understanding treatment and intervention option as well as implications for the likelihood of individuals with these comorbid disorders have additional comorbid conditions. This is a primary reason why we



---

[17] Tomassini, A., Struglia, F., Spaziani, D., Pacifico, R., Stratta, P., & Rossi, A. (2012). Decision making, impulsivity, and personality traits in alcohol-dependent subjects. *The American Journal on Addictions*, *21*(3), 263-267.

are recommending formal mental health and substance abuse treatment be made available to Mr. Moayedi as he once again assimilates to his civilian life.

Chronic stress is one of the most pertinent risk factors ███████████████ ████████████████████████████████████████████████████████ Stress inducing situations require activation of the immune systems and activation of the immune system induces stress responses.[18] A stressor can be considered any stimulus that disrupts an individual's homeostasis, initiates anticipatory behavior and physiological responses after repeated exposure, and exceeds the individual's capacity to return to homeostasis. ████████ ████████████████████████████████████████████████████ establishes a cycle of distress where an individual learns maladaptive coping strategies and becomes less able to cope with ordinary situations. ███████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ █████████████ These sickness behaviors present differently in men compared to women as individuals define stress in the context of their own experiences. This is especially evident on how Mr, Moayedi's childhood experience affected him differently than it did his sisters. Stressors that were present in Mr. Moayedi's ████████████████████████████ ████████████████████████████████████████████████████ but also can emerge from daily psychological or social events including having tumultuous relationships, toxic professional environments and social stigma.

Work stress, while a type of stress that is found to impact both genders significantly, has been found to present as multifaceted in men. Negative work experiences include exposure to

---

[18] Bekhbat, M., & Neigh, G. N. (2018). Sex differences in the neuro-immune consequences of stress: Focus on depression and anxiety. *Brain, behavior, and immunity*, *67*, 1-12.
[19] Ibid.

work related stressors and has been found to increase alcohol use as a form of self-medication. There are two specific sources of strain that contribute to an increase in alcohol use, which are the increase in negative affect and increase in work related fatigue.[20] Mr. Moayedi spoke of periods were he found himself yelling in phone conversations with employees and then isolating himself and consuming large amounts of wine. This is common because of the sedative effects of alcohol, self-medication models all suggest that alcohol is used to reduce, or self-medicate, elevated negative affect resulting from exposure to stressors.[21] Negative affective states are those that include unpleasant emotional states such as sadness/depression and anxiety/fear.[22]

Individuals struggling to manage negative affective states, particularly those engaging in self-medicating behaviors, are at increased risk of exposure to health risks and escalation of engagement in health risk behaviors. ████████████████████ ████████████████████████████████████████████ Instead of experiencing negative affect states, alcohol use allows an individual to disconnect and reduce awareness of extreme emotions like anxiety or fear. Emotional numbing and detachment in response to traumatic cues is one of the most common causes of ████████████████████ ████████████████████████████████████████████ ████████████████████████████ particularly those involved in sensory integration and self-perception which accounts for the specific sensory responses.[24]   Dissociative responses are considered strategic responses to limit arousal in the prefrontal cortex. These strategic responses include emotional numbing, psychogenic amnesia,

---

[20] Frone, M. R. (2016). Work stress and alcohol use: developing and testing a biphasic self-medication model. *Work & Stress*, *30*(4), 374-394.
[21] Frone, M. R. (2016). Work stress and alcohol use: developing and testing a biphasic self-medication model. *Work & Stress*, *30*(4), 374-394.
[22] Ibid.
[23] Ibid.
[24] Schiavone, F. L., Frewen, P., McKinnon, M., & Lanius, R. A. (2018). The dissociative subtype of PTSD: an update of the literature. *PTSD Research Quarterly*, *29*(3), 1-13.

██████████████████████████ which is presently being exhibited by Mr. Moayed while in detention. A through psychiatric evaluation would be recommended to better understand his symptoms and to confirm the presence of PTSD.


