Attachments 1a - 2e
to Exhibit A

Exhibits 1 to 7-Character References Letters

1. Letters from Immediate Family; Wife and Children
   a. Melissa B. Gonzales- Wife
   b. R███ ████ Moayedi- Daughter
   c. A███ . Moayedi- Daughter
   d. M███ █ .Moayedi- Daughter
2. Siblings and their Spouses
   a. Roxana Moayedi- Sister
   b. Mandana Sigaroudi- Sister
   c. Siakzar Moayedi- Brother
   d. Sourena Moayedi- Brother
   e. Dieter Bilitza- Brother-in-law
   f. Khosrow Sigaroudi- Brother-in-law
3. Nephews, Nieces, Cousins and their Spouses
   a. Dr. Sebastian Bilitza- Nephew
   b. Catherine Feng- Fiancee of Sebastian Bilitza
   c. Nicole Bilitza- Nephew
   d. Shadi Moayedi- Niece
   e. Shahryar Darafsheh- Husband of Shadi Moayedi
   f. Charmaine N. Gonzales- Niece
   g. Astiage Tondari- Cousin
   h. Christine Tondari- Cousin
   i. Mehrzad Arbabi- Cousin
   j. Manouchehr Arbabi- Cousin
   k. Rozita Azizinamini- Daughter-in law's uncle
   l. Bijan Sigaroudi- Second Cousin
   m. Emmanuel B. Lacopia- Cousin
   n. Mahrokh Boroumand- Sister-in law's brother
   o. Mahpari Kordmafi- Second cousin
4. Close Friends, Neighbors and Respective Spouses
   a. Marjan Shallal
   b. Mari Kishigawa
   c. Connie K. N. Chang
   d. Shapur Ameri
   e. Sima Touhidi Otsuka
   f. Fariba and Iraj Zolnasr
   g. Mary Sadrieh
   h. Mahvash Sigaroudinia
   i. Cathy Carr
   j. Shohreh Porsaid
   k. Bahman A. Tehrani
   l. Manijeh Marvastian
   m. Gerardo del Cerro

      n.  Dr. Kamran Ghalili
      o.  Paul F. Marischen, D.D.S
      p.  Marz Attar
      q.  M. Nasser K. Nejad
      r.  Andy Shallal
      s.  Behzad Touhidi-Baghini
      t.  Hossein Kalantar
      u.  Sina Afshar
      v.  Charles Bessant
      w.  Raz Moghbel
      x.  Enayat Boroumand
      y.  Kian Kaviani, M.D.
      z.  Karen Bendinelli
      aa. Darwin G. Reyes
      bb. Daniel Gilbert
      cc. Kaz Fotoohi, D.M.D., C.A.G.S
      dd. William K. Wernick

5. Previous Employees, Associates and Others
      a.  Arlene P. Cuison
      b.  Samantha Garcia
      c.  Yash Davoodi
      d.  Richard Cunningham
      e.  Analiza A. Lleses
      f.  Behrouz Nobarian
      g.  Mohammad Kamruzzaman
      h.  Shakou Fatemi
      i.  Ronald M. Mitchell

6. Letters regarding community service
      a.  Terri A. Khonsari-Founder & Executive Director of Families Without Borders
      b.  Delfarib Fanael-President/CEO of Moms Against Poverty
      c.  Erickson Bequillo Lacopia- Coordinator of Programs, Projects and Activities of Adopt-A-School program.

7. Letter from Marlene Cherry-Owner/Director/Teacher of Montessori School of Chevy Chase- School where all of Mr. Sina's children attended.

# EXHIBITS 1 TO 7
# CHARACTER REFERENCE
# LETTERS

EXHIBITS 1 (a-d)

Letters from immediate family;
Wife and children

June 1, 2023

Docket # 22-CR-00188-JSR-1

Re: USA V. Sina Moayedi

Honorable Jed S. Rakoff:

My name is Melissa B. Gonzales, I was born in Philippines. I am 42 years old. I am Sina Moayed's wife and a mother of our three daughters Re████ 13 years old, A█████ Mi███ 12 years old and M█████ Flor 9 years old.

Sina and I are together for 15 years and married for 12 years. I graduated at Philippine Normal University in Quezon with Bachelor Degree in Education. I am a teacher in profession but decided to work overseas for 3 years in Palau as Waitress in Japanese restaurant. I am working now as Para Educator SPEC ED, I started my work last year when Sina was arrested, I was helping a 504 student (one on one) at the same school, but before that I am a stay-at-home Mother to our beautiful children, cooking, cleaning and driving our daughters to school.

I am writing this letter to support my husband Sina Moayedi who I met on 2008 when I was in Palau. He is caring, kind hearted, giving and responsible husband. When we move to Philippines on 2009, He learned that I was pregnant he didn't leave me, he knows his commitment. Sina is excited to be a father I remember he cried every time at the delivery room when he saw our daughters for the first time, when I saw him crying I know he is going to be a great Father. During our times in Philippines, he met also my parents, siblings and other relatives. They easily get along with him, when my relative needs help in particular with health he undoubtedly giving them help financially. He also makes sure that my nieces and nephew have a good education that they need to finish college so he asks my sister-in-law to be involve with them. Sina always said that "Health is number 1 and Education is 2nd".

Sina is a loving and dedicated father who manage the girl's school, our finances, organization and discipline. Every weekend he is the one who organize and look for an activity to take us as family for educational nurture. He tried not to travel a lot to spend most of his time with our daughters, He always present to them, he always attended school program, school meetings and walking them to school. He wants the best for our daughters as what fathers dream to give to their children, the best education, house and environment. He has a close family tie which my culture also believes, I remember that we always had a weekend family dinner either in our house or my in laws, I saw him how he love his siblings and my late mother in law.

