Attachments 4c - 4y
to Exhibit A

1

May 8, 2023

The Honorable Jed S. Rakoff
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: USA v. Sina Moayedi | Docket # 22-Cr-00188-JSR-1

Dear Judge Rakoff,

My name is Connie K. N. Chang. I was born and raised in NYC. For the past 28
years, I have lived in Washington, DC with my husband and our two daughters, a
college junior and an 8th grader. For the past 12 years, I have been working as an
evaluation consultant and technical advisor to Federal government agencies,
including the National Science Foundation, the U.S. Department of Energy, and
Intelligence Advanced Research Projects Activity. Prior to starting my private
consulting practice, I spent 13 years as a full time employee at the U.S. Department
of Commerce where my last positions were supervisory economist at a Federal
government laboratory and later, Chief of Staff and Research Director to the Under
Secretary of Commerce for Technology.

During my government tenure, I received training as a Contracting Officer's
Technical Representative (COTR) and oversaw and managed many policy and
economic study contracts and served on Source Evaluation Boards to select
awardees for multi-million dollar cooperative agreements for technology
development projects. In performing those duties, I undertook required annual
ethics training and I took to heart the Oath of Office I pledged to uphold on my first
day of work as a Federal employee. I have earned bachelor's (Wellesley College)
and master's degrees (UCSD) and am a dissertation short of a doctorate degree
(MIT).

I am submitting this letter regarding Sina Moayedi's court case to respectfully
request consideration for leniency in sentencing for the sake of his wife and three
daughters.

Prior to this turn of events, I had known Sina for nearly a decade. My husband and I met him through his lovely wife Melissa who was often the person who picked up and dropped off their oldest daughter at the Montessori school in Washington, D.C., that our youngest daughter attended. Our daughters were in a small class of only five students from the age of 2 to 7 during the academic years from 2011 to 2016. They took a strong liking to each other from the start, sang a duet at their first grade promotion ceremony each having elected to remain an extra year at this private school just to be together, and have stayed close friends to this day. During the height of Covid, they held regular Skype sessions over their laptops with another close Montessori schoolmate who lives abroad, catching up and engaging in joint writing projects as they each attended different schools.

During the times the kids were in school together and through their elementary school education, our two families spent time in each other's company on numerous occasions for playdates, birthday parties, pickups at music and/or dance lessons, and dinners. Over those years, the kids had many sleepovers together at our home and theirs. I observed Sina to be an attentive and caring husband; a loving and kind father to his three daughters, R███████, M███████, and D███, a generous and respectful son-in-law to Melissa's mother; a dedicated and loving brother to his siblings, uncle to his nieces and nephews, and son to his mother before she passed; and a warm and caring friend to us.

During these social gatherings, Sina and I talked about world affairs, current news, and books. He is curious of others' opinions and viewpoints, and cares to always ask about how our family is and listens attentively. I had plenty of opportunity to observe him in the company of his family and friends and his behavior was always exemplary. I personally witnessed his devotion to his family.

I understand that Sina has pled guilty to three counts and is awaiting sentencing in mid-August. I can say honestly that I was shocked to learn of the charges against him and disappointed when I read the details of his plea agreement that have been made public. I don't understand what drove those poor decisions, but I do know that he's put at risk what he holds most dear – time with his family. His arrest and detention have taken a huge toll on his family who depended on him financially and relied on him in so many other ways. His wife Melissa and their three daughters have had their lives upended, during a global crisis no less where many of us kept to ourselves. They moved and changed schools and had to adjust to life without husband or father. Melissa, who was a stay-at-home parent, is now working in the public school system and finding it very difficult to raise a teen, pre-teen, and adolescent as a single parent, especially because her ability to converse fluently in the English language is limited.

Connie K. N. Chang | 5440 Nevada Avenue NW, Washington DC 20015
202-491-3356 | connieknchang@gmail.com

His long absence has profoundly affected and will continue to affect his daughters most of all. Sina is 67 years old. Melissa is 42. Their children are 13, 12, and 9. These are critical years in their growth, thinking, and understanding of the world. Children perceive time differently than adults. A year for them is a much larger fraction of their short time on earth than for someone much older.

I hope that your Honor will consider the impact on his family – even if Sina did not -- as you decide on the length of his sentence. As all parents know, we only have so many years together as a family unit before our children leave our home to create their own. We can never get these years back.

Thank you, Your Honor, for your time and attention.

Respectfully yours,

*Connie K. N. Chang*

Date:5,23,2023
Re: USA V. Sina Moayedi
Docket#22-Cr-00188-JSR-1

Honorable Judge Rakkoff,

I am writing this letter on behalf of Sina Moayedi. My name is Shapur Ameri, and I am a practicing neurosurgical spine surgeon with over 50 years of experience. I have offices in Winchester, MA, Boston, MA, and Framingham, MA. I am married to Sina Moayedi's cousin, Linda Arbabi/Ameri. Dr. Linda M. Ameri, my wife, is a dermatologist in Framingham, Massachusetts, and is affiliated with multiple hospitals. She graduated from Harvard Medical School and has been practicing for over 20 years. Due to health issues, my wife is unable to write this letter herself, but I would like to vouch for Sina's good character.

Sina and his family have been close to us for nearly 40 years since I married my wife. They come from a well-to-do family, and all the siblings have achieved professional success. Sina has always been close to my wife, Linda, as they are among the youngest cousins in the family. When Linda developed health problems and required in-house healthcare, Sina was the first family member to contact me and volunteer to find a caregiver. He interviewed several individuals and chose the best available option who was willing to travel to Boston to take care of my wife. Sina has always displayed a helpful nature, not just towards me, but to others as well.

Sina is a dedicated father to his three young daughters. I know that despite his incarceration, he remains actively involved in their lives, regularly calling and monitoring their schooling and well-being. Adolescence is a crucial period for children to develop their identities, and prolonged absence of their father during this critical stage can have adverse effects. Therefore, I would like to plead for leniency on behalf of Sina's young family and his close-knit relatives.

