Attachments 4z - 7
to Exhibit A

June 5, 2023

Karen Bendinelli
350 Molino Avenue
Mill Valley California  94941

Re: USA v Sina Moayedi
Docket #22-Cr-00188-JSR-1

Honorable Jed S. Rakoff:

I have had the honor and privilege of knowing the Moayedi family for 15 plus years. I do not know Sina well, my closest relationship is with Mandana, his eldest sister. We are neighbors, fellow students of the School of Practical Philosophy and dear friends. Over the years I have been included in many special family gatherings where I have been fortunate enough to meet all of the Moayedi family, Sina, Roxana, Sourena, many nieces & nephews, their lovely mother and of course Sina's wife and three beautiful daughters.

Although I do not know Sina well, I have witnessed the care and love extended not only to his immediate family but also to his extended family and friends. I can say with confidence the Moayedi family is one that honors education, hard work and family above all else. The years since Sina's incarceration have taken an immense toll on his wife and young daughters. I know the girls are missing their father, his guidance and presence at this very crucial time in their development.

I hope as you determine the scope and severity of his sentence that Sina's activities while incarcerated as well as the needs of his young family will allow the court to offer some leniency in his sentencing. It is my sincere wish that Sina will be allowed to return to his family and resume his role as husband and loving father to his 3 young daughters.

Sincerely,

Karen Bendinelli
LEED Green Associate

May 15, 2023

RE: USA V. SINA MOAYEDI

DOCKET # 22-CR-00188-JSR-1

**Honorable Jed S. Rakoff:**

My name is Darwin G. Reyes, 48 years old, married, living in Gumaca, Province of Quezon, Philippines, and I am Sina's brother-in-law.

I graduated as a seafarer from the Maritime Philippines Institute and studied as an auto technician at the Samson Institute of Technology.

Currently, I'm a businessman; I'm managing our family business, which is Farm Resort.

I'm submitting this letter on behalf of Sina and his support. I met Sina in 2010, when me and my family were invited to a family gathering together with my wife, daughter, and son.

Me and Sina talked for the first time; we talked about a lot of things, like jobs, hobbies, and family. He is very polite and humble.

Until the year passed, every time their family came for a vacation to the Philippines, he always invited us or our family for a family gathering, until we became not only brothers-in-law but real brothers and close friends too.

Sina is a very kind and generous man; he is the human that gives hands to others, even though he never knows who the people are that he is helping.

I remember when our business was just starting, Sina gave me advice and helped me with a lot of things, like when I was short on funds for my business. He was the one who trusted me.

Sina is a very understanding, loving, and good provider to his family; he is a very family-oriented man. The man with a good heart, not only for his family but for others too.

That's why, when I heard what happened to Sina, I was shocked and sad for him and felt sorry for his family.

In closing, I thank you for taking the time to read my letter. I'm sincerely asking for your mercy and leniency in reaching a solution to the pending charges. Your mercy will be valuable to Sina, to his family, and to all of us who loved him.

Respectfully submitted,

**DARWIN G. REYES**

June 17, 2023

Dockett #22-Cr-00188-JSR-1

Re: USA vs. Sina Moayedi

Honorable Jed J. Rakoff:

Your Honor,

My name is Daniel Gilbert and I have had the pleasure of knowing Sina Moayedi for the last 16 years. My family and I have been neighbors and dear friends with Sina's sister and her family since we were lucky enough to find a home next to them in Delaware. We have become family to each other.

In the time I have known Sina as a friend I have also known him to be a devoted father and husband, an attentive son, and a close and involved brother. I have watched as his 3 daughters have grown into kind and confident young ladies. I have had the opportunity to spend many enjoyable and engaging evenings with him, his wife, and his sisters and brothers.

I am recently retired from the Maryland Institute College of Art where I was responsible for campus planning, interior architecture and space planning. As an Interior Architect and Planner, Sina and I have had many conversations regarding our current projects, the challenges they present, our design views, and our appreciation of the creative outlet our professions allow. I have come to know him as a passionate designer and a professionally generous member of the architectural design community.

I count myself lucky to call him as a friend and extended family member.

Thank you for allowing me the opportunity to share my thoughts about such a valued member of our community.

Sincerely,

Daniel Gilbert



PROSTHODONTIST **kaz fotoohi** D.M.D., C.A.G.S.

