Attachments 8-10
to Exhibit A

Exhibits 8 to 12- Achievements While in Detention

8. Education Data Transcripts
    a. Inmate Education Data Transcript- dated 3/16/23
    b. Inmate Education Date-Program Review- dated 3/16/23
    c. Trulincs Message from Ashley Stanbrough- dated 8/16/22
9. Work Performance Ratings
    a. Evaluation Period-November 2021 to November 2022
    b. Evaluation Period-March 22, 2022 to Present
10. Suicide Watch Recognition
    a. Certificate of Excellence- August 17, 2022
    b. Letter from Dr. Schlessinger-Chief Psychologist
    c. Trulinc Memos from Inmates
11. Trulincs Memos of Recognition from Inmates
    a. Memo from Aaron Etra
    b. Memo from Darren Anthony Johnson
    c. Memo from Randy Craig Levine
    d. Memo from Brian Quinones
    e. Memo from Alin Hanes-Calugaru
12. Certificates of Completion
    a. Tutor Training
    b. Recovery Maintenance Workbook
    c. Quiet Moments Workbook
    d. Resume Writing, Reputation Management and Social Media
    e. Ten Soft Skills You Need
    f. Basic Bookkeeping
    g. Business Acumen
    h. Budget and Financial Reports
    i. Black History Month
    j. Money Smart for Older Adults
    k. Adult Continuing Education: Language Arts
    l. How to Win Friends and Influence People
    m. Foundation of Leadership
    n. Business Ethics

EXHIBIT 8 (a-c)

Education Data Transcript

```
  BROKF          *        INMATE EDUCATION DATA          *      03-16-2023
PAGE 001 OF 001 *             TRANSCRIPT                 *      11:17:30

REGISTER NO: 47806-509    NAME..: MOAYEDI             FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: BRO-BROOKLYN MDC

-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
BRO  GED HAS   COMPLETED GED OR HS DIPLOMA  03-30-2022 0912 CURRENT

--------------------------- EDUCATION COURSES ----------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
BRO M      BUILDING A HOUSE            02-06-2023 02-10-2023  P   C  P    15
BRO M      DEVELOPING CREATIVITY       01-13-2023 01-27-2023  P   C  P    12
BRO M      RESUME MODIFIED             11-22-2022 11-29-2022  P   C  P     4
BRO M      ENTREPRENEURSHIP            12-21-2022 01-04-2023  P   C  P    12
BRO M      HEALTH EDUCATION PROGRAM    11-07-2022 12-05-2022  P   C  P    10
BRO M      CHESS LEVEL 2               11-14-2022 12-26-2022  P   C  P    14
BRO M      CDL                         12-12-2022 12-16-2022  P   C  P    10
BRO M      INTRODUCTION TO CHESS       11-07-2022 11-07-2022  P   C  P     2
BRO M      CONFLICT RESOLUTION         10-31-2022 11-11-2022  P   C  P    12
BRO M      MARKETING BASICS            10-31-2022 11-11-2022  P   C  P    12
BRO M      BUDGETS & FINANCIAL REPORTS 10-11-2022 10-25-2022  P   C  P    12
BRO M      BUSINESS ACUMEN             10-07-2022 10-21-2022  P   C  P    12
BRO M      RESUME MANAGEMENT           08-17-2022 08-24-2022  P   C  P     8
BRO M      SOFT SKILLS                 09-12-2022 09-26-2022  P   C  P    12
BRO M      BASIC BOOKKEEPING           09-13-2022 09-29-2022  P   C  P    12
BRO M      TUTOR TRAINING              03-31-2022 03-31-2022  P   C  P     2

G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
  BROKF         *            INMATE EDUCATION DATA            *      03-16-2023
PAGE 001 OF 001 *    PROGRAM REVIEW / WITHDRAWAL INTERVIEW    *      11:18:03

REGISTER NO: 47806-509      NAME..: MOAYEDI              FUNC: PRT
FORMAT.....: REVIEW         RSP OF: BRO-BROOKLYN MDC

-------------------------- LITERACY PROGRAM --------------------------
01-16-2023 /REVIEW /DEVASTEY        /BRO
