Attachments 11-12
to Exhibit A

EXHIBIT 11 (a-c)

Trulincs memos of
recognition from inmates

TRULINCS 36170510 - ETRA, AARON - Unit: BRO-K-C

----------------------------------------------------------------------------------------------------

FROM: 36170510
TO:
SUBJECT:
DATE: 06/11/2023 02:05:13 PM

To: Judge Rakoff
Re: Sina Moayedi

Dear Judge Rakoff,

I am a lawyer who has been a practitioner, teacher and civil servant for more than fifty years. I have been incarcerated under civil contempt in Brooklyn MDC where I met in unit K83 Mr. Sina Moayedi.

He has distinguished himself here by organizing and leading several classes for fellow inmates for which certificates were issued to all of those completing the courses. He has also developed and organized the poetry group that brought forth exemplary creativity and enthusiasm.

Mr. Moayedi in addition to being a very cultured person has conveyed to us his understanding and remorse for his professional missteps and misunderstandings of the law in an effort to do well in this country, his second home. He seems particularly well qualified to advise new entrants to the field of Architecture and Construction better guidance and advise than he received in working in those fields. This is an opportunity for Mr. Moayed to do good for society and for the community for new professionals to have their careers not go astray.

Therefore, I respectfully request that the fullest consideration be given to the earliest possible timing for Mr. Moayedi's ability to to convey to others what he has learned about right and wrong and to rejoin his family and the rest of our country..

Sincerely,

Aaron Etra

TRULINCS  87476509 - JOHNSON, DARREN ANTHONY - Unit: BRO-J-C

---------------------------------------------------------------------------------------------------------

FROM: 87476509
TO: Education
SUBJECT: ***Request to Staff*** JOHNSON, DARREN, Reg# 87476509, BRO-J-C
DATE: 08/11/2022 03:40:50 PM

To:
Inmate Work Assignment: kitchen

darren johnson 87476-509 i really wanna thank my tutor sina moayedi for helping me pass my ged

TRULINCS  15425509 - LEVINE, RANDY CRAIG - Unit: BRO-J-C

--------------------------------------------------------------------------------------------------------

FROM: 15425509
TO: Unit J
SUBJECT: ***Request to Staff*** LEVINE, RANDY, Reg# 15425509, BRO-J-C
DATE: 10/03/2022 10:20:48 AM

To: Team Leader
Inmate Work Assignment: Orderly

Attention: Team Leader,
I would like to take this opportunity and share with you My Observations about one of your Orderlys. Mr. Sina
Moayedi#47806509 has been an orderly since My Arrival here in March of 2022. His duties include sweeping and mopping all
floors and keeping the kitchen area clean. He also cleans individual cells for as inmates relocate or depart. He is always there
when needed. I see him at work from 6am to 9:30pm. He always willing and happy to respond to all causes.

Kind Regards,
Randy Craig Levine #15425-509

TRULINCS  00396510 - QUINONES, BRIAN - Unit: BRO-J-C

---------------------------------------------------------------------------------------------------------

FROM: 00396510
TO: Education
SUBJECT: ***Request to Staff*** QUINONES, BRIAN, Reg# 00396510, BRO-J-C
DATE: 10/01/2022 07:48:05 AM

To: Education:Soft Skills Certification
Inmate Work Assignment: FOOD/COMPANION

I wanted to come on here and say how much I appreciated fellow inmate Sinai Moyedi's, Soft Skills certification class. It was very educational and I learned a lot about interpersonal skills that I will be able to use within prison and out. Its valuable lessons in communicating everywhere and especially will do me well in the workplace enviroment. Sinai explained everything very well and would enjoy other classes with him as my instructor. Thank You and I am open to other lessons and programs as well as being a Tutor myself.

TRULINCS  20650104 - HANES-CALUGARU, ALIN - Unit: BRO-J-C

---------------------------------------------------------------------------------------------------------

FROM: 20650104
TO: Education
SUBJECT: ***Request to Staff*** HANES-CALUGARU, ALIN, Reg# 20650104, BRO-J-C
DATE: 10/03/2022 11:05:54 AM

To: Delgado
Inmate Work Assignment: Food Services

I recently took 2 classes with one of your assigned teachers at J73, his name is Sina Moayedi. I learned so much in both courses, Sina took his time to explain everything in an easy to understand way and he answered all questions, he often saw students after class to help them with their ongoing studies. Thank you very much

EXHIBIT 12 (a-n)

Certificates of Completion



# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Completion

We present this Certificate to

**Sina Moayedi**

**Tutor Training**
*Teacher-led training developed by the*
*Education Department at MDC Brooklyn*

*D Greco*

D Greco- Teacher
**March 31, 2022**

# Sina Moayedi

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*Reg. No. 47806-509*

*has satisfactorily completed*
**Recovery Maintenance Workbook**

*and is hereby awarded this certificate, this 5th day on April, 2022.*

Dr. Alcide
Staff Psychologist

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

This certifies that:

