Exhibit F

Information Downloaded from GovTribe.com - All Contracts Awarded to Viking

| Contract Number | Federal Contract Vehicle | Contract Type | Dollars Obligated | Current Value | Potential Value | Funding Agency | Awarding Agency | Awarded Vendor | Awardee UEI | Award Date | Year of Award | Current Completion Date | Extent Competed | Number Of Offers Received | Pricing Type | Set Aside | Set Aside Type Source | Original Description | Place of Performance | Place of Performance Country | Link |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SALMEC03C0039 | Not listed | Definitive Contract | 0 | 0 | 0 | Not listed | Office of Acquisition Management (DOS) | Viking Contractors | JJ6NMY2XD125 | 2003-09-28T00:00:00-04:00 | 2003 | 2005-09-30T00:00:00-04:00 | Not listed | 0 | Firm Fixed Price | No Set-Aside Used | Not listed | Not listed | Suriname | Suriname | https://govtribe.com/award/federal-contract-award/definitive-contract-salmec03c0039 |
| TPDAFRH07C0001-0012 | Not listed | Delivery Order | 7188 | 7188 | 7188 | Armed Forces Retirement Home | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2009-04-27T00:00:00-04:00 | 2009 | 2009-06-22T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | No Set-Aside Used | Not listed | CONSTRUCTION | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tpdafrh07c0001-0012 |
| TPDAFRH07C0001-0001 | Not listed | Delivery Order | 8488.05 | 8488.05 | 8488.05 | Armed Forces Retirement Home | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2007-03-27T00:00:00-04:00 | 2007 | 2011-10-29T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | No Set-Aside Used | Not listed | CONSTRUCTION SERVICES | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tpdafrh07c0001-0001 |
| TPDAFRH07C0001-0021 | Not listed | Delivery Order | 9135 | 9135 | 9135 | Armed Forces Retirement Home | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2011-01-24T00:00:00-05:00 | 2011 | 2011-03-12T00:00:00-05:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | FLOORING | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tpdafrh07c0001-0021 |
| TPDAFRH07C0001-0016 | Not listed | Delivery Order | 11705 | 11705 | 11705 | Armed Forces Retirement Home | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2009-06-22T00:00:00-04:00 | 2009 | 2009-08-07T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | No Set-Aside Used | Not listed | INSTALL NEW WALL PANELS LOCATED AT THE SHERIDAN BUILDING LOADING DOCK | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tpdafrh07c0001-0016 |
| V10H101Z70003 | Not listed | Purchase Order | 12961.52 | 12961.52 | 12961.52 | Not listed | VA Office of Administration (VA) | Viking Contractors | JJ6NMY2XD125 | 2006-10-20T00:00:00-04:00 | 2006 | 2006-11-01T00:00:00-05:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | CONTRACTOR TO PROVIDE ALL LABOR & MATERIALS TO PERFORM ELECTRICAL INSTALLATION FOR NEW SYSTEMS FURNITURE PURCHASED BY VHA FOR 1990 K ST. NW, 3RD. FL. LOCATION IN WASHINGTON, DC. | Washington, DC 20420, USA | United States | https://govtribe.com/award/federal-contract-award/purchase-order-v10h101z70003 |
| TPDAFRH07C0001-0011 | Not listed | Delivery Order | 13745.63 | 13745.63 | 13745.63 | Armed Forces Retirement Home | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2009-02-06T00:00:00-05:00 | 2009 | 2009-03-06T00:00:00-05:00 | Not Available for Competition | 1 | Firm Fixed Price | No Set-Aside Used | Not listed | FACILITIES SUPPORT | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tpdafrh07c0001-0011 |
| TPDAFRH07C0001-0017 | Not listed | Delivery Order | 14346 | 14346 | 14346 | Armed Forces Retirement Home | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2009-07-13T00:00:00-04:00 | 2009 | 2009-08-12T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | No Set-Aside Used | Not listed | ROOF REPAIRS FOR QUARTERS 3 AND PX SHERIDAN BUILDING | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tpdafrh07c0001-0017 |
