Exhibit G

# CERTIFICATE OF SUBSTANTIAL COMPLETION

TO:    Montage, Inc.
3636 16th Street NW Suite AG-50
Washington DC 20010

SUBJECT:    MSGR and Out Building Renovations
Guayaquil, Ecuador
Contract SAQMMA14C0200

This is to certify that the work on the Guayaquil MSGR and Out Buildings Renovation covered by Contract SAQMMA-14-C-0200 has been substantially completed as of December 10, 2018. This Certificate of Substantial Completion is for all of the work associated with the MSGR and Out Building Renovation Project.

The work on MSGR and in the existing Office Building (EOB) were complete as of October 15, 2018. A separate Certificate of Substantial Completion for MSGR and EOB was issued in October. This certifies that all the work, except for minor deficiencies has been completed. The list of these minor items is on the attached sheets and remain to be corrected.

When the minor items for the all of the scope of work have been completed in a satisfactory manner, a certificate of final acceptance will be issued.

William J. Prior
OBO Project Director

Attachment:
Punch List for the Guayaquil MSGR and Out Building Renovations Project

Cc: Contracting Officer

## Substantial Completion List

| December, 10th, 2018 | | | "REFERENCE TO THE CONTRACT" | |
|---|---|---|---|---|
| Number | Location | Room | Description | Status |
| 4 | CMPD | | 62. Ponding issue at new paved area adjacent to concrete paved area by NABF still not resolved by the contractor. | Open |
| 5 | CMPD | | 76. Electrical manhole water tightness not provided | Open |
| 6 | CMPD | | Irrigation system installation – No approved submittals and installation is not consistent with the approved design documents. | Open |
| 12 | CMPD | | Slope grades adacent to the half basketball court to direct water to drain and prevent ponding. Refer to drawing CMPD C121 note 9 and Section 31200 GRADING B. | Open |
| 46 | MSGR | | 63. Core drilling in structural elements. Montage to provide a statement from the Designer of Record that there is no structural impact due to the core drilling. | Open |
| 56 | MSGR | Roof | Install all roof gutters with a minimum of 0.5% slope. Dirt and water are not flowing to the drain points | Open |
| 77 | MSGR | Various | Provide escutcheon plates at exposed pipe penetrations | Open |
| 123 | MSGR | MR114 | Install duct labeling missing | Open |
| 124 | MSGR | MR114 | Install duct insulation pins | Open |
| 125 | MSGR | MR114 | Install missing valve tags in HVAC and Plumbing systems. Also provide valve schedule | Open |
| 211 | NABD | | 55. OBO Design Standards chapter E0603-02.01 Exterior walls, the required height of the parapets is 1067 mm (42"), NABF, NABD and Utility building are not compliant with this requirement. | Open |
| 215 | NABD | | 86. Existing parapets at roof were demolished; new parapets and mechanical pads were rebuilt with concrete. Revised design info (*structural calculations regarding the dimensions, reinforcement, and anchoring system* ) has not been provided. | Open |
| 216 | NABD | Exterior | Relocate exposed insulated copper pipe over the exterior west wall | Open |
| 226 | NABD | Exterior | Outside back flow preventer shall be installed inside an underground concrete box as shown in the detail drawing. | Open |
| 251 | NABD | D108 | Replace damage ceiling tiles | Open |
| 256 | NABD | D104 | Replace damage ceiling tiles and level grilles in the center | Open |
| 262 | NABD | D105 | Replace damage ceiling tiles | Open |
| 281 | NABD | D106 & D107 | Complete missing section of steel plate protection | Open |
| 287 | NABD | D100 | Replace installed return grilles to comply with air distribution schedule NABD M601 and accepted submittal | Open |
| 291 | NABD | D101 | Replace installed return grilles to comply with air distribution schedule NABD M601 and accepted submittal | Open |
| 394 | NABF | F100 | Sprinkler head hole too big | Open |
| 402 | NABF | General | Replace damaged or dirty ceiling tiles | Open |
| 420 | NABF | F112 | Install missing pipe labels | Open |
| 421 | NABF | F112 | Provide floor drain for the back flow preventer. Remove PVC pipe. Patch and paint hole | Open |

## Substantial Completion List

| | | | | |
|---|---|---|---|---|
| 426 | NABF | F114 | Replace installed exhaust grilles to comply with air distribution schedule NABF M601 and accepted submittal | Open |
| 430 | NABF | F115 | Replace installed exhaust grilles to comply with air distribution schedule NABF M601 and accepted submittal | Open |
| 461 | NABF | F104 | Install missing pipe labels | Open |
| 462 | NABF | F104 | Install PVC jacket on exposed insulated pipe | Open |
| 463 | NABF | F104 | Install missing valve tags | Open |
| 467 | NABF | General | Repair floor imperfections (bumps) | Open |
| 475 | NABF | F113 | Remove PVC pipe crossing the room | Open |
| 476 | NABF | F113 | Install missing pipe and duct labels | Open |
| 480 | NABF | General | Provide valve schedule and installed it in the water heater room. | Open |
| 482 | NABF | General | Provide escutcheon plates at exposed pipe penetrations | Open |
| 489 | NABF | | 55. OBO Design Standards chapter E0603-02.01 Exterior walls, the required height of the parapets is 1067 mm (42"), NABF is not compliant with this requirement. | Open |
| 490 | NABF | | 86. Existing parapets at roof were demolished; new parapets and mechanical pads were rebuilt with concrete. Revised design info (*structural calculations regarding the dimensions, reinforcement, and anchoring system*) has not been provided. | Open |
| 495 | NABF | F114 | Repair shower pan in women bathroom. | Open |
| 496 | NABF | Roof | Fix ponding observed around the scuppers drains | Open |
| 602 | UTL | UWB-01 | 91. No controls and no expansion tank installed for booster pumps on the domestic water supply to all buildings. OBO Design Standard requires 2 | Open |
| 622 | UTL | UWB-01 | Install permanent labels in all the equipment. | Open |
| 623 | UTL | UWB-01 | Install pipe labels in all the pipes | Open |
| 627 | UTL | UWB-01 | Tank drain pipes to discharge water on floor drains | Open |
| 638 | UTL | UWB-01 | Install valve tags and provide valve schedule | Open |
| 655 | CMPD | General | Spare Parts | Open |



**United States Department of State**

*Overseas Buildings Operations*
*Hong Kong, SAR*

UNCLASSIFIED
OFFICIAL PROJECT CORRESPONDENCE

DATE:     August 24, 2017

TO:       Montage/PM – Richard Cunningham – Shouson Hill SDA Rehabilitation Project

FROM:     DOS/OBO/CM – James Vandenberg, Project Director, Shouson Hill Rehab

SUBJECT:  US Consulate General Housing, Shouson Hill SDA Major Rehab – Issuance of the certificate of Substantial Completion for the project.
Project number XJ-GS-0145, Contract number: SAQMMA-15-C-0277.

This is to certify the work covered by Contract number Contract number: SAQMMA-15-C-0277 has been substantially completed as of 24 August 2017 and that only minor items, listed on the attached sheet, remain to be corrected. The project has now been turned over to Post.

When all minor items have been completed in a satisfactory manner, a certificate of final acceptance will be issued.

Best Regards,

*[signature]*

James Vandenberg
DOS/OBO/CM – Project Director (Shouson Hill)
Hong Kong, SAR

Attachment: Punch list

cc:   Jennifer Leung, A/LM – Contracting Officer
      Son Vuong, OBO/CFSM/CM/CO/EAP – Construction Executive
      OBO Archive file

UNCLASSIFIED