# Exhibit A

# (Moayedi's Unsigned Last Will and Testament – 2009)

# LAST WILL AND TESTAMENT

I, Sina Moayedi, of NW Washington DC, being of sound mind and memory, do hereby declare and publish this to be my Last Will and Testament and revoke all prior wills and codicils by me made.

My personal representative shall pay from the residue of my estate the expenses of my last illness and funeral, valid debts, expenses of administering my estate, including non-probate assets, and any estate or other death taxes. There shall be no apportionment of any such taxes, and I waive on behalf of my estate any right to recover any part of them from any recipient, including any recipient of property passing apart from this Will.

I have had in mind in the making of this my Last Will and Testament, my children, ▮▮▮▮▮▮ Moayedi, and another unborn child and it is with due forethought and consideration that I dispose of my estate as hereinafter provided.

I give my tangible personal property to the extent provided therein, in accordance with any written list, signed by me and dated, and otherwise prepared in accordance with the provisions of Washington DC Statutes. The most recent list shall control if there are inconsistent dispositions. All tangible personal property not disposed of by the provisions of any such written list shall become a part of the residue of my estate.

I give the residue of my estate, both realty and personalty, and wherever the same may be situated, to my Daughter ▮▮▮▮▮▮ Moayedi and my unborn child if she/he survives me and Moayedi Family LLC, for their own use, absolutely and forever.

In the event my children do not survive me, or in the event that we both perish in a common disaster, then I give and devise all of my estate, both realty and personalty, and wherever the same may be situated, to Moayedi Family LLC to share for their own use, absolutely and forever.

I hereby nominate and appoint my sister Roxana Moayedi as the personal representative of my estate. In the event my personal representative does not survive me, or fails or ceases to so act, I nominate and appoint my Brother Siakzar Moayedi to serve as personal representative of my estate. In the event that Roxana Moayedi fails or ceases to act as personal representative, I nominate and appoint Siakzar Moayedi to serve as personal representative of my estate. My said personal representative shall have the power to nominate any additional or successor personal representative. I direct that my personal representative shall serve without bond in an unsupervised administration.

I confer upon my personal representative, or successor thereof, all of the powers and authority conferred by law, including specifically the powers and authorities set forth in the Statutes for the State of DC herein incorporated by reference. I direct unsupervised administration of my estate and that my estate be administered in as informal a manner as my personal representative deems advisable and applicable law permits.

IN TESTIMONY WHEREOF, I have this December 10, 2009, exhibited the foregoing instrument to the witnesses whose names are signed below, declared to them the same to be my Last Will and Testament, and signed it in their presence.

On this 10th day of December, 2009, the foregoing instrument was exhibited to us by Sina Moayedi who was then, to the best of our observation, knowledge and belief, of sound mind and memory, by him declared to be his Last Will and Testament, and by him signed in our presence; and at the same time, at his request and in his presence, we signed our names hereto as witnesses hereof.

\_\_\_\_Roxana Moayedi_____OF\_\_Washington DC_____

\_\_\_\_Siakzar Moayedi_____OF\_\_\_\_Maryland_____

Washington DC NW
We, Sina Moayedi

\_\_\_Roxana Maoyedi_____
[Witness 1]

\_\_\_\_Siakzar Moayedi _____
[Witness 2]

the testator and the witnesses, respectively, whose names are signed to the attached and foregoing instrument, being first duly sworn, do hereby declare to the undersigned authority that the testator signed and executed the instrument as his Last Will and that he had signed willingly, or directed another to sign for him, and that he executed it as his free and voluntary act for the purposes therein expressed; and that each of the witnesses, in the presence and hearing of the testator, signed the Will as witnesses and that to the best of their knowledge, the testator was at the time 18 years or more years of age, of sound mind and under no constraint or undue influence.

\_\_\_\_Sina Moayedi_____
Testator

\_\_\_\_ Roxana Maoyedi _____
Witness

\_\_\_\_\_ Siakzar Moayedi _____
Witness

Subscribed and sworn to and acknowledged before me by Sina Moayedi, Testator, and subscribed and sworn to before me by _____ and _____, witnesses, this \_\_\_\_\_ day of _____, 20\_\_\_\_. _____
Notary Public

DISPOSITION OF TANGIBLE PERSONAL PROPERTY

I, Sina Moayedi, of Washington DC NW, do hereby direct the disposition of certain items of tangible personal property of my estate. Said disposition is hereby incorporated into my Last Will and Testament, bearing the date of December 10 2009, by virtue of the Statutes of Washington DC. Any prior document purporting to dispose of items of tangible personal property pursuant to the above statute is hereby revoked.

I hereby direct that the following items shall be distributed by my personal representative(s) as follows:

1. 80 Acres Farm and House VA
2. 1810 Kenyon St NW DC
3. $500,000
4. 90 Years lease 2 parcels of land under ownership of Mari Kishigawa, Koror Palau
5. House in Alabang Philipines
6. 13th street Property in name of Nela Lugo
7. Monroe Street Property in Name of Moayedi Family LLC
8. Cat Island, 1856 Ingleside and 1912 16th street House Shares
9. Condo in Iran in name of Sourena Moayedi
10. Three Properties in Northern Iran in name of Masood Marvastia
11. Montage Inc, asstes, incomes and management
12. All remaining cash and assets



Any items of tangible personal property not mentioned in these directions shall be distributed pursuant to the provisions of my Last Will and Testament.

Dated: December 10, 2009