# Exhibit B

# (Bogus Johns Hopkins University Hospital Reference)



June 2, 2014

Montage Inc.
Attention: Joe Young, PM
3636 16th St. NW
Washington D.C 20010

Subject: Letter of Recommendation for Montage Inc. regarding JOC at The Johns Hopkins Hospital.

Dear Joe:

I am writing to convey my sincere gratitude to Montage for continuously performing above expectations. Montage is under a $25 Million JOC to provide Design and Construction services for the Johns Hopkins University Hospital. The office staff, management team and field staff all play important roles in the execution and successful completion of all Task Orders.

Montage's on-site supervisors carefully balance being sensitive to our need for a clean environment while making sure they complete the job ahead of schedule within the agreed contract amounts, this is quite an achievement. I have worked with a number of other quality general contracting companies in the thirteen years that I have been doing project management for Johns Hopkins but I have never been as wholly impressed with an organization as I am with Montage. Each of the individual employees that I deal with give the sort of extra effort that exhibits personal pride in the work they do.

I wish to commend Montage for its post construction follow up. Often after a job is complete, it is virtually impossible to get the same level of attention. That was not the case with Montage. I would recommend Montage to any of my associates looking for a large-scale JOC or new construction contractor. I offer my endorsement, reference and support to your potential clients. Thanks again for doing a great job. I can be reachedat the following email for further assistance. egonzales@jhopkinsfacilities.org

Sincerely
Edward Gonzales

*Edward Gonzales*

Project Manager