# Exhibit C

# (Bogus Cesar Chavez Public Charter Schools Reference)

# CESAR CHAVES PUBLIC CHARTER SCHOOL



FOR PUBLIC POLICY

September 2, 2013

Montage Inc.
Attention: Joe Young, PM
3636 16th St. NW
Washington D.C 20010

Subject: Letter of Recommendation for work completed at Cesar Chavez Charter School

Dear Joe,

I would like to express my gratitude for a "job well done" on the reconstruction and renovation of our School. After reviewing and evaluating a number of proposals (some that were lower) before deciding what company to use, we asked other schools and they recommended Montage. Now that the work is done we know we had made the right choice. Everything was done as the estimate stated and your company even went the extra mile during the process. I know you and your staff spent additional effort working with the D.C government to get the necessary permits and approvals for the work to proceed. Also I appreciate the additional items you suggested that we improve and the many little things that were done without additional complaint or cost. It is not often these days to find a company that quotes the work, does the work as outlined, keeps the customer informed and delivers the final product even better than expected.

I offer my endorsement, reference and support to your potential clients. Thanks again for doing a great job.

Gloria Martinez

*Gloria Martinez*

CFO