# **<u>Exhibit D</u>**

# **(Fraudulent Monastery Reference)**

**Friar John-Sebastian OFM, Secretariat**
Commissariat of the Holy Land-Franciscan Monastery
1400 Quincy Street Northeast Washington DC 20017
202-494-8551 sebastian@myfranciscan.com
Franciscan Monastery USA Inc Tax Id: 26-1407777. DUNS 82-845-4921
Commissariat of the Holy Land Tax Id: 53-0231514. DUNS 03-899-2103

29 March 2014

To Whom it may concern,

This letter is written to provide a recommendation for Montage, Inc. I had the pleasure of working with Montage as our Design Build Contractor on a $25 million JOC Construction and renovation contract at the Franciscan Monastery in Washington DC. While managing the project, I worked closely with Montage's PM and staff and especially with Mr. Sina Moayedi.

Montage delivered the contract on time and within budget. In the future when we have additional Design and Construction requirements, I will without hesitation invite Montage to be amongst our bidders. We have a Historic Building that remains occupied at all times, our requirements are unlike other facilities, and Montage was extremely attentive to our needs.

Mr. Moayedi made many contributions to the Franciscan Monastery Project. He was instrumental in administering the College Program, that engaged local student in the construction management process. The purpose of the program was to provide networking opportunities to local student and to provide college level training in construction management areas such as design estimating, scheduling, bonding, contracts, accounting and safety. Mr. Moayedi' s leadership was very valuable as he generated interest in the community and provided excellent management skills.

During the construction phase of the project, Mr. Moayedi used his expertise in human relations and networking skills to communicate with the sub-contractors on the project and with the community to facilitate a smooth construction. Montage's staff conducted themselves in a professional manner at all times and were dedicated and conscientious. I would look forward working with Mr. Moayedi and MONTAGE again. If you have any questions please call me at.

Sincerely,

Friar John-Sebastian OFM