# Exhibit E
# (Forged NASA Reference)

National Aeronautics and
Space Administration

**John F. Kennedy Space Center**
Kennedy Space Center, FL  32899



April 02, 2014

OP-ES-A

Montage, Inc.
Attn: Maria Lugo
3636 16th Street NW #AG50
Washington, DC 20010-1146

Subject:   Indefinite Delivery Indefinite Quantity (IDIQ) Construction Contract NNK07CB29B

On behalf of NASA, I want to express my sincere appreciation for your company's contributions to our nation's space program as a valued team member under KSC's multiple awards general construction indefinite-delivery indefinite-quantity (IDIQ) contracts.  NASA/KSC relied heavily on this cadre of highly qualified general construction contractors for ensuring mission success.

Over the seven year ordering period, 85 Task Orders were awarded totaling approximately $211M.  This work includes critical construction projects which helped insure the successful conclusion of the Space Shuttle program and is helping transform KSC for the new space launch system and 21st century multi-user Spaceport development. You have been instrumental in helping rehabilitate KSC's institutional horizontal infrastructure; build/modify facilities that better serve program needs while protecting the environment; and, transform existing launch facilities for a new era of space travel.

Unfortunately, the ordering periods for all the IDIQ contracts are due to end April 8, 2014. There will be no ordering period extensions and it is uncertain as to when KSC will be procuring another team of outstanding general construction contractors under a multiple award solicitation.

If a solicitation for multiple awards general construction IDIQ contracts is released it will be synopsized on FedBizOpps (https://www.fbo.gov) and NASA's Acquisition Internet Service (https://prod.nais.nasa.gov).  You are encouraged to continually monitor both sites for future announcements of KSC construction opportunities.

All of KSC's competitive construction acquisitions are synopsized on FedBizOpps and NAIS. There are currently six construction projects for work on launch pad 39B for which solicitations should be posted prior to the end of September 2014. There is one large project (>$10M) for refurbishing the environmental control system and the rest are smaller projects (<$5M) which involve mostly mechanical work. The large project is scheduled to be released this month.

2

Another large project solicitation is scheduled to be released in October 2014 for refurbishing & modifying the flame trench and constructing the flame deflector.

We look forward to many more successful years of working with your company to build and maintain America's Spaceport.

[signature redacted]

Contracting Officer
Construction, Engineering and Projects Support Office