# <u>Exhibit F</u>

# (Forged District of Columbia Housing Authority Reference)



**District of Columbia Housing Authority**
**Development and Modernization Administration**

March 27, 2013

RE: Recommendation Letter for Montage Inc.

To whom it may Concern:

It is with great confidence that I put forward their recommendation of Montage Inc.  The DC Housing Authority has worked with Montage on dozens of projects, but more to the point we worked with their site staff for over 5 years on Projects that involved Tenant improvement type work. It was due to the hard work and dedication of Montage's staff and their integrity and commitment to their clients that I am writing their letter of recommending for them.

Montage was instrumental in delivering successful projects while working under challenging scheduling and Time constraints while maintaining the sited full operational.  They were determined to complete the project "BEFORE" the contract completion dates with little or no change orders. Montage utilized CBE sub-contractors who were equally quality minded and committed to the timely delivery of the contracts.

What you can expect from Montage is a streamlined, honest process built upon open communication and thorough market/industry knowledge that dramatically simplifies the construction process. They are a partner to be relied upon from the start of a project, in the concept/budget development phase, through punch out, and on through the life of the building.

Our vast experience with Montage is just one example of the commitment that they have made in developing lasting relationships built upon integrity and mutual respect. Their commitment to quality and understanding of the importance of a cohesive integration of design and construction makes them a great partner in arriving at solutions to budget constraints, helping to meet the financial, functional and aesthetic goals of a project. They are proven stewards of an owner's money, steadfastly adhering to strict budget constraints and schedules. Spanning the dozens of projects we have worked on together, with all of their vastly different project goals (and great room for error), that each one of them has been a success.

While major remodeling is inherently stressful for almost any Organization, Montage's services as a general contractor were invaluable, and I am extremely pleased with the final result. Specifically, I would give Montage top marks in the following areas:

1.   Quality of work performed.     The quality of work done was consistently top notch. Montage used subcontractors who were knowledgeable, skilled, and competent in their respective trades.  They were conscientious about following project specifications, and their work product rarely needed improvement or revision.

2.   Quality of work crews.     Other than one relatively minor exception which Montage promptly addressed once I brought it to their attention, the workmen whom Montage utilized were professional, reliable, courteous, and respectful of our Facilities. They had an old school work ethic (often 10-hour days, some Saturdays), good work habits, strong safety orientation, and emphasized getting the job done right rather than doing it fast. Their pride in their work was evident.  They tidied up at the end of each workday.  I also found them to be trustworthy, and my team and I felt comfortable with allowing them work unsupervised.

3.   Project management and coordination.     Montage's prior experience working in construction really paid off. They were knowledgeable about all aspects of our project, and were able to plan, coordinate and manage the activities of different work crews effectively.  They remained closely involved in overseeing the project from start to finish.  Their excellent attention to detail, strong organizational skills and commitment to follow-through are assets which enabled them to juggle the extensive details involved in our project without missing a beat. Montage's familiarity with building codes and dealing with city also facilitated a smooth and hassle-free process when it came to building permits and inspection.

4.   Integrity and professionalism.     Throughout the project, I was impressed with Montage's commitment to generating a top quality product, rather than maximizing their profit margin. When situations arose where extra work needed to be done (because of hidden problems that were not apparent until work on the house had commenced), Montage either (if it was relatively minor) took care of it without charging me extra, or (if it was more extensive) involved me in an informed decision making process that culminated in a change order which was fair.  In another situation in which I was not satisfied with the aesthetics of some work, Montage agreed with me and arranged to have the work re-painted - a job which involved many additional hours - without passing the expense on to me.

5.   Effective communication.     Montage kept me closely informed of work crew schedules, delivery dates, and projected completion dates of different phases of our project.  Their communication (whether by cell phone or email) was always clear, informative, and helpful.  He was either available on their cell phone, or returned my phone call within 2-3 hours.  We never had a single miscommunication throughout project.  Their communication with the work crews was just as effective.

2

6.   Flexibility and effectiveness in dealing with unexpected developments.    When unforeseen problems surfaced, Montage worked diligently with me to identify a solution that was acceptable to me.  They utilized resources effectively (e.g., enlisting the services of a structural engineer in a limited fashion) and creatively (e.g., identifying a special type of edge vent for my roof that had minimal overhang), and directed the work crew to make changes necessary for implementing the solution.

7.   Responsiveness to Client's needs and concerns.    Montage's commitment to its client satisfaction was evident in their actions.  On the few occasions when I brought a request or concern to their attention (e.g., when I wanted the roofing done before all of the exterior painting was completed), they listened attentively, and always took appropriate action that demonstrated responsiveness to my needs or concerns.   When the painting crew fell behind of schedule, Montage showed up on a Saturday and helped with the exterior painting.  Their service orientation is truly described by the motto: "The Client's needs come first."

8.   Truth in advertising.    In their proposal, Montage gave a clear breakdown of costs for each facet of the project.  Their cost estimate along with their detailed schedule was just as complete and professional in describing the work to be done and the itemized costs and time periods.  Same with the change orders.  When the project was completed, all the work was done as described and agreed upon, and there were no hidden costs, extra expenses or unpleasant surprises.  As a customer, I felt Montage delivered exactly what they had promised, at the agreed upon price.

9.   Value.    We had multiple contractors on this contract for our remodeling project.  Although Montage's bid was the lowest, I am absolutely convinced that he delivered the best value (in terms of the work done) for the price.

10. Sensitivity to worksite appearance and community relations.    Montage always showed consideration for the aesthetics of the worksite.  The work crew parked their vehicles in ways that were minimally disruptive to our traffic, and their conduct never caused any discomfort to our community.  In the several months during their project, there was not one single community complaint!

In closing, I am very pleased with the final product which Montage was instrumental in delivering, and I am extremely impressed with their work as a general contractor.  In a world where shoddy workmanship and poor service are unfortunately all too common, Montage is indeed a rare find.  I have been a Construction Manager for over 25 years, and I took this step of writing an unsolicited letter of recommendation for Montage because I believe that exceptional work should be recognized.  I would not hesitate to hire Montage again, or to recommend them to other organizations.  I recommend Montage most enthusiastically, and without any reservations.

3

If you have any questions about my experience with Montage, please feel free to contact me.

Sincerely,



Project Manger
DCHA
1133 North Capitol Street NE
Washington DC 20002

4