# Exhibit 4

Example of Montage Daily Report (Khartoum)

**MONTAGE, INC.**

**DAILY REPORT**

Date:12/30/2018

| | |
|---|---|
| Contract Number: | SAQMMA-17-C-0293 |
| Title and Location: | MSGR EXPANSION / RENOVATION - KHARTOUM, SUDAN |
| Report Number: | 65 |
| Project Manager: | Norman K. Mattingly |

| Weather (Deg C) | A.M. | P.M. | Weather Condition | WEATHER COMMENT |
|---|---|---|---|---|
| | 68 | 86 | Sunny | N/A |

**PRIME CONTRACTOR/SUBCONTRACTOR WORKFORCE**

| NO. | TRADE | MHR | EMPLOYER | LOCATION/DESCR. OF WORK |
|---|---|---|---|---|
| 1 | Project Manager | 10 | Montage | Site Demolition |
| 1 | Safety / Cons. Security Manager | 10 | Montage | Site Demolition |
| 1 | ADMIN | 10 | Montage | Site Demolition |
| 1 | Site Coordinator | 10 | Veyka | Site Demolition |
| 1 | Superintendent | 10 | Veyka | Site Demolition |
| 1 | Health and Safety Officer | 10 | Veyka | Site Demolition |
| 1 | Architect | 10 | Veyka | Site Demolition |
| 1 | Mechanical Eng. | 10 | Veyka | Site Demolition |
| 3 | Foreman | 30 | Veyka | Site Demolition |
| 1 | Electrician | 10 | Veyka | Site Demolition |
| 4 | Site Engineer | 40 | Veyka | Site Demolition |
| 1 | Operators | 10 | ARC Construction | Site Demolition |
| 30 | Unskilled Worker | 300 | ARC Construction | Site Demolition |
| 19 | Unskilled Worker | 190 | Enjaz | Site Demolition |
| 1 | Accountant | 10 | Veyka | Site Demolition |

| Total MHR this day / Total MHR previous day | 670/30504 | Were there any Lost Time Accidents this date? ☐ YES  ☑ NO |
|---|---|---|
| Total MHR from project start | 31174 | If YES a copy of the completed OSHA report is required |

| INSPECTIONS/TESTING PERFORMED TODAY | LOCATION/ELEMENT OF WORK | RESULTS OF INSPECTIONS/TESTING |
|---|---|---|
| | | |
| | | |

| SPEC, | PARAGRAPH/ DWG # | EQUIP/MATERIAL RECEIVED | SUBMITTAL NO. | DATE APPROVED |
|---|---|---|---|---|

| CONSTRUCTION/PLANT EQUIPMENT ON SITE TODAY | UNIT | QUANTITIES PREV. | TODAY | TOTAL |
|---|---|---|---|---|
| Mobile Crane | HRS | 79 | 0 | 79 |
| JCB Backhoe Loader | HRS | 25 | 0 | 25 |
| Truck Crane | HRS | 237 | 10 | 247 |
| Crane 50 Ton | HRS | 104 | 10 | 114 |
| Truck | HRS | 55 | 0 | 55 |
| Forklift | HRS | 12 | 0 | 12 |
| Shoring system: | | | 0 | |
| Plywood | SHEET | 22 | 0 | 22 |
| Timber | PEC. | 250 | 0 | 250 |
| Slab Scaffolding System | M² | 360 | 0 | 360 |
| Diamond wire saw cut machine 60 cm thickness concrete | No | 1 | 0 | 1 |
| Hydraulic saw cut machine 600 mm thickness concrete | No | 1 | 0 | 1 |
| Core Machines | No | 2 | 0 | 2 |

| MATERIAL ON SITE | UNIT | QUANTITIES PREV. | TODAY | TOTAL |
|---|---|---|---|---|
| | | | | |
| | | | | |

**GOVERNMENT REPRESENTATIVES ON SITE**

Project Director, Richard W. OBO SSC , Douglas J. Ryan.

**NOTABLE REMARKS/WORK ACTIVITIES**

| Schedule ID | Activity Name | Description of Activities |
|---|---|---|
| CO 0060 | Removal of Existing Trees & | ▪ Demolition of trees (north) is in progress. |
| CO 00132 | Demolition of Slabs | ▪ Slab Coring is in progress. |
| | | ▪ Slab separation : |
| | | o Slab Cutting is in progress |
| | | o The lifting of the cut slab pieces  is in progress. |
| | | o The Beams cutting and lifting is in progress. |
| | | o The Coring in the walls has been started. |
| | | o The lifting of the cut wall pieces is in progress. |
| | | ▪ Slab on grade demolition is in progress. |
| | | ▪ Demolition of the concrete pavement has been started. |
| | Site Demolition | ▪ Shoring installation for staircase slab has been finished and inspected. |
| CO 1145 | Form Footings | ▪ Reinforcement steel pars forming  is in progress. |
| | Excavate Footings & Cart | |
| CO 1115 | Away Debris | ▪ Excavator for foundation footing |