AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cr-00188-JSR |
| Sina Moayedi | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sina Moayedi                                                                                                              .

Date:  09/28/2023

*Attorney's signature*

Rebecca Guiterman, 5414040
*Printed name and bar number*
Kropf Moseley PLLC
1100 H St. NW, Suite 1220
Washington, DC 20005

*Address*

rebecca@kmlawfirm.com
*E-mail address*

(202) 627-6900
*Telephone number*

*FAX number*