| | |
|---|---|
| **From:** | AQM-CPARS |
| **To:** | Watson, Angela M; Christopher Swenson |
| **Cc:** | USN PNSY NAVSEALOGCEN Mailbox PTSMH; AQM-CPARS |
| **Subject:** | <DOS>RE: <EXT>Ticket 821486, RE: CPARS Unarchiving CPARs/amw |
| **Date:** | Thursday, August 31, 2023 3:27:39 PM |
| **Importance:** | High |

CAUTION: This email originated from outside of State OIG. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you believe this email is suspicious, please click the Report Phishing button or forward to OIG CIRT for additional analysis.

You don't often get email from aqmcpars@state.gov. Learn why this is important

Two evaluations were in the system as completed for Contract Base Number: SAQMMA08C0270 (do not know if they were unarchived by NAVSEA, but where there in CPARS for me after using the evaluation/contract status report module). See cut and copied evaluations.

FOR OFFICIAL USE ONLY / SOURCE SELECTION INFORMATION - SEE FAR 2.101, 3.104, AND 42.1503

FOR OFFICIAL USE ONLY

**CONTRACTOR PERFORMANCE ASSESSMENT REPORT (CPAR)**

MODIFIED EVALUATION **Construction**

**Name/Address of Contractor:**
Vendor Name: MONTAGE, INC.
Division Name:
Street: 3636 16TH ST NW APT AG50
City: WASHINGTON
State: DC Zip: 200101146
Country: USA
CAGE Code:
Unique Entity ID: RALKDB351J43
Product/Service Code: Principal NAICS Code: 236220
**Evaluation Type:** Interim
**Contract Percent Complete:** 99
**Period of Performance Being Assessed:** 09/30/2008 - 09/30/2012
**Contract Number:** SAQMMA08C0270 **Business Sector & Sub-Sector:** Construction
**Contracting Office: Contracting Officer: Phone Number:**
**Location of Work:**

**Date Signed:** 09/30/2008 **Period of Performance Start Date:**
**Est. Ultimate Completion Date/Last Date to Order:** 03/08/2009 **Estimated/Actual**
**Completion Date:**
**Funding Office ID:**
**Base and All Options Value : Action Obligation:**
**Complexity: Termination Type:** None
**Extent Competed: Type of Contract:**
**Key Subcontractors and Effort Performed:**
**Unique Entity ID:**
**Effort:**
The prime contractor basically self performed the work.
**Unique Entity ID:**
**Effort:**
**Unique Entity ID:**
**Effort:**
**Project Number:**
**Project Title:**

**Contract Effort Description:**
Renovation of existing American Consulate in Lagos Nigeria, addition of annex and Physical
Security Upgrade.

**Small Business Subcontracting:**
Does this contract include a subcontracting plan? No
Date of last Individual Subcontracting Report (ISR) / Summary Subcontracting Report (SSR):
N/A

**Evaluation Areas Past Rating Rating**
Quality: N/A N/A
Schedule: N/A N/A
Cost Control: N/A N/A
Management: N/A N/A
Small Business Subcontracting: N/A N/A
Regulatory Compliance: N/A N/A
Other Areas:
(1) : N/A
(2) : N/A
(3) : N/A
**Variance** (Contract to Date):
Current Cost Variance (%): Variance at Completion (%):
Current Schedule Variance (%):
**Assessing Official Comments:**
Problems with timely procurement of materials and adequate supervision persisted throughout
the Project e.g. 1) the contractor resisted procurement of contractually required security materials
including required material for identification materials for identification of workers and retina
scanners, 2) Post had to loan the contractor a SHEM approved product for termite control,3) The

contracting officer was required to write the contractor a directive to procure contractually required X-Ray Machines and Walk Through Metal Detectors,4) the contractor vigorously resisted bringing the Contractually required Geotechnical Engineer to perform geotechnical requirements, and resisted using Type II cement for production of concrete 5) purchased incorrect power supply voltage 120V instead of 230 V for the Fire panel, sub alarm panels et al. The contractor fell behind early in the project re issues with aforementioned procurement of materials and issues with production of concrete and did not take the necessary steps to recover including but not limited to bringing adequate site supervision to site and taking the necessary action in relation to improving procurement of material.

