

# MONTAGE INC.

Volume 2 -Technical/Management Information

Compound Security Upgrade – Prague, Czech Republic Solicitation #: SAQMMA-16-R0332

Original

Submitted to:
U.S. Department of State
Attn: Joy D. Young
A/LM/AQM/FDCD/CON, 4th Floor
1735 N. Lynn Street
Arlington, VA 22209

Submitted by:
Montage, Inc.
3636 16th Street, NW #AG50
Washington, DC 20010
202-332-0186/202-232-2153

# MONTAGE

Montage, Inc.

September 8, 2016

US Department of State
A/LM/AQM/FDCD/CON, 4th Floor
1735 N Lynn Street Arlington VA 22209
Attn: Ms. Joy Young

Subject: Compound Security Upgrade U.S. Embassy Prague, Czech Republic

Solicitation #: SAQMMA-16-R0332

Dear Ms. Young,

Thank you for this opportunity. The enclosed proposal package from Montage Inc. concerns the above referenced solicitation. We understand the scope of work for this project requires historic perimeter wall replacement and repair, perimeter security fence replacement, a new access control pavilion, surface parking, site lighting, a new pedestrian entrance, interior improvements, replacement and relocation of an electrical transformer, main electrical service room and equipment, and back-up generator. We are aware that this involves work in historically sensitive areas and will include some restoration of historic finishes. Also requiring the engagement of locally certified craftsmen able to perform the work in the manner set by Czech Heritage Authorities. We have reviewed the requirements in detail and believe our team is very well suited to perform this work.

Montage certifies that it possesses a Top Secret facility security clearance and Secret level safeguarding. The following corporate data is provided as part of this prequalification:

    *Cage Code Number: 04QC7
    *DUNS: 55-605-4641

Please do not hesitate to contact us if we may be of any assistance.


Sincerely,

*[signature]*

Toshiko Fujimoto-Cu
Program Manager


3636 16th Street, NW, Washington, D.C. 20010 Tel (202) 332-0186  Fax (202) 232-2153

**Department of State 2016 Construction Contract for Compound Security Upgrade**
**U.S. Embassy Prague, Czech Republic**
**SAQMMA-16-R0332**

**Table of Contents**

**L.23.2.2.3  FACTOR 1: CONSTRUCTOR TECHNICAL PROJECT                              TAB 1**
                      **EXPERIENCE**
This section demonstrates the technical project experience of Montage, Inc.  Includes four examples of relevant projects completed within the past five years demonstrating the Montage's technical capabilities to perform this project.

**L.23.2.2.4  FACTOR 2:  CONSTRUCTOR PAST PERFORMANCE                              TAB 2**
         L.23.2.2.4.1 **Quality**
         L.23.2.2.4.2 **Factor 1 Project Examples Past Performance**

**L.23.2.2.5  FACTOR 3:  TECHNICAL APPROACH AND RISK**

   **L.23.2.2.5.1 SUBFACTOR 1: Understanding Scope                                    TAB 3**
   Provides a detailed narrative that Montage's understanding of the overall scope for the Project.  Identifies all the major scope components of the Project, including the classified areas/components of the Project.

   **L.23.2.2.5.2  SUBFACTOR 2: Schedule                                              TAB 4**

   L.23.2.2.5.2.1  Understanding of Project Critical Path Method format
   L.23.2.2.5.2.2  Delay Recovery Examples

**L.23.2.2.6  FACTOR 4:  MANAGEMENT/ORGANIZATION                                     TAB 5**
**L.23.2.2.6.1  SUBFACTOR 1:  Offeror's Organization for the Project**
Identifies all of the major components of the team for the project, and explains how their work will be integrated into the overall scope.  Also provides an organizational chart showing the relationship between Montage, the design team, subcontractors, QC personnel, Safety personnel, and OBO.

**L.23.2.2.6.2  SUBFACTOR 2:  Staffing Approach and Key Resumes                      TAB 6**
         L.23.2.2.6.2.1   Manpower Resources Table
         L.23.2.2.6.2.2 Previous Projects Team Matrix
         L.23.2.2.6.2.3  Montage Key Personnel Resumes

**L.23.2.2.6.3  SUBFACTOR 3:  Subcontractor Management Program                       TAB 7**
Describes by name and position all subcontractors identified for this project and how the Montage plans to integrate these subcontractors into the overall contract effort.  Provides an overview of corporate management philosophy and the Subcontractor Management Program to be put in place including three relevant projects, discussing the similar programs implemented with a focus on key success factors and how failures and challenges were resolved.

