

**6 September 2023**

**Office of Inspector General**
**Office of Investigations**
**Charleston, S.C. Field Office**
**Attn: Mr. Christopher D. Swenson – Special Agent**
**Subject:** Memorandum on Veyka-Montage Subcontract for Madrid Compound Security Upgrade Project

Dear Mr. Swenson,

Per our email and phone conversations between 1-6 September 2023, we have been requested a copy of our subcontract which was signed with Montage Inc. (Prime Contractor at the time), for carrying out portions of work at Madrid, Spain U.S. Embassy Compound Security Upgrade Project. Since the project is closed more than four years ago, per our search to date, we were not yet able to locate the requested document on our archives. Accordingly, as requested on our email correspondence as an alternative, we are hereby providing information on our understanding of the general terms of the original subcontract signed with Montage:

- We signed our subcontract with Montage, in October 2017. The signatory on Montage's end was Mr.Nader Golpa, and on our end, Mr. Serhat Kaplan.
- Our scope of work covered:
  - Civil, structural, architectural works installation (labor and equipment), Civil, structural, architectural materials that can be supplied locally in Europe.
  - Supply of local/TCN installation team for Mechanical, Plumbing and Electrical systems, under supervision of Montage's Master Electricians/Plumbers/HVAC Installers.
- Our <u>exclusions</u> (Montage scope of work) were:
  - Complete design effort,
  - Complete project management, liaison with client, contract management,
  - Complete scheduling, quality management and safety management,
  - Supply of complete MEP system materials and equipment, security elements (FEBR doors and windows), Bifold Gates, Barriers, required specialty installers for these items,
  - Complete Technical Security System, Commissioning, and handover,
  - Any work that would require US Citizen / Cleared American individuals.
- Our initial contract amount was $5,250,000 in total. Our contract total later been adjusted due to multiple reasons: delay cost impacts caused by Montage, changes incorporated in project design, inclusion of some work items that were originally excluded.
- In April 2019, we got informed by Montage that since their contract with OBO got terminated, our services will no longer be needed, and that we must coordinate our demobilization with Montage site team, which we did and demobilized.
- Following our demobilization, our communication with Montage regarding this project was limited to our request for payment of our outstanding balances, retainage and damages, and status updates. Our discussions with Montage led to partial settlement of our requests, and after on/around May-June 2021, we were not able to get hold of Montage.

Kindly note that the above information is based on what our team members remaining from the project recall, and the information may not be 100% accurate, especially numbers and dates. We hope that the above information satisfies your request. We are available for any further information required by OIG.

Respectfully,
Serhat KAPLAN
General Manager, VEYKA Construction Inc.