

Montage, Inc.

# MONTAGE INC.

Volume 2 – Technical / Management Information

Compound Security Upgrade – Madrid, Spain

Solicitation #: SAQMMA-16-R0331

Original

Submitted to:
U.S. Department of State
Attn: Blondell Taylor
A/LM/AQM/FDCD/CON, 4th Floor
1735 N. Lynn Street
Arlington, VA 22209

Submitted by:
Montage, Inc.
3636 16th Street, NW #AG50
Washington, DC 20010
202-332-0186/202-232-2153

# MOONTAGE

Montage, Inc.

September 8, 2016

US Department of State
A/LM/AQM/FDCD/CON, 4th Floor
1735 N Lynn Street, Arlington VA 22209
Attn: Ms. Blondell Taylor

Subject: Prequalification –Compound Security Upgrade U.S. Embassy Madrid, Spain
Solicitation #: SAQMMA-16-R0331

Dear Ms. Taylor:

Thank you for this opportunity. The enclosed proposal package from Montage Inc. concerns the above referenced solicitation. We understand the scope of work of this project includes installing new Forced Entry Ballistic Resistance (FE/BR) windows and doors throughout the chancery and CMR. There will also be a complete renovation of the consular CAP, FE/BR upgrades to two additional CAPs, and mantraps will be added to all three CAPs. A new Compound Emergency Sanctuary (CES) and a new Safe Area will be constructed. There will be perimeter security improvements throughout the 2.54 acre compound. We have reviewed the requirements in detail and believe our team is very well suited to perform this work.

Montage certifies that it possesses a Top Secret facility security clearance and Secret level safeguarding. The following corporate data is provided as part of this prequalification:
  *Cage Code: 04QC7
  *DUNS: 55-605-4641

Please do not hesitate to contact us if we may be of any assistance.

Sincerely,

Toshiko Fujimoto-Cu
Program Manager

3636 16th Street, NW, Washington, D.C. 20010 Tel (202) 332-0186  Fax (202) 232-2153

**Department of State 2016 Design-Build Contract for U.S. Embassy Madrid, Spain
SAQMMA-16-R0331**

**Table of Contents**

**L.23.2.2.3  FACTOR 1: CONSTRUCTOR TECHNICAL PROJECT          TAB 1
                                EXPERIENCE**

This section demonstrates the technical project experience of Montage, Inc.  Includes four examples of relevant projects completed within the past five years demonstrating the Montage's technical capabilities to perform this project.

**L.23.2.2.4  FACTOR 2:  CONSTRUCTOR PAST PERFORMANCE          TAB 2**
      L.23.2.2.4.1 **Quality**
      L.23.2.2.4.2 **Factor 1 Project Examples Past Performance**

**L.23.2.2.5  FACTOR 3:        DESIGNER PROJECT EXPERIENCE          TAB 3**
      L.23.2.2.5.1 <u>Cover Letter</u>.
      L.23.2.2.5.2 <u>Standard Form (SF) 330</u>.
      L.23.2.2.5.3 <u>A/E Firm Design Performance</u>.
      L.23.2.2.5.4 <u>Lead Designer(s) Portfolio</u>.
      L.23.2.2.5.5 <u>Lead Designer(s) Profile(s)</u>.

**L.23.2.2.6  FACTOR 4:        DESIGNER PAST PERFORMANCE**

**L.23.2.2.7  FACTOR 5:  TECHNICAL APPROACH AND RISK          TAB 4**

    **L.23.2.2.7.1 SUBFACTOR 1: Understanding Scope**
    Provides a detailed narrative that Montage's understanding of the overall scope for the Project.  Identifies all the major scope components of the Project, including the classified areas/components of the Project.

    **L.23.2.2.7.2  SUBFACTOR 2: Schedule**
    L.23.2.2.7.2.1  Understanding of Project Critical Path Method format
    L.23.2.2.7.2.2  Delay Recovery Examples

**L.23.2.2.8  FACTOR 6:  MANAGEMENT/ORGANIZATION**
**L.23.2.2.8.1  SUBFACTOR 1:  Offeror's Organization for the Project          TAB 5**
Identifies all of the major components of the team for the project, and explains how their work will be integrated into the overall scope.  Also provides an organizational chart showing the relationship between Montage, the design team, subcontractors, QC personnel, Safety personnel, and OBO.