**ADJUSTMENT TO PRE-PLEA INCARCERATION**

Mr. Moayedi was remanded and incarcerated on January 4, 2022. He was then forwarded to the Metropolitan Detention Center (MDC) in Brooklyn, NY, where he has been since. Three months after being remanded he commenced his educational courses, which has presently amassed to about 161 hours of courses. During the past 19 months, he has not only taken courses to better himself but also contributed to other inmate's progress and success. While in detention he assisted an inmates study and pass his General Equivalency Degree (GED)exam and then prepared and presented a course, where a fellow inmate stated "It was very educational and I learned a lot about interpersonal skills that I will be able to use within Prison and out." Many inmates sent thank you notes, via Trulinks, to Mr. Moayedi for his assistance in various courses. One inmate stating "I learned so much in both courses. Sina took time to explain everything in an easy to understand way and he answered all questions, he often saw students after class to help them with their ongoing studies. "A fellow inmate, who is a lawyer being detained on a civil contempt charge, writes in his Trulincs message that "he (Sina) has distinguished himself here by organizing and leading several classes for fellow inmates for which certificates were u=issued to all of those completing the courses."

While working as a Suicide Watch Companion at MDC, he was also able to gain specific recognition for his work, receiving a Certificate of Excellence. In a letter appended herein Dr. Schlessinger states Mr. Moayedi "has had the opportunity to actively participate in the program,

and has often provided assistance beyond his requirements." An inmate who was in suicide watch also recognizes Mr. Moayedi for his commitment as a Suicide Watch Companion, and "encouraged me on staying alive in helping get through a hard time I was going through…."Another inmate who was in the same unit states that Mr. Moayedi was "kind and caring just like the rest of professional staff of psychologist, he helped me through with my healing and made sure my needs were take(n) care of while I was there".

For himself and his betterment, Mr. Moyedi amassed a significant amount of certificates. He has obtained various certificates in;

- Tutor Training
- Recovery Maintenance Workbook
- Quit Moments Workbook
- Resume Writing & Reputation Management
- Basic Bookkeeping
- Business Acumen
- Budget and Financial Reports
- Money Smart for Older Adults

and various others.

## IMPACT OF INCARCERATION

Incarceration is both an acute and chronic stressor as a major life event that requires dramatic changes in a short period across a number of life circumstances. Such events are known to cause significant stress and have negative repercussions for health. Imprisonment can last for years, which adds chronic stress to the initial acute shock of incarceration. Daily exposure to

stressors while incarcerated can include lack of privacy, overcrowded conditions, antagonistic relationships with guards and inmates, witnessing violence, and the threat of violent victimization.[25] Additionally, there are enduring stressors including social stigma and the disruption of social bonds such as those that come with employment and relationships with family and friends. Given that stress is negatively associated with health, exposure to repeated or chronic stressors leads to negative health outcomes and immune dysfunction, as seen in the case of Mr. Moayedi. Stress-induced immune dysfunction increases an incarcerated individual's vulnerability at a time when exposure to infectious diseases is greatest during imprisonment.[26] Individuals with a history of incarceration report more chronic health problems after their period of incarceration compared to before. Additionally, individuals with chronic health problems prior to prison are significantly associated with a negative change in health status, which will be applicable to Mr. Moayedi should he be sentenced to an extended period of incarceration.[27] ■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■ Among the leading causes of mortality while incarcerated include infections, cancer, and cardiovascular disease. Once released, individuals have increased risk of diagnosis with stress-related illnesses including psychological problems, hypertension, heart disease, chest pain, and depression.[28]

Chronic conditions are more prevalent in prison than in the general public because individuals who become incarcerated are more likely to have experience with life course disadvantages that contribute to overarching poor health outcomes. This includes history of

---

[25] Massoglia, M., & Pridemore, W. A. (2015). Incarceration and health. *Annual review of sociology*, *41*, 291-310.
[26] Ibid.
[27] Ibid.
[28] Ibid.

smoking, drinking, and drug use, poor nutrition and limited physical activity, mental health and neurological diagnoses, and exposure to infectious diseases.[29] ████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████ Compared to the general population, individuals in prison exhibit and suffer from predictors of poor health disproportionally. For example, 40% of all incarcerated individuals are estimated to have at least one chronic health condition, a rate which is higher if the individual falls in a category that is trending similarly in the general public.[31] ██████████████████████████████████████