When Sina was arrested, as a stay-at-home Mom I cannot imagine where to start. We need to adjust financially and emotionally, we are all suffer because of what he was done. We moved and change school because we don't have a place to live and I am grateful that my sister-in-law let us rent her house in Potomac, I need to get a job, manage the house, it's too much to handle. I am grateful that when he gets out from bail, he helps me to get the job that I have now. Sina who decided mostly in our house give me a lot of responsibility that I am not sure if it's the right decision, that's why usually I am confirming it to my in laws and ask for advice but I know that they are not always going to be on my side to help me.

After 2 years of Sina is not with us, I am bearing all the responsibility trying to meet my daughters needs but without much knowledge with the American culture my daughters and I are disagreeing with lot of things that's make them and me frustrated sometimes.

I understand that my Husband pled guilty. I hope that you give him mercy and leniency for the sake of our family. I cannot raise alone my daughters that needs a father who love and hold them dear so much. I hope you consider our daugthers when you are going to make your decision.Thank you for making time to read my letter.


Respectfully yours,

Melissa B. Gonzales
Melissa B. Gonzales

June 2, 2023

Re: <u>USA v. Sina Moayedi</u>
<u>Docket # 22-Cr-00188-JSR-1</u>

Honorable Jed S. Rakoff:

My name is R███████ ███████ Moayedi and I'm a middle school student. I'm submitting this letter on behalf of and in support of Sina Moayedi. I'm one of his daughters and I've known him for my entire life. Which may not be a long time to you (I'm only thirteen), but to me it's a lot of time. At least a long enough time to establish that my dad is one of the top most important people in my life and also one of the most loving people I know. In the almost fourteen years I've known my dad and the approximately five years I've had the ability to actually notice things about people, I've noticed that my dad has so much love. Especially for his family. He's come out and said it straightforwardly; he's said how much he loves his family and how much he loves me. But the less noticeable things really give it away; he loves Christmas and Persian New Year because we all come together. All my aunts, uncles, and cousins. Sometimes after dinner me, my sisters, and my parents would play board games, which were always really fun and simple. He loves watching movies with me because we really connect through that. My favorite movies to watch together are Wes Anderson movies, because we both love the cinematography, and Adam Sandler movies. I remember when I showed my dad a clip from The Grand Budapest Hotel, one of Wes Anderson's movies, he was blown away by the cinematography. And just because I'd shown that sliver of interest in cinematography, he dedicated himself to teaching me all he knew and could learn about cinematography. From there, we watched old Italian films together and I remember learning about the rule of thirds and taking random pictures of my sisters, which he would critique. And from there, almost every night we would watch movies together. Thinking back on that, all those movies are important to me now because they remind me of my dad. I hope you don't mind if I explain how some of those movies remind me of him. There's this movie called The Week Of that Adam Sandler stars in. It's about this dad played by Adam Sandler who's daughter is getting married, and he's not that rich but the groom's father is. He insists on providing for the entire wedding anyway. At the end of the movie, the wedding ends up being beautiful despite all the conflicts and the father-daughter dance scene literally brought my dad to tears. We were sitting on the couch and during that scene, Lullabye by Billy Joel is playing and I can remember my dad crying a little. He never really cries in front of me. I know he wants to be there for my big moments. When I graduate from high school, when I eventually go to college, when I turn eighteen and have my debut, which is a Filipino celebration. When I think about all my friends' dads being there and mine not, I honestly feel sad and jealous. It feels unfair.

Another movie that reminds me of him is The French Dispatch by Wes Anderson. When we watched The Grand Budapest Hotel together, which was the first Wes Anderson movie we'd watched together, he'd sort of dorkily commented on the cinematography throughout until I'd told him I'd prefer if we just watched the movie. It's a really good movie. There's a character in the French Dispatch who's in prison. He's this artist. And I don't remember how the scene goes *exactly,* but if I am remembering correctly there's this younger version of the character and he hands something to the older version of the character and walks away. It basically shows how his actions, which got him there in the first place, are a part of his past. And how he's grown and is someone different. That he's changed. That reminds me of my dad, too.

Basically any time I expressed interest in something my dad would express interest in it, too. And a lot of the time things I became interested in were because of him. I think I mostly just wanted to be like him. I still look up to him a lot. When I found out who Frank Gehry was and I saw pictures of his buildings, I couldn't believe they existed. I was obsessed with architecture for like a month, and I'm sure it wasn't a

coincidence that my dad was literally an architect. Afterwards, I became interested in marine biology. I'd known that my dad's favorite animal was sharks and that he used to scuba dive a lot. I wanted to do that, too. We used to watch David Attenborough documentaries on Netflix. It's also not a coincidence that my dad loved marine biology. He would always say things like he wished he'd become a marine biologist instead of an architect because he loved it so much. I wanted to be a marine biologist pretty badly for a while when I was about 11 years old.

I was also obsessed with singing for a while, and I dreamed of being a famous singer. My dad would do karaoke with me, even though he was a terrible singer. He would mostly sing old songs or country songs, and I sang more pop songs. He loved Hurt by Johnny Cash, Piano Man by Billy Joel, and The Most Beautiful Girl by Charlie Rich. He always encouraged my singing, even though I wasn't always good at singing. We would do karaoke, like, religiously. He loved my singing, but I think it was more of him loving me than him loving my singing voice. I know he loves me a lot. I'm his first daughter. He used to always encourage me to get good grades and try out different hobbies. There's practically nothing he hasn't done to ensure that I have a great future. He has a lot of dreams for me. A lot of the things I do, I do to make my dad proud. Next year I'm gonna be a freshman in high school. I'm taking a lot of honors classes and an AP class. I'm also doing dual enrollment at a community college nearby. I'm doing it because I want to succeed in high school and get into college, but a huge reason I want that in the first place is because of my dad. He wants the best for me, and I know that whatever makes me happy will make him happy too - as long as it's what's best for me and my future. Without him, I don't really know where me and my sisters would be. My mom is an amazing mom, but there's only so much you can do on your own. My mom is capable of so much and she works so hard, and somehow at the end of the day is still a super kind person. But when you have a job where you work several hours a day and need to take care of three young girls, I think that becomes too much work. I want my mom to be able to do more for herself and I've realized that almost everything she does, she does for other people. And she can't do everything on her own.