I understand the seriousness of the charges against Sina, and I do not wish to diminish their gravity. However, I believe that a compassionate approach in this case, taking into account the impact on his family, would be more beneficial. Sina's children and his wife are relying on his support and presence during this challenging time.

Thank you for considering my request for leniency on behalf of Sina Moayedi. I trust that you will weigh the importance of family and the potential adverse effects on his young children's lives.

Sincerely,

Sima Otsuka
643 Bowfin Drive
Woodbridge, Va 22191

May 15, 2023

Ref: USA v Sina Moayedi
Docket # 22 -Cr-00188-JSR-1

Dear Honorable Judge Rakoff:

My name is Sima Touhidi Otsuka. I am a recently retired professor and
assistant dean. Since 1994, I taught Biology and Anatomy & Physiology to
undergraduate and pre nursing students at Northern Virginia Community
College. I also served as an assistant dean for the science department for
several years. I received my BA from The American University in Washington
D.C. and MA from City College, City University of New York.

I have known Sina Moayedi and his family for over 60 years. Our parents
were very good friends and we children grew up together. The bond
between our families was very strong. Sina and I were the same age and
were very good friends all the way through high school. During college, his
sibling and my siblings lived together in Washington D.C. and we all
continued our friendship. I still consider him a good friend, even though we
grew apart due to marriage, family and life in general.

All these years that I have known Sina, I have never seen anything that would
make his character and personality questionable. I clearly remember one
thing about him as a young man that has always stuck with me. We were
socializing with friends outdoors and Sina got up to get some food and
accidentally stepped on a moth. He became so upset and very sad, blaming
himself for not being careful enough to avoid it. Sina is a very kind, caring,
and giving person and always cheerful, happy and helpful.

That is why I was shocked and in disbelief when I heard what Sina has been
prosecuted for. I do not know what drove him to make this
unthinkable mistake. He is a human and humans make mistakes. I hope he
will have a chance to make amends.

As a mother of two daughters and a grandmother, I know that Sina has already suffered being away from his three beautiful little girls and his wonderful wife. Sina Moayedi is a good person and friend who made a mistake.

Thank you for your consideration.

Sincerely,

Sima T. Otsuka

# Fariba and Iraj Zolnasr
5 Leona Drive • San Rafael • CA 94903
415 271 1342

May 31, 2023

Re: USA v. Sina Moayedi
Docket #22-Cr-00188-JSR-I

Honorable Jed S. Rakoff,

We are writing today in support of and attesting to the character of our friend Mr. Sina Moayedi.

My wife and I came to United States when we were young, nearly 50 years ago, inspired by the ideals of a country that upholds the rights of its citizens backed by a constitution that has stood the test of time and has been fashioned as model for other countries throughout the world. We have been married for 40 years and are residents of California and are contributing members of our society. I have a degree in Business Administration and Accounting and have been a Chief Financial Officer of a national restaurant group and I am currently an entrepreneur with several online businesses as well as a Real Estate Broker and an Insurance Broker in the State of California for over 20 years. My wife is Senior Vice President at Old Republic Title and a County Manager for Marin and Sonoma Counties.

As naturalized American citizens, we have seen and felt the unjust laws of other countries, and how laws are bent to mistreat their citizens and are proud to be Americans and proud to know that the system of laws protect all of us living in this country. We try to reciprocate the blessings that this country has bestowed on us, by volunteering as board members in various charity organizations as well as contributing directly to organizations.

We have come to know Sina Moayedi, now for a few years personally and have been friends of his sisters and brother for many more years, as members of the same community of Iranians living in Marin County, California.

What we know is that Moayedi family conduct themselves at the highest level of moral and ethical behavior and are contributing members of their community. They are all a product of strong parents who taught them the values of service to the community and humanity. They are all humble in their accomplishments, even though they are all high achievers. They strive to do good and make this world a better place. They are all simple, honest and hardworking people.

We have seen Mr. Moayedi's precious daughters suffer by not having their father's presence in their lives and we have seen his wife wetter under the strain of the past 2 years. We have seen firsthand his sisters, brother, family members and their friends step forward gladly and provide whatever support was needed to bring comfort to their brother and his family.

While we understand and acknowledge the fact that Mr. Sina Moayedi has been incarcerated for some time now, regardless of his current situation, he is loved by all who know him, and we all would like nothing more that to see him reunited with his family as soon as possible.

We humbly ask his honor to give the most lenient sentence possible and allow Mr. Moayedi to return to his family and become a contributing member of society again.

Thank you for allowing us to present this letter of reference to you and we hope to see Mr. Moayedi reunited with his family soon.

Sincerely,

Fariba & Iraj Zolnasr

May 30, 2023

Re: USA v Sina Moayedi

Docket #22-Cr-00188-JSR-1

Honorable Jed S. Rakoff:

I have had the honor and privilege of knowing the Moayedi family for over 30 years.  All the siblings, Sina, Mandana, Sourena, Roxana, Siakzar, their spouses and lovely Mom, Mrs. Meehan Moayedi.

During these many years, I have joined gatherings with the siblings which were typically oriented around family and the children. This is a family of well educated, ethical hardworking and accomplished individuals. Emphasis and attention are placed on education, sports and hard work and their next generation also reflect this tradition.

I have known Sina to be a dedicated husband and loving father to his 3 young daughters. Under his care they were thriving, doing so well in school scholastically, playing musical instruments, participating in sports and school activities.  However, when I recently saw the young daughters when they were visiting their aunt, I noticed a marked change in their spirit, and they appeared disengaged and distant. They are not as engaged in school activities and their mothers' gentle reminders are rebuffed.  In short, the young girls are missing their father who has been removed from their lives so suddenly.  Most importantly, his guidance and his support of their education and well-being is crucial at this stage of their development.

I support Sina's early release to return to his family, to resume his important role as father and husband.