May 25, 2023

Re: USA v. Sina Moayedi

Docket# 22-Cr-00188-JSR-1

Honorable Jed S. Rakoff,

This letter is being submitted on behalf of and support of Mr. Sina Moyaedi.

My name is Kaz Fotoohi, I received my advanced C.A.G.S. specialist degree as a prosthodontist from Goldman School Of Dentistry in Boston. I have been living and practicing as a prosthodontist in the Washington Metropolitan area since 1992. I am an active member of various local & national professional organizations, including American College of Prosthodontist, Academy of Osseointegration, American Dental Association and DC Dental Society. I have been serving as one of DC Dental societies Professional Standards Committee member for the past two years.

I have been recognized by my peers as one of the top dentists in the DC area & have been consistently awarded "Best Dentist" since 2003 in the Washingtonian. I have also been selected as the recipient of the City's Best Award for 2023.

In my profession, every detail counts! I take my responsibilities and my community very seriously, including who I surround myself with. That said, I have personally known Sina since 2018, whom I have nothing but positive things to say about him as a patient and as a neighbor. In my experience, Sina has always been a polite, caring and overall, respectable gentleman. He's always been a loving father, husband. **It is an honor & a privilege knowing Sina as a neighbor and serving his dental needs.**

Thank you for your time. Please do not hesitate to contact me if you should require further information.

Respectfully submitted,

Kaz Fotoohi, D.M.D., C.A.G.S

June 9, 2023

Docket#22-Cr-00188-JSR-1

Re: USA vs. Sina Moayedi

Honorable Jed S. Rakoff:

I am William Wernick and I am a retired college professor and psychologist. I am writing on behalf of Sina Moyyedi. I have known Sina Moayedi for more than 16 years. I came to know Sina through his sister Roxana when I moved next door to Roxana and her husband. I quickly realized we had much in common including our love of nature and gardening as well as collecting sea glass and arrowheads. Consequently, our families spent many hours together including many weekends. The weekends gave me the opportunity to meet Roxana's mother and all of Roxana's siblings, including her brother, Sina. I spent a lot of time with all of the Moayedi siblings. I came to feel like part of the family.

Over the years, I came to know Sina Moayedi well and grew quite fond of him. I solicited his advice or counsel about my remodeling projects from time to time and I was always impressed by the thoughtful and thorough responses he provided.

It was clear to me that Sina was a devoted son. I watched him doting on his mother making sure she was comfortable and seeing that she wanted for nothing right up until her passing. I observed him being a devoted brother, husband, and father. He was respectful to his sisters - always checking in on them to make certain life was as good for them as possible. He was quick to help if he could improve any aspect of their lives.

His daughters clearly have his heart and he would light up just being near them. Sina was kind and patient with his daughters. He made each of his daughters feel special and was always quick to praise them. His heart must be breaking from not seeing his daughters. I can't imagine how painful that must be for him.

Sina 's generosity extended beyond his family. I observed him quietly provide a number of underprivileged students with the funding required to secure costly college textbooks. I was present several times when a student's plight was brought to his attention. He always agreed to help without hesitation explaining it was an honor to help these young people. I am convinced these students would not have been able to continue their studies without his generosity. I saw another example of his charitable nature when a local construction worker was on the verge of divorce because he was unable to meet his family's financial needs on his current income. Sina found him work at a higher rate of pay which helped him become financially stable again. Sina's actions not only helped preserve this man's marriage, his actions restored this man's dignity.

The Sina I know is a kind man and always ready to help. He is generous with his time. He has a strong sense of community as underscored by his support of local environmental projects in our beach community. I have only seen him act with great integrity. And never have I seen him waiver from that.

I am grateful for the opportunity to share my observations and my thoughts about Mr. Moayedi with your honor. Thank you for allowing me to do so.

Sincerely,

William Karl Wernick

EXHIBITS 5 (a-i)

Letters from previous employees, associates and others who did business with Sina



May 31, 2023

Re: USA v. Sina Moayedi

Docket # 22-Cr-00188-JSR-1

Honorable Jed S. Rakoff

I am Arlene P. Cuison, Filipino, of legal age and a resident of Tacurong City, Philippines. I am a graduate of BSCE (Bachelor of Science in Civil Engineering), and a businesswoman at the moment. My experiences include working in a private construction company and at DENR (Department of Environment & Natural Resources), a government agency here in the Philippines. In 1996, I decided to work overseas, and was employed as customer service manager in a dive resort, Carp Corporation in Palau, Micronesia for almost 6 years. In 2003, I got married to a fellow overseas worker, and we decided to put up a business here in the Philippines.