               TYPE: OTHER        (I/M HAS ENROLLED INTO UPPER IOWA        )
                                  (UNIVERSITY - SOCIAL PSYCHOLOGY COURSE / )
                                  (CORRESPONDING PROGRAM                   )
12-16-2022 /REVIEW /DEVASTEY        /BRO
               TYPE: OTHER        (I/M HAS SUCCESSFULLY COMPLETED          )
                                  (INTRODUCTION TO PSYCHOLOGY COURSE       )
                                  (- UPPER IOWA UNIVERSITY CORRESPONDING   )
                                  (PROGRAM - GRADE RECIEVED : A            )
06-13-2022 /REVIEW /DEVASTEY        /BRO
               TYPE: OTHER        (I/M CURRENTLY ENROLLED IN UPPER IOWA    )
                                  (UNIVERSITY - INTRODUCTION TO PSYCHOLOGY )
                                  (COURSE - CORRESONPDING PROGRAM          )
03-30-2022 /REVIEW /DEVASTEY        /BRO
               TYPE: OTHER        (GED HAS, VERIFIED VIA NOTARIZED COPY    )
                                  (OF HIGH SCHOOL DIPLOMA                  )




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

TRULINCS 47806509 - MOAYEDI, SINA - Unit: BRO-J-C

--------------------------------------------------------------------------------------------------------

FROM: Stanbrough, Ashley
TO: 47806509
SUBJECT: RE: Assignment 1 Unit 1 Psy 190
DATE: 08/16/2022 07:06:04 PM

Hi Sina,

I hope you have been well! I appreciate your patience in our response back to you. Barb in our Self-Paced Department was out of the office all last week so she is playing some catch-up! She wanted me to let you know that you received 100% on your first unit for PSY 190! Way to go! The graded unit will be in the mail to you tomorrow but she wanted me to let you know before then!

You should be very proud of yourself!

Let me know if you have any other questions!

Thank you and take care!
Ashley

SINA MOAYEDI on 8/10/2022 8:08:13 AM wrote
Good morning Ashley, I appreciate your help, Many thanks Sina
-----Stanbrough, Ashley on 8/9/2022 1:06 PM wrote:

>

Hi Sina,

I hope you are doing well also! All is well here. I just sent an email to Barb in our Self-Paced Department asking if she can pass the instructor's feedback and your grades for the assignments to me first before mailing them to you so I will let you know once I hear a response back. I have had other students ask this before so I'm hopeful it won't be an issue. But Barb is out of the office this week so I will get back to you next week as soon as I can!

If you have any other questions in the meantime, please let me know!

Thanks!

SINA MOAYEDI on 8/9/2022 10:50:07 AM wrote
Good morning Ashley, I hope you are well, I was hoping to ask you if its possible for my assignment 1 grade and instructor's notes to be emailed to me in summary form while the printed forms are in-rout by mail? This would be a huge help and will allow me to continue my studies more effectively. Unfortunately mail is unreliable here. Many Thanks Sina
-----Stanbrough, Ashley on 8/4/2022 1:51 PM wrote:

>

No problem, happy to help!

SINA MOAYEDI on 8/4/2022 11:24:02 AM wrote
Ashley, You are very supportive, Thanks so much, Sina
-----Stanbrough, Ashley on 8/3/2022 2:06 PM wrote:

>

I am happy to help, it's no trouble at all! I did see your question and was able to add it to the bottom of the word document. I also notified the Self-Paced Department that you had a question for the instructor so she will let him to know look for that!

If you have any questions, please let me know!

Thanks!