## Sina Moayedi
### Reg. No. 47806-509

has satisfactorily completed

## Quiet Moments Workbook

and is hereby awarded this certificate, this 26th day of May, 2022

_____

Dr. L
Staff Psychologist



# Certificate of Completion

## U.S. Department of Justice
### Federal Bureau of Prisons

We present this Certificate to

*Sina Maayedi*

Resume Writing, Reputation Management, & Social Media:

*Define Yourself Before You are Defined*

Tutor-led LOCAL SENTRY CURRICULUM created by the
Education Department at MDC Brooklyn

*D Greco*

D Greco- Teacher

August 24, 2022



# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Completion

This certificate is presented to

*Sina Moayedi*

**Ten Soft Skills You Need**

*Corporate Skills Training Program provided by the
Education Department at MDC Brooklyn*

*A. Delgado*

A. Delgado– Education Specialist
**September 26, 2022**



# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Completion

This certificate is presented to

*Sina Moayedi*

**Basic Bookkeeping**

*Corporate Skills Training Program provided by the*
*Education Department at MDC Brooklyn*

A. Delgado

A. Delgado- Education Specialist
September 29, 2022



# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Completion

This certificate is presented to

*Sina Moayedi*

**Business Acumen**

*Corporate Skills Training Program provided by the*
*Education Department at MDC Brooklyn*

*A. Delgado*

A. Delgado– Education Specialist
**October 21, 2022**



# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Completion

This certificate is presented to

*Sina Moayedi*

**Budgets & Financial Reports**
*Corporate Skills Training Program provided by the
Education Department at MDC Brooklyn*

*A. Delgado*

A. Delgado – Education Specialist
**October 25, 2022**



U.S. Department of Justice
Federal Bureau of Prisons

# Certificate of Participation
## Finalist

We present this Certificate to

### SINA MOAYEDI

**BLACK HISTORY MONTH**
*ESSAY COMPETITION*

*ABRAMS*

**Y.ABRAMS – Education Technician**
**FEBRUARY 28, 2023**

**A JOURNEY TO LIBERATION**

# BLACK HISTORY

## MONTH 2023

## CONTEST RULES

### ESSAY SUBMISSION DEADLINE

All entries must be received by <u>February 21, 2023</u>.

### JUDGING CRITERIA:

* Point of view(clearly stated and well supported)

* Quality of writing (spelling, grammar, punctuation)

* Creativity and meaningful analysis (use of critical and creative thinking)

### WINNER NOTIFICATION

Essay finalists will be notified on Thursday, February 28, 2023.

### PRIZES

Finalists will receive consumable items, notebook and certificate of achievement!

## HOW TO SUBMIT ESSAYS

All essays must be submitted to Education staff no later than February 21st (staff will come to the units on Feb 21st by 7pm ). They can be submitted in the form of:

* typed (typed in your email and printed out)
or
* hand-written

## ESSAY FORMAT

Essays must include your name and registration number and the <u>one</u> essay topic of choice.

Essays must not exceed 3 pages.

If hand-written, essays must be printed and neat. Cursive entries will not be accepted.

**Essay Theme: Exploring Black Resistance**

Choose **one** of the following topics:

* What does black resistance mean to you?

* What kind of social change would improve the lives of Black Americans?

* Explain different approaches used by Black Americans throughout history to fight against racial inequality. Which approach was most effective, and had long tern affects?

* Discuss a strategy that has yet to be implemented that would be effective in fighting inequality in America.

MOAYEDI, SINA  47806509

**U.S. Department of Justice**
Federal Bureau of Prisons

# Certificate of Completion

We present this Certificate to

*Sina Moyedi*

## Money Smart for Older Adults

*Tutor-led LOCAL SENTRY CURRICULUM created by the
Education Department at MDC Brooklyn*

*D Greco*

D Greco- Teacher
March 1, 2023

# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Completion

We present this Certificate to

*Sina Moyedi*

## Adult Continuing Education:

### Language Arts

*Tutor-led LOCAL SENTRY CURRICULUM created by the Education Department at MDC Brooklyn*

*D Greco*

**D Greco- Teacher**
**April 3, 2023**



# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Completion

This certificate is presented to



*Sina Moayedi*

## How to Win Friends & Influence People

*Adult Continuing Education Program provided by the Education Department at MDC Brooklyn*

*A. Delgado*

A. Delgado- Education Specialist

May 5, 2023



# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Completion

This certificate is presented to

*Sina Maayedi*

**Foundations of Leadership**

*Adult Continuing Education Program provided by the*
*Education Department at MDC Brooklyn*



A. Delgado- Education Specialist

**May 8, 2023**

# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Completion

This certificate is presented to

## *Sina Moayedi*

**Business Ethics**

*Corporate Skills Education Program provided by the Education Department at MDC Brooklyn*



A. Delgado- Education Specialist

**June 2, 2023**