| TPDAFRH07C0001-0015 | Not listed | Delivery Order | 16275 | 16275 | 16275 | Armed Forces Retirement Home | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2009-05-20T00:00:00-04:00 | 2009 | 2009-06-17T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | No Set-Aside Used | Not listed | ASPHALT REPAVING AND EXCAVATING | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tpdafrh07c0001-0015 |
| TPDAFRH07C0001-0004 | Not listed | Delivery Order | 16339.28 | 16339.28 | 16339.28 | Armed Forces Retirement Home | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2007-06-11T00:00:00-04:00 | 2007 | 2011-10-29T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | MODIFY BATHROOMS TO REMOVE BATHTUB IN ORDER TO PUT IN PLACE WASHERS/DRYERS | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tpdafrh07c0001-0004 |
| TPDAFRH07C0001-0020 | Not listed | Delivery Order | 17540 | 17540 | 17540 | Armed Forces Retirement Home | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2011-01-13T00:00:00-05:00 | 2011 | 2011-06-13T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | CONSTRUCTION | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tpdafrh07c0001-0020 |
| TPDAFRH07C0001-0013 | Not listed | Delivery Order | 18000 | 18000 | 18000 | Armed Forces Retirement Home | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2009-05-11T00:00:00-04:00 | 2009 | 2009-06-12T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | No Set-Aside Used | Not listed | ROOF REPAIR | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tpdafrh07c0001-0013 |
| TPDAFRH07C0003 | Not listed | Definitive Contract | 18000 | 18000 | 18000 | Armed Forces Retirement Home | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2006-12-14T00:00:00-05:00 | 2006 | 2007-12-14T00:00:00-05:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | PROVIDE ENGINEERING ANALYSIS OF SHERIDAN BLDG DOMESTIC HOT WATER SUPPLY SYSTEM. | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/definitive-contract-tpdafrh07c0003 |
| GS11P07YEM0187 | Not listed | Purchase Order | 22398.73 | 22398.73 | 22398.73 | Not listed | National Capital Region (GSA - PBS) | Viking Contractors | JJ6NMY2XD125 | 2007-09-18T00:00:00-04:00 | 2007 | 2007-11-30T00:00:00-05:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | CASEWORK/UPS INSTALLATION, LAB 3079, LIFE SCIENCES BLDG. #64, WHITE OAK FACILITY, 10903 NEW HAMPSHIRE AVE, SILVER SPRING, MD | Silver Spring, MD 20903, USA | United States | https://govtribe.com/award/federal-contract-award/purchase-order-gs11p07yem0187 |
| SALMEC05M2811 | Not listed | Purchase Order | 25251.63 | 25251.63 | 25251.63 | Not listed | Office of Acquisition Management (DOS) | Viking Contractors | JJ6NMY2XD125 | 2005-09-30T00:00:00-04:00 | 2005 | 2005-11-25T00:00:00-05:00 | Full and Open Competition | 5 | Firm Fixed Price | No Set-Aside Used | Not listed | BONDS FOR ROAD REALIGNMENT PROJECT | Suriname | Suriname | https://govtribe.com/award/federal-contract-award/purchase-order-salmec05m2811 |
| TPDAFRH07C0001-0006 | Not listed | Delivery Order | 25517.69 | 25517.69 | 25517.69 | Armed Forces Retirement Home | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2007-06-04T00:00:00-04:00 | 2007 | 2007-10-19T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | CONSTRUCTION | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tpdafrh07c0001-0006 |
| TPDAFRH07C0001-0008 | Not listed | Delivery Order | 29372.29 | 29372.29 | 29372.29 | Armed Forces Retirement Home | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2008-03-18T00:00:00-04:00 | 2008 | 2008-04-07T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | COMPUTER ROOM; RENOVATION SHERIDAN ROOM G211 | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tpdafrh07c0001-0008 |
| W912HQ08P0099 | Not listed | Purchase Order | 30398.56 | 30398.56 | 30398.56 | Humphreys Engineer Center Support Activity (DOD - Army - USACE) | Humphreys Engineer Center Support Activity (DOD - Army - USACE) | Viking Contractors | JJ6NMY2XD125 | 2008-09-18T00:00:00-04:00 | 2008 | 2008-12-05T00:00:00-05:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | FABRICATE & INSTALL PARKING LOT LIGHTS | Alexandria, VA 22315, USA | United States | https://govtribe.com/award/federal-contract-award/purchase-order-w912hq08p0099 |