This was a complex project of $26 million dollars, consisting of construction of a new annex and renovation of an occupied building. It is my observation that the contractor did not have adequate backup logistical support for material procurement- nor adequate supervision for the project. In addition to the examples cited herein the contractor procurement methods for material to be used in the Controlled Access Area resulted in materials for the secure area being compromised resulting a delay of 3- 4 months for re-procurement and special handling of materials under USG Security personnel to monitor the activities.

**Name and Title of Assessing Official:**
Name: HOWARD WILLIAMS JR
Title: CONTRACTING OFFICER
Organization: A/LM/AQM/FDCD/CON
Phone Number: 703-875-6020 Email Address: williamsh@state.gov
Date: 11/14/2012

**Contractor Comments:**
This evaluation has been modified, please see the original evaluation to view the contractor comments.

**Name and Title of Contractor Representative:**
Name:
Title:
Phone Number: Email Address:
Date:

**Review by Reviewing Official:**
Agree with rating provided by CO and COR.

**Name and Title of Reviewing Official:**
Name: JAMES G. THOMAS
Title: CONTRACTING SPECIALIST
Organization: A/LM/AQM/FDCD/CON
Phone Number: 703-875-6016 Email Address: thomasjg2@state.gov
Date: 01/14/2013

FOR OFFICIAL USE ONLY / SOURCE SELECTION INFORMATION - SEE FAR 2.101, 3.104, AND 42.1503

FOR OFFICIAL USE ONLY

**CONTRACTOR PERFORMANCE ASSESSMENT REPORT (CPAR)**
**Construction**
**Name/Address of Contractor:**
Vendor Name: MONTAGE, INC.
Division Name:
Street: 3636 16TH ST NW APT AG50
City: WASHINGTON
State: DC Zip: 200101146
Country: USA
CAGE Code:
Unique Entity ID: RALKDB351J43
Product/Service Code: Y199 Principal NAICS Code: 236220
**Evaluation Type:** Final
**Contract Percent Complete:** 100
**Period of Performance Being Assessed:** 10/01/2012 - 01/23/2013
**Contract Number:** SAQMMA08C0270 **Business Sector & Sub-Sector:** Construction
**Contracting Office:** A/LM/AQM/FDCD/CON **Contracting Officer:** DAVID W. VIVIAN
**Phone Number:** 703-875-6055
**Location of Work:**
Lagos, Nigeria
**Date Signed:** 09/30/2008 **Period of Performance Start Date:**
**Est. Ultimate Completion Date/Last Date to Order:** 01/23/2013 **Estimated/Actual**
**Completion Date:** 01/23/2013
**Funding Office ID:**
**Base and All Options Value :** $28,293,677 **Action Obligation:**
**Complexity:** Medium **Termination Type:** None
**Extent Competed:** Full and Open Competition **Type of Contract:** Firm Fixed Price
**Key Subcontractors and Effort Performed:**
**Unique Entity ID:**
**Effort:**
The prime contractor basically self performed the work.
**Unique Entity ID:**
**Effort:**
**Unique Entity ID:**
**Effort:**
**Project Number:**
**Project Title:**
Lagos Consulate Office Building Renovation
**Contract Effort Description:**
Renovation of existing American Consulate in Lagos Nigeria, addition of annex and Physical Security Upgrade.