**L.23.2.2.7  FACTOR 5:  SAFETY PROGRAM** — TAB 8

**L.23.2.2.8   Recruitment of Third Country Nationals For Performance On Department of State Contracts (October 17, 2012)**
**L.23.2.2.8.1 FACTOR 6:  TCN RECRUITMENT PLAN** — TAB 9

**L.23.2.2.8.2 FACTOR 7:  HOUSING PLAN** — TAB 10
Describes the location and description of the proposed TCN housing.

**L.23.2.2.6.3 SUBFACTOR 3 – Subcontractor Management Program**

**L.23.2.2.6.3.2 <u>Names and description of subcontractors identified for the Project:</u>**

| No | **Identified Subcontractor** | **Field of Services** |
|---|---|---|
| 1 | Bozdemir Insaat ve Muhendslik | NON-CAA works-nominated subcontractor |
| 2 | Gema Art Group A. S. | Local Restoration subcontractor |
| 3 | AES | Telecom Works |
| 4 | National Fire Protection | Fire Alarm and Suppression |
| 5 | Kelly & Hayes | Electrical material and equipment supplier |
| 6 | SGS | Third Part Lab Services |
| 7 | Zeppelin CZ | Local Contractor for demo and earth works |
| 8 | Zust Bachmeier of Switzerland Inc | Transportation |

**Bozdemir Construction and Engineering Inc.** is an engineering, construction and contracting company established in Turkey in 1993. Since incorporation, with its young, experienced and expanding work team, Bozdemir has completed number of prestigious projects both in Turkey and abroad.

According to the period's conditions and preferences, to exploit and create new and different opportunities for tomorrow, Bozdemir started to involve market development by introducing its services into new geographic areas. In 2004, first Branch Office was established in Ashgabat, Turkmenistan on an area of 25,000m2 including offices, concrete batch plant, open & closed warehouses and facilities for workers. After having gained enough experience in Turkmenistan, second Branch Office was established in Dushanbe - Tajikistan in 2008 and third in Afghanistan in 2009 and respectively in Kazakhstan and Uzbekistan in 2010, South Africa, Sri Lanka, and finally Hong Kong.

Bozdemir's past experience with US Government Agencies and their special capability at complex and special projects brings additional capability to non-CAA management and construction.

**Gema Art Group A. S.** has been active in the field of monument conservation and restoration since 1990 and thanks to the quantity of remarkable works and the complexity of the services they offer, they have built a unique and irreplaceable position in the field of historical restoration in the Czech Republic. In recent years, they have acquired extensive experience in the field of conservation of monuments. They have also completed the restoration of The Residence of the U.S. Ambassador in Prague, Czech Republic.

In addition to design and construction support for restoration works, Gema will assist Montage for obtaining all necessary permits, certificates, inspections, and licenses (such as utility, construction, occupancy (Czech Final Inspection), access, (historical, archeological) required to execute the work. Furthermore they will help Montage to provide all third party inspections and services required to complete the Work, such as services for the Archaeological Survey for each excavation per the Czech Republic Heritage Preservation Act of 1987. They will work closely with Montage to provide all

notifications and report all findings to the Authorities Having Jurisdiction (AHJ) and the USG required completing the Work, such as notification to the National Heritage Institute (NPU) for the Archaeological Survey requirements prior to excavations. They will provide access to the AHJ and the USG to inspect and investigate the Work.

**AES** Corporation is a diverse company, yet small enough to minimize bureaucracy and large enough to provide the hands-on management, vital to successful, on time project completion. Over the years, AES has provided design and installation of security and telecommunication systems to numerous government and commercial clients for more than a quarter of a century. As part of the Montage team, the AES Technical Services' project management approach entails understanding each project's specific and unique challenges and considering ways to improve the applications. Through this understanding, the right combination of services and personnel will be utilized to insure the best outcome for this project. AES services range from basic installation to complete design, procurement, installation, testing and training. Montage worked with AES on the entire telecommunications applications in various projects and successfully delivered a system which was interfaced and accredited by the USG.

**National Fire Protection (NFP) Inc**. has built a reputation as a full service fire protection contractor that provides cost effective quality products and services. Their NICET and manufacturer certified professionals effectively manage fire suppression systems, fire alarm/detection & control equipment. Integration of fire suppression and fire protection systems are critical life safety components on embassy projects which will require the early involvement of NFP for the design review, engineering, procurement, installation, testing and commissioning.

**Kelly & Hayes Group** is selected as our supply source in the States for all electrical and mechanical material due to the strength of their pricing, the quality of their service and the breadth of their offering. Montage worked in a very close collaboration with K&H previously during Consulate Housing Project in Hong Kong awarded by OBO. Kelly & Hayes' rapid responsiveness, competitive pricing, timely deliveries and customer service insures our and clients' satisfaction.

**SGS,** which is one of the biggest independent laboratories in Prague, will provide third party inspection to concrete and earthworks quality control. This lab is well knowledgeable with ASTM standards and will be able to provide the required tests. A laboratory will be established on site with required testing equipment according to the standards so that independent lab operations can be viewed with our QC organization, time will not be spent during transportation and OBO can witness the tests on day to day basis.

**Zeppelin CZ,** which will provide machinery, material and labor for demo, earth and concrete works, is a local fully fledged construction company. Zeppelin Quality Management System is ISO certified.

**Zust Bachmeier of Switzerland Inc. (ZBS**) is an International Freight Forwarding company established in 1911 and specializes in the logistics and handling of all transportation aspects for Overseas Construction Projects and General Forwarding. For shipments from the US, Montage will work with ZUST International Logistics. The material and equipment will be delivered and collected in ZUST's warehouse in Hanover, MD. With the advanced material handling equipment and experienced staff they will be placed in 20' containers and shipped to Prague through Hanover. In case of necessity or any critical delay, Zust is capable of sending goods by air cargo too.