**L.23.2.2.8.2  SUBFACTOR 2:  Staffing Approach and Key Resumes          TAB 6**
      L.23.2.2.8.2.1   Manpower Resources Table
      L.23.2.2.8.2.2 Previous Projects Team Matrix
      L.23.2.2.8.2.3  Montage Key Personnel Resumes
      L.23.2.2.8.2.4  Designer Standard Form 330 and Resumes

**L.28.2.2.8.3  SUBFACTOR 3 – Subcontractor Management Program**

**L.23.2.2.8.3.1 Subcontractor Matrix**

| Identified Subcontractors (including Suppliers) for the Project and Integration into the Contract | |
|---|---|
| Zust Bachmeier of Switzerland, Inc.<br><br>1349 Charwood Road<br><br>Hanover, MD 21076<br><br>Phone: +1 (410)-536-0007 | International Warehousing and Shipping Services<br><br>For shipments from the US, Montage will work with ZUST International Logistics. This forwarding agent has previously been utilized by us in previous DOS Projects executed in Far East, Middle East, West Africa and Europe, and is familiar with the unique procedures on US flag shipments, secure/non-secure shipments, and regional logistical difficulties with their successful track record in projects undertaken together previously. |
| Norshield Security Products LLC<br><br>3232 Mobile Highway<br><br>Montgomery, AL 36108<br>(334) 551-0659<br><br>Key Contact: Steve Scoggin –Sales Manager | Norshield is a DOS approved FE/BR products supplier.<br><br>We have worked with this company in a number of projects in the past. Currently we have an ongoing project in South America where they are supplying us all the FE/BR scope. |
| Delta Scientific Corporation<br><br>40355 Delta Lane<br><br>Palmdale, CA 93551<br><br>(661) 575-1100<br><br><br>Key Contact: Keith Bobrosky – Sales Manager | This company is also a long-time supplier of Montage and we used their products for many security upgrade projects in the past. U.S. Federal Government, U.S. Navy, U.S. Air Force, local police departments, U.S. and foreign embassies, private companies and private residences are their major customers. In addition to manufacturing security equipment, their services include engineering design, security consulting and security related collision analysis. |
| Page Southerland Page<br><br>1615 M Street, NW Suite 700<br>Washington, DC 20036<br><br>(202) 909-4903<br><br>Key Contact: Anthony Alafriz – Principal/Senior Technical Designer | This A/E company was founded in 1898 and has over 400 architects, engineers, interior designers, strategic analysts; planners and technical specialists provide services throughout the United States and in over 50 countries. They have a diverse, international portfolio which includes projects in the civic/government, housing/hospitality, corporate/commercial, academic, healthcare, and science/technology sectors.<br><br>For this project in Madrid, we are teaming with Page Southerland Page for the design scope. We have worked with them on many projects in the past and were thoroughly satisfied with their performance. Additional details can be found in following sections. |

| | |
|---|---|
| Mahorsa Concrete S.L.<br><br>C/ORENSE, 81 2 28020 MADRID<br><br>Tel: (+34) 91 571 65 11<br><br>centralmahorsa@mahorsa.com | Concrete, cement and aggregates supplier:<br><br>This is a local reliable concrete supplier with a batch plant near to central Madrid. We have worked with this company before and propose them as our ready-mix concrete supplier. |
| Acerinox Europe S.A.U.<br><br>C/ Santiago de Compostela nº 100. 28035 Madrid (+34) 91 398 51 00 / 91 398 51 02<br><br>www.acerinox.com | This company will be our supplier for all steel products and rebar for reinforced concrete. It is a large company with facilities and offices in Madrid. |
| Ksetas S.L.<br><br>P.I. Arboledas<br><br>Avda. del Drago, 11<br><br>ES 45200 Illescas, Toledo<br><br>apulido@ksetas.com<br><br>Tel : (+34) 925 540 991 | This is our company to supply the temporary office, storage and site toilet for our project. They have modular design which allows easily expandable office spaces. |
| AES International Corporation<br><br>Key Contact: Mark D. Trimble<br><br>285 Newbury St. Peabody, MA 01960 USA<br><br>(978) 535-7310 | This is a TSS supplier and installer company which we have worked in our previous projects. They will be providing all material equipment, labor and support for functioning TSS systems per the design. |
| Grualsa<br><br>C/ Gamonal, 19 2 Planta Nave A1<br><br>28031 Madrid<br><br>Tel: (+34) 91 380 00 85 | This is another large company based in Madrid, which provide lifting equipment, cranes, scaffolding. We will integrate their services to the project scope as required. |
| Garrigues Asociados<br><br>C/Don Quijote (La Nave) 28020 Madrid<br><br>Phone: 915534285/Fax: 91546803<br><br>www.garriguesasociados.com | This company will handle the design adaptation and will be obtaining local permits. |

**L.28.2.2.8.3.3 Subcontractor Management Program**

Montage's proposed subcontractors will report to the Project Manager during the contract term. The Project Manager will be responsible for ensuring complete flow-down of the prime contract to the subcontracts executed after contract award. Montage is responsible for ensuring that all schedule,