██████████████████████████ Aging individuals in prison, similar to those in the general population, have higher rates of specific conditions to include geriatric syndromes such as cognitive impairments, dementia, and some physical disabilities compared with younger inmates.[32]

Incarcerated individuals face a multitude of challenges that impact their daily lives. In addition to limited access to healthcare, factors including poor diets, a lack of nutritious food, lack of communication, negative attitudes toward them, a toxic environment, restrictions of travel and outside communication, potential threats to safety, minimal to no privacy, and loss of control over minor decisions must be navigated daily by incarcerated individuals and impact health outcomes.[33] Prison conditions more generally, such as overcrowding, poor ventilation, and inadequate medical care, can contribute to the spread of poor health outcomes.

---

[29] Zaitzow, B. H., & Willis, A. K. (2021). Behind the Wall of Indifference: Prisoner Voices about the Realities of Prison Health Care. Laws, 10(1), 11.
[30] Ibid.
[31] Ibid
[32] Ibid.
[33] Ibid.

Individuals with chronic health problems are likely to be subject to chronic pain, █████



████████ When pain becomes chronic, especially if multifaceted and potentially treatment resistant, emotional distress becomes more prominent in its influence on the pain because of the psychological reaction to increased physical impairment and diminished social functioning.[35] Additionally contributing to the relationship between chronic pain and anxiety and depression are cognitive coping styles. Cognitive coping styles such as catastrophizing have a significant effect on pain, distress, and disability, as well as certain personality traits and adult attachment styles being involved in how an individual adapts to pain.[36]

**IMPACT OF INCARCERATION ON WIFE AND CHILDREN**

Mr. Moayedi is the husband to his wife of 12 years and the father to three young girls, aged 14, 13, and 9, who will be severely impacted by a long period of his absence and who have already begun to show signs and symptoms of decline, deterioration, and social, emotional, and financial struggle as a result of his incarceration. Human development is a branch of psychology with the goal of understanding people, how they develop, grow, and change throughout their life. Erik Erikson is the leading psychologist who studied the eight stages of human development. As applied to A████ and M██████ both girls are presently in the early school years: industry vs. inferiority stage, where they are learning to develop self-esteem. Without a feeling of feeling of

---

[34] Lerman, S. F., Rudich, Z., Brill, S., Shalev, H., & Shahar, G. (2015). Longitudinal associations between depression, anxiety, pain, and pain-related disability in chronic pain patients. *Psychosomatic medicine*, *77*(3), 333-341.

[35] Ibid.

[36] Ibid.

accomplishment, an individual may develop a sense of inferiority. As applied to R██████, who is presently in the adolescence: identity vs. role confusion stage, she is learning to develop a sense of self. Adolescents who can clearly identify who they are, grow up with stronger goals and self-knowledge. Adolescents who deeply depend on their parents for social interaction and guidance may experience increased role confusion.[37]

Father-child interactions are not only critical during the first few years of development but are primarily responsible for shaping children's adaptive socio-emotional development during childhood and adolescence.[38] Due to their wide range in affect intensity and ability to be more active and stimulating than mothers, fathers in particular have been shown to be important in the development of affect and behavior regulation, both of which impacts social interactions with peers and partners.[39] Father absence is a contributing factor to the poorer well-being of children and related to decreased cognitive ability and development, poor social adjustment and increased risk in delinquency.[40] The absence of a strong father relationship additionally impacts a child or adolescent's ability to make sound decisions as well as triggers negative reactions to outside stimuli. Emotional development is stunted, and the successful development and utilization of healthy coping skills is restricted.[41]

As a repercussion of long-term incarceration, children often suffer significantly when parents are removed from the home. Studies have shown that some children of incarcerated men experience significant psychological stress and acting-out behaviors following their father's

---

[37] What is human development and why is it important? https:// online.maryville.edu/online-bachelors-degrees/human-development-and-family-studies/resources/stages-of-human-development/

[38] Easterbrooks, M.A., Raksin, M., McBrian, S.F. (2014). Father involvement and toddlers' behavior regulation: evidence from a high social risk sample. *Fathering,* 12(1), 71-93.

[39] Ibid.

[40] Flouri, E. & Buchanan, A. (2003). The role of father involvement in children's later mental health. *Journal of Adolescence,* 26, 63-78.