Thank you for reading my letter. I ask for your leniency and hope you'll consider what I've written.

Respectfully submitted,

Moayedi

June 3, 2023

Re: USA v. Sina Moayedi
Docket# 22-Cr-0018-JSR-1

Honorable Jed S. Rakoff:

My name is A████ ████ Moayedi. I am a 12 year old student at North Bethesda Middle School. I was born in the Philippines then moved to Washington, D.C when I was one. Sina Moayedi, who is my father, has always been my number one supporter. From my first steps to my first day of second grade, my dad has always been there for me until recently.

I am writing this letter in support of my father coming back as soon as he can. He has realized that the mistakes he made were wrong. I know my Dad more then anyone else in my life, and out of all the people I know, he would put in the most amount of effort to correct and reflect his errors.

Like me, my dad always smiles. In every old family photo he has framed with him and family, he is almost always the only one smiling. I've learned to realize that my dad has always been the happiest child. When his mother died, he was the one comforting others even when he was closer to her then I would ever be. I have a clear memory in second grade when someone had accused me of eating their sandwich, and the first person I told was my dad. He told me "if anyone says you did something you didn't, just come straight to me and I will handle it." He was always there for me, and I couldn't even realize that. My dad isn't the type of person to stay quiet or not seem friends, hes the type of person tht would become friends with a stranger in an elevator or end up taking almost an hour to buy shoes since hes having a conversation with the vendor. I am so glad that I got to grow up with a dad like that.

The first time my dad had left, I didn't want to believe it. It was too sudden, and too fast to happen in my ordinary life. I was in fourth grade, in quarantine, about to start online state testing, and I had been informed that my dad would be leaving me? For a long time I was so confused I didn't even cry until I had time to process what was happening. When he came back though, it was the first time I had ever seen my dad cry. His smile was so wide, he had looked like he won the lottery. The secod time he left, me and my sisters had handled it differently. The day after he had left, I was walking home thinking about what I would say to my dad when he would ask me "did anything special happen today?" I forgot completely he left and was reminded that he did. The thing I worried most about was how it effected both of my sisters, and my mom and grandma. When he left, I had not seen them talk or express any negative emotions toward the topic. I knew my sister so well though, so I knew that no one wanted to express any emotions. If I ended up doing so, I know I would not even be able to get words out. The topic of not having my dad to even see me accomplish so many things in my life *strongly* upsets me.

One summer we wen't to the Philippines since most of my moms side of her family lived there. I would always notice how my dad would always be nervous, or only talk when necessary, or stay in his room instead of talking with everyone. What made me upset was how we would stay in the Philippines an extra week without him since he would leave early for work. This was long ago when I was in elementary

school. In quarantine though, I noticed much more improvement when he came back from the first time he was apprehended. He spent much more time with his family, and reached out to all of his friends much more then he used to. Work wasn't his main focus, and I really felt like he changed his values. We became much closer. We would make diagrams of houses out of paper and glue, or sometimes he would give me poetry classes. Once he helped me for two days straight with a diaroma of a beavers habitat for a big science project and he was so proud of me. We were closer to each other as father and daughter then we had ever been.

I mentioned earlier that I was concerned about my sisters and my mom and grandma. My mom who is know the one who helps me with most of my school work is under so much pressure. I am so proud of her. She is the one who drives me and my sister *everywhere*, she is the one who checks up on my grades when she knows I am struggling with them, and she is the one who provides her family with money and food on the table. My mom is the breadwinner of the family. Up until my dad left, he had always been the one who did all of those tasks. I realized this morning that I had fought with my mom mthe past year when my dad was gone more than i had ever before combined. Without my dad here, my mom has been struggling. Only recently I've seen her get mad or ever take her anger out. She has had to be one of the many people that have to fill up the hole of responsibilities that my dad had left. My dad was always the one to talk about my future, or how my grades were. I was a straight A student with the educational support of my dad, but now my graes have been dropping which I am not proud of.

I am writing this letter in full support and hope that my dad comes back sooner than later. Please consider it. Hes a great man, and has positively influenced so many people including me. Thank you for taking the time to read my letter.

Sincerely,



A▬▬ Moayedi

June 3, 2023

Docket # 22-CR-00188-JSR-1

Re: USA V. Sina Moayedi

Honorable Jed S. Rakoff,

I am M█████████ Moayedi, I am 9 years old. I go to Ashburton Elementary School, I will be in 4rth grade.

I am writing this letter to tell you about my Dad, Sina Moayedi.

I know he was a hardworking at his job. He would always come to our bedroom and tell us have a good night. He was generous, loyal and kind. When we visit him at work, we always had an ice cream. He keep his promises that when we do a bet, then when I won he give me a $20.

Dad was very happy when he came back, I thought he would stay for the rest of my life.

I hope you have mercy on my Dad because I want him to be back. Thank you for reading my letter.