Respectfully Submitted,

Mary Sadrieh

May 30, 2023

Re: USA v. Sina Moayedi

Docket #22-Cr-00188-JSR-I

Dear Honorable Jed S. Rakoff:

Hello, my name is Mahvash Sigaroudinia. I have been a proud US citizen for approximately 30 years, I pursued my academic journey in the medical field and successfully obtained a Master's degree from the esteemed University of Tehran.

Throughout my professional career, I had the privilege of working at two renowned institutions. Firstly, I dedicated a significant portion of my career to the University of Georgetown located in Washington, DC. Additionally, I had the opportunity to expand my expertise and contribute to the healthcare sector at the University of California San Francisco Medical Center. With great dedication and enthusiasm, I worked alongside talented colleagues, providing quality research projects, and engaging in cutting-edge medical advancements.

Overall, my journey as a US citizen, combined with my extensive employment at GU and UCSF medical centers, has allowed me to make valuable contribution to the field of medicine for over 28 years.

I am pleased to provide a character reference letter for Mr. Sina Moayed, who I have known personally for over 48 years as a member of my extended family. Throughout all these years and my interactions with him and his family, I have consistently heard praise and admiration for his kind and charitable nature.

He has been a respected member of both the community and his relatives. It is unfortunate and regrettable that he was involved in business misconduct. However, we all hope that the court will show some leniency towards Sina Moayedi. He is a family-oriented individual who has consistently demonstrated responsibility, grace, and love as a father to his three young children. He is also a valuable member of the community and a genuinely good person.

It is vital to think about how Sina's family, especially his three young children aged 6 to 12, would be affected. If he is kept in jail and separated from his kids for too long, the consequences would be devastating, potentially harming their mental and emotional well-being. Studies have shown that children who experience parental separation due to incarceration often face long-lasting challenges that can persist into adulthood.

The absence of a loving and involved father during their crucial developmental years can have a profound impact on the children's overall growth. They are more likely to encounter difficulties in education, emotional instability, and behavioral problems when their parents are incarcerated. Having a

caring father who provides stability and support is crucial for their healthy development and future success. Maintaining a bond with their father would offer them emotional security, guidance, and the love they need to thrive.

Considering the best interests of the children and Sina's potential for rehabilitation and reintegration into society is essential. By focusing on alternative sentencing options that prioritize family reunification and rehabilitation, the court can ensure that the children's future lives are not irreversibly altered. This approach would give Sina the opportunity to make amends, continue being a loving father, and remain a valued member of the community.

Thank you for taking the time to read my letter concerning the future of Sina's children if he receives a lengthy sentence and is incarcerated.

Respectfully submitted,

Mahvash Sigaroudinia

Mahvash Sigaroudinia



May 30, 2023

Re: USA v. Sina Moayedi
Docket # 22-CR-00188-JSR-1

Honorable Jed S. Rakoff

My name is Cathy Carr, and I am writing on behalf and in support of Sina Moayedi, who I have known for fifteen years through my now-husband, Charlie Bessant. I ask for leniency as you decide his criminal sentence because I know how regretful Sina is to have broken the law. He is a good person who has (and will continue to) become an even better person because he is learning some hugely painful lessons.

I met Sina and the extended Moayedi family when I began dating Charlie, in 2008, when I was 52. Charlie had known the Moayedi family for some 30 years by then: he is called "Uncle Charlie" by Sina's older nephews and niece. Before his incarceration, Sina's sisters and brothers and the entire extended family would always gather for holidays and birthdays. I felt that Sina was a bit of the glue that held the large family together, as he is very family-oriented. We would see Sina three or four times a year. He made me and any other guests feel welcome and at home. I watched with special appreciation how attentive he was to his mother and other elders.

When I first met Sina, I was employed by a landscaping firm in the DC area. I started my own garden design business in 2014 and am an award-winning landscape designer. I did a garden design for Sina's brother Sourena, and one for Sina's family, several years later. Personally and professionally, I know Sina to be honest, professional, hard-working, courteous, and respectful. Sina is a calm and solid person. He is a kind, considerate, intelligent, and thoughtful man.

Sina's wife, Melissa, is from the Philippines, and English is not her first language. US culture, including education for their children, is different from what Melissa was used to. As a result, for example, it was Sina rather than Melissa who managed the the bulk of interactions with the business of daily life including housekeeping, socializing, and their children's schooling. I appreciated the high degree of involvement Sina had with his daughters' upbringing. He was firm but also played with them, and was very loving. The girls were obviously crazy about their dad.

It is most poignant that Sina, who feels so fortunate to be an older father, is missing out on the most important part of life: raising his children. His wife, mother-in-law, siblings, extended family members, employees and friends have all been affected, but I imagine that he is haunted by the fact that the consequences of his bad choices are mainly visited on his kids. Please consider as much leniency as possible for the benefit of his daughters, who very much need their father.

Respectfully yours,

Cathy Carr
Cathy Carr

Date; May 30, 2023
Re: USA v. Sina Moayedi
Docket # 22-Cr-00188-JSR-1

Dear Honorable Jed S, Rakoff,

I am writing to you today with utmost respect and humility to request your consideration for leniency in the sentencing phase of the case involving Sina Moayedi. I understand the seriousness of the offense and the need for appropriate consequences; however, I believe there are compelling circumstances that warrant a compassionate approach.

Allow me to introduce myself. My name is Shohreh Porsaid, and I am a family friend of the Moayedi family for over 35 years. I have been married for 30 years and hold a Bachelor of Business Administration. As a proud Iranian American, I consider myself a global citizen, committed to humanitarian causes and community engagement. I have had a diverse professional background that includes serving as a former retail industry executive and a multi-talented designer. Throughout my career, I have demonstrated exceptional analytical skills in creativity and strategic product planning. As an entrepreneur and the Vice President of Product Development and Marketing, I had the privilege of playing a pivotal role in the growth and development of an educational toy and gift manufacturing company from its inception. My passion extends beyond the business world. I have dedicated my time and resources to non-profit and charitable organizations, particularly those focused on the education and wellbeing of children. I firmly believe that investing in our children's future is key to building stronger communities and fostering a more compassionate society.