In 2007, Carp Corporation, my former employer in Palau, knowing that I have a knowledge in civil engineering, recommended me to work for Montage Inc. for the New US Embassy building construction. I love Palau and I missed living there, and this is a great opportunity to work for a US company, and a government project sounds great so I accepted the offer. That was how I met Sina, the president of Montage, Inc. I was employed as office manager, and we finished the project in 2009. I enjoyed the job while enhancing my knowledge.

After the project in Palau, I was offered to join the Lagos, Nigeria project but I decided not to go to prioritize my family. I told Sina that whenever there is a project in Asia, I would be willing to work with Montage Inc. again since it is closer to the Philippines. And surprisingly in 2016, I was called again to join the renovation project of the US Consulate Apartments in Shouson Hill, Hong Kong. It was a great project, and we finished in August, 2017. I was then offered the Madrid Spain project. I was hesitant at first, but decided to go in November 2018.

I have known Sina since 2007, knew that he was married in the US to a Spanish wife without children. We built the US embassy building in Palau simultaneous with the US embassy building in Pohnpei, Micronesia. In Palau, he fell in love to a Filipina, Melissa Gonzales. He then divorced her wife, and married Melissa. They were blessed with three pretty girls, and I was so happy for him. I can also tell that he was so happy to have a growing family.

I am writing this letter in support to Sina since I have known Sina as a person with exceptional character and a person with integrity. He is a passionate, dedicated family man. I know him well since then and his wife Melissa have become like a family friend to us. I used to visit them in Manila when they are on vacation. He is a great mentor and motivator, and I admire him for being such. His wife Melissa came from a poor barangay in Quezon Province, and he helped the barangay by giving donations like building the basketball court, and many others. I knew him to be a simple and non-extravagant person. In Palau, we drove the same low quality car. He wears non-branded clothes and lives a very simple life. He is not a person who loves fancy stuff. With regards to his relationship to us as employees, he is a supportive employer who makes sure that our accommodation abroad is good and he is very supportive. He's always there to follow up on project updates, and he also gives good bonus at the end of a successful project.

Thank you so much for your time for reading my letter. I am really hoping for you to please grant leniency to Mr. Sina Moayedi for he is a kind person who accepts his mistakes and willing to change. As a "family first" person, I am so sad to think that his three angels will grow without their dad on their side. He's aged already and I feel so sad if he will be away from his family during the times when he needed them the most. So please consider giving him leniency. Again, thank you and God bless.

Respectfully submitted,

Arlene P. Culson

May 31, 2023

Re:   USA v. Sina Moayedi

      Docket #22-Cr-00188-JSR-1

Honorable Jed S. Rakoff:

My name is Samantha Garcia, I am 50 years of age, married with 3 children. My family and I moved to the east coast from California in 2014, first in Arlington, VA then eventually to Rockville, MD. I have a Bachelor's Degree in Fine Arts with a major in Interior Design. I started my career as a Project Manager, handling design and construction projects, immediately when I arrived in California from the Philippines in 2000. I'm still doing Project Management today.

I am writing this letter on behalf of and in support of Mr. Sina Moayedi who I have known since April 2015. I have come to know Sina first as an employer. He is hardworking, caring, selfless, generous, down to earth, fun and easy to be with, and most of all humble. During my time as Sina's employee, I enjoyed coming to work because I learned a lot of things about work and life. I remember how Sina always challenged my weakness with public speaking by always having me practice meeting presentations, which I was never excited about. I believe the challenges molded me to become a better and confident Project Manager. For that I am grateful because it has helped me become a seasoned professional.

Sina's character is consistent professionally and personally. I have known him to be a good family man. I had the opportunity to meet and his family - wife, children, siblings and friends. We developed a close relationship, almost like family, and this relationship extends to my own side of the family and friends. We would all be invited to each other's family milestone events. I still communicate with his family once in a while, enough to keep in touch and hear about how everyone is doing.

Your Honor, I hope you consider my letter when determining the outcome of this matter. I believe Sina has shown sincere remorse by accepting a plea to the charges against him. He has a wife and 3 young daughters waiting for him. I know in my heart he is thinking of his family, his children most specially, and there's nothing more he wants but to be with them again, to watch them grow up and grow older.