EXHIBIT 9 (a-b)

# Work Performance Ratings

BP-A0324
JUN 10

**WORK PERFORMANCE RATING - INMATE**

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| Inmate's Name<br>MOAYEDI, SINA | Register No.<br>47806-509 | Unit<br>J-73 |
|---|---|---|
| Evaluation Period<br>November 2021 - November 2022 | Work Assignment<br>Suicide Watch Companion | |

Bonus Justification
**Throughout the year, inmate Moyedi maintained a high level of attendance. He is dependable and always arrives to work on time and in a clean and presentable manner. Mr. Moyedi exudes a positive, can-do attitude. Mr. Moyedi worked two jobs at MDC Brooklyn, one as a unit orderly and the other as a suicide companion. Mr. Moyedi is constantly ready to help staff with any additional task.**

Signature and Date of Dept. Head Approval

---

Route to Dept. Head for Review, Then to Unit Team

---

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
___4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
_✓_5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
___4. Good. Willing Worker. Does a full day's work and wastes little time.
_✓_5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
___4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
_✓_5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_✓_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
___4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_✓_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
___4. Needs little supervision. Good record of dependability an promptness.
_✓_5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
____1. Poor. Resentful and hostile. May argue with supervisor.
____2. Fair. Resists or ignores suggestions.
____3. Satisfactory. Generally does what is told without any fuss.
__✓_4. Good. No hostility or resentment. Tries to improve.
____5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
____1. Poor. Negativistic, hostile, annoying to others.
____2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
____3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
____4. Good. Friendly, congenial, helpful; others like to work with.
_✓__5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

____1. Fire or lay off that individual?
____2. Transfer the person to a less demanding job at a lower pay scale?
____3. Continue to employ the person but without a raise or promotion this time?
_✓__4. Raise the person's pay but keep the person at the same job?
____5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) _✓_ 1   ___ 2   ___ 3   ___ 4   ___ M.

2. Hours of Satisfactory work _6_____ .

3. Regular Pay _.60_____ .

4. Bonus Recommended: _✓_ yes; ___ no

5. Total Pay _____ ._____

| Supervisor's Signature    V.METZGER | Date   11-6-2022 |
|---|---|
| Inmate's Signature | Date |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER                **SECTION 4**

BP-S324.052 **WORK PERFORMANCE RATING - INMATE** CDFRM
OCT 98
**U.S. DEPARTMENT OF JUSTICE**                                                **FEDERAL BUREAU OF PRISONS**

| Inmate's Name Moayedi Sina | Register No. 47806-509 | Unit |
|---|---|---|
| | | JC |
| Evaluation Period<br>3-22-2022 TO Present | Work Assignment<br>Unit Orderly | |

Inmate does a full day's work and Goes above and beyond his assigned job description. Inmate Moayedi is assigned to JC unit at MDC Brooklyn. Inmate Moayedi also gives input on how to do things better, safer and more efficient. Inmate Moayedi ensures that the inmates are following the CDC guidelines and institutional guidelines to make sure that the unit is safe for staff and inmates. Inmate Moayedi is assigned as a daily cleaner on the unit, he serves food and maintains the inmate laundry he works well with staff and other inmates. Inmate is Moayedi is always willing to take on additional task as needed. Inmate Moayedi is also very helpful on the unit. The work assignment inmate Moayedi is vital for keeping the unit clean during the pandemic. Inmate Moyadi is one of the more reliable inmate workers on the unit he is always willing to train other inmates and he is an example of what true leadership is all about. Inmate Moayedi is able to complete task while working an additional job as suicide companion.