| V10H101Z60027 | Not listed | Purchase Order | 32202.42 | 32202.42 | 32202.42 | Not listed | VA Office of Administration (VA) | Viking Contractors | JJ6NMY2XD125 | 2006-07-05T00:00:00-04:00 | 2006 | 2006-08-05T00:00:00-04:00 | Competed under SAP | 3 | Firm Fixed Price | No Set-Aside Used | Not listed | MINOR CONSTRUCTION: REPAIR AND PAINTING OF NEW OCCUPIED VA HEADQUARTER'S BUILDING IN WASHINGTON FOR THE | Washington, DC 20006, USA | United States | https://govtribe.com/award/federal-contract-award/purchase-order-v10h101z60027 |
| TPDAFRH07C0001-0005 | Not listed | Delivery Order | 37205.03 | 37205.03 | 37205.03 | Armed Forces Retirement Home | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2007-05-02T00:00:00-04:00 | 2007 | 2007-10-12T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | PROVIDE DESIGN/REPAIR TO FRONT PORCH QTR 6 | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tpdafrh07c0001-0005 |

Information Downloaded from GovTribe.com - All Contracts Awarded to Viking

| Contract Number | Federal Contract Vehicle | Contract Type | Dollars Obligated | Current Value | Potential Value | Funding Agency | Awarding Agency | Awarded Vendor | Awardee UEI | Award Date | Year of Award | Current Completion Date | Extent Competed | Number Of Offers Received | Pricing Type | Set Aside | Set Aside Type Source | Original Description | Place of Performance | Place of Performance Country | Link |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| V10H101Z70014 | Not listed | Purchase Order | 37500 | 37500 | 37500 | Not listed | VA Office of Administration (VA) | Viking Contractors | JJ6NMY2XD125 | 2007-02-20T00:00:00-05:00 | 2007 | 2007-09-30T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | MINOR CONSTRUCTION: PAINTING BPA FOR VA HEADQUARTER'S BUILDINGS IN WASHINGTON, DC. | Washington, DC 20420, USA | United States | https://govtribe.com/award/federal-contract-award/purchase-order-v10h101z70014 |
| TPDAFRH07C0001-0010 | Not listed | Delivery Order | 44095.06 | 44095.06 | 44095.06 | Armed Forces Retirement Home | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2008-08-19T00:00:00-04:00 | 2008 | 2008-11-05T00:00:00-05:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | TEMP LOADING DOCK | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tpdafrh07c0001-0010 |
| TPDAFRH07C0001-0022 | Not listed | Delivery Order | 45336 | 45336 | 45336 | Armed Forces Retirement Home | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2011-04-08T00:00:00-04:00 | 2011 | 2011-05-11T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | INSTALL CARPET AND EPOXY COATING IN SHERMAN BASEMENT, AND SLIP RESISTANT VINYL TILE IN FIRST LEVEL DINING ROOM | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tpdafrh07c0001-0022 |
| TPDAFRH07C0001-0014 | Not listed | Delivery Order | 47543.75 | 47543.75 | 47543.75 | Armed Forces Retirement Home | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2009-05-11T00:00:00-04:00 | 2009 | 2009-06-10T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | No Set-Aside Used | Not listed | REPAIR BREAKER #19 FEEDER | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tpdafrh07c0001-0014 |
| GS11P05ZGC0230 | Not listed | Definitive Contract | 65091.31 | 65091.31 | 65091.31 | National Capital Region (GSA - PBS) | National Capital Region (GSA - PBS) | Viking Contractors | JJ6NMY2XD125 | 2005-09-21T00:00:00-04:00 | 2005 | 2010-09-30T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | REPAIRS TO TERRA COTTA LATHING BLOCKS AT THE DEPARTMENT OF COMMERCE, HUBERT C. HOOVER BUILDING, 1301 CONSTITUTION AVENUE, NW., WASHINGTON, DC. | Washington, DC 20036, USA | United States | https://govtribe.com/award/federal-contract-award/definitive-contract-gs11p05zgc0230 |
| TPDAFRH07C0001-0007 | Not listed | Delivery Order | 67568.73 | 67568.73 | 67568.73 | Armed Forces Retirement Home | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2008-03-17T00:00:00-04:00 | 2008 | 2008-05-15T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | DESIGN/BUILD EMERGENCY GENERATOR FOR SHERMAN BLDG | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tpdafrh07c0001-0007 |