**Small Business Subcontracting:**
Does this contract include a subcontracting plan? No
Date of last Individual Subcontracting Report (ISR) / Summary Subcontracting Report (SSR): N/A
**Evaluation Areas Past Rating Rating**
Quality: N/A Satisfactory
Schedule: N/A Satisfactory
Cost Control: N/A Satisfactory
Management: N/A Satisfactory
Small Business Subcontracting: N/A N/A
Regulatory Compliance: N/A Satisfactory
Other Areas:
(1) : N/A
(2) : N/A
(3) : N/A
**Variance** (Contract to Date):
Current Cost Variance (%): Variance at Completion (%):
Current Schedule Variance (%):
**Assessing Official Comments:**
QUALITY: Contractors performance is Satisfactory.
SCHEDULE: Contractors performance is Satisfactory.
COST CONTROL: Contractors performance is Satisfactory.
MANAGEMENT: Contractors performance is Satisfactory.
REGULATORY COMPLIANCE: Contractors performance is Satisfactory.
ADDITIONAL/OTHER: The work required by the contract, including materials, labor, installations
and warranties required by the contract has been completed in a satisfactory
manner.
RECOMMENDATION:
Given what I know today about the contractor's ability to perform in accordance with this
contract or order's most significant requirements, I would recommend them for similar
requirements in the future.
**Name and Title of Assessing Official:**
Name: JENNIFER LEUNG
Title: Contracting Officer
Organization: Department of State
Phone Number: 703-875-6055 Email Address: leungjb@state.gov
Date: 04/06/2016
**Contractor Comments:**
ADDITIONAL/OTHER: Design Build Contract for this Mission Critical Consular Facility that required
Secret Security clearance. Work took place in core areas of occupied facilities
and classified areas. Construction areas included: data centers, administrative
offices, command centers, operations facilities, special use facilities, utility
and energy plants, and technology and security infrastructure. Work compromised of
new construction, as well as renovation of existing 60,000 sf facility. All

construction complied with DoD antiterrorism and force protection requirements
CONCURRENCE: I concur with this evaluation.
**Name and Title of Contractor Representative:**
Name: SINA MOAYEDI
Title: Vice President
Phone Number: 202-812-8153 Email Address: sinam@montageinc.com
Date: 04/07/2016
**Review by Reviewing Official:**
Review by Reviewing Official not required.
**Name and Title of Reviewing Official:**
Name:
Title:
Organization:
Phone Number: Email Address:
Date:
"Ability may get you to the top, but it takes character to keep you there."
Angela M. Watson
Department of State (DOS)
Acquisition Management (AQM)
Business Operations Division (BOD)
CPARS Team Leader
Management Analyst
watsonam@state.gov
Cell (202) 262-6855
Teams (717) 205-8808

**From:** Watson, Angela M <WatsonAM@state.gov>
**Sent:** Thursday, August 31, 2023 3:21 PM
**To:** Swenson, Christopher D <SwensonCD@state.gov>
**Cc:** USN PNSY NAVSEALOGCEN Mailbox PTSMH
<usn.pnsy.navsealogcen.mbx.ptsmh@us.navy.mil>; AQM-CPARS <AQMCPARS@state.gov>
**Subject:** RE: <EXT>Ticket 821486, RE: CPARS Unarchiving CPARs/amw

Christopher, I can not unarchive any old contracts and orders.
What are the ones needed unarchived?
I have acknowledged the one you referenced in the email (SAQMMA08C0270), what are the
others as required by NAVSEA Headquarters?
I will request them to be unarchived, please acknowledge their time frame.

"Ability may get you to the top, but it takes character to keep you there."

Angela M. Watson
Department of State (DOS)
Acquisition Management (AQM)
Business Operations Division (BOD)
CPARS Team Leader

Management Analyst
watsonam@state.gov
Cell (202) 262-6855
Teams (717) 205-8808

**From:** USN PNSY NAVSEALOGCEN Mailbox PTSMH
<usn.pnsy.navsealogcen.mbx.ptsmh@us.navy.mil>
**Sent:** Thursday, August 31, 2023 3:09 PM
**To:** Watson, Angela M <WatsonAM@state.gov>
**Subject:** Fw: <EXT>Ticket 821486, RE: CPARS

Hello,
Thank you for contacting the NSLC Help Desk.
Please see the email chain below regarding an investigation from DOS OIG. If the evaluations
are un-archived per the investigators request, you will need to assign a focal Point (this can be
yourself). In order to save local Copies and forward to the Investigator. The evaluations will all
re-archive the same day. Therefore, your participation will be required in this process. Please let
us know a day to process the evaluations (best practice is to un-archive in the morning to allow
the maximum amount of time to save the evaluations).
Sincerely,
Dana
NSLC Help Desk
DSN 684-1690
Phone 207-438-1690

WARNING: This is an official Department of Defense communication. Some emails may be
encrypted and require CAC certification to view. Emails, or their attachments, containing
personally identifiable information are Controlled Unclassified Information (CUI) - Privacy
Sensitive - Any misuse or unauthorized disclosure can result in both civil and criminal penalties.