[41] Krohn, F.B. & Bogan, Z. (2001). The effects absent fathers have on female development and college attendance. *College Student Journal,* 35(4), 598-608.

incarceration.[42] The most cited adverse reactions include internalizing behaviors such as depression and difficulty forming attachments as well as externalizing behaviors such as aggression and delinquent activity. Moreover, children of incarcerated parents exhibit difficulty sleeping and concentrating, have little to no emotional support, may withdraw emotionally from school, engage in truancy, drug use, early pregnancy and diminished academic performance, several of which Mr. Moayedi's children are already experiencing.[43] The negative impact of having an incarcerated father has been found to impair socio-emotional development, specifically, the development of non-cognitive skills which supports a child's ability to concentrate, stay on task, cooperate, interact appropriately with peers, and exercising self-discipline and emotional self-regulation.[44] When children are left to manage the long-term absence of a parent, feelings of worry, confusion, loneliness, ambiguous loss, anger, sleep problems, and even developmental regressions often occur and worsen, as the time that the parent is incarcerated increases. Additionally, children may internalize social norms following their father's incarceration and changes in parental working conditions are known to affect children's social adjustment.[45] Lastly, children with parents in prison are 5-6 times more at-risk to become involved in the criminal justice system.[46]

In a collateral interview with Mr. Moayedi's sister, Roxanna and in the various character reference letters from family, concerns were raised, and worries were expressed about the wellbeing of her nieces and the ability of Ms. Gonzales to function and thrive as a single parent.

---

[42] Balthazar, M.L. & King, L. (2001). The loss of protective effects of relationships on incarcerated African American men: implications for social work. *Journal of African American Men,* 6(1), 31-41.
[43] Miller, K.M. (2006). The impact of parental incarceration on children: an emerging need for effective interventions. *Child and Adolescent Social Work Journal,* 23(4), 472-486.
[44] Ibid.
[45] Balthazar, M.L. & King, L. (2001). The loss of protective effects of relationships on incarcerated African American men: implications for social work. *Journal of African American Men,* 6(1), 31-41.
[46] Miller, K.M. (2006). The impact of parental incarceration on children: an emerging need for effective interventions. *Child and Adolescent Social Work Journal,* 23(4), 472-486.

Ms. Moayedi reiterated that Ms. Gonzales was raised in a small, low-income fishing town in the Philippines, who has limited English proficiency. When she married Mr. Moayedi, she did not need to work, and was responsible for tending to the home and preparing meals; finances and every other aspect of the home and family was provided by Mr. Moayedi. She obtained her first job with the help of her husband, before he was incarcerated, and is currently employed as a one-to-one aide for disabled students in the Montgomery County School District, where she earns $18 per hour. In addition to the social security benefits she receives for herself and her children, Ms. Gonzales is supported by Mr. Moayedi's brothers and sisters. Ms. Moayedi reported multiple instances where her decision-making, instinct, and ability to parent and discipline have been concerning. For example, Ms. Moayedi reported that Ms. Gonzales allows her children to sleep at friend's houses without knowledge of the friend or parents, who will be home, and what they will be doing; she learned that her daughter walked to 7-11 in the middle of the night at a sleepover, with no repercussions or consequence; she allows her daughters to wear provocative and inappropriate clothing in public, also without consequence or diversion; and she is providing her children with $50 a month allowance, without having the financial security to do so. Ms. Moayedi reported that she is unable to communicate with the children's teachers and schools and relies on extended family to draft and send email correspondences. Ms. Gonzales is having difficulty maintaining a budget, is not saving for her children's college tuitions, will lose $2000 a month in social security benefits when Mr. Moayedi is sentenced and is relying on his siblings to pay for additional medical expenses, family trips, and car repairs. The children have begun displaying shifting emotional states and have displayed disrespect towards their mother. Despite a strong early education foundation, they are at risk of struggling academically as they continue in school, as Ms. Gonzales is unable to assist them with homework or advocate for them in the

district. Their afterschool activities and tutors, including a French tutor, tennis camp, and vacations to see family members, are being supported by extended family, which will not be able to continue indefinitely. Ms. Moayedi reported she and her siblings will not be able to indefinitely sustain and financially support their brother's family, which has brought about a significant concern for the future.