Respectfully ,

M█████████. Moayedi

EXHIBITS 2 (a-f)

Letters from immediate family members;

Siblings and their spouses

May 23,2023

Docket # 22-Cr-00188-JSR-1

Re: USA V. Sina Moayedi

Honorable Jed S. Rakoff:

My name is Roxana Moayedi. I am the older sister of Sina Moayedi. I received my PhD in sociology from American University in Washington DC and a Management Diploma from the Institute for International Studies and Training in Fujinomia, Japan. I taught sociology at Trinity University DC for 33 years first as faculty and then as tenured Professor. Trinity is a minority-serving institution and the only women's college in the Washington DC area. It was a privilege to serve and teach at Trinity an institution that has produced outstanding leaders such as Nancy Pelosi! Teaching and mentoring first generation college students was extremely exhilarating and rewarding but also challenging at times. I retired in 2020 as Professor Emeritus. I have been married for the past 36 years to Dieter Bilitza, who is a senior scientist at NASA Goddard Space Flight Center in Greenbelt MD and research faculty in the physics department of George Mason University in Fairfax VA. We have two children. Sebastian received his PhD in Pharmacy and at present works as a senior manager for regularity affair for Relay Therapeutics in Boston. My second son just graduated from the New School in New York city with a Master in Public Policy. Sina is Sebastian's godfather and he acted as a mentor for both of them as they were growing up!

I am submitting this letter on behalf of my brother Sina Moayedi and in his support. Sina who I have known since he was borne is kind, caring, considerate, supportive, intelligent and had a great sense of humor. Although Sina is my youngest sibling as an adult Sina's self-assigned and perceived family role given by our father lead him to often act as our advisor and protector in our close-nit family. When I was in graduate school finishing my PhD my father decided that I have become too much of a feminist for his patriarchal taste and to punish me he stopped his financial support. Without his support I was depending on my student loan and a small income as teaching assistant which was not enough to cover my living expenses. Sina, who was working for AT&T at the time, stepped in and provided financial support so I could finish writing my dissertation.

Once Sina graduated with a Geology major and moved to MD to be close to our parents, I believe my father's perception that among all of his children Sina will be more professionally and financially successful influenced Sina's choice of a future career. Given the mantle of the achievement-oriented son to please my father he got into the construction industry! My father as a retired army colonel in Iran made his substantial wealth through his real state and land development activities. He encouraged my brothers to follow his path! After the Iranian revolution, my father returned to Iran to confront the Muslim fundamentalist regime who had confiscated his assets. Once he managed to get most of his wealth back after several years, he trusted Sina the most and he put the majority of his wealth, which at the time had grown to several millions, under Sina's name and gave him power of attorney. In 2008 my father passed

away in Iran, without leaving a will. Sina had total control and could have easily invested the whole money in his company, but his generous character wouldn't allow that, he distributed our inheritance among us and made sure that our aging mother who later developed dementia had the best care and most comfortable lifestyle. Sina's action not only kept our family together he also used our inheritance to rectify one of my Dad's misogynistic decisions. When my niece was born, my Dad gave a large sum of money to my brother as a birth gift! When my son was born 2 years later he told my brothers that Sebastian is not a Moayedi so he does not deserve a birth gift! Sina convinced all my siblings that our inheritance should pay for my son's 4 years of college tuition. That allowed my son to go to school of his choice NYU which otherwise we could not have afforded.

He was not only generous within our family, he was always ready to help others! When the ex-wife of my cousin needed extra income after the divorce, Sina hired her and her teenage daughter to teach French and voice weekly to his three daughters. And he paid them above market rates despite the fact neither of them were trained to teach those subjects. His generous spirit extended to total strangers as well. The majority of my students were first generation college students with great financial burden. On several occasions I asked Sina if he could help a number of my advisees who did not have the financial resources to buy text books; Trinity policy disallowed faculty to finically help individual students. He was always happy to help. I know that he also supported the charities business ventures of people in need that my sister Mandana he told him about.

Sina not only mentored his niece and nephews, he also provided mentorship to many of his employees, particularly women and people of color. The majority of Sina's employees were women and people of color, many of whom were recent immigrants. Working at Sina's company provided them with valuable work experience, enabling them to pursue better and higher-paying jobs. One good example is Melynda Major. She initially worked for Sina as a grant writer but later relocated to Alabama to support her aging parents. Her experience at Sina's company played a crucial role in securing a job with a construction company that offered a substantial salary.

Sina loves being a father and excels in his fathership to three beautiful and temperamentally very different daughters. He truly is an extraordinary father. Being an older father, he was obsessed with the longterm financial security of his three young daughters. He started working harder and traveled less for work. He used his time and financial resources to provide a nurturing environment for his daughters, like healthy organic foods, a variety of recreational activities, and stimulating educational opportunities—to secure his children's successful development. His three daughters attended one of the best Montessori schools in DC and he moved his family to one of the wealthiest area in Montgomery county MD so that his daughters could attend the best elementary school. His wife's limited cultural and language skills made him a hands-on Dad. He was involved in every aspect of their learning process, homework, school meetings, extracurricular activities and he help the school fundraising. Even now he uses his phone calls to monitor their school progress from jail. His calls to me often deals with his daughters' schooling issues and concerns that his wife cannot handle. Recently, when their oldest daughter refused to join a very challenging academic program, Sina called to ask me to intervene and convince his daughter to reconsider.