It is with this perspective that I write to you today. I have witnessed firsthand Sina Moayedi's unwavering dedication to his family, children, friends, helping others and making a positive impact in his community. His commitment to humanitarian causes aligns with his deep-rooted belief in the importance of education and the wellbeing of children. He has consistently shown compassion and empathy towards those in need, striving to improve their lives and provide opportunities for a brighter future. Furthermore, I have had the privilege of observing Sina Moayedi's exceptional professional skills and accomplishments. While the offense for which Sina Moayedi is being sentenced is undoubtedly regrettable and should be appropriately addressed, I firmly believe that his character, contributions, and potential for rehabilitation deserve thoughtful consideration. It is my sincere hope that you will weigh these aspects when determining the appropriate sentence for Sina Moayedi. A lenient approach that focuses on rehabilitation, community service, or other restorative measures would allow him to make amends for his actions while continuing to contribute positively to society. I want to express my utmost confidence in your wisdom and fair judgment as you deliberate on this matter. Your role in the pursuit of justice and fairness is vital, and I trust that you will carefully consider all relevant factors. Thank you for your attention to this request for leniency. I sincerely appreciate your consideration and dedication to upholding the principles of justice.

Respectfully,

Shohreh Porsaid

May 23, 2023

Honorable Jed S. Rakoff:

Docket # 22-Cr-00188-JSR-1
Re: USA V. Sina Moayedi

My name is Bahman A Tehrani, and I am an old friend of the Sina and Moayedi family. I am a Certified Public Accountant and owner of an accounting firm in Maryland. I have known Sina and his family since high school in Iran. After two years of getting to know each other, Sina graduated from high school and went to the US to continue his education. Meanwhile, I completed my high school and university education in Iran before leaving for my own studies. Eventually, I had the opportunity to join Sina in Logan, Utah

While Sina pursued his education at Utah State University and later moved to Maryland where his parents resided, I went to San Diego to further my education. After completing my graduate program, I reunited with Sina and his extended family in Maryland. Our friendship has endured over the years, supporting each other through life's challenges. It is during difficult times that you truly discover a person's character, and I can confidently say that Sina is a good person and a loyal friend.

I was overjoyed for Sina when he became a father later in life, as fatherhood had always been his lifelong dream. He deeply adored his three daughters and took immense pride in them. Unfortunately, the present time has brought sadness and difficulty to Sina's family, including his wife, children, other family members, and close friends like myself. Sina is in need of our love and support in any way possible.

I am deeply concerned about the well-being of his young daughters and his wife. The lack of sufficient financial resources, his wife's limited education, and their struggles with the English language pose significant challenges to their day-to-day lives. Sina's family desperately needs him, and the future of his young daughters is at stake. They rely on their father to guide them through life's journey.

I implore you to show leniency and understanding towards Sina, particularly for the sake of his immediate family. We all hope and pray that he can return home to his loved ones and friends as soon as possible. Your decision will not only hold great value for Sina but, more importantly, for his young daughters and his wife.

Thank you for taking the time to read my letter. Your consideration and decision are of utmost importance to Sina's family, and it would mean the world to them.

Sincerely,

Bahman A. Tehran

Bahman A Tehrani



May 26, 2023

Re: USA v. Sina Moayedi
Docket # 22-Cr-00188-JSR-1

Honorable Jed S. Rakoff:

I am writing to you today to request your kind consideration and leniency in the case of Sina Moayedi, who stands before you awaiting a judgment.

Allow me to share my personal experiences with Sina, as I believe they shed light on the depth of his character and the compassion he has consistently exhibited. I first met Sina when I was a mere 12 years old in Iran. Little did I know then that our paths would cross again in Logan, Utah, where Sina was attending the University of Utah while I was attending high school. Despite our age difference, Sina became a brother figure to me during a time when I felt homesick and struggled to fit in. His unwavering support and care provided me with the strength and guidance necessary to navigate those challenging years.

Our lives continued to intersect as time went on, and we both found ourselves in Washington, D.C. in the late 1980s. In 1987, I married Sina's brother, and although our marriage eventually ended in 1994, I became a single mother to my five-year-old daughter. Balancing the responsibilities of motherhood and a demanding full-time job at IBM was undeniably arduous. However, once again, Sina stepped in, filling the void with his unconditional support and care for both me and my daughter.

Today, at the age of 62 I have the privilege of running a nonprofit organization that operates projects in three different countries, with a strong emphasis on education and empowerment for people of all ages. During the envisioning process of establishing this nonprofit, Sina served as one of my most trusted advisors and guides, lending his invaluable expertise and unwavering support.

I cannot adequately express the depth of my gratitude for Sina's presence in my life and the profound impact he has had on both myself and my daughter. His continuous support, guidance, and encouragement have been instrumental.

It is with utmost respect and admiration that I humbly request your honorable consideration for leniency in Sina's case. I firmly believe that the remarkable character he has consistently displayed, his selfless contributions to society, and the positive impact he has had on those around him merit a compassionate approach. I trust in your wisdom and discernment to weigh these factors alongside the legal considerations in reaching a just resolution.

Thank you for your time and attention to this matter. Your decision will undoubtedly have a significant impact on the life of a man who has been a beacon of compassion and support for so many, myself included.

Sincerely,

Manijeh Marvastian

Manijeh Marvastian

www.villagerise.org
7205 Bradley Blvd, Bethesda, MD 20817



May 24ᵗʰ, 2023

Re: <u>USA v. Sina Moayedi</u>
<u>Docket # 22-Cr-00188-JSR-1</u>

Honorable Jed S. Rakoff:

My name is Gerardo del Cerro and Sina Moayedi has been a close friend for almost thirty years.

I am an American citizen but was born in Spain and at a young age my family moved to Mexico where I spent my seminal years before moving to the US in 1996 at the age of 30. I graduated from Universidad Ibero-americana in Mexico City with a B.S. in Business Administration in 1990. Upon moving to the Washington, DC in 1996, I eventually formed a business partnership with two friends in 1999 and together, we started a wholesale artisanal bakery called Lyon Bakery. Today it thrives with over 250 employees supplying over 1200 eating establishments daily.