I thank you for your time reading my letter. Please do not hesitate to contact me should you require further information.

Best regards,

*Samantha Garcia*
(301) 979-0722

May 31st, 2023

Re: USA v. Sina Moayedi

Docket # 22-Cr-00188-JSR-1

Honorable Jed S. Rakoff:

In 2016 I quit my job and was looking for a new career. Through happenstance I went in for an interview for Mr. Moayedi. He told me if I was open to learning and open to working hard, he would give me a chance. To become certified in this new field, Mr. Moayedi sent me back to college for night classes, so that I could acquire the training I needed to be successful in construction management. He wanted me to succeed.

About a year into my tenure as Mr. Moayedi's employee, I became very ill. My doctors were having trouble diagnosing me. I was too ill to work. I decided to use the Family Medical Leave Act, taking indefinite unpaid leave from work. I was very surprised when pay day arrived and I received a paycheck. During my entire two months off due to illness Mr. Moayedi continued to pay me, though he had no obligation to do so. His kindness and generosity helped me immensely when fighting through a serious illness. I believe his kindness and support changed the trajectory of my life.

After getting better I went back to work full time. I found myself sent to Prague, Czech Republic, for an upgrade project at the US Embassy. I was deployed in late 2019 and a few months later Covid-19 hit. Mr. Moayedi was understanding and flexible in allowing me to work from home in Prague due to my fear of catching Covid-19. Without hesitation he granted my request to work from home. I have never, before or since, had a boss that was so concerned with my well-being. I believe that is his personality- not just as a boss, but as a person.

Without Mr. Moayedi I would not have the amazing opportunities and prestige in my career that I am humbled to have now. He took a chance on me and sent me back to college for professional development. I am eternally thankful for

what he has done for me and my family. I can better provide for my family and their future thanks directly to Mr. Moayedi.

Mr. Moayedi was the kindest, most patient, and most caring boss I ever had. His guidance and wisdom took me from almost no knowledge to now being a valuable and indispensable management professional.

Working with Mr. Moayedi for many years, I came to know him as a family man. His three girls were often in our office. When I first started in 2016 they were just toddlers. They, and their mom and dad, are a wonderful example of a traditional family. His children look up to him as a father; his absence has truly been a challenge. It is a challenge for me as well. I think of Mr. Moayedi not only as a former boss, but also as family.

Thank you for reading this letter. Please know that without Mr. Moayedi's influence and mentorship my life would not be nearly as fulfilling as it is today. I respect your judgement and decision; I ask that my experience of Mr. Moayedi's kindness be taken into consideration.

Respectfully submitted,

Yash Davoodi

University of Maryland, College Park

5/29/2023

RE: USA vs Sina Moayedi

Docket # 22-CR-00188-JSR-1

TO:   Honorable Jed S. Rakoff

Respectfully submitted in support of Sina Moayedi.

Allow me to introduce myself with a brief bio. I am currently retired after working in the construction industry for over 40 years. Throughout my career, I gained experience in various areas including hands-on field work, design, estimating, and construction management for both residential and commercial projects. I held a Class 'A' Virginia contractor license and achieved recognition with ASES, USGBC-LEED, and NABCEP-SEI accreditation. Additionally, I am a US Army veteran, hold a BA degree, and have pursued numerous graduate-level programs in construction design and management.

I first met Sina Moayedi in the spring of 2015. He found my contact information on the internet and reached out regarding the farm property in Castleton, VA. Since I live nearby in Amissville, it was convenient for me to assist in coordinating work on the farm. Over the course of five years, we developed a professional business relationship that culminated in March 2020 with the completion of the Castleton farm house. Following that, I had no further contact with Sina as the Covid pandemic was on the rise, and typically, once the house is finished, the owner moves in, and the builder moves on.

Looking back, the work in Castleton progressed slowly and involved intermittent projects such as site work for electric, water well, sewer, barn, and eventually the house. Sina explained that he wanted his family to experience a country lifestyle, as his father had a farm back in Iran.

In late 2015, I was introduced to Montage's US Government projects. Sina offered me the position of project manager in Hong Kong for the Shouson Hill Restoration, which lasted from January 2016 to August 2017. It was a significant opportunity in my career, and we successfully completed the project with an 'Exceptional' OBO rating. Following Hong Kong, I primarily focused on the farmhouse in Castleton, except for a two-month period in 2018 when I helped finish the US Embassy PV Solar project in Burkina Faso.