---

Route to Dept. Head for Review, Then to Unit Team

---

Instructions: Circle the best statement in each area.   Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK.THE X IS STANDS FOR THE RATING THE INMATE RECEIVED.**
    l. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
    2. Fair. Careless; makes mistakes and does not check work. Should do better work.
    **3**. Satisfactory. Makes some mistakes but no more than expected at this level.
    4 Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
    X. Outstanding. Does superior work

**B. QUANTITY OF WORK**
    1. Unsatisfactory. Lazy, wastes time, goofs off.
    2. Fair. Does just enough to get by. Has to be prodded occasionally.
    **3** Satisfactory. Works steadily but does not push self.
    4. Good. Willing Worker. Does a full day's work and wastes little time.
    X. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
    l. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
    2. Fair. Usually relies on others to say what needs to be done.
    **3** Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
    4. Good. Can plan own work well. Acts on own in most things.   Doesn't wait to be told what to do.
    X. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
    l. Poor. Shows no interest in job. Regards job as a drag or waste of time.
    2. Fair. Shows minimal interest but not very eager to learn.
    **3**. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
    4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
    X. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
    1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
    2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
    3. Average. No slower and no faster to learn than most inmates.   Requires average amount of instruction.
    4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
    X. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
    l. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off.
    2. Needs closer supervision than most. Not very dependable.
    **3**. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
    4. Needs little supervision. Good record of dependability and promptness.
    X. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)                                                Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
**3**. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
X. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
**3**. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
X. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
**3**. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
X. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - M.

2. Hours of Satisfactory work_____160_____ .

3. Regular Pay _____$19.20_____ .

4. Bonus Recommended:__ yes:__

5. Total Pay _____$19.20_____ .

| Supervisor's Signature   B. Bennett | Date   9-20-22 |
|---|---|
| Inmate's Signature | Date |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

EXHIBIT 10 (a-c)

# Suicide Watch Recognition

# Certificate of Excellence

Presented to

## Sina Moapedi

Reg. No. 47806-509

For your service as a Suicide Watch Companion, and your display of diligence and dedication, to the Suicide Watch Companion Program

### Metropolitan Detention Center, Brooklyn, NY

This certificate is hereby issued on August 17, 2022.

Schlessinger, PsyD

Dr. K. Schlessinger

Chief Psychologist



Federal Bureau of Prisons
Metropolitan Detention Center
Brooklyn, New York

August 23, 2022

To whom it may concern:

This letter is to inform you of Moayedi's (reg. no. 47806-509) volunteer work as a Suicide Watch Inmate Companion. Mr. Moayedi began volunteering in such capacity in June 2022, when he completed his initial training session. Since that time, he has had the opportunity to actively participate in the program, and has often provided assistance beyond his requirements. His participation in the program is appreciated.

Schlessinger PsyD,PhD
Dr. Schlessinger
Chief Psychologist
MDC Brooklyn

TRULINCS  16776509 - DEBNAM, SEAN Y - Unit: BRO-J-C

---------------------------------------------------------------------------------------------------

FROM: 16776509
TO: Psychology
SUBJECT: ***Request to Staff*** DEBNAM, SEAN, Reg# 16776509, BRO-J-C
DATE: 08/13/2022 02:43:43 PM

To: Scucide Watch
Inmate Work Assignment: N/A

Hey, Doctor S. just wanted to let you know and give a big thanks to Berus Fulton and Sina Moayedi who watch me in there for my time they really encouraged me on staying alive in helping get through the hard time i was going through really appreciated if you can let them know and give them Big Thanks for me and Much Love!!  Thank You and Enjoy your day!

TRULINCS  25924509 - ARANA, LORENZO BLAKE - Unit: BRO-K-C

---------------------------------------------------------------------------------------------------------

FROM: 25924509
TO: Psychology
SUBJECT: ***Request to Staff*** ARANA, LORENZO, Reg# 25924509, BRO-K-C
DATE: 03/20/2023 09:41:20 AM

To: Psychology
Inmate Work Assignment: NA

I would like to thank you and your staff for taking care of me while I was in need of mental support at the Suicide watch, specially one of your companions Sina Moayedi, he was kind and caring just like the rest of the professional staff of Psychologist, he helped me through with my healing and made sure my needs were take care of while I was there.