| TEP040014-V0514001TO01 | Not listed | Delivery Order | 76000 | 76000 | 76000 | Not listed | Bureau of Engraving and Printing (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2005-04-27T00:00:00-04:00 | 2005 | 2005-09-30T00:00:00-04:00 | Non-Competitive Delivery Order | 1 | Firm Fixed Price | No Set-Aside Used | Not listed | MOCK-UP EXTERIOR LIGHTING | Washington, DC 20228, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tep040014-v0514001to01 |
| TPDAFRH07C0001-0018 | Not listed | Delivery Order | 83204 | 83204 | 83204 | Armed Forces Retirement Home | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2010-08-09T00:00:00-04:00 | 2010 | 2010-10-31T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | BOWLING CENTER REMODEL | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tpdafrh07c0001-0018 |
| TPDAFRH07C0001-002 | Not listed | Delivery Order | 88880.25 | 88880.25 | 88880.25 | Armed Forces Retirement Home | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2007-03-27T00:00:00-04:00 | 2007 | 2007-09-30T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | No Set-Aside Used | Not listed | CONSTRUCTION SERVICES | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tpdafrh07c0001-002 |
| TPDOIG0900013 | Not listed | Purchase Order | 93480 | 93480 | 93480 | Office of Inspector General (Treasury) | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2009-07-01T00:00:00-04:00 | 2009 | 2010-06-24T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | PAINT APPROX. 36,000 SQUARE FEET, REMOVE WALLPAPER AND REPAIR | Washington, DC 20220, USA | United States | https://govtribe.com/award/federal-contract-award/purchase-order-tpdoig0900013 |
| V10H101Z60026 | Not listed | Purchase Order | 100000 | 100000 | 100000 | Not listed | VA Office of Administration (VA) | Viking Contractors | JJ6NMY2XD125 | 2006-07-01T00:00:00-04:00 | 2006 | 2007-06-30T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | MINOR CONSTRUCTION: ELECTRICAL BPA FOR VA HEADQUARTER'S FOUR (4)MAIN LOCATIONS IN WASHINGTON, DC. | Washington, DC 20420, USA | United States | https://govtribe.com/award/federal-contract-award/purchase-order-v10h101z60026 |
| TPDAFRH07C0001-0003 | Not listed | Delivery Order | 173532.43 | 173532.43 | 173532.43 | Not listed | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2007-03-28T00:00:00-04:00 | 2007 | 2011-10-29T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | No Set-Aside Used | Not listed | CONSTRUCTION SERVICES | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tpdafrh07c0001-0003 |
| AG3K475503K4750700 | Not listed | Definitive Contract | 211072.67 | 211072.67 | 211072.67 | Not listed | Northeast Area (USDA - ARS - FRIID) | Viking Contractors | JJ6NMY2XD125 | 2005-10-01T00:00:00-04:00 | 2005 | 2006-06-14T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | CONSTRUCTION OF AN INSECT GREENHOUSE GH-17 AT RANGE 1 | Calverton, MD 20705, USA | United States | https://govtribe.com/award/federal-contract-award/definitive-contract-ag3k475503k4750700 |
| TPDAFRH07C0001-0019 | Not listed | Delivery Order | 286000 | 286000 | 286000 | Armed Forces Retirement Home | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2010-10-20T00:00:00-04:00 | 2010 | 2011-02-25T00:00:00-05:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | SHERMAN BUILDING DINING RENOVATIONS TASK ORDER | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tpdafrh07c0001-0019 |
| FA701204C0030 | Not listed | Definitive Contract | 347663 | 0 | 0 | Air Force (DOD) | Headquarters Air Force (DOD - USAF) | Viking Contractors | JJ6NMY2XD125 | 2004-09-30T00:00:00-04:00 | 2004 | 2005-05-02T00:00:00-04:00 | Full and Open Competition after exclusion of sources | 3 | Firm Fixed Price | No Set-Aside Used | Not listed | MAINT/OFFICE BUILDINGS | Washington, DC, USA | United States | https://govtribe.com/award/federal-contract-award/definitive-contract-fa701204c0030 |
| GS11P07YTC0477 | Not listed | Definitive Contract | 504585.98 | 504585.98 | 504585.98 | Not listed | National Capital Region (GSA - PBS) | Viking Contractors | JJ6NMY2XD125 | 2007-09-10T00:00:00-04:00 | 2007 | 2008-03-28T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | NEW JUDGES CHAMBERS SOUTHERN MD COURTHOUSE | Washington, DC 20407, USA | United States | https://govtribe.com/award/federal-contract-award/definitive-contract-gs11p07ytc0477 |