**From:** Christopher Swenson <Christopher.D.Swenson@stateoig.gov>
**Sent:** Thursday, August 31, 2023 2:02 PM
**To:** USN PNSY NAVSEALOGCEN Mailbox PTSMH
<usn.pnsy.navsealogcen.mbx.ptsmh@us.navy.mil>
**Subject:** [Non-DoD Source] RE: <EXT>Ticket 821486, RE: CPARS

UNCLASSIFIED
Thanks for your email. Is there a reason that you cannot unarchive and save them as PDFs for me
all in one shot if I send you the contract numbers? Id imagine there are less than 10 total
archived. It seems that the process you describe adds complexity to a process that is already "on
the clock" due to the 11pm timeframe. Maybe there isn't another way, but Ive found that most of
the time we, the government, add unnecessary complexity to everything.
In this criminal case, the Navy was defrauded by the defendant too, for what that is worth. If
you/the Navy can pay it forward to the guy that caught him doing a $200 million 25 year fraud,
itd be appreciated.

Thanks and please let me know..
Chris

UNCLASSIFIED

**From:** USN PNSY NAVSEALOGCEN Mailbox PTSMH
<usn.pnsy.navsealogcen.mbx.ptsmh@us.navy.mil>
**Sent:** Thursday, August 31, 2023 1:50 PM
**To:** Christopher Swenson <Christopher.D.Swenson@stateoig.gov>
**Subject:** Re: <EXT>Ticket 821486, RE: CPARS

CAUTION: This email originated from outside of State OIG. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you believe this email is suspicious, please click the Report Phishing button or forward to OIG CIRT for additional analysis.

Hello,
Thank you for contacting the NSLC Help Desk.
There is no way to locate and unarchive 14 years of CPARS, I will need you to provide contract/order numbers for the ones you need unarchived. After which you will need to contact the focal points of those contract/order numbers for them to be able to print them for you. The contract/order numbers will re-archive at 11 pm the same night they are unarchived, so I will not perform the unarchive requests until all the information has been gathered.
Sincerely,
Sam Hersom
NSLC Help Desk
DSN 684-1690
Phone 207-438-1690

WARNING: This is an official Department of Defense communication. Some emails may be encrypted and require CAC certification to view. Emails, or their attachments, containing personally identifiable information are Controlled Unclassified Information (CUI) - Privacy Sensitive - Any misuse or unauthorized disclosure can result in both civil and criminal penalties.

**From:** Christopher Swenson <Christopher.D.Swenson@stateoig.gov>
**Sent:** Thursday, August 31, 2023 12:39 PM
**To:** USN PNSY NAVSEALOGCEN Mailbox PTSMH
<usn.pnsy.navsealogcen.mbx.ptsmh@us.navy.mil>
**Subject:** [Non-DoD Source] RE: <EXT>Ticket 821486, RE: CPARS

UNCLASSIFIED

Good afternoon,
I'm a Criminal Investigator with the Department of State OIG (not a focal point) and am requesting assistance in unarchiving any available contracts prior to 2014 for a company called "**Montage Inc**." with a UEI of **RALKDB351J43.** This request is pursuant to a criminal

investigation involving the company, involves CPARS that are likely archived and is supported by the US Attorney's Office for the Southern District of New York.

The CPARS helpdesk attempted to assist me this AM, but was unable to unarchive the CPARS relevant to this investigation. I understand there is at least ONE project with two CPARS from this period with a contract number of SAQMMA08C0270 .

I can provide other contract numbers if necessary, but am hoping there is a way to locate and unarchive *any* CPARS from 2000-2014.

Thanks so much and please reach out with any questions.

-Chris

Christopher D. Swenson
Special Agent
U.S. Department of State
Office of Inspector General
Office of Investigations
Charleston, S.C. Field Office
C: (571) 232-5673
Christopher.D.Swenson@stateoig.gov

UNCLASSIFIED

**From:** USN PNSY NAVSEALOGCEN Mailbox PTSMH
<usn.pnsy.navsealogcen.mbx.ptsmh@us.navy.mil>
**Sent:** Thursday, August 31, 2023 11:01 AM
**To:** Christopher Swenson <Christopher.D.Swenson@stateoig.gov>
**Subject:** <EXT>Ticket 821486, RE: CPARS

CAUTION: This email originated from outside of State OIG. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you believe this email is suspicious, please click the Report Phishing button or forward to OIG CIRT for additional analysis.