**SENTENCING RECOMMENDATIONS**

Mr. Moayedi has spent the greater part of his life affected by undiagnosed depression and anxiety, which have globally impacted his ability to make decisions, solve problems, utilize sound judgement, and demonstrate insight into his actions. ██████████████████████ ██████ to mitigate symptoms he once never understood, which has negatively impacted the structure and function of his brain. He has dedicated his life and pastime to architecture, where he gains joy from building homes. It is evident that Mr. Moayedi has a passion for architecture. Despite his involvement in the arresting incident, he has little in the way of wealth or fancy objects. Rather, his love and passion, and where he spent his earnings, was in building architecturally beautiful homes.

Mr. Moayedi has no criminal record, is accused of a non-violent crime, is a longstanding American citizen with solid familial and extended roots in the community which he lives and works. He immigrated to the United States in 1973 and has built his life here. He takes pride in his career in the American construction industry that he built from the ground up and has been a good and gracious employer to many over the years. He built his company on giving others a second chance, hiring those who may otherwise be discarded and overlooked by society, an act only a man of upstanding character would make. He has been happily married since 2011 and

has made a home in suburban Maryland. He has three school-age children who he adores and his love for his family is more than evident to those who know him. It is important to note that Mr. Moayedi's ties to his family, business, and community here in the United States, his age, lack of travel documents and the multitude of medical and mental health conditions that he suffers from, makes him an ideal candidate for the mandatory minimum sentencing, so that he can return to providing for his family, supporting his community, and receive ongoing medical and mental health care.

We do not intend on negating the behavior that led to his arrest and conviction, but respectfully request that the Court consider the existing mitigating factors, low risk for recidivism, and significant negative impact on the wellbeing and long term human development of his children when sentencing Mr. Moayedi. Mr. Moayedi was searching for success, recognition, and validation from his father, to improve his view of self and self-esteem and reduce his insecurity, motivations that arose from his childhood experiences and desire to prove his worth to his entire family. For these reasons, it is our professional opinion that Mr. Moayedi be considered for a disposition that includes the mandatory minimum of incarceration.

The United States Code Title 18, Section 3553(a), lays down factors to be taken into consideration while arriving at a sentence, including the nature and circumstance of the offense, and the history and characteristics of the defendant. The sentence should be sufficient, but not greater than necessary to reflect the seriousness of the offense, promote respect for the law, provide just punishment of the offense, and protect the public from further crimes of the defendant. It is clear that Mr. Moayedi is a good man of sound moral value and philanthropic nature, who has given selflessly to build a life of prosperity and success for himself and his family, and to support, encourage, and mentor important individuals in his life. He took his own

personal childhood challenges and turned them into opportunities for others who would not have otherwise been given such an opportunity. He has come from a family of successful and professional members of society and utilized his feelings of being different to build a company from the ground up that also gave others a space to develop self-esteem, confidence, and a sense of purpose, a generous act, nonetheless.

Given Mr. Moayedi's previous reputation, it stands to reason that his arrest and current period of incarceration have already served as a deterrent to future fraudulent and/or criminal behavior. We believe that serving the mandatory two year minimum will not only promote respect for the law but provides just punishment of the offense and protects the public from future offenses. A period of community supervision and mental health and substance use treatment will enhance and solidify that Mr. Moayedi will refrain from engaging in antisocial behavior and focus his attention to community service, positive endeavors, and committing himself to continued change in all aspects of his life, specifically social and emotional areas, where he has been experiencing difficulty.

The Consulting Project would like to thank the Court for its review and consideration of the contents of this memorandum and respectfully request that the contents of this pre-sentence memorandum become a part of the commitment papers for Bureau of Prison's classification, so Mr. Moayedi is designated to the appropriate facility within the northeast corridor, so he can be close to his wife and children and potentially be given the opportunity to participate in the Residential Drug Abuse Program (RDAP) so he can commence his formal drug and alcohol rehabilitation.

Respectfully submitted,


Mandi Budah, MA, LCSW
Forensic Social Work Consultant


Reynaldo Cusicanqui, BA
Forensic Mitigation Specialist
CONSULTING PROJECT