My sister in-law Melissa is a kind and courageous person. She comes from a small fishing village in The Philippines. She was a waitress in Palau when she met Sina. When she came to US with their two daughters, she became a devoted full-time wife and mother and Sina had to take care of everything else. Consequently, she was isolated from all cultural institutions such as education, business, church, etc. that help to acculturate and develop social cultural and language skills. While Sina was out on bail he helped her to find a job that requires little language skills and no interactions with parents as a Para Educator. In the absence of Sina, Melissa as a single mother seems overwhelmed at time by the everyday challenges of parenting. Without Sina she bears so much responsibility, the children, work, home, finances, future, and even her aging mother, who lives with them. She seems physically and mentally exhausted to deal with all these issues. We are all in our 70s with our own families, health and financial issues and concerns. We are all trying to support Melissa as much as we can. But we are all very concerned and worried about how she can manage to deal with work, finances, her aging mother and with a pre-teen and two teenagers educational and discipline issues over a prolonged period! In the absence of Sina who always made the final decisions in their household, the two older daughters have started to asserting their own power. We have noticed that Melissa has a hard time setting limits and easily gives in to their demands. When I asked the 13 years old daughter why her mother does not say "no" to them, she replied because she thinks we know better because she does not speak English implying that we are American and know better than our immigrant mother!! Melissa's lack of cultural literacy can have negative, long-lasting impacts on the emotional well-being, mental health and educational outcomes of her children. Dear Judge I am asking for your mercy and leniency in sentencing Sina. Your leniency will be beneficial to his young family as well as to all of us, as we spend the last decades of our lives.

We all understand the gravity of Sina's guilty plea, and we acknowledge the severity of the charges. We are not seeking forgiveness, but rather redemption. Our sincere hope is that you will consider showing mercy and leniency, granting Sina the opportunity to rebuild his life and start afresh. We believe that your grace can provide him with the chance to rise again. I visited him several time when he was out in bail. Since he has been back in jail, I have had several phone conversations and my sister and I visited Sina after his plea deal! The traumatic experience of being in jail for 2 years had a transformative impact on him. In our jail visit he expressed so much regret and remorse for his actions. He has developed a new understandings of himself, of what is important in life and how he wants to live his life in future. He acknowledged how his hubris has led to his present situation and how this experience has replaced his pride with humility, reverence, and self-knowledge. He told us that he thought he can overcome his low self-worth by pushing himself to achieve more and more. He thought that high occupational prestige of being a successful architect who could design beautiful homes for his family could enhance his self-esteem. He now realizes that his and his family's happiness were at their peak when they lived a simpler life. He aspires to return to that simplicity and ease with his family life. He talked about the greatest pleasure will be to watch his three daughters grow to adulthood. Being in jail has been an agonizing experience for him but it has become a source of meaning and purpose. He has chosen to deal with it by helping other prisoners. Helping others has transformed his pain into growth. He has learned that counceling and teaching are what he enjoys. We talked about a future career in those areas. He wants to be a better person and to understand and address the issues that contributed to his present situation. As a part of moving forward and growing past what he has done, he hopes to be allowed to go to a rehab for alcohol

abuse. I believe Sina will come out of this experience with increased resilience, awareness and kindness.

In my 73 years of life, I never thought that I would have to write a letter of character for my youngest brother Sina! I thank you for reading my letter. I hope you consider my plea for leniency for Sina for the sake of his three young daughters and all of us who love and support him.


Sincerely,
Roxana Moayedi

May 30, 2023

Re: USA v. Sina Moayedi
Docket #22-Cr-00188-JSR-I

Dear Honorable Jed S. Rakoff,

I am Mandana Sigaroudi, and I am Sina Moayedi's older sister. I have a master's degree in English literature and diplomas in computer operation, aerobic teaching, and consulting. I have worked at a hospital in Milwaukee, Wisconsin, as well as at an oil delivery company in the same city.

After my husband completed his master's degree in dentistry, we relocated to Northern California. I worked as a supervisor in Health Plan of America. I taught aerobics for few years when Health Plan of America moved their head quarter to L.A., Additionally, I started and managed two small cafés consecutively. When it was needed, I worked at my husband's dental office for two and a half years. Currently, I stay occupied by assisting patients in their recovery after plastic surgery.

I have been married for 48 years. Shortly after getting married, I confronted with breast cancer, which led my spouse and I to choose not to have children. Instead, we have focused on being charitable towards our nieces, nephews, and children in need worldwide.

For the last 15 years, I have been attending the school of practical philosophy on weekends. It has taught me the importance of serving others beyond just my family. As a result, I dedicate all the income that I earn from my work to my favorite charitable organizations.

I am writing this letter to the honorable judge to ask for fair and compassionate punishment for my brother. When Sina was young, he would occasionally faint, so my sister and I would support him by holding his hands on both sides as we walked him to school. Now, in his absence, it is just the two of us sisters who are working tirelessly to maintain his family's financial, social, and physical well-being.

When I was confronted with breast cancer at a young age and spent 13 days in the hospital, Sina was the one who visited me more than anyone else. He made a tremendous effort to uplift my spirits and maintain a positive outlook during that difficult time. His kindness extended to the nurses as well, as he would bring them pastries and express gratitude for their exceptional care. The nurses held great fondness for him due to his compassionate nature.

I sincerely hope and pray that my brother will soon experience positive things in life after enduring more than two challenging years in federal prison. He often expresses that the pain of being separated from his three young daughters is the most severe punishment he has ever faced.

Unfortunately, Sina's beloved wife, who comes from a small fishing village in the Philippines, is not familiar with the education system in the United States. Sina was determined to provide his three daughters with a robust educational foundation. Now, my sister Roxana, a retired sociology professor, is working tirelessly to uphold the high standards of their education in Sina's absence. However, it is

concerning that the girls' behavior and boundaries are becoming lax. For instance, at the age of 12, one of the girls was out walking to Seven Eleven with a friend at 2 am. It seems that the restrictions Sina had put in place are gradually fading away, and the children are taking advantage of their mother's lack of knowledge. Unfortunately, it appears that the children are paying the price for Sina's mistakes.

Becoming a parent meant the world to Sina. He deliberately chose to marry a younger wife, ensuring that she would be able to continue caring for their children upon his death. Sina always expressed his desire for his kids to become valuable contributors to society. He held a strong hope that all three of them would pursue careers in fields such as medicine, science, engineering, or environmental science, where they could make a positive impact on others' lives. The three daughters of Sina are exceptional, well-mannered individuals with outstanding academic achievements at their elementary school. Sina was actively involved in their upbringing, placing utmost importance on their education.