I am submitting this letter on behalf of and in support of Sina Moayedi. He was one of the first people I met upon arriving in the US in 1996 and over the years has been a close friend whom I love and trust very much. We were introduced by my cousin and since then he has been a good friend and mentor to me. He was from the beginning most welcoming and generous with his friendship, home and friends.

I am eternally grateful to Sina for being there for me like no other when I was on the brink of divorce. It was one of the most difficult times in my life. Sina was the most supportive friend who gave me the love, support and the soundest advice that led to a reconciliation with my wife.

It truly saddens me to see him in this situation and ask, Your Honor, for your clemency in sentencing a man who has so much good in him. His greatest joy today is his family and children and there is nothing more that he values than to be able to be a part of their lives.

I thank you for your time and consideration.

Respectfully submitted,

Gerardo del Cerro

Dr. Kamran Ghalili

3319 Augusta National Drive South

Salem, Oregon 97302

May 25, 2023

Reference: USA vs Sina Moayedi Docket # 22-Cr-00188-JSR-1

To: The Honorable Jed Rakoff

My name is Dr. Kamran Ghalili, I am the president of Oregon Heart Center and a practicing cardiologist for over 34 years.

I am writing this letter today to express my strong support for my dear friend Sina Moayedi. I have known Sina and his family for over fifty years beginning when we were in high school in Iran. We continued to remain close as we both relocated to the United States in the late seventies. As long as I have known Sina, he has had a dream to come to the United States and has a deep love for this country. When I moved here, he was the first person to teach me about the rich history of this beloved country.

Sina has a kind, positive and generous spirit that comes naturally to him. From the first time we met, he has been that friend I could count on; a true friendship that spanned the last fifty years. The thing that has stood out the most, is the love he has for his wife and most importantly his three young daughters. Sina has been instrumental in raising his daughters that span between ages nine to thirteen. His wife has limited English skills, so Sina has been the main caretaker for his daughters. His absence has caused a devastating impact in his girls lives.

Sina has confided in me that he has a sincere understanding that is actions were wrong. He has never once tried to defend, minimize, or explain away his activities. He is remorseful for what has happened and continues to seek out ways to help him grow and improve as a person.

Thank you, Your Honor, for taking these thoughts into consideration as you deliberate on the appropriate sentence. I still believe that Sina Moayedi is an honorable individual, a dedicated and loving father, husband, brother, and friend.

If you have any questions, please free to contact me at kamranghalili55@gmail.com or 503-798-8128.


Respectfully submitted,

Dr. Kamran Ghalili

Paul F. Marischen, D.D.S., PO Box 3138, Carefree, AZ 85377

May 22, 2023

Honorable Jed S. Rakoff

Re:    USA vs Sina Moayedi, Docket #22-Cr-00188-JSR-1

I have been asked by the Moayedi family to provide to the Court my observations and comments as they pertain to the pending sentencing of Sina Moayedi on August 10, 2023. My name is Paul Marischen, and I write this letter not as a family member, nor as a close friend of Sina Moayedi, but as a friend of the Moayedi family.

I have known the Moayedi family for nearly 50 years through my friend and classmate, Dr. Khosrow Sigaroudi.   We were classmates seeking a specialty degree in dentistry (Prosthodontics) at Marquette University School of Dentistry in Milwaukee, Wisconsin in the mid-1970's.  He and I became and remain friends and also friends with his wife, Mandana.  Through Mandana, I eventually met all the Moayedi family including her parents and siblings, which include Sina, and their niece and nephews.  However, I have never met Sina Moayedi's wife and his three young daughters but know of them and have seen them in family pictures.

Over approximately 45-50 years we have had the opportunity to have visited with Sina Moayedi four or five times associated with family gatherings in which we have been invited to join.  My interactions with Sina were friendly and found him to be an affable man, witty and a good sense of humor.  My knowledge of his business pursuits were superficial at best.  I always found the Moayedi family to be close knit and care deeply about one another.  As you are aware, they are all immigrants from Iran who were educated in the United States and became naturalized US American citizens.  All of them struck me as well educated, hardworking and accomplished people.

When Dr. Sigaroudi informed me of the legal troubles that Sina was involved in, I was shocked and saddened; shocked as I would never have anticipated such criminal activity by Sina Moayedi.  It seemed so out of context for the person I had known despite limited contact with him.  Saddened by the knowledge of how he has so severely damaged his life, but also his surrounding family, but most significantly his wife and three young daughters. Their lives have been turned upside down and have required major changes in how they live and their lives going forward.

Honorable Jed S. Rakoff
Re: USA vs Sina Moayedi, Docket #22-Cr-00188-JSR-1
May 22, 2023
Page 2

I write this letter because as you determine Sina Moayedi's sentence and punishment for his crimes, that the punishment and sentences are not entirely borne by him. His immediate an innocent family of his wife and three young children also bear some of the burden of his punishment. It is unavoidable but remains the reality. I assume and hope that as you determine the scope of his sentence and punishment that you recognize that he is still a husband and father to three young daughters and having some mitigating influence in your decision.

His wife and children will continue to suffer the consequences of Sina Moayedi's illegal activity as they continue to adjust their lives and futures. Hopefully as the court continues to monitor Sina's term in prison, that his activities while incarcerated offer some redemption recognized by the court and allow some mitigation of the length of his sentence with an earlier release and reunification with his family.

Thank you for the opportunity to offer my comments to the court as these proceedings come to a close in the near future.

Sincerely,

Paul F. Marischen, D.D.S.

# ⏻ne Foundation

May 22, 2023

Re: <u>USA v. Sina Moayedi</u>
<u>Docket # 22-Cr-00188-JSR-1</u>

Honorable Jed S. Rakoff:

I am writing to you today in support of Sina Moayedi, whom I have known for nearly two decades both as a friend of our family and in a professional capacity.