Working with Sina at Montage was demanding. I found him to be strong-willed, hardworking, and he had a no-nonsense approach when it came to adhering to timelines and contractual commitments. Government contracts involve an overwhelming amount of paperwork, regulations, specifications, and engineering and construction plans. When Sina asked a work-related question, he expected an immediate answer, or he was prepared to access file folders himself to find the necessary information in context. In my experience in Hong Kong, it took a couple of months to get settled, but eventually, our team developed a well-coordinated system to efficiently execute the work.

Sina is dedicated to his family. While I am aware that he has an extended family, I can personally vouch for his immediate family, which includes his wife Melissa and their three young daughters. They would often visit the farm, spend time around the barn with the horses, and enjoy activities around the pond. Sina was very protective and made sure that they were never unsupervised on the farm, especially when construction work was underway.

Regarding the case of USA vs. Sina Moayedi, I do not possess any firsthand knowledge of the fraud charges. I became aware of the charges when I received a call from the Office of the Inspector General (OIG) inquiring about my relationship with Sina Moayedi. I did not have to provide much explanation as the agent informed me that the government had seized all of Montage's computers, which contained a complete record of our email correspondences. Therefore, I stand by those records, which clearly demonstrate our business relationship.

I would like to express my gratitude to the court for considering my perspective on the relationship I had with Sina Moayedi. I am pleading for leniency in his case, requesting that Sina be given a second chance to support his family and contribute positively to the community. He possesses commendable personality traits that, hopefully, can be put to good use.

Sincerely,

Richard Cunningham

Date:
May 26, 2023

Re: USA v. Sina Moayedi
Docket No. 22-Cr-00188-JSR-1

Honorable Jed S. Rakoff,

My name is Analiza A. Lleses, and I started working at Sina's company since middle of 2017 until middle of 2021. Since I started working at Sina's company, I have only seen Sina's kindness to all. He taught me a lot about construction and cherished every bit of learning that he had shared towards me. I am thankful for his compassion and dedication to help me in my journey.

I am submitting this letter in behalf of Sina Moayedi and in his support. Sina has been a wonderful support and boss since I have met and known him. All of us who had the pleasure of working with him had been successful in their own career.

I was blessed and lucky to have him as a boss, friend, and mentor. Sina Moayedi has been an exceptional boss and is ready to assist when his help is needed. I had never known anybody who turned to Sina Moayedi for help and did not receive it. To this day, Sina Moayedi has kept that generosity of character.

In closing, I thank you for taking the time to read my letter and hope you consider what I wrote which rose from my heart and shows his true character. I am asking for your mercy and leniency in reaching a solution to the pending charges. Your leniency will be very valuable to Sina Moayedi as well as to all of us, his friends.

Respectfully submitted,

Analiza A. Lleses

May 30, 2023

Re: USA v Sina Moayedi

Docket #22-Cr-00188-JSR-1

Honorable Jed Rakoff

My name is Behrouz Nobarian. I have received my master's degree in Architecture from
Academy of Fine Arts of Istanbul in 1965. When I first moved to United States. I was looking for
work in my field. A friend of mine told me about Sina who had won a bid for United States Navy
and was looking for help on this project. After I met Sina. I really liked his character and was
excited to work for him. He hired me as chief estimator of his company Montage INC. We
worked together like father and son for more than 20 years. Since I had a lot of experience. many
different companies would offer better salaries and benefits but I chose to work with Sina
because of his character and the respect that he had for me and all the workers in the company.

Not only did we work together, we were also part of each other's family gatherings. He has three
beautiful young daughters. He is a great family man and a father for his children.

Sina is a very generous person. Since he graduated from a Catholic University. he would make a
lot of donations to the Christian community. He has paid for the education of students in need.
He was always helping others and was would participate in many charity events.

Thank you for taking the time and reading my letter. I am very saddened to see him in this
situation and ask, Your Honor. for your leniency in his pending charges. I understand that he has
made mistakes and bad decisions. I know he takes responsibility for his actions and is committed
to making amends. He is a family man with young children. I am hoping you consider his
remorse and family in time of sentencing.

Respectfully.