| GS11P06YTC0422 | Not listed | Definitive Contract | 597313.6 | 597313.6 | 597313.6 | Not listed | National Capital Region (GSA - PBS) | Viking Contractors | JJ6NMY2XD125 | 2006-09-27T00:00:00-04:00 | 2006 | 2007-09-30T00:00:00-04:00 | Full and Open Competition after exclusion of sources | 4 | Firm Fixed Price | No Set-Aside Used | Not listed | MAINTENANCE REPAIR | Washington, DC 20407, USA | United States | https://govtribe.com/award/federal-contract-award/definitive-contract-gs11p06ytc0422 |
| TPDAFRH07C0001-0009 | Not listed | Delivery Order | 599183.94 | 599183.94 | 599183.94 | Not listed | Bureau of the Fiscal Service (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2008-03-31T00:00:00-04:00 | 2008 | 2008-07-29T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | MAINTENANCE, ALTERATION OF REAL PROPERTY | Washington, DC 20011, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tpdafrh07c0001-0009 |
| GS11P06MAC0249 | Not listed | Definitive Contract | 607550.54 | 607550.54 | 607550.54 | Not listed | National Capital Region (GSA - PBS) | Viking Contractors | JJ6NMY2XD125 | 2006-06-12T00:00:00-04:00 | 2006 | 2006-08-31T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | EXTERIOR CLEANING FOR OPM | Washington, DC 20405, USA | United States | https://govtribe.com/award/federal-contract-award/definitive-contract-gs11p06mac0249 |

Information Downloaded from GovTribe.com - All Contracts Awarded to Viking

| Contract Number | Federal Contract Vehicle | Contract Type | Dollars Obligated | Current Value | Potential Value | Funding Agency | Awarding Agency | Awarded Vendor | Awardee UEI | Award Date | Year of Award | Current Completion Date | Extent Competed | Number Of Offers Received | Pricing Type | Set Aside | Set Aside Type Source | Original Description | Place of Performance | Place of Performance Country | Link |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GS11P07YTC0492 | Not listed | Definitive Contract | 750642 | 750642 | 750642 | Not listed | National Capital Region (GSA - PBS) | Viking Contractors | JJ6NMY2XD125 | 2007-09-20T00:00:00-04:00 | 2007 | 2007-10-15T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | RENOAVTIONS FOR RELOCATION OF FPS TRUCK XRAY FACILITY | Washington, DC 20407, USA | United States | https://govtribe.com/award/federal-contract-award/definitive-contract-gs11p07ytc0492 |
| GS11P06YTC0372 | Not listed | Definitive Contract | 1059696.92 | 1059696.9 | 1059696.95 | Not listed | National Capital Region (GSA - PBS) | Viking Contractors | JJ6NMY2XD125 | 2006-09-13T00:00:00-04:00 | 2006 | 2007-04-30T00:00:00-04:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | ALTERATONS US COURTS | Washington, DC 20407, USA | United States | https://govtribe.com/award/federal-contract-award/definitive-contract-gs11p06ytc0372 |
| TEP040014-TEPV0702001 | Not listed | Delivery Order | 4202356.1 | 4373929.9 | 4373929.89 | Bureau of Engraving and Printing (Treasury) | Bureau of Engraving and Printing (Treasury) | Viking Contractors | JJ6NMY2XD125 | 2006-12-21T00:00:00-05:00 | 2006 | 2007-08-29T00:00:00-04:00 | Competitive Delivery Order | 3 | Firm Fixed Price | No Set-Aside Used | Not listed | RENOVATION AND SITE PREPARATION OF D200-M FOR NEW PLATING LINE EQUIPMENT. | Washington, DC 20228, USA | United States | https://govtribe.com/award/federal-contract-award/delivery-order-tep040014-tepv0702001 |
| W912DR06C0057 | Not listed | Definitive Contract | 5423134 | 5423134 | 5423134 | ENDIST Baltimore (DOD - Army - USACE) | ENDIST Baltimore (DOD - Army - USACE) | Viking Contractors | JJ6NMY2XD125 | 2006-09-30T00:00:00-04:00 | 2006 | 2020-01-16T00:00:00-05:00 | Not Available for Competition | 1 | Firm Fixed Price | 8(a) Sole Source | Not listed | RENOVATE BARRACKS BUILDING 4215 | Aberdeen Proving Ground, MD 21005, USA | United States | https://govtribe.com/award/federal-contract-award/definitive-contract-w912dr06c0057 |
| | | | $15,877,500.11 | | | | | | | | | | | | | | | | | | |