You don't often get email from usn.pnsy.navsealogcen.mbx.ptsmh@us.navy.mil. Learn why this is important

Hello,
Thank you for contacting the NSLC Help Desk. Please explain that you're not a Focal Point you are an Investigator, use the below script to request a unarchive on the contract numbers that you want to view and ask your teir2/3 to send you the information you need after they verify your credentials.

**Unarchive Contractor**

The Help Desk is unable to unarchive a contract/evaluation at the request of a contractor for the following reasons:
- Unless the dates change, the record will archive again the same day
- Contractors can't change the dates to keep from unarchiving again
- If the contract/evaluation has archived, it is passed the timeframe of relevancy
If you have a reason that you feel justifies unarchiving your contract/evaluation, please contact the Focal Point of the contract and work the request through them. If there is a legal and just cause to unarchive, we will work with the Focal Point to see if the action is possible.

**Please note:** Construction and Architect and Engineering Contracts archive six years after the Est. Ultimate Completion Date. All other contracts archive three years after the Est. Ultimate Completion Date. Archived contracts are not available for any CPARS users to view. These are Archived.

**Contract Number Period of Performance Current Status * Days Rated Due Date Evaluation Type Updated By View Activity Log**
SAQMMA08C0270 10/01/2012 - 01/23/2013 Completed - - Final JENNIFER LEUNG Contract [Log]
SAQMMA08C0270 09/30/2008 - 09/30/2012 Completed - - Interim Unknown Contract [Log]
**User Name:** SINA MOAYEDI
**Email Address:** sinam@montageinc.com
**Roles:**
Contractor
Contractor Rep
Access (View)
**Module Contract Number Role Focal Point Name Focal Point Email**
CPARS 15F06720D0000645 Contractor Rep DAVID TRIPLETT dwtriplett@fbi.gov
CPARS 47PM0518D0011 Contractor Rep NITIN KUMAR nitin.kumar@gsa.gov
CPARS DJF141200V0011071 Contractor Rep DAVID TRIPLETT dwtriplett@fbi.gov
CPARS DJFJFBI13218 Contractor Rep DAVID TRIPLETT dwtriplett@fbi.gov
CPARS SAQMMA14D0053 Contractor Rep ANGELA WATSON watsonam@state.gov
CPARS SAQMMA14D0053 SAQMMA14F2208 Contractor Rep ANGELA WATSON watsonam@state.gov
CPARS SAQMMA14D0053 SAQMMA16F5043 Contractor Rep ANGELA WATSON watsonam@state.gov
CPARS SAQMMA14D0053 SAQMMA16F5075 Contractor Rep ANGELA WATSON watsonam@state.gov
CPARS SAQMMA16C0218 Contractor Rep ANGELA WATSON watsonam@state.gov
CPARS SAQMMA16C0324 Contractor Rep ANGELA WATSON watsonam@state.gov
CPARS SAQMMA16C0333 Contractor Rep ANGELA WATSON watsonam@state.gov
CPARS SAQMMA17C0293 Contractor Rep ANGELA WATSON watsonam@state.gov
Sincerely,
Leon
NSLC Help Desk
DSN 684-1690
Phone 207-438-1690

WARNING: This is an official Department of Defense communication. Some emails may be encrypted and require CAC certification to view. Emails, or their attachments, containing personally identifiable information are Controlled Unclassified Information (CUI) - Privacy Sensitive - Any misuse or unauthorized disclosure can result in both civil and criminal penalties. Confidentiality Notice: This email is from the Office of Inspector General, Department of State, and may contain information that is "Law Enforcement Sensitive" or otherwise subject to the Privacy Act and/or legal and or other privileges that restrict release without appropriate legal authority. Any use, distribution, or copying of this message, including any of its contents or attachments by any person other than the intended recipient, or for any purpose other than its intended use, is strictly prohibited. If you received this message in error, please notify the sender immediately by telephone and permanently delete this message and any attachments.