Sina had a strong belief in the importance of math, music, art, and sports, which he encouraged his children to pursue. However, it is disheartening to see these activities being replaced by excessive iPhone usage, which was not permitted during his presence.

Sina's caring nature is truly remarkable, and he has always been there to support me with my charity organizations without any hesitation. Whenever I asked for donations for causes such as Families Without Borders, Moms Against Poverty, Operation Smile, Mother Miracle, and Child Foundation, Sina never said no. Thanks to him, I had the opportunity to help three young girls in the Philippines who lacked a promising future. I was able to assist them in their education and guide them towards becoming nurses, teachers, or chefs. Among the five of us siblings, Sina was the most supportive and helpful to our aging parents during their old age.

Sina had a remarkable ability to find job opportunities for those in need of financial assistance. He extended his love and care not only to our immediate family but also to our extended family. Sina always remained humble and down to earth, never indulging in expensive brand-new cars, designer clothes, or extravagant furniture. Instead, he prioritized a life where the well-being of our family held greater importance than material possessions. He consistently emphasized this value to everyone around him. Sina worked tirelessly to make a living, and his journey was never easy. Unfortunately, at present, he possesses nothing under his name.

Sina's wife, who has not been employed, now has the responsibility of making at least $18 per hour to sustain their financial needs. I have been putting in my best efforts to provide them with financial support, aiming to prevent them from becoming dependent on others. The well-being and future of Sina's family without him is a significant concern for all of us, given his advanced age. If there were a law that allowed me, as a non-parent, to serve his prison sentence on his behalf, I would willingly do so without any hesitation or regret.

Everything I wrote about Sina's character and his immediate family is true, with the hope of your honorable realization of him as a caring father, son, brother, and man.

The past few years have been exceptionally difficult for Sina and all of us. We sincerely appreciate if the honorable Judge could consider leniency in Sina's case for the well-being of his three young daughters.

Respectfully

Mandana Sigaroudi

Date:05/21/2023

Re: USA v. Sina Moayedi

Docket # 22-Cr-00188-JSR-1

Honorable Jed S. Rakoff:

I have a Bachelor's Degree in Computer Science from the University of Utah and a Master's Degree in Information Technology from American University in Washington DC. Additionally, I attended NROTC training at the University of Utah.

I have worked as a contractor for prominent companies like Microsoft and Webvan.com in Silicon Valley. Additionally, I have provided my services as a contractor to various Federal agencies, including the EPA, FDA, and GPO. In 2005, I transitioned to becoming an employee of the Federal government at the GPO, where I worked until my retirement in 2011. During my time at the GPO, my responsibilities included maintaining the software used to print all legislative activities for the United States Congress.

I manage a Facebook page called "I Shall Vote" and an associated website called Ishallvote.org. These platforms promote the importance of voting rights as fundamental to the United States democracy. I primarily support and campaign for candidates who are members of the Democratic Party. Additionally, I manage a Facebook group called "Quantum Spirituality" which focuses on advocating an understanding of faith through the lens of science, particularly quantum physics.

I am politically active in opposition to the Islamic Republic of Iran.

Sina, holds a special place in our parents' and family's hearts because he was the youngest.

We share many common interests, such as playing basketball on Iranian high school teams and being responsible for our high school wall newspaper. Additionally, we both have a passion for writing poetry. While Sina's English poetry skills are more advanced, I excel in Persian poetry.

Since we belonged to a higher middle-class family in Iran, we knew that we would be sent to the United States for higher education. As I received a scholarship from the Iranian Imperial Navy to attend the University of Utah NROTC program, my brothers and sister gradually joined me in Utah. I'm not sure why Sina chose geology at Utah State University, but it might have something to do with his love for the colorful landscapes of Utah and the Grand Canyon.

Unlike myself, all of Sina's girlfriends were Americans, and his passion for reading, particularly American literature and listening to music, had a significant influence on his three young

daughters. As a result, they have developed a love for playing musical instruments and are enthusiastic readers.

My father was a highly respected military officer, and my mother was beloved by her friends. We come from a well-educated and prominent family in the Washington DC area. However, what happened to Sina has deeply devastated our family. We are unable to associate ourselves legally with the situation Sina is facing, and we were completely unaware of it. Upholding the law is a boundary we do not cross, ingrained in our genetic makeup. The pain we are experiencing is truly beyond words.

All four of us have been profoundly impacted both physically and psychologically by this dreadful event, I have endured unexpected accidents that have required hospital visits. These circumstances have taken a significant toll on our well-being and continue to affect us deeply.

While our own pain and suffering are significant, it pales in comparison to the immense devastation that Sina's incarceration has brought upon his daughters and his wife. He is their pillar of strength and the center of their lives. The impact on them is immeasurable, and their lives have been deeply shaken by his absence.

Due to Melisa's arrival in the United States from the Philippines after the birth of their second daughter, and her limited English proficiency and familiarity with the American education system, Sina took on the role of the sole decision-maker in their educational journey. He made decisions regarding which schools they would attend, attended all parent meetings on their behalf, sought out and interviewed tutors for them, and personally walked them to school every day. Sina played a crucial role in ensuring their educational well-being and was deeply involved in their academic lives.

Sina's commitment to his daughters' education, reading, music, and overall well-being is truly commendable. Despite our best efforts to fill the gap left by his absence, it has been challenging to replicate his relentless love and dedication. As a result, their academic performance has suffered, with M█████ receiving a "C" in French. In light of their financial constraints, their math tutor graciously volunteered to work with them without any charge.