Allow me to introduce myself briefly. I hold a Syracuse MS Economics degree from 1965, an MBA from Harvard Business School where I was honored to receive the Ford Scholarship in 1967, and I am a CPA licensed in New York. I spent ten years with Arthur Young and Company, during which time I served as a Founding Partner of the Middle East office. Following this, I founded Highland Cellular, the first cell phone service provider in Southern WV, which was recognized by Ernst & Young with the Technology Entrepreneur of the Year Award. In 2007, I successfully sold the company to AT&T. I am also the proud founder of the One Foundation, which is dedicated to serving Appalachian communities through various philanthropic endeavors.

Having provided this background, I wish to emphasize that my purpose in writing this letter is to speak to Sina's character and the positive impact he has had on both his family and the community. Sina has shown unwavering dedication to his family, particularly his three beautiful daughters who are now approaching their teenage years. I have witnessed first hand his commitment to being a loving and supportive father.

Furthermore, Sina's kindness and altruism are evident in his actions within the community. I have observed him reaching out and offering assistance to those who are in need and less fortunate. Sina's efforts to help the needy and downtrodden reflect his genuine concern for the welfare of others, and his contributions have made a tangible difference in the lives of many.

Considering Sina's personal and professional history, I believe that his positive contributions should be taken into account when considering an appropriate sentence. While I understand the necessity for justice to be served, I humbly request your mercy, compassion, and leniency in this matter. Sina's continued presence and support are crucial for his daughters, who greatly depend on his guidance during this formative stage of their lives.

Thank you for taking the time to review this letter and for considering my perspective. Please feel free to call me if I could help in anyway, +1 (202) 360-2007.

Sincerely

*Marz Attar*

Marz Attar

125 Whitestick Road, Beckley, WV 25801
www.all-onefoundation.org

Date: 5,14,2023

Re: <u>USA v. Sina Moayedi</u>
<u>Docket # 22-Cr-00188-JSR-1</u>

Honorable Jed S. Rakoff:

My name is Nasser K Nejad and I am a family friend of Sina Moayedi.

I am a US citizen and an architect residing in Washington, DC. I have been married to my wife
for 43 years. My wife and I both graduated from university of MD in College Park. We worked
for the US government as well as for private sector since 1970s.

This is to support Sina Moayedi. Sina is our friend and I know him since early 1990s. Since we
both are architects we have a special relationship and he always was very helpful to me. Sina is a
family oriented person. Sina was always very active in his community and helped a lots of
people in need specially minorities.

I am hoping he can go back to his family and take care of his beautiful children as he always did.
I would like to thank you for your time and consideration.

Respectfully submitted,

M. Nasser K Nejad

May 9, 2023

Re: USA v. Sina Moayedi
Docket # 22-Cr-00188-JSR-1

Honorable Jed S. Rakoff:

My name is Andy Shallal, I am a businessman living and working in Washington DC. I am the founder and CEO of Busboys and Poets a local restaurant group and cultural center.

I have known Sina Moayedi for over 3 decades. I met Sina through my wife who grew up with the Moayedi family and had known them her entire life. We vacationed together during several summers renting a home on Chincoteague Island and spending entire days chatting and enjoying each other's company. Sina was always positive and cordial. He had a great sense of humor and made sure that everyone around him was having a good time. My children at the time were quite young and I remember watching him showing them how to build sandcastles, bicycling to the local ice cream store or collecting seashells. They loved Sina and looked forward to those summer days. Over the years, as my children grew older, we saw each other less but I never forgot the time we spent together.

Respectfully submitted,

*Shallal*



**SELECT DREAM CARS**
SUPERIOR CARS, SUPERIOR SERVICE®

May 7, 2023

Re: USA v. Sina Moayedi
Docket # 22-Cr-00188-JSR- 1

Honorable Jed S. Rakoff:

Your Honor, my name is Behzad Touhidi-Baghini. I am a 72 year old, retired US Treasury economist and have kept busy post retirement with real estate investment and an automobile operation in Jefferson County, West Virginia. I have a Ph.D. in economics from the American University in Washington, D.C. and have also worked in investment banking, corporate re-engineering as well as academia and the car business throughout the years.

I have known Sina Moayedi and his four siblings since I was eight years old. Our parents were friends and the children grew up playing and bonding together. We called Sina's late mom auntie and they addressed my late mother the same. When I left Iran for study abroad in 1968, Sina was a teenager and of the five Moayedi kids, he was the most sincere, gentle and lovable. So when he came to the US in early 1970's, I helped him get situated and start school. We kept in touch on a regular basis until I got married in 1989 and had children and life and work left little time for regular contact. I knew he had become a successful architect and later formed a family of his own through our annual gatherings every April until I went abroad for a couple of years and moved to West Virginia upon return and lost track of his life.

I was totally shocked and saddened when I heard the news of his prosecution and the charges against him. To me, Sina was a model of cheerful and positive propriety and honesty, a dedicated family man and a responsible and successful citizen and entrepreneur. I can only imagine how his life has been upended and how his family has suffered as a result of the events that have transpired. I am hoping that Your Honor may consider the price he has already paid for his alleged misconduct and that Your Honor would take pity on his family, if not him. Knowing Sina since he was a child, I am certain that he has learned his lesson and will never consider doing anything that has the slightest tinge of impropriety.

Thank you Your Honor for indulging this old friend of Sina's. I am praying for your leniency as it means the world to Sina's three daughters, his wife, his siblings and all his friends and associates, including me.

Respectfully submitted,

Behzad Touhidi-Baghini

4563 Middleway Pike • Kearneysville, WV 25430
304 885 8918 • 703 627 9290
www.selectdreamcars.com

**Hossein Kalantar**

Nationality: U.S.A
7721 Tremayne Place #209
McLean VA 22102
(301)795-5687
hkalantar2@gmail.com

Re: USA v. Sina Moayedi
**Docket # 22-Cr-00188-JSR-1**

Date: May 17, 2023

Honorable Jed S. Rakoff

I am an Auburn University Naval ROTC graduate with a BS in Mechanical Engineering and Retired Lieutenant Commander in the Imperial Iranian Navy. After being granted political asylum in the United States, I have had an opportunity to work in fortune 500 hundred companies such as TEXAS INSTRUMENTS, FISHER CONTROLS, EMERSON ELECTRIC etc. in various capacities. I am currently retired and live in McLean, Virginia.