*B. N. Nobarian*

Behrouz Nobarian

Date: 05/24/2023

Re: USA v. Sina Moayedi Docket # 22-Cr-00188-JSR-1

Honorable Jed S. Rakoff:

Good afternoon, sir. My name is Mohammad Kamruzzaman. I was an employee at Montage, Inc. between 2017 and 2020 and worked under Mr. Sina Moayedi's supervision. Initially, I worked as Assistant Project Manager and later worked as Project Manager at this company. I managed both local and overseas projects while I worked there. While I worked with this company, I found Mr. Sina Moayedi very cooperative and helpful to all employees. He used to take care not only of the employees but also always tried to hear about each family and family members. Myself and my family members along with the colleagues met with his family too. He has three daughters which are like angels, and he has a very beautiful family. I found Mr. Sina Moayedi to be a kindhearted person and always wished him all the best. I hope you kindly consider this letter and give an opportunity to Mr. Sina Moayedi when you make any decision.

Respectfully submitted,

Mohammad Kamruzzaman

Previous: Project Manager, Montage, Inc.

Current: Project Controls Manager / Lead Estimator, Lumenor Consulting Group

Cell: +1-703-203-5646

Email: mkamruzzaman@lumenorconsulting.com

Signature: Kamruzzaman

Date: 06/01/2023

Re: USA v. Sina Moayedi
Docket # 22-Cr-00188-JSR-1

Honorable Jed S. Rakoff:

My name is Shakou Fatemi, and I come from a higher middle-class Iranian family. At first, I pursued my education in interior design. However, after getting married and having my son Sina, I decided to become a stay-at-home mom. When I went through a divorce, I had to find a way to provide for my children, so I made a career change and became a hair stylist.

I became acquainted with the Moayedi family in the late 1960s when I started dating Siakzar, the eldest brother. Unfortunately, our relationship couldn't withstand the distance when he joined the Navy and was sent to the US for training. However, during that time, I formed close friendships with his family and sisters.

My son had the opportunity to work for Sina Moayedi, and it proved to be the starting point of his incredibly successful career as a construction manager. Sina instilled in him the belief that success is achieved through a combination of hard work and ethical behavior. Witnessing Sina's integrity and dedication, I find it hard to fathom how the Sina I know could ever find himself on the wrong side of the law. It is puzzling.

All I know is that Sina has always been extremely helpful to others, and he's also someone who works tirelessly. It seems like he inherited a combination of his mother's beloved nature and his father's strong work ethic, discipline, and dedication.

I know him as a devoted husband and a fantastic father who deeply cared for his daughters. His oldest sister, my good friend Mandana, is going the extra mile to support the girls during this incredibly difficult and painful time for their family.

Sina's family is doing everything they can to support him and his young daughters. They know how much love and dedication Sina has given his children over the years. While they offer help and care, they understand that no one can replace Sina in his daughters' hearts. They recognize the special bond he shares with them, built through precious moments, guidance, and affection. Although they try their best, they humbly acknowledge that they can't replicate the deep love and commitment Sina has shown to his little girls.

Your Honorable Judge Rakoff, please show kindness and empathy in your judgment, keeping in mind the impact on his family. They haven't done anything to deserve punishment.

Respectfully submitted,

*Shakou Fatemi*

Shakou Fatemi

Date: 06/09/2023

Re: USA v. Sina Moayedi
Docket # 22-Cr-00188-JSR-1

Honorable Jed S. Rakoff:

Letter of personal reference for Sina Moayedi:

My name is Ronald M. Mitchell and I live at 1807 Kilbourne pl., NW, Washington, DC. I am sixty-seven years old, and I have two professional degrees. I have an undergraduate degree in Urban Studies and a master's degree in Public Administration. I am retired from the District of Columbia Government. I spent twenty-three years working for the District of Columbia Department of Transportation. I retired as a Transportation Management Specialist. I met Sina Moayedi about three years ago. However, Sina and my father had done business together almost 30 years ago. My father told me that he was working with Sina and that Sina had hired some of the neighborhood young people as his assistants. I was impressed to hear that because I knew those young people.

I have had the opportunity to work with Sina myself. It was rewarding to assist Sina in completing projects together. Sina allowed me to use my skills in completing projects and learning new techniques in finishing work.

During the time that I have known Sina, he has been consistent in being one of the most kind, honest, and generous human beings that I have ever met. It is my honor and pleasure to document my thoughts about Sina Moayedi.

Thank you for receiving my comments.