Sina lovingly and firmly upheld discipline regarding what the girls could and couldn't do. Their mother, who comes from a gentle Philippine culture, struggled to manage their behavior. She took them to have a sleepover at one of their school friends' homes without speaking to the parents beforehand; she simply dropped them off there. That same night, at 2:30 AM, the girls went shopping at a grocery store, at the age 14 and 15 while dressed not properly, creating a potentially dreadful situation. This wouldn't have happened if Sina had been present.

We try to provide dedicated support to Sina's wife Melisa, but people do not change overnight. The impact of Sina's situation extends beyond just his own punishment. It has deeply affected all of us, but mostly his young daughters.

The loss of our substantial inheritance, amounting to over 2 million dollars, coupled with hefty taxes and legal fees, has had significant financial repercussions. As a result, I personally lost so much because of my divorce and Sina's situation that I could no longer afford to reside in the United States for time being. Furthermore, the girls have lost not only their dedicated science tutor but also the presence and support of I.

When I returned in 1980 to Iran after the revolution, I encountered difficulties with the government and was subsequently prohibited from leaving the country. Facing extreme economic hardship and without any prospects for employment, I relied on Sina's assistance to survive. He sent me $100 through my mother, understanding the desperate situation I was in. Additionally, recognizing my need for resources, he even sent me his used computer through a cousin who was traveling to Iran. This support was crucial in helping me navigate through challenging circumstances and find a means to cope with the economic hardships I faced.

The used PC Sina sent me had a life-changing impact. It allowed me to learn new programming languages and databases. When I returned to the United States, I quickly found a teaching job thanks to the skills I acquired. During my time at the Government Publishing Office (GPO), my performance reviews consistently recognized my exceptional performance. Sina played a significant role in making all these achievements possible.

In the United States, our father became an investor in an American construction company under the condition that both my brothers would be hired. They started as basic helpers but eventually became significant contractors. My brother Sina, in particular, was the most reliable and trusted son to our father. When our father left the United States, he left Sina with some capital to support our mother.

Sina took the initiative to purchase a dilapidated apartment, renovate it, and rent it out to support our mother. None of us could replace Sina's unwavering support for our parents. Although our parents were wealthy, Sina was the one who provided all the care.

When my mother was coming back to the United States, she was arrested by the Revolutionary Guard and imprisoned. This happened because her stepmother recorded her insulting the leader, Ayatollah. As a result, all the bank accounts and property titles were taken away. In response, my father returned to Iran. For two years, he was interrogated by the Revolutionary Court every week. Surprisingly, he managed to recover everything. He appointed my two brothers as trustee's beneficiary during this time.

After my father passing, his significant wealth in the bank account was entrusted to Sina. Sina had the option to keep everything for himself, just like my other brother, without giving us a single cent. However, Sina, being a kind and honest person, shared our inheritance with us. This act of responsibility alone prompted my American girlfriend to ask me for marriage.

Our mother held the role of love keeper within our family, after our mother passed away, Sina took it upon himself to assume that responsibility. He stepped up and continued in variety of

occasion to bring us together, ensuring that the bond and love within our family remained strong even in her absence.

After his incarceration, our family has undergone a significant change, and our once-strong unity and love have been deeply shattered. We find ourselves rarely engaging in meaningful conversations with one another, except when necessary to address issues related to his family and legal matters. It is our hope that, with time and perhaps with Sina's eventual freedom, our Lord may help us rebuild the bonds that have been strained and restore the love that once held us together.

Honorable Judge Rakoff, in this most challenging moment of our lives, we humbly implore your honorable presence and considerate judgment. Sina's situation has affects us such that go beyond just the consequences he is facing personally. The life will never the same for his young girls and wife. We pray that you may find it in your heart to show mercy and compassion as you weigh the circumstances at hand.

Respectfully submitted,

Siakzar Moayedi

May 29, 2023

Re: USA v. Sina Moayedi
Docket # 22-Cr-00188-JSR-1

Honorable Jed S. Rakoff:

I hope this letter finds you in good health. I am writing to you as the older brother of Sina, who is currently awaiting sentencing. I humbly request your leniency and understanding as you consider the appropriate course of action in his case.

Sina is the youngest member of our family. We come from a loving and supportive household, and his actions have deeply saddened us all. However, I believe it is essential to take into account his character and the positive aspects of his life.

During our time in high school, Sina consistently demonstrated academic excellence, and his intelligence was recognized by both his peers and teachers. He held a position of responsibility in the school library, where he devoted himself to his work and fostered a love for literature, especially poetry. Sina's talent as a poet was widely acknowledged.

Our family's decision to move to the United States was driven by our collective pursuit of a brighter future. Our parents instilled in us the values of hard work, honesty, and the belief that success can be achieved through education and determination. Sina was no exception to this philosophy and was encouraged to study diligently, with the understanding that the opportunities in this great democratic nation would provide a promising future for him and his family.

As a father myself, I have experienced firsthand the profound impact a parent's presence can have on their child's growth and development. I am immensely proud of my own daughter, who has blossomed into a caring and compassionate individual due, in part, to the unwavering support of her parents. I firmly believe that Sina's daughters deserve the same opportunity, with their father's guidance, to flourish and make positive contributions to society.

While I do condone Sina's actions, I implore you to consider the desperate need for him to be with his family during this challenging time. His absence will not only punish him but also his entire family, particularly his wife and children, who are in dire need of his presence and support. By showing leniency, you would provide an opportunity for Sina to fulfill his parental duties and contribute positively to his daughters' lives.

I understand the weight of the court's responsibility in making decisions that uphold justice and protect society. I simply ask that you consider the broader context surrounding Sina's

circumstances and the potential for rehabilitation. I firmly believe that, with appropriate guidance and support, he can learn from his mistakes and reintegrate into society as a responsible and law-abiding citizen.

Thank you for taking the time to review this letter and for considering my plea for leniency on behalf of my brother. I trust in your wisdom and fairness as you deliberate on this matter.