I am writing on behalf of Mr. Sina Moayedi whom I have had a close association with as well as his family for over 43 years. My association is primarily through his older brother, my long friend and Navy comrade Siakzar in Iran and United States. In 2007 through 2009 I had an opportunity to work for Sina as Business Development Manager. During this period, I developed a close professional relationship and direct social association with him.

During my tenor as business development manager, I found Sina highly dependable, responsible, and hard-working business owner who cared for each employee in the company. His focus on safety and security of employees, especially the labor force, was exemplary.  In 2008/2009 the company had a contract with DC Housing Authorities to demolish and rebuild an old elementry school in the Southeast Washington DC area. Apart from the fact that the school was in a rough neighborhood, and we were being vandalized at night several times a week; we discovered the site was highly contaminated with asbestos and lead poisoning material during demolitions. Sina used to drive up to site from 16th St. NW office almost every day to check up on progress status and I used to accompany him occasionally. His concern was mainly to ensure that there are no elapses in the company's planned execution of safety during site cleanup. Furthermore, he continued to review night security protocol with the site manager, so no one, either contracting personal or even potential intruders, would not be at risk of Hazmat contaminations.

Coming from the same background and having to wipeout major part of either growing up or career behind and start all over again; Sina and I used to talk a lot about being so lucky and blessed to be given another opportunity in United State as naturalized citizen. Sina always reminded me how thankful and indebted he is to the government and especially people of United State for their compassion and generosity.

I admit that I haven't been in contact with Sina personally in the last couple of years. But I have always been engaged with family through other family members, especially his oldest brother. I knew Sina when he was only 12 or 13 years old. To me Sina is a person of moral character. He and his wife are raising 3 beautiful kids for great moral standing.  I know that might seem hard to accept given the circumstances around him at the present time.

Respectfully Yours

Hossein Kalantar

Ret. Lt. CDR. IIN

June 1, 2023

Re: USA v. Sina Moayedi

Docket #22-Cr-00188-JSR-I

Honorable Jed S. Rakoff,

I am not aware of the details regarding USA v. Sina Moayedi's legal case, it certainly was a shock to hear about his legal entanglements. It's most surprising for a person who has worked very hard to provide for his family to be facing such dire consequences. There isn't anything I can say to undue the monetary damages the State has incurred by Moayedi's decisions, I understand his assets have been confiscated to compensate damages to taxpayers.

I am a father of a two-year-old daughter, her name is F███. I have never experienced pure unconditional love until I became a father, I am deeply grateful for having her in my heart and in my life. Every day is precious, and I find myself rushing home from work to be with my wife and my daughter, every moment is critical for the development of my innocent daughter; this holds true for all children. Sina Moayedi has been blessed with three daughters, and they are as innocent as my own. I request you consider the fate of Sina's daughters prior to your final judgment. Lord knows it's a struggle to raise one child in a loving marital relationship, my experience has been a daily blend of agony and ecstasy. I can't imagine the challenges involved raising three children with two parents; as a single parent, children suffer the void that cannot be filled by friends or relatives and their psychological pain will be carried for the rest of their lives. Any alternative arrangement that would enable him to be with his daughters and his wife would be far greater than a hard separation from his family. I humbly request clemency for the sake of his daughters.

Sincerely,

Sina Afshar

June 14, 2023
RE: USA v. Sina Moayedi
Docket # 22-Cr.-00188-JSR-1

Honorable Jeb S. Rakoff:

My name is Charles Bessant and a very old friend of Sina Moayedi's bother-in-law, Dieter Bilitza, and his sister Roxana Moayedi. I met Roxana in 1981 and her bother Sina very soon afterwards.

I have a BA from Florida State University in Theater Arts with a minor in Studio Arts. I began my professional career as a scenic painter, designer, and stagehand. I have worked at a fine arts metal foundry teaching metal casting at Glen Echo National Park (with Jim Sanborn), eventually maintaining a 2500 foot art studio at 57 N St. NW. DC for 32 years. In 1985 I was hired to install specimens for the then new Mammal Hall at the NMNH in DC. I soon created my company, Bessant Studio Museum Services, that built mounts for, and installed, valued objects for institutional and private collections. I have done many large installations and I have worked for collections nationally and internationally, although, regularly at the Smithsonian Museums in DC and NYC., The Library of Congress and The National Archives. I have worked for Sandra Day O'Connor for the bicentennial celebration of our constitution at the United States Supreme Court!

I retired my business in 2012 after losing my rented space too gentrification, I met Cathy Carr, an accomplished residential garden designer who opened her life to me sometime after we meet in 2008 and has honored me as my wife. I happily sail my 22 classic Ensign sailboat as often as possible on the St. Mary's River in Southern Maryland.

I submit this letter on behalf of Sina Moayedi and in his support.

Sina is the youngest brother, the youngest uncle, and the newest father within his extended family, a family that I have greatly admired. Sina was always a modest and humorous presence within the family. Sina was the businessman, the forager, and the best adapted to American capitalism. While all of his bothers and sisters where educators, philosophers, and adventurers, Sina was the provider. He was good at it, quietly producing jobs that gave newly displaced people within the immigrant community intelligent work, work that paid the bills and provided space to adapt and start their new lives in America. He was generous and respected. As his company grew, he looked past his family for advantage. Sina's hubris in business slowly lead him into this case. Yet, I believe, that Sina, the youngest brother, the youngest uncle, and above all, the newest father of the family Moayedi, fully regrets and reprehends his actions that have led to this case and your attentions. He knows his wife and daughters need him. His sadness and lament is sincere. Separation from his young family, his wife, and his daughters, has been cathartic, and he fully feels the sobering reality of the financial losses among his sisters and brothers due to his actions. This is my belief.