Respectfully submitted,

Ronald M. Mitchell

Ronald M. Mitchell

1807 Kilbourne Pl., NW Washington, DC 20010

EXHIBITS 6 (a-c)

Letters regarding community service



FAMILIES
WITHOUT
BORDERS

Honorable Jed S. Rakoff
Docket# 22-Ct- 0188- JSR-1
Re: Sina Moayedi

July 28th ,2023

Dear Honorable Jed S. Rakoff,

My name is Terri Khonsari and I am the founder and executive director of Families Without Borders. I am a close friend of Mandana Sigaroudi (Sina Moayedi's sister.) I met Mandana 13 years ago in the School of Practical Philosophy when I first started my philanthropic work in West Africa.

Mandana started supporting my work generously from the beginning. Our friendship grew deeper as my work expanded and Mandana's genuine support continued. Throughout the years Mandana has invited her siblings including Sina Moayedi to support and make contributions to our work in a variety of ways.

Because of their support we have been able to sponsor college education of brilliant youth, provide school supplies to young children, teach adult literacy, install solar lights in the schools and repair a number of water wells in some of the most remote villages in West Africa.

I met Sina Moayedi and his family at one of Mandana's family gatherings. Sina seemed to be a kind father and a caring family man. I have only heard and seen good things about him and the entire family.

On behalf of Families Without Borders and our beneficiaries in Sierra Leone, I am grateful for the support of Mandana, Sina and their entire family. The work of Families Without Borders and serving our West African communities would not have come this far without their support.

Thank you for taking the time to read this letter and considering the content in reaching a solution to Sina's situation. Sina's presence in society would not only help his immediate family and children, but also would be of support to many families and youth in some of the most impoverished communities that we serve.

Sincerely,
Terri A. Khonsari

Founder & Executive Director
Families Without Borders

1555 Botelho Drive, Suite #175, Walnut Creek, CA 94596, USA
+1.925 330.6806 l www.FamiliesWithoutBorders.org



May 25, 2023

To:     Mrs. Mandana Sigaroudi (Moayedi)
        50 Reed Ranch Rd
        Tiburon, CA 94920

        Mr. Sina Moayedi
        c/o Mrs. Mandana Siagroudi (Moayedi)
        50 Reed Ranch Rd
        Tiburon, CA 94920

Dear Mandana and Sina,

I would like to take this opportunity to express my sincere gratitude to both of you for having funded the establishment of a rural daycare center in the impoverished village of Baba Ghasem in Hamedan province in 2016 in honor of your Father, Mr. Mojtaba Moayedi. My recent site visit to Iran yet again proved to me the importance of access to early education for children in under-resourced, remote, and poor regions.

Please know that your donation continues to change lives and make the world a better place for children and people in poor circumstances.

On their behalf, I thank you again for your generous contributions and helping us to establish over 100 such daycare centers for thousands of children around Iran.

Moms Against Poverty is a California nonprofit public benefit corporation which has been recognized as a public charity under Section 501(c)(3) of the Internal Revenue Code.

With much love and appreciation,

Farnay

Delfarib Fanaei
President/CEO
Moms Against Poverty

**MOMS AGAINST POVERTY**
851 Burlway Road, Suite 800, Burlingame CA 94010
info@momsagainstpoverty.org



momsagainstpoverty.org
MOMS AGAINST POVERTY IS A 501 (C)(3) CHARITABLE ORGANIZATION
Follow us on:


July 24, 2023


The Honorable Jed S. Rakoff
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007 – 1312


Re: USA v. Sina Moayedi | Docket # 22-Cr-00188-JSR-1


Honorable Judge Rakoff:

My name is Erickson Bequillo Lacopia, 45 years old, and a Filipino native. I am residing at Brgy. Inaclagan, Gumaca Municipality, Quezon Province, Philippines. I am a Licensed Professional Teacher and currently teaching English subject at Gumaca Integrated School (previously named as Inaclagan Elementary School and Inaclagan National High School), a public school located in our local community.

In our country, teaching the learners is not the sole responsibility of the teachers. We are also assigned to different extra-curricular tasks such as being a coordinator of Programs, Projects, and Activities (PPAs). I have been actively performing as a Brigada Eskwela (BE) Coordinator (under the Adopt-A-School Program) in our school whose task is to search for private and public individuals and organizations, companies, Local Government Units (LGUs) and other stakeholders to ask for any kind of assistance to sustain, maintain, and accomplish school's PPAs.