Respectfully,

*sourena moayedi*

Sourena Moayedi

May 15, 2023

Re: USA v. Sina Moayedi
Docket # 22-Cr-00188-JSR-1

Honorable Jed S. Rakoff:

My name is Dr. Khosrow Sigaroudi, and I am Sina Moayed's brother-in-law.

I am a prosthodontist with a Master's degree in dentistry from Marquette school of dentistry in
Milwaukee Wisconsin. I initially received my dental degree and then did my specialty in prosthodontics
which involves treatment of complex dental and facial matters.
My educational training allowed me to teach at two different dental schools, Marquette and
UCSF, in addition to setting up a successful and long-standing private practice, for the last thirty
years.

I have been happily married 49 years to Mandana Moayedi, Sina's sister.
I knew Sina prior to getting married, over 53 years ago. During this time, I came to know Sina as
the most generous, helpful individual to anyone in need, regardless if the person was a family
member, friend or even a stranger who turned to him for assistance.

A fun memory of Sina from the late sixties, that still makes me smile is that he was the sibling
who was selected to chaperon his sister and I even though he was the youngest of three
brothers. Their father trusted him more than the other two, so he would accompany us when I
was dating his sister Mandana and we went out to dance clubs.

I often remember how much Sina loves his children and how involved he has been in their
education, working with them every day, and in the evening to make sure they all achieve the
best in their studies becoming honor students.
Now, I am afraid that in his absence, the three girls' education and grades will suffer and might
even plummet due to loss of enthusiasm in their achievement which was highly promoted by
their father.
Unfortunately, their mother who is not highly educated herself, does not realize the value of
schooling and cannot be as involved in their daily homework and reading materials, the way Sina
was.
Now, the family is noticing, the two older girls have developed antisocial behavior, psychological
strain, and the reality of economic hardship that are affecting their future goals

In numerous occasions and phone conversations, that my wife and I could talk to Sina, when he
is permitted to make a phone call, he is so appreciative of us emotionally and financially
assisting his family in his absence at this time on a temporary basis, while he is incarcerated.

Sina has made mistakes and is incredibly remorseful, he realizes his actions caused tremendous
hardship and damages to him and all family members. Now over two years of his life have
transpired and with the hardships he has endured, he has changed and he is a different person,

who wants the opportunity and second chance to do good specially with his three daughters' education and to serve his community in a positive manner to make reparations possible.

I hope you will look at my letter and countless others you are receiving, and understand that Sina is the kind of person around whom people rally. That has to say something, so please let that be a factor in your decision.

Sina will strive to make amends, and I am sure we will get to see his good works bringing fruitful results to our society, and specially to his three daughters and their future destinies in this world.

In one of his last phone conversations to my wife and myself he indicated, accountability, responsibility, and deepest remorse that he will make a sincere effort to pull his life back together in order to be able to provide love, purity, and sustenance to his family and future of the three loving girls.

I appreciate your time in reading this letter about my experience knowing Sina as the kind, gentle, and generous human being he truly is. In the hope of your mercy and leniency in sentencing my brother-in-law, Sina Moayedi.

Respectfully submitted,

Khosrow Sigaroudi

June 4, 2023

Docket #22-Cr-00188-JSR-1

Re: USA vs. Sina Moayedi

Honorable Jed S. Rakoff:

My name is Dieter Bilitza and I am married to Sina's sister Roxana Moayedi for now 37 years. I am a Research Professor in the Department of Physics and Astronomy of George Mason University in Fairfax, Virginia and a Senior Scientist at NASA's Goddard Space Flight Center in Greenbelt, Maryland. I have a PhD from Albert-Ludwigs University in Freiburg, Germany and started my career in Germany where I was involved in the first German satellite mission, the AEROnomy Satellites (AEROS) A and B that were launched by NASA in 1972 and 1974. Since moving to the USA in 1985, I have worked at the Goddard Space Flight Center and since 2007 also at George Mason University. I am an internationally recognized expert in ionospheric physics and have received several prizes and awards primarily for developing the International Reference Ionosphere which is the ISO standard for Earth's ionosphere.

I first met Sina in 1985 on the same day I met and fell in love with his sister Roxana Moayedi, who I married a year later. We spend a lot of time together with Sina and his then-wife Maria and I got to know Sina well and we became very close. I greatly admire the easy way with which he can get in contact with people of all walks of life and his great empathy for people who are less well off. He has helped so many over the years, well documented I am sure in other letters. He helped Roxana and me personally a lot when I got an invitation to spend a 1-year sabbatical at the Japanese space agency in Tokyo. We were hesitant because Roxana was pregnant with our first child and we had just bought a house. He encouraged us, offered his house for storing our things, helped with renting our house, and arranged for Roxana's mother to join us in Japan shortly before the birth to help Roxana with the newborn. I will always be very thankful to him for making this unique and wonderful experience possible.

Sina is a good person always ready to help even with little things like when he helped our youngest son with an art project that had caused him considerable distress and I was away on travel. I think helping people was a welcome relieve for Sina from the pressure and stress of running a company and being responsible for many employees who depended on him for their income.

When Sina became a father, his joy was overwhelming and always present. Being not able to share in their life right now, I am sure, is the greatest pain and punishment for Sina. He was a very involved and active father for his three daughters attending school meetings and arranging music lessons and other activities for them. He also helped them with school work. All of this is missing now and although we are all trying, I am helping with Math and Science school work, we cannot replace the active father in the girls' life.

I thank you for reading my letter. Sina has made such a positive impact on the lives of so many, including myself and my family, that I hope my letter and all the others will have a positive impact on his sentencing. Given a second chance Sina will do good for many and most importantly for his wife and three daughters.

Respectfully submitted

Dieter Bilitza