Thank you, your honor, for considering what I have had to say about my friend Sina.

Respectfully submitted,

Charles Bessant

May 17, 2023

Subject: Letter on behalf of and in support of Sina
Moayedi (USA v. Sina Moayedi, Docket # 22-Cr-00188-
JSR-1)

## Honorable Jed S. Rakoff:

My name is Raz Moghbel and Sina Moayedi is my sister-in-law's brother. I am the director of
the Women, Infants and Children (WIC) Program at Contra Costa County in California. WIC is a
federally supplemental nutrition program that provides nutrition information, breastfeeding
support, benefits for healthy foods, and referrals to other community resource. I manage about
fifty staff members at four different sites. I take joy in knowing that my staff is serving the local
impoverish communities within the county. I love my job and I know the WIC Program is making
a difference in many people's lives every day. I received my bachelor's degree of science in
nutrition from University of California at Berkeley. However, I would not have been able to
perform my tasks without having a deep compassion for peoples who are in difficult
circumstances.

I owe my sense of compassion to many wonderful mentors throughout my life. One of the
people that I greatly admire for kindness, generosity, and forgiveness is my sister-in-law
Mondana Sigaroudi. Mondana is Sina's sister. I have come to know Moayedi's family since
childhood. Sina's family members participate in many charity events and always try to help
others. Their generosity has improved the lives of many in Sierra Leone. Sina has
demonstrated the importance of family from a young age. I always cherish the memories of a
time that he thought me to play backgammon when I was eight years old. Sina treated me with
respect and was patient with me and pointed out my mistakes with many smiles.

Sina has three beautiful daughters that due to the stress of current circumstances are greatly
suffering. I am saddened that he may not be able to spend quality time with his beautiful
children and fill their hearts with joy as he teaches them how to play backgammon.

Sina has made regrettable decisions that has harmed many people. He is taking responsibility
for his wrongful actions and is asking for an opportunity to redeem himself.

Honorable judge, I have a great sense of respect for the importance of your position. It must be
a heavy burden to balance judgement with compassion. Without law, there is no order. With all
respect, I implore you to be lenient on Sina Moayedi, his three daughters, and wife. Sina's
family need his presence in their lives. I pray and hope that you consider the generosity of
Moayedi's family to provide water, food, and shelter to many defenseless people in countries
such as Sierra Leone when it comes to sentencing him. Thank you for taking the time to
consider my request.

Respectfully,

Raz Moghbel

May 30, 2023

Re: USA v Sina Moayedi
Docket # 22-Cr-00188-JSR-1

Honorable Jed S. Rakoff

My name is Enayat Boroumand, and I am writing to you today to humbly request
your consideration and leniency regarding the pending charges against Sina
Moayedi. As someone with a deep understanding of the value of hard work and
second chances, I believe it is essential to offer compassion and support to
individuals who may have made mistakes.

Allow me to introduce myself further. I hold a degree in mechanical and
production engineering, a field that has instilled in me a sense of discipline,
problem-solving skills, and a commitment to efficiency. Throughout my
professional journey spanning over 50 years, I have successfully established
multiple distribution and manufacturing businesses, contributing to the growth of
industries, and creating employment opportunities.

In addition to my entrepreneurial endeavors, I have also dedicated a significant
portion of my career to the real estate sector. I worked with Coldwell Banker
Realty, where I specialized in selling both residential and commercial properties.
This experience has given me a deep understanding of the intricacies of the real
estate market and the importance of integrity and honesty in these transactions.

While professional achievements are undoubtedly fulfilling, my greatest joy and
source of pride lies in my personal life. I have been blessed with a loving and
supportive wife, who has stood by my side for an incredible 51 years. Together, we
have built a strong foundation of love, trust, and companionship. Furthermore,
our journey has been enriched by the presence of our two wonderful children,
who bring immense joy and fulfillment to our lives.

My own life experiences have taught me the importance of empathy, forgiveness,
and providing opportunities for personal growth. I understand that everyone has
the capacity for change and redemption, and I firmly believe in extending a

helping hand to those in need. It is with this mindset that I write to you today, advocating for leniency for Sina Moayedi.

I kindly request that you consider the full context of Sina's life and evaluate his character beyond the pending charges. Just as I have been fortunate enough to enjoy a fulfilling life despite any challenges I may have faced, I hope that Sina will be granted the opportunity to learn from his mistakes, make amends, and contribute positively to society.

Thank you for taking the time to read my letter, and I sincerely hope that you will take my words into consideration when making your decision. Should you require any additional information or references regarding my own character or experiences, please do not hesitate to reach out. Your understanding and compassion in this matter would be greatly appreciated.

With utmost Respect,

E. Boroumand

Enayat Boroumand

**Kian Kaviani, M.D.**
6410 Rockledge Dr. Suite 304
Bethesda, MD 20817
Phone: 301-493-6578
Fax: 301-493-9282

May 23, 2023

To whom it may concern:

My name is Dr. Kian kaviani. I am an internal medicine doctor who has owned a practice in Bethesda, Maryland for over 25 years. I am submitting this letter on behalf and in support of Mr. Sina Moayedi whom I have known for many years as a patient. Mr. Moayedi, his wife and his mother have been under my care for many years. Throughout the years my relationship with Mr. Moayedi developed from just a doctor/patient relationship to a friendship.

Mr. Moayedi has always been a very, composed, well-read, and intelligent individual who is knowledgeable in many subjects. He has always been involved in helping his community. In addition, he has, on multiple occasions, offered to pay the cost of treatment for my patients who didn't have insurance and couldn't afford their treatment. Mr. Moayedi is a very kind individual who is an important asset to his family, friends, and community.

I would like to thank anyone who is taking the time to read my comments, and would greatly appreciate it if they are considered in reaching a decision in his pending charges.

Sincerely,

*kian kaviani*

Kian Kaviani, M.D.


Docket # 22-CR-00188-JSR-1
Re: USA V. Sina Moayedi