In the midyear of 2016, the school needed to replace the demolished building with a basketball court. As a BE coordinator, I advised the School Principal, Mrs. Loida Tabernilla, to reach out and request **MR. SINA MOAYEDI** thru Mrs. Melissa Gonzales-Moayedi (Sina's wife and my cousin) and Mrs. Florita B. Gonzales (Sina's mother-in-law and my auntie) to ask for financial assistance to accomplish this priority project. Without any doubt and hesitation, **MR. SINA MOAYEDI** approved the request. He sent budget in a regular basis until the school basketball court was finished last 2017. He also gave the school's basketball team with a complete uniform, basketballs, volleyballs, whistles and other sports materials. This project, including the sports materials, had an estimated expense of PHP650,000.00. The school overwhelmingly appreciated this great contribution of **MR. SINA MOAYEDI**, that is not only enjoyed its purposes by the teachers and learners but also by the whole community.

Moreover, **MR. SINA MOAYEDI** provided scholarship grant to our deserving students who wanted to study and finish college. Not only scholarship had been given to them but also hopeful future for the families of Sheila Mae B. Salcedo and Marivic E. Paredes, alumni of Gumaca Integrated School, who already graduated from college and have stable profession at present. Our school and the families are always searching for the people like **MR. MOAYEDI** and he is God's blessing for us.


Furthermore, I am an unmediated and a firsthand witness on how **MR. SINA MOAYEDI** loves his family, including his extended family. It was my first time to meet him as he invited us during the first birthday

his eldest daughter, Romanos Headwara invites our family every time on the happening special occasion in the family such as birthdays, Christmas, New Year celebrations, and more. A kindhearted, a compassionate, and a philanthropic individual, those are my first impressions to him as part of our family. He gave a lot of hopes and opportunities to us.

It caused me a horrendous feeling when I heard about the unfortunate fate of **MR. SINA MOAYEDI**, whom we already treated as our family member. It seems that this hapless circumstance is impossible to happen to him. I still don't believe until now.

Therefore, I, together with my whole family, am appealing in your good office for a favorable decision to **MR. SINA MOAYEDI.** We all wish and pray for him to be free from his pending charges. We love him as much as he is loved by his first family.

Thank you for taking time to read my letter. More power and God bless us all!


Respectfully submitted,


ERICKSON B. LACOPIA

EXHIBITS 7

Letter from Marlene Cherry-
Owner/director/teacher of
Montessori School of Chevy
Chase



THE
# MONTESSORI SCHOOL
OF CHEVY CHASE

June 2, 2023

To Whom It May Concern,

My name is Marlene Cherry. I am the owner/director/teacher of the Montessori
School of Chevy Chase in Washington, DC. I started my school in September of
1999 with 9 children. We are now celebrating our 24th year with 4 classes for toddlers through
kindergarten, with classes in English as well as French Immersion.
I grew up in New York City and was a Public School Teacher for many years. However, It wasn't
until I took the Montessori certification training here in DC and my Masters in Montessori
Education through Loyola University that I found my true calling.

"The Montessori principles and careful observation of each child, forms a child-centered method that
Montessori called an "education for life." Its goal is the finest development of the whole human being —
emotionally, physically, intellectually and spiritually — toward the nurturing of peaceful, caring citizens."
-NAMC

I am submitting this letter on behalf of and in support of Mr. Sina Moayedi. I have known
Sina Moayedi for over 10 years. The Moayedi family's 3 daughters attended my school from
Toddler Class through Kindergarten starting in 2012. He always came to parent conferences
and school events and was a dedicated father during his girls years at MSCC.

Sina was an active member of our school and participated in all school functions.
He was also a Parent Ambassador for his child's class. This entailed being a liaison
between parents, classroom teacher and administration. He also helped in finding new
families each year and gave us good reviews. Sina was always honest and forthright, and
always gave me good advice when I needed help in figuring out any school issues.

Sina, and his family will always be one of the best family's at MSCC. Sina was well liked by
all staff and families. He helped when asked, was always kind, and dedicated to his family.

Please don't hesitate to contact me if you have any questions.

Sincerely,

Marlene Cherry

Marlene Cherry

5312 Connecticut Ave., NW
Washington, DC 20015

202-362-6212
info@chevychasemontessori.com

chevychasemontessori.com