# PHOTOVOLTAIC SYSTEM

# OUAGADOUGOU, BURKINA FASO

# TRANSMITTAL

**TO:**
US Department of State
Overseas Building Operations

**DATE:** 10/17/2017

**NEW:** ☐   **RESUBMITTAL:** ☐   **INFORMATION:** ✓

**ORIGINAL SUBMITTAL DATE:** 10/17/2017

**CONTRACT NUMBER:** SAQMMA-16-F-5075

**PROJECT NAME, LOCATION, NUMBER:**
PHOTOVOLTAIC SYSTEMS
OUAGADOUGOU, BURKINA FASO

**FROM:**
MONTAGE, INC.
3636 16TH STREET NW
SUITE AG-50,
WASHINGTON, DC-20010

## SUBMITTAL

| ITEM NO. | SUBMITTAL NUMBER | SPECIFICATION SECTION NUMBER | SPECIFICATION PARAGRAPH NUMBER | DESCRIPTION | TYPE | NUMBER OF COPIES | DRAWING SHEET NUMBER | SUBSTITUTION | STATUS CODE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 013525-01 | 013525 | 1.02.A.1 | Construction Accident Prevention Plan (CAPP) | ADx | 1 | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |

I certify that the submitted items listed in this transmittal have been prepared in strict conformance with the Contract Documents. When submittals propose substitutions or deviations, these are identified on this transmittal form and clearly annotated in the material presented.

*[signature]* Hamadou Gouem   10/17/2017   **Date**

**HAMADOU GOUEM**
Project Manager,
MONTAGE, INC.

I certify that I have reviewed in detail the submitted items listed in this transmittal. They are complete and correct, and are in full compliance and strict conformance with the Contract Documents. When submittals propose deviations or substitutions, these are identified on this transmittal form and clearly annotated in the material presented.

PAGE SOUTHERLAND PAGE, LLC.   **DATE**

CONTRACT A/E OF RECORD

OTHER RESPONSIBLE DESIGN PROFESSIONAL   **DATE**

**ACCEPTANCE:**

**TODD EVANS**   Date
OBO Facility Manager/COR

**REMARKS:**

**TYPE CODES:**
ADx   Administrative/Other
PDx   Product Data
SDx   Shop Drawings
COx   Closeout
SAx   Field Sample

**STATUS CODES:**
AS   Accepted as submitted
AN   Accepted as noted
IO   For Information Only
RR   Rejected; Resubmission Required

## END OF SECTION

NOTE: Sample is suggested format; Contractor may modify to improve as management tool; see text for code explanation.



# M ◻ O ◑ N △ T ◻ A ◑ G △ E

**Montage, Inc.**

# CAPP

Photovoltaic (PV) System

Ouagadougou, Burkina Faso

**SAQMMA-16-F-5075**

U.S. DEPARTMENT OF STATE

1735 N. LYNN ST, STE 400

ARLINGTON, VA 22209


Submitted by:

Montage, Inc.

3636 16th Street, NW #AG50

Washington, DC 20010

292-332-0186/202-232-2153

Oct 2017

## Contractor's Accident Prevention Plan

The Contractor's Accident Prevention Plan (CAPP), herein, establishes organizational and management elements necessary to implement an effective Safety and Health Program.  The CAPP, as a policy and management document, shall comply with the latest edition, of the U.S. Army Corps of Engineers Safety and Health Requirements Manual EM 385-1-1. The objective of Montage is to provide for a safe working construction environment, strong safety awareness by all of our supervisors and workers, and the safe use of tools, machinery, and equipment.

Montage shall ensure that hand tools, power tools, equipment, machinery, materials, and personal protective apparatus are approved by internationally recognized testing laboratory for specific application for which they are to be used. They will be quality products recognized for professional construction use, applications, and work practices.

The Project will comply with the following regulations:

- U.S. Army Corps of Engineers, Safety and Health Requirements Manual, EM 385-1-1, latest edition.
- U.S. Department of State Foreign Affairs Manual Volume 6 Subchapter 610, Safety Health and Environmental Management Program, with latest changes.
- NFPA Code 241, Standard for Safeguarding Construction, Alteration, and Demolition Operations.
- ANSI A10 series standards for Safety Requirements for Construction and Demolition.
- NFPA Code 51B, Standard for Fire Prevention During Welding, Cutting, and Other Hot Work.
- NFPA 70, National Electrical Code.
- NFPA 10, Standard for Portable Fire Extinguishers.
- 2001 Food Code, Food and Drug Administration, National Technical Information Service Publication PD2002-100819, or latest edition.
- Rigging, by James Headley, Crane Institute of America Publishing Company, Maintland Florida, 2001.

The Safety Manager has been given full authority, responsibility, and support by Montage for the administration and implementation of the CAPP.

## Activity and Position Hazard Analyses

The Project Manager and the Safety and Health Committee will assess safety and health issues associated with special construction activities in the schedule. Prior to each major phase of the work, the Project Manager will prepare and submit an Activity and Worker Hazard Analysis report to the Building Manager for approval.

## Fall Protection and Prevention Plan

This project's Fall Protection and Prevention Plan will comply with the similarly-named referenced section in the US Army Corps of Engineers Safety and Health Requirements Manual – EM 385-1-1, October, 1992. It will be reviewed and updated every six months.

## Hazardous Work Permits

Montage and subcontractors will submit written requests to COR/ACOR for Hazardous Work Permits when construction operations include the following:

A.    Hot Work. Work resulting in open flames such as welding, cutting, brazing, and burning. (Name of Contractor) shall provide effective fire protection and prevention at all times during such operations.

B.    Internal Combustion Engines. Use of trucks, forklifts, pumps, or generators, powered by petroleum-based fuel, when inside a building structure or confined space.

C.    Explosive Actuated Tools. Powder charged tools (Hilti, Remington, Ram Set, and other manufactures) used for fastening purposes.

## Reporting Work Related Injuries

All work related injuries will be reported to COR/ACOR. A daily log of first aid treatment will be kept at the location of the first aid station. Injuries requiring off-site medical treatment shall be reported to COR/ACOR. An accident report will be completed by a supervisor or foreman for each work related injury or illness resulting in lost time.

## Accident Investigation

All accidents involving death, multiple hospitalizations, or excessive property damage will be officially investigated and reported under the authority and direction of the COR/ACOR.

## Emergency Plan

On the recommendations from the Project Director/COR, Site Security Manager, and Regional Security Officer (RSO), a site emergency plan will be established that will include the following:

- Escape procedures and routes, method of accounting for employees following emergency evacuation, identification of source and location for rescue and medical assistance, means of reporting emergencies, and persons to be contacted for information or clarification.
- Total system response capabilities to minimize consequences of accidents, natural disasters, or other emergencies.
- Established jointly with the Government, a list of telephone numbers and locations of ambulance, physician, hospital, fire, police, and other sources of emergency assistance that will be posted conspicuously in several locations on the project site.

Health & Safety Plan                                    MONTAGE, INC.

- Emergency communication—wireless telephone service shall be the preferred method of emergency communications. Emergency communication access shall be available to Site medical  personnel and the nearby medical clinic or hospital.
- Quarterly Testing - Testing emergency plans quarterly using drills to ascertain and ensure  effectiveness.
- Integration of on-site emergency planning with off-site emergency support.
- A limitation on the number of persons permitted in any location to rescue and escape capability,  as determined by the Contractor and in concurrence with the Project Director/COR.

Emergency Alert System - identification, selection, installation, and testing of the system to alert  all persons likely to be affected by existing or imminent disaster conditions, and to alert and  summon personnel and equipment comprising emergency response capability.

Health & Safety Plan                                          MONTAGE, INC.

# Table of Contents

**CHAPTER 1 INJURY AND ILLNESS PREVENTION PROGRAM** ............................ 4

**CHAPTER 2 RESPONSIBLE SITE SAFETY OFFICER** ................................................ 13

**CHAPTER 3 GENERAL CODE OF SAFE WORK PRACTICES** ................................ 15

**CHAPTER 4 ELECTRICAL SAFETY** ........................................................................ 33

**CHAPTER 5 EMERGENCIES** .................................................................................... 44

**CHAPTER 6 BUILDING MANAGEMENT AND CONSTRUCTION** ......................... 47

**CHAPTER 9 MECHANICAL GUARDING** .................................................................. 67

**CHAPTER 10 MATERIALS HANDLING** .................................................................... 69

**CHAPTER 11 NOISE** .................................................................................................. 75

**CHAPTER 12 PROTECTIVE EQUIPMENT** ............................................................... 77

**CHAPTER 13 LADDERS AND SCAFFOLDS** ............................................................. 79

**CHAPTER 14 SAFETY TRAINING** ............................................................................ 81

**CHAPTER 15 TOOLS** ................................................................................................. 82

**CHAPTER 16 TRAFFIC AND TRANSPORTATION** .................................................. 83

**CHAPTER 17 HAZARD WARNINGS** ......................................................................... 85

Chapter 1 Injury and Illness Prevention Program

**WRITTEN PLAN**
Every employer should have a written Injury and Illness Prevention plan. This is our plan. Please read it carefully.  While no plan can guarantee an accident free work place, following the safety procedures set forth in this manual will significantly reduce the risk of danger to you and your co-workers.  Thank you, for all our safety.

**INTRODUCTION TO OUR PROGRAM**
State and federal law, as well as company policy, make the safety and health of our employees the first consideration in operating our business.  Safety and health in our business must be a part of every operation, and every employee's responsibility at all levels.  It is the intent of MONTAGE, INC. to comply with all laws concerning the operation of the business and the health and safety of our employees and the public.  To do this, we must constantly be aware of conditions in all work areas that can produce or lead to injuries.  No employee is required to work at a job known to be unsafe or dangerous to his or her health.  Your cooperation in detecting hazards, reporting dangerous conditions and controlling workplace hazards is a condition of employment.  Inform your supervisor immediately of any situation beyond your ability or authority to correct.  Employees will not be disciplined or suffer any retaliation for reporting a safety violation in good faith.

**SAFETY FIRST PRIORITY**
The personal safety and health of each employee is of primary importance.  Prevention of occupationally induced injuries and illnesses is of such consequence that it will be given precedence over operating productivity.  To the greatest degree possible, management will provide all mechanical and physical protection required for personal safety and health, but our employees must bear primary responsibility for working safely.  A little common sense and caution can prevent most accidents from occurring.

**INDIVIDUAL COOPERATION NECESSARY**
MONTAGE, INC. maintains a safety and health program conforming to the best practices of our field.  To be successful, such a program must embody proper attitudes towards injury and illness prevention of the part of supervisors and employees.  It requires the cooperation in all safety and health matters, not only of the employer and employee, but also between the employee and co-workers.  Only through such a cooperative effort can a safety program in the best interest of all be established and preserved.  Safety is no accident: think safety and the job will be safer.

**SAFETY PROGRAM GOALS**
The objective of MONTAGE, INC. is a safety and health program that will reduce the number of injuries and illnesses to an absolute minimum, not merely in keeping with, but surpassing the best experience of similar operations by others.  Our goal is zero accidents and injuries.

**SAFETY POLICY STATEMENT**

It is the policy of MONTAGE, INC. that accident prevention shall be considered of primary importance in all phases of operation and administration.  It is the intention of MONTAGE, INC.'s management to provide safe and healthy working conditions and to establish and insist upon safe practices at all times by all employees.  The prevention of accidents is an objective affecting all levels of our company and its operations.  It is, therefore, a basic requirement that each supervisor make the safety of all employees an integral part of his or her regular management function.  It is equally the duty of each employee to accept and follow established safety regulations and procedures.  Every effort will be made to provide adequate training to employees. However, if an employee is ever in doubt about how to do a job or task safely, it is his or her duty to ask a qualified person for assistance.  Employees are expected to assist management in accident prevention activities. Unsafe conditions must be reported immediately.  Fellow employees that need help should be assisted.  Everyone is responsible for the housekeeping duties that pertain to their jobs.  Every injury that occurs on the job, even a slight cut or strain, must be reported to management and/or the Responsible Safety Officer as soon as possible.  Under no circumstances, except emergency trips to the hospital, should an employee leave the work site without reporting an injury.  When you have an accident, everyone is hurt.  Please work safely.  Safety is everyone's business.

**SAFETY RULES FOR ALL EMPLOYEES**

It is the policy of MONTAGE, INC. that everything possible will be done to prevent you from accidents, injuries and/or occupational disease while on the job.  Safety is a cooperative undertaking requiring an ever-present safety consciousness on the part of every employee.  If an employee is injured, positive action must be taken promptly to see that the employee receives adequate treatment immediately.  No one likes to see a fellow employee injured by an accident.  Therefore, all operations must be planned to prevent accidents.  To carry out this policy, the following rules will be applied:

1. All employees shall follow the safety practices and rules contained in this manual and such other rules and practices communicated on the job.  All employees shall report all unsafe conditions or practices to the proper authority with proper jurisdiction on the project, including the supervision on the project, and if corrective action is not taken immediately, a governmental authority with proper jurisdiction over such practices shall be notified.
2. The project superintendent shall be responsible for implementing these policies by insisting that employees observe and obey all rules and regulations necessary to maintain a safe work place, safe work habits and practices.
3. Good housekeeping must be practiced at all times in the work area.  Clean up all waste and eliminate any dangers in the work area.
4. Suitable clothing and footwear must be worn at all times.  Personal protection equipment (hardhats, respirators, eye protection) will be worn whenever needed.
5. All employees will participate in a safety meeting conducted by their supervisor once every 10 working days.
6. Anyone under the influence of alcohol or drugs, including prescription drugs that might impair motor skills and judgment, shall not be allowed on the job.

Health & Safety Plan                                             MONTAGE, INC.

7.  Horseplay, scuffling, fighting and other acts that tend to have an adverse effect or influence the safety or well being of other employees are prohibited.
8.  Work shall be planned and supervised to avoid injuries in the handling of heavy materials and while using equipment.
9.  No one shall be permitted to work while the employee's ability or alertness is impaired by fatigue, illness or other causes that might expose the employee or others to injury.
10. There will be no consumption of drugs, alcohol or items with alcoholic content on the job.
11. Employees should be alert to see that all guards and other protective devices are in proper places and adjusted, and shall report deficiencies promptly to the project superintendent.
12. Employees shall not handle with any electrical equipment, machinery, or air or water lines in a manner not within the scope of their duties, unless they have received specific instructions.
13. All injuries should be reported to the project superintendent so that arrangements can be made for medical assistance or first aid treatment.
14. When lifting heavy objects, use large muscles of the leg instead of small muscles of the back.
15. Do not throw things, especially material and equipment. Dispose of all waste properly and carefully. Bend all exposed nails so that they do not hurt anyone removing the waste.
16. Do not wear shoes with thin or torn soles.

**EMPLOYEE COMPLIANCE**

This written plan contains incentives designed to promote employee participation in the safety program. These incentives are not part of your regular compensation and are not intended to discourage you from reporting accidents.

**AGREEMENT TO PARTICIPATE**

Every employer is required to provide a safe and healthful workplace.  MONTAGE, INC. is committed to fulfilling this requirement.  A safe and healthful workplace is one of the highest priorities of MONTAGE, INC.  The information in this manual constitutes a written injury and illness prevention program.  While MONTAGE, INC. cannot anticipate every workplace hazard, the following general principals should guide your conduct.  To be safe, you must never stop being safety conscious.  Study the guidelines contained in this manual.  Discuss the workplace situation with the project superintendent.  Attend all company sponsored training and safety meetings.  Read all posters and warnings.  Listen to instructions carefully.  Follow the Code of Safe Work Place Practices contained herein.  Participate in accident investigations as requested.  Accept responsibility for the safety of others.  Maintain all required documentation.  By signing the acknowledgement at the end of this handbook, each employee promises to read and implement this injury and illness prevention program.  If you do not understand any policy, please ask your supervisor.

Health & Safety Plan                                                    MONTAGE, INC.

**ACCIDENT FREE WORKPLACE**

To help us all meet our goal of having an accident free workplace, we have initiated a contest.  We will offer a prize for each month in which there is not a single time-loss accident at work.  The prize will be awarded at random.  Each month, the prize will be announced in advance.  All employees who have worked 120 hours or more are eligible.  Failure to report an industrial injury will suspend the prize for two months.

**EMPLOYEE SAFETY SUGGESTION BOX**

From time to time, MONTAGE, INC. will award a prize for the best safety suggestion.  To be eligible, please give your written safety suggestions to your supervisor during the safety meetings.  All of these safety suggestions will be discussed at the meeting.  The supervisor whose employee wins the best safety suggestion will also be given a prize.  The group that consistently has the best safety suggestions will also be recognized.  Management will be the judge of the value of the safety suggestions and will implement as many of the good suggestions as possible.

**TRAINING**

Employee safety training is another requirement of an effective injury and illness prevention program.  While MONTAGE, INC. believes in skills training, we also want to emphasize safety training.  All employees should start the safety training by reading this manual and discussing any problems or safety concerns with their direct supervisor.  You may wish to make notes in the margin of this annual where it applies to your work.

**SAFETY AND HEALTH TRAINING**

Training is one of the most important elements of any injury and illness prevention program.  Such training is designed to enable employees to learn their jobs properly, bring new ideas to the workplace, reinforce existing safety policies and put the injury and illness prevention program into action.  Training is required for both supervision and employees alike.  The content of each training session will vary but each session will attempt to teach the following:

1. The success of the MONTAGE, INC. injury and illness prevention program depends on the actions of individual employees as well as the commitment by the Company.
2. Each employee immediate supervisor will review the safe work procedures unique to that employee's job and how these safe work procedures protect against risk and danger.
3. Each employee will learn when personal protection equipment is required or necessary and how to use and maintain the equipment in good working condition.
4. Each employee will learn what to do in case of emergencies occurring in the work place.

Supervisors are also vested with special duties concerning the safety of employees.  The supervisors are key figures in the establishment and success of the MONTAGE, INC. injury and illness prevention program.  They have primary responsibility for actually implementing the injury and illness prevention program, especially as it relates directly to the workplace.  Supervisors are responsible for being familiar with safety and health hazards to which employees are exposed, how to recognize them, the potential effects of these hazards, and rules and procedures for maintaining a safe workplace.  Supervisors shall convey this

Health & Safety Plan                                                MONTAGE, INC.

information to the employees at the work place and shall investigate accidents according to the accident investigation policies contained in this manual.

**PERIODIC SAFETY TRAINING MEETINGS**
MONTAGE, INC. has weekly safety meetings.  The purpose of the meeting is to convey safety information and answer employee questions.  The format of most of these meetings will be to review, in language understandable to every employee, the content of the injury prevention program, special work site hazards, serious concealed dangers and material safety date sheets.  Each week, the project superintendent will review a portion of the company's safe work practices contained in the booklet or other related information.  Whenever a new practice or procedure is introduced into the workplace, it will be thoroughly reviewed for safety.  A sign up sheet will be passed around at each meeting and notes of the meeting will be distributed afterwards.  A copy of the notes will also be placed in the file of each employee who attends the meeting.  Employee attendance is mandatory and is compensable unless part of an official state approved training program or pre-employment requirement.

**EMPLOYEE RESPONSIBILITY FOR TRAINING**
Training safety is a two-way street.  MONTAGE, INC. can preach safety but only employees can practice safety.  Safety education requires employee participation.  Every day, a meeting of all employees will be conducted for the purposes of safety instruction.  The employees will discuss the application of the company's injury and illness prevention program to actual job assignments.  They will also read and discuss a section of the manual and review application of general safety rules to specific situations.  Remember, the following general rule applies in all situations: a) no employee should undertake a job that appears to be unsafe; b) no employee is expected to undertake a job until he/she has received adequate safety instructions and is authorized to perform the task; c) no employee should use chemicals without fully understanding their toxic properties and without the knowledge required to work with these chemicals safely; d) mechanical safeguards must be kept in place; e) employees must report any unsafe conditions to the job site supervisor and the Responsible Safety Officer; f) any work-related injury or illness must be reported to management at once; g) personal protective equipment must be used when and where required. All such equipment must be properly maintained.

**COMMUNICATION**
Employers should communicate to employees their commitment to safety and to make sure that employees are familiar with the elements of the safety program. MONTAGE, INC. communicates with its employees orally, in the form of directions and statements from your supervisor, written, in the form of directives and this manual, and by example.  If you see a supervisor or management do something unsafe, please tell that person. We sometimes forget actions speak louder than words.

**ACCIDENT PREVENTION POLICY POSTING**
A copy of this manual will be posted in the work area.  It is the policy of MONTAGE, INC. to provide a safe and clean workplace and to maintain sound operating practices. Concentrated efforts shall produce safe working conditions and result in efficient, productive operations.  Safeguarding the health and welfare of our employees cannot be stressed too

Health & Safety Plan                                              MONTAGE, INC.

strongly.  Accident prevention is the responsibility of all of us.  Department heads and supervisors at all levels shall be responsible for continuous efforts directed toward the prevention of accidents.  Employees are responsible for performing their jobs in a safe manner.  The observance of safe and clean work practices, coupled with ongoing compliance of all established safety standards and codes, will reduce accidents and make our company a better place to work.

## HAZARD IDENTIFICATION & ABATEMENT
This written safety and health plan sets out a system for identifying workplace hazards and correcting them in a timely fashion.  Please review it carefully with your supervisor.  Remember, safety is everyone's responsibility.

## SAFETY AUDITS
The best method to establish a safer workplace is to study past accidents and worker compensation complaints.  By focusing on past injuries, MONTAGE, INC. hopes to avoid similar problems in the future.   Therefore, whenever there is an accident, and in many cases upon review of past accidents, you may be requested to participate in a safety audit interview. During the interview, there will be questions about the nature of the investigation and the workplace safety related to the incident.  Please answer these questions honestly and completely.  Also, please volunteer any personal observations and/or suggestions for improved workplace safety.  Based upon the study of past accidents and industry recommendations, a safety-training program has been implemented.  In addition to other preventative practices, there will be a group discussion of the cause of the accident and methods to avoid the type of accidents and injury situations experienced in the past.  Work rules will be reviewed and modified based upon the study of these accidents. In addition to historical information, workplace safety depends on workplace observation. Your supervisor is responsible for inspecting your working area daily before and while you are working, but this does not mean you are no longer responsible for inspecting the workplace also.  Each day, before you begin work, inspect the area for any dangerous conditions.  Inform your supervisor of anything significant, so other employees and guests are advised. You may also be given written communications regarding unsafe conditions or serious concealed dangers Review this communication carefully and adjust your workplace behavior to avoid any danger or hazards.  If you are unclear or unsure of the written significance of this written communication, contact your supervisor and review your planned actions before starting to work.

## WORKPLACE INSPECTIONS
In addition to the examination of records, work place safety inspections will occur periodically every day, when conditions change, or when a new process or procedure is implemented.  During these inspections, there will be a review of the injury and illness prevention policy and MONTAGE, INC. code of safe work practices.

## ACCIDENT INVESTIGATION
A primary tool used by MONTAGE, INC. to identify the areas responsible for accidents is a thorough and properly completed accident investigation.  The results of each investigation will be reduced to writing and submitted for review by management and MONTAGE, INC.'s

insurance risk management advisors, and, if the accident resulted in serious injury, to Company attorneys.  If the accident resulted in serious injury, the procedure will be directed by the attorneys to provide the most reliable evidence or description legally permissible.  All investigations pursuant to the directions of legal counsel will be protected by all applicable privileges, if any.  The attorney will provide more detail on this topic during the investigation.  Every job location will have on site at least one camera, preferably either a video or a sixty-second type, with enough film to take pictures immediately after any occurrence.  Some workplaces will have a video camera.  A written report should be prepared from notes and diagrams made at the scene, or a portable dictaphone will be used to record direct eyewitness statements as near to the actual time of observation as possible.  All statements should include the time and date given, and the town or county where the statement was made.  If the statement is intended to be used in court proceedings, a suitable jurat is required, otherwise, a simple statement that the description is sworn to be true under penalty of perjury with the date, place and time should be included.  All pictures should be similarly identified.  Let people know on tape that they are being recorded.  Also, make sure that the names and addresses and day and evening phone numbers of all eyewitnesses are noted or recorded.  If a formal police report or other official investigation is conducted by any government agency, get the name and badge number of the official, or a business card, and find out when a copy of the official report will be available to the public.  If you are requested to make a statement, you have the right to have the Company lawyer attend your statement at no cost to you.  A satisfactory accident report will answer the following questions:  1.  What happened?  The investigation report should begin by describing the accident, the injury sustained, the eyewitnesses, the date, time and location of the incident and the date and time of the report.  Remember:  who, what, when, where and how are the questions that the report must answer.  2.  Why did the accident occur?  The ultimate cause of the accident may not be known for several days after all the data are analyzed.  However, if an obvious cause suggests itself, include your conclusions as a hypothesis at the time you give your information to the person in charge of the investigation.  3.  What should be done?  Once a report determines the cause of the accident, it should suggest a method for avoiding future accidents of a similar character.  This is a decision by the Responsible Safety Officer and the supervisor on the project, as well as top management.  Once a solution has been adopted, it is everyone's responsibility to implement it.  4.   What has been done?  A follow up report will be issued after a reasonable amount of time to determine if the suggested solution was implemented, and if so, whether the likelihood of accident has been reduced.

**RECORDS**
MONTAGE, INC. maintains records of employee training, hazard identification and abatement and accident investigations.

**OSHA RECORDS REQUIRED**
Copies of required accident investigations and certification of employee safety training shall be maintained by the Responsible Safety Officer.  A written report will be maintained on each accident, injury or on the job illness requiring medical treatment.  A record of each such injury or illness is recorded on OSHA Log and Summary or Occupational Injuries Form 200 according to its instructions.  Supplemental records of each injury are maintained on OSHA Form 101 or Employers Report of Injury or Illness Form 5020.  Every year a summary of all

Health & Safety Plan                                              MONTAGE, INC.

reported injuries or illnesses is posted no later than February 1, for one month, until March 1, on OSHA Form 200.  These records are maintained for five years from the date of preparation.

**GENERAL STATEMENT OF SAFETY**

MONTAGE, INC. strives to maintain a safe place to work and to employ safe workers. It is your responsibility to conduct your work in a safe, responsible manner. Immediately report all accidents occurring on Company premises to your supervisor.

**GENERAL STATEMENT OF SAFETY**

Each employee has an individual responsibility to prevent accidents. It is to the benefit of all employees and MONTAGE, INC. that you report any situation or condition you believe may present a safety hazard, including any known or concealed dangers in your work area. MONTAGE, INC. encourages you to report your concern either to your immediate supervisor or to a member of the Safety Committee.  The supervisor or Safety Committee will take immediate action to investigate the matter.

**SAFETY EQUIPMENT**

Proper safety equipment is necessary for your protection.  The Company provides the best protective equipment it is possible to obtain.  Use all safeguards, safety appliances or devices furnished for your protection and comply with all regulations that may concern or affect your safety.  **Wear your gear properly – all snaps and straps fastened, cuffs not cut or rolled. Your supervisor will advise you as to what protective equipment is required for your job**. Certain jobs require standard safety apparel and appliances for the protection of the employee.  Your supervisor is aware of the requirements and will furnish you with the necessary approved protective appliances.  These items shall be worn and effectively maintained as a condition of your continued employment and part of our mutual obligation to comply with the Occupational Safety and Health Act.  Safety goggles, glasses and face shields shall correspond to the degree of hazard, i.e., chemical splashes, welding flashes, impact hazard, dust, etc.  Do not alter or replace an approved appliance without permission from your supervisor.  Rubber gloves and rubber aprons shall be worn when working with acids, caustics or other corrosive materials.  Specified footwear must be worn.  No jewelry shall be worn around power equipment.  All employees working within any area identified as having excess noise levels are required to wear hearing protection appliances (approved muffs or plugs). Your supervisor will instruct you in the proper use of the appliance.

**PROTECTIVE CLOTHING**

Proper safety equipment is necessary for your protection.  The Company provides the best protective equipment it is possible to obtain.  Use all safeguards, safety appliances or devices furnished for your protection and carry out all regulations that may concern or affect your safety.  **Wear your gear properly – all snaps and straps fastened, cuffs not cut or rolled. Your supervisor will advise you as to what protective equipment is required for your job.**

Health & Safety Plan                                          MONTAGE, INC.

**SMOKING & FIRE SAFETY**

Fire is one of the worst enemies of any facility.  Learn the location of the fire extinguishers. Learn how to use them.  You can prevent fires by observing the smoking rules:  * Smoking is now allowed on the site, except in designated areas.  *  * Smoking is not permitted in rest rooms.  *  If you are not sure about where you may smoke, ask the supervisor.

**REPORTING**

All serious accidents must be reported to OSHA.  In cases of hospitalization or death, a full investigation with copies to governmental authorities will be required.  In less serious cases, the investigation report must be presented to the company for disclosure to its insurance carrier and for remedial action at the work site.

Health & Safety Plan                                                MONTAGE, INC.

Chapter 2
Responsible Site Safety Officer

The Responsible Site Safety Officer for this project is Mr. Franck Lionel Ouedraogo.  Mr. Ouedraogo holds  the position Safety Program Manager.  He is responsible for thorough and complete review  of all quality control and safety measures to include approval of subcontractors, review and  approval of submittals, inspection of materials delivered and of verification in meeting  quality work as prescribed in the construction documents.

**PROFESSIONAL EXPERIENCE**

**Franck Lionel Ouedraogo**
**Superintendent / Health & Safety Program Manager**
Citizenship: Burkinabe

| Education |
|---|
| **2iE (University in Ouagadougou, Burkina Faso)** |
| Bachelor of Science in Civil Engineering (Water and Environmental Engineering) |
| **Total Years of Construction Experience:** 4 |
| **Skills and Certifications** |
| Design Build Onsite Construction Superintendent / Construction Safety & Health Program Manager with 4-year experience. The comprehensive experience involves technical support, construction management and supervision of all site works. <br><br> o   Onsite Construction and Site Safety Management <br> o   Field Inspection and Coordination with Subcontractors <br> o   First aid and CPR – AED Certification, American Red Cross, Burkina Faso Red Cross Society, 2017 <br> o   MS Office Suite <br> o   AutoCAD <br> o   Navisworks <br> o   Revit <br> o   Showcase Robot Structural Analysis <br> o   Photoshop <br> o   Illustrator <br> o   Construction Safety |

| Work Experience | |
|---|---|
| **Construction Manager** | **2015 - 2017** |
| **Intrepus Corp., Ouagadougou, Burkina Faso** | |
| <ul><li>Supervising construction operations</li><li>Controlling and monitoring construction operations</li><li>Performed project cost estimating</li><li>Coordinating and monitoring personnel training program</li><li>Design construction plans and shop drawings for major construction projects</li><li>Manage, organize, running job office, reading blueprints, schedule for subcontractors</li></ul> | |

13

Health & Safety Plan                                          MONTAGE, INC.

- Schedule, coordinate multiple subcontractor's Manpower to do their assigned task and meet deadline
- Conduct weekly Safety meeting reports and safety violations reports
- Interface with local authorities for obtaining permits and utilities services
- Conducted Safety Inspections, maintain required records keeping and material resource planning / inventory control.

| Construction Site Operation Manager/Safety Officer | 2014 - 2015 |
|---|---|

**AL Quasabi Construction Co. LTD, Ouagadougou, Burkina Faso**

- Ensure site works is being carried out per approved specifications and plans
- Monitoring field works
- Conduct toolbox meeting for site personnel prior starting of works and brief the site activities
- Implement the construction safety plan to project site and brief the site personnel about the safety regulations and compliance
- Ensure site personnel comply with safety requirements
- Ensure compliance to safety per contract documents

| Assistant Project Manager | 2013 - 2014 |
|---|---|

**IFEC (Engineering-Training-Expertise-Counselling), Ouagadougou, Burkina Faso**

- Coordinate with subcontractors, suppliers, manufacturers
- Responsible for scheduling subcontractors and execute site inspections in conjunction with client and inspectors
- Supervised and monitored work of subcontractors to ensure accuracy and completion of work.
- Review all Drawings and specifications and notify the Program Manager if there is a change
- Help prepare Daily QC and Progress report
- Help prepare Punch list items and completed the tasks on weekly basis
- Balanced the high demands from upper management and meet the needs of the project manager
- Conduct and coordinate safety meeting and training to meet project safety requirements.

14

Health & Safety Plan                                                    MONTAGE, INC.

Chapter 3
General Code of Safe Work Practices

**GENERAL FIRE SAFETY**

Our local fire department is well acquainted with our facility, its location and specific hazards.  A daily burn permit shall be gotten from the base fire marshal prior to any cutting, welding, soldering each day.  All fire doors and shutters must be maintained in good operating condition.  Fire doors and shutters should be unobstructed and protected against obstructions, including their counterweights.  Fire door and shutter fusible links must be in place.  All automatic sprinkler water control valves, if any, air and water pressures should be checked routinely.  The maintenance of automatic sprinkler systems is assigned to the Responsible Safety Officer.  Sprinkler heads should be protected by metal guards if they could possible be exposed to damage.  Proper clearance must be maintained below sprinkler heads.  Portable fire extinguishers are provided in adequate number and type and are located throughout the facility.  Fire extinguishers are mounted in readily accessible locations.   Fire extinguishers are recharged regularly and the date of last inspection noted on their tags.  All employees are periodically instructed in the use of extinguishers and fire protection procedures.  Notify the Responsible Safety Officer of any damage to fire protection equipment.

**POWDER ACTUATED TOOLS**

The employees using powder-actuated tools must be properly trained and will be issued a card as proof of that training.  Some of the powder-actuated tools being used have written approval of the Division of Occupational Safety and Health.  Check to see which tools require a certification and which certificates have been issued.  Each powder-actuated tool should be stored in its own locked container when not being used.  Signs measuring at least 7" by 10" and in bold face typed reading **"POWDER-ACTUATED TOOL IN USE"** must be placed conspicuously when the tool is being used.  All powder-actuated tools must be left unloaded until they are actually ready to be used.  Each day before using, each powder-actuated tool must be inspected for obstructions and defects.  The powder-actuated tool operators must have and must use appropriate personal protective equipment such as hard hats, safety goggles, safety shoes and ear protectors whenever they are using the machines.

**MACHINE GUARDING**

Before operating any machine, every employee must have completed a training program on safe methods of machine operations.  It is the primary purpose of supervision to ensure that employees are following safe machine operating procedures.  There will be a regular program of safety inspection of machinery and equipment.  All machinery and equipment must be kept clean and properly maintained.  There must be sufficient clearance provided around and between machines to allow for safe operations, set up, servicing, material handling and waste removal.  All equipment and machinery should be securely placed, and anchored when necessary, to prevent tipping or other movement that could result in personal injury.  Most of the time, machinery should be bolted to the floor to prevent falling during an earthquake, and the electrical cord to the machinery fixed with a breaker or other shut-off device to stop power in case of machine movement.  There must be a power shut-off switch

within reach of the operator's position at each machine. Electrical power to each machine shall be capable of being locked out for maintenance, repair or security. The non-current carrying metal parts of electrically operated machines must be bonded and grounded. The foot-operated switches are guarded and/or arranged to prevent accidental actuation by personnel or falling objects. All manually operated valves and switches controlling the operation of equipment and machines must be clearly identified and readily accessible. All EMERGENCY stop buttons are colored RED. All the pulleys and belts, which are within seven (7) feet of the floor or working level, are properly guarded. All moving chains and gears must be properly guarded. All splashguards mounted on machines that use coolant must be positions to prevent coolant from splashing the employees. The supervisor will instruct every employee in the work area on the methods provided to protect the operator and other employees in the machine area from hazards created by the operation of a machine, such as nip points, rotating parts, flying chips and sparks. The machinery guards must be secured and arranged so they do not present a hazard. All special hand tools used for placing and removing material must protect the operator's hands. All revolving drums, barrels and containers should be guarded by an enclosure that is interlocked with the drive mechanisms, so that revolution cannot occur unless the guard enclosure is in place. All arbors and mandrels must have firm and secure bearings and be free of play. A protective mechanism has been installed to prevent machines from automatically starting when power is restored after a power failure or shutdown. Machines should be constructed so as to be free from excessive vibration when the size tool is mounted and run at full speed. If the machinery is cleaned with compressed air, the air must be pressure controlled and personal protective equipment or other safeguards used to protect operators and other workers from eye and bodily injury. All fan blades should be protected by a guard having openings no larger than 1/2 inch when operating within seven (7) feet of the floor. Saws used for ripping equipment must be installed with anti-kickback devices and spreaders. All radian arm saws must be arranged so that the cutting head will gently return to the back of the table when released.

## LOCKOUT/BLOCKOUT PROCEDURES

All machinery or equipment capable of movement must be de-energized or disengaged and blocked or locked out during cleaning, servicing, adjusting or setting up operations, whenever required. The locking out of the control circuits in lieu of locking out main power disconnects is prohibited. All equipment control valve handles must be provided with a means for locking out. The lockout procedure requires that stored energy (i.e., mechanical, hydraulic, air) be released or blocked before equipment is locked out for repairs. Appropriate employees are provided with individually keyed personal safety locks. Employees are required to keep personal control of their key(s) while they have safety locks in use. Employees must check the safety of the lockout by attempting a start up after making sure no one is exposed. Where the power disconnector does not also disconnect the electrical control circuit, the appropriate electrical enclosures must be identified. The control circuit can also be disconnected and locked out.

## WELDING, CUTTING & BRAZING

Only authorized and trained personnel are permitted to use welding, cutting or brazing equipment. All operators must have a copy of the appropriate operating instructions and are directed to follow them. Compressed gas cylinders should be regularly examined for obvious

Health & Safety Plan                                           MONTAGE, INC.

signs of defects, deep rusting, or leakage.  Use care in handling and storing cylinders, safety valves, relief valves and the like, to prevent damage.  Precaution must be taken to prevent mixture of air or oxygen with flammable gases, except at a burner or in a standard torch. Only approved apparatus (torches, regulators, pressure-reducing valves, acetylene generators, manifolds) may be used.  Cylinders must be kept away from sources of heat. It is prohibited to use cylinders as rollers or supports.  Empty cylinders must be appropriately marked, their valves closed and valve-protection caps on.  Signs reading:  DANGER – NO SMOKING, MATCHES, OR OPEN LIGHTS, or equivalent must be posted.  Cylinders, cylinder valves, couplings, regulators, hoses and apparatus must be kept free of oil or greasy substances. Care must be taken not to drop or strike cylinders.  Unless secured on special trucks, all regulators must be removed and valve-protection caps put in place before moving cylinders. All cylinders without fixed hand wheels must have keys, handles, or non-adjustable wrenches on stem valves when in service.  Liquefied gases must be stored and shipped valve-end up with valve covers in place.  Before a regulator is removed, the valve must be closed and gas released from the regulator.  All employees are instructed never to crack a fuel-gas cylinder valve near sources of ignition.  Red is used to identify the acetylene (and other fuel-gas) hose, green for oxygen hose, and black for inert gas and air hose.  All pressure-reducing regulators must be used only for the gas and pressures for which they are intended. The open circuit (No Load) voltage of arc welding and cutting machines must be as low as possible and not in excess of the recommended limits.  Under wet conditions, automatic controls for reducing no-load voltage must be used.  Grounding of the machine frame and safety ground connections of portable machines must be checked periodically.  Electrodes must be removed from the holders when not in use.  All electric power to the welder must be shut off when no one is in attendance. Suitable fire extinguishing equipment must be available for immediate use before starting to ignite the welding torch.  The welder is strictly forbidden to coil or loop welding electrode cable around his/her body.  All wet-welding machines must be thoroughly dried and tested before being used.  All work and electrode lead cables must be frequently inspected for wear and damage, and replaced when needed.  All connecting cable lengths must have adequate insulation.  When the object to be welded cannot be moved and fire hazards cannot be removed, shields must be used to confine heat, sparks and slag. Firewatchers will be assigned when welding or cutting is performed in locations where a serious fire might develop.  All combustible floors must be kept wet, covered by damp sand, or protected by fire-resistant shields.  When floors are wet down, personnel should be protected from possible electrical shock.  When welding is done on metal walls, precautions must be taken to protect combustibles on the other side.  Before hot work is begun, used drums, barrels, tanks and other containers must be so thoroughly cleaned that no substances remain that could explode, ignite or produce toxic vapors.  It is required that eye protection helmets, hand shields and goggles meet appropriate standards.  Employees exposed to the hazards created by welding, cutting or brazing operations must be protected with personal protective equipment and clothing. Check for adequate ventilation where welding or cutting is performed.  When working in confined spaces, environmental monitoring tests should be taken and means provided for quick removal of welders in case of emergency.

**COMPRESSORS & COMPRESSED AIR**
All compressors must be equipped with pressure relief valves and pressure gauges.  All compressor air intakes must be installed and equipped to ensure that only clean,

uncontaminated air enters the compressor.  Every air receiver must be provided with a drainpipe and valve at the lowest point for the removal of accumulated oil and water. Compressed air receivers must be periodically drained of moisture and oil.  All safety valves shall be tested frequently and at regular intervals to determine whether they are in good operating condition.  A current operating permit issued by the Division of Occupational Safety and Health shall be maintained.  The inlet of air receivers and piping systems must be kept free of accumulated oil and carbonaceous materials.

## COMPRESSED GAS & CYLINDERS

Cylinders with a water weight capacity over 30 pounds must be equipped with means for connecting a valve protector device, or with a collar or recess to protect the valve.  Cylinders must be legibly marked to identify clearly the gas contained.  Compressed gas cylinders should be stored only in areas, which are protected from external heat sources such as flame impingement, intense radiant heat, electric arcs or high temperature lines.  Cylinders must not be located or stored in areas where unauthorized persons will damage them by passing or falling objects, or subject to tampering.  Cylinders must be stored or transported in a manner to prevent them from creating a hazard by tipping, falling or rolling.  All cylinders containing liquefied fuel gas must be stored or transported in a position so that the safety relief device is always in direct contact with the vapor space in the cylinder.  Valve protectors must always be placed o cylinders when the cylinders are not in use or connected for use.  All valves must be closed off before a cylinder is moved, when the cylinder is empty, and at the completion of each job.  Low-pressure fuel-gas cylinders must be checked periodically for corrosion, general distortion, cracks or any other defect that might indicate a weakness or render them unfit for service.  The periodic check of low-pressure fuel-gas cylinders includes a close inspection of the cylinder's bottom

## HOISTS & AUXILIARY EQUIPMENT

Every overhead electrical hoist shall be equipped with a limit device to stop the hook travel at its highest and lowest points of safe travel.  Check these limits without a load to ensure the device is working correctly.  Each hoist should automatically stop and hold any load up to 125 percent of its rated load if its actuating force is removed.  Check this periodically under controlled conditions.  Make sure that the rated load of each hoist is legibly marked and visible to the operator.  Stops should be provided at the safe limits of travel for trolley hoists. The controls of hoists should be plainly marked to indicate direction of travel or motion. Every cage-controlled hoist must be equipped with an effective warning device.  Close-fitting guards or other suitable devices should be installed on hoists to assure hoist ropes will be maintained in the sheave grooves.  All hoist chains or ropes must be of sufficient length to handle the full range of movement for the application, while maintaining two full wraps on the drum at all times.  All nip points or contact points between hoist ropes and sheaves, which are permanently located within seven (7) feet of the floor, ground or working platform, must be guarded.  It is prohibited to use chains or rope slings that are kinked or twisted.  The operator should avoid carrying loads over people.  Only employees who have been trained in the proper use of hoists are allowed to operate them.

## INDUSTRIAL TRUCKS/FORKLIFTS

Only trained personnel should be allowed to operate industrial trucks. Lift Truck Operating rules must be posted and will be strictly enforced. When operating any industrial truck, substantial overhead protective equipment will be provided on high lift rider equipment. Directional lighting is also provided on each industrial truck that operates in an area with less than two (2) foot candles per square foot of general lighting. Each industrial truck must have a warning horn, whistle, gong or other device which can be clearly heard above the normal noise in the area where operated. Before using a forklift, check that the brakes on each industrial truck are capable of bringing the vehicle to a complete and safe stop when fully loaded. The parking brake must effectively prevent the vehicle from moving when unattended. When motorized hand and hand/rider truck are operated, and when the operator releases the steering mechanism, make sure that both the brakes are applied and power to the motor shut off. Maintenance records are available so that a driver can check on the servicing of the truck in case of questions. When an industrial truck operates in areas where flammable gases, vapors, combustible dust, or ignitable fibers may be present in the atmosphere, the vehicle must be approved for such locations with a tag showing such approval posted on the vehicle itself. Industrial trucks with internal combustion engines, operated in buildings or enclosed areas, should be carefully checked to ensure that the operation of the vehicle does not cause harmful concentration of dangerous gases or fumes.

## SPRAYING OPERATIONS

In any spraying operation there should be adequate ventilation before starting any spraying job. As to the conditions of the area where the spray job is to be done, consideration should be taken before beginning work. If the area is enclosed, does it require mechanical ventilation? Before working make sure that the area is free of combustible materials, and that there are "No Smoking" signs adequately posted and easily seen. If mechanical ventilation is provided when spraying in enclosed areas, air should not be recirculated so as to avoid contamination. There should be adequate space and ventilation for all drying areas. Also in an enclosed area, spray operations must be at least twenty (20) feet from flames, sparks, operating electrical motors and other ignition sources. The spray area should be free of any hot surfaces. Any solvent used in the cleaning process should not have a flash point of 100 degrees or less. If portable lamps are used to illuminate the spray areas they must be approved for the location and must be used when appropriate during spraying operations. If a sprinkler system is within the confines of the spraying area operation, it should be in working order and will be inspected semi-annually to make sure that it is in operating condition. If a spraying booth is used for the spraying operation, it must be made of metal, masonry or other noncombustible material. Make sure that "NO SMOKING" signs are posted in spray areas, paint rooms, paint booths and paint storage areas. The spray booth must be completely ventilated. Booth floors and baffles must be easily cleaned and noncombustible. Ducts and access doors must be easily cleaned. Lighting fixtures for both outside and inside the spray booth must be enclosed in clear see-through sealed panels. Electric motors for exhaust fans must be placed outside the booth. Belts and pulleys must be completely enclosed. Drying apparatus should be located in a well-ventilated area in the booth and properly grounded. Infrared drying apparatus must be kept out of the spraying area during a spraying operation.

Health & Safety Plan                                          MONTAGE, INC.

## CONFINED SPACES

Before entry into a confined space, all impellers, agitators, or other moving equipment contained in the confined space must be locked-out.  Ventilation must be either natural or mechanically provided into the confined space. All hazardous or corrosive substances that contain inert, toxic, flammable or corrosive materials must be valved off, blanked, disconnected and separated.  Atmospheric tests should be performed to check for oxygen content, toxicity and explosive concentration.  Atmospheric tests must be performed on a regular basis in a confined area where entry is required.  The area must also be checked for decaying vegetation or animal matter that could produce methane.  Adequate lighting must be provided within the space.  If the confined area is located below or near where motor vehicles are operating, care must be taken that vehicle exhaust or carbon monoxide does not enter the space.  When personnel enter a confined area, assigned safety standby employees who are alert to the work being done, are able to sound an alarm if necessary and to render assistance, must be in the area.  These standby employees must be trained to assist in handling lifelines, respiratory equipment, CPR, first aid, and be able to employ rescue equipment that will remove the individual from the confined area.  Standby personnel should be in teams of two during such an operation or else within the vicinity if working separately.  There must also be an effective communication system utilized while the operation is occurring.  When this equipment is used, adequate measures must be taken to assure that exhaust gases are vented outside the enclosure.  When gas welding or burning is used, hoses must be checked for leaks.  Compressed bottled gas must be outside the area and torches must be lit outside the area also.  The atmosphere must be tested each time before lighting a torch.

## ENVIRONMENTAL CONTROLS

All employees must be aware of the hazards involved when working with chemicals and remedies that need to be used when an accident does occur.  A training program will give instructions on how to handle the chemical being used and first aid to be applied to victims of chemical exposure.  First aid and caution signs will be conspicuously posted so as to alert individuals on a constant basis.  Charts identifying the chemicals utilized in the workplace, their symptoms and effects must also be posted.  The workers must know what the acceptable level of exposure to a chemical is and what safety systems must be in place when working with a chemical.  Staff should also be aware of new chemical products which may be available that are less harmful, and they must ensure that facilities are adequately ventilated when using chemicals on the premises.  Spray-painting operations done in spray rooms or booths must be equipped with an appropriate exhaust system.  Periodic inspections must be made of the booth and noted on an inspection tag posted on the booth.  If welding is done, the welder must be aware of ventilation available, the type of respirator that can be used in the area, and if exposure time or other means will suffice as a safe and adequate measure when welding as to the fumes that will be emitted.  Welders should also be supplied with protective clothing and a flash shield during welding operations.  When forklifts and other vehicles are used in buildings or other enclosed areas, carbon monoxide levels must be kept below maximum acceptable concentration.  Noise levels also present a potential hazard.  Noise levels within a facility must be at acceptable levels and if not, steps must be taken to reduce the level using recommended engineering controls. When fibrous materials such as asbestos are being handled, the necessary precautions must be taken to protect the employee

from the material.  The material must be labeled; along with signs conspicuously posted that these materials are being used in the area.  Employees should be aware of effective methods used to prevent emission of airborne asbestos fibers, silica dust and other similar hazardous materials.   Some of the recommended methods of controlling the emission of these materials are by using water and vacuuming, rather than blowing and sweeping, the materials. Machinery such as grinders, saws and other tools that produce a fine airborne dust must be vented to an industrial collector or central exhaust system.  In any ventilation system the system should be designed and operated at an airflow and volume necessary for proper application and effectiveness.  In the design of the ventilation system the ducts and belts must be free of obstructions and slippage.  As with all operations, there must be written standards on the procedures for the equipment, description of the job task, usage of the protective equipment provided, such as the selection and use of respirators, and when they are needed. Any water that is provided to an employee throughout the facility should be clearly identified as to whether it is for drinking, washing or cooking.  All restrooms must be kept clean and sanitary.  Employees should be screened before taking positions that may expose them to hazards they are not physically capable of handling.  An employee who takes an assignment which requires physical labor must be trained to lift heavy loads properly so as not to damage themselves physically.  If the work assignment involves dealing with equipment that produces ultra-violet radiation, the employee must be properly protected or given the correct protective clothing.   An employee posted to an assignment on a roadway where there is heavy traffic must be given the designated protective clothing (bright colored traffic orange warning vest) and safety training regarding the hazards of this job.

## HAZARDOUS SUBSTANCES COMMUNICATION
When hazardous substances are used in the workplace, a hazard communication program dealing with Material Safety Data Sheets (MSDS), labeling and employee training will be in operation.  MSDS materials will be readily available for each hazardous substance used.  A training program plus regular question and answer sessions on dealing with hazardous materials will be given to keep employees informed.  The program will include an explanation of what an MSDS is and how to use and obtain one; MSDS contents for each hazardous substance or class of substances; explanation of the "Right to Know"; identification of where employees can see the employer's written hazard communication program and where hazardous substances are present in their work area; the health hazards of substances in the work area, how to detect their presence, and specific protective measures to be used; as well as informing them of hazards of non-routine tasks and unlabeled pipes.

## ELECTRICAL
The workplace will be aware of the OSHA Electrical Safety Orders and will comply with the same.  Employees will be required to report any hazard to life or property that is observed in connection with a job, electrical equipment or lines.  Employees will be expected to make preliminary inspections or appropriate tests to determine conditions before starting work. When equipment or lines are to be serviced, maintained or adjusted, employees must be aware of open switches.  Lockouts must be tagged whenever possible.  Equipment such as electrical tools or appliance must be grounded or of the double insulated type.  Extension cords being used must have a grounding conductor.  The workplace supervisor must be aware if multiple plug adapters are prohibited.  If ground-fault circuit interrupters are

installed on each temporary 15 or 20 ampere 120 volt AC circuit at locations where construction, demolition, modifications, alternations or excavations are being performed, temporary circuits must be protected by suitable disconnecting switches or plug connectors with permanent wiring at the junction.  Electricians must be aware of the following:  Exposed wiring and cords with frayed or deteriorated insulation must be repaired or replaced. Flexible cords and cables must be free of splices or taps.  Clamps or other securing means must be provided on flexible cords or cables at plugs, receptacles, tools, and equipment.  The cord jacket must be held securely in place.  All cord, cable and raceway connections must be intact and secure.  In wet or damp locations, electrical tools and equipment must be appropriate for the use or location, or otherwise protected.  The location of electrical power lines and cables (overhead, underground, under floor, other side of walls) must be determined before digging, drilling or similar work is begun.  All metal measuring tapes, ropes, hand lines or similar devices with metallic thread woven into the fabric are prohibited for use where they could come in contact with energized parts of equipment or circuit conductors. The use of metal ladders is prohibited in areas where the ladder or the person using the ladder could come in contact with energized parts of equipment, fixtures or conductors.  All disconnecting switches and circuit breakers must be labeled to indicate their use or equipment served.  A means for disconnecting equipment must always be opened before fused are replaced.  All interior-wiring systems must include provisions for grounding metal parts or electrical raceways, equipment and enclosures.  All electrical raceways and enclosures must be fastened securely in place.  All energized parts of electrical circuits and equipment must be guarded against accidental contact by approved cabinets or enclosures. Sufficient access and working space will be provided and maintained around all electrical equipment to permit ready and safe operations and maintenance.  All unused openings (including conduit knockouts) in electrical enclosures and fittings must be closed with appropriate covers, plugs or plates.  Electrical enclosures such as switches, receptacles, and junction boxes must be provided with tight-fitting covers or plates.  Disconnecting switches for electrical motors in excess of two horsepower must be capable of opening the circuit when the motor is in a stalled condition without exploding.  (Switches must be horsepower rated equal to or in excess of the motor hp rating.)  Low voltage protection must be provided in the control device of motor driven machines or equipment, which could cause injury from inadvertent starting.  A motor disconnecting switch or circuit breaker must be located within sight of the motor control device.  Motors:  a) must be located within sight of their controller; b) must have their controller disconnecting means capable of being locked in the open position; c) or must have separate disconnecting means installed in the circuit within sight of the motor.  A controller for a motor in excess of two horsepower must be rated equal to but not in excess of the motor it services.  Employees who regularly work on or around energized electrical equipment or lines will be instructed in cardiopulmonary resuscitation (CPR) methods.  Employees will be trained on how to work on energized lines or equipment over 600 volts.

**NOISE**
Noise levels are measured using a sound level meter or an octave bank analyzer and records kept.  Engineering controls will be used to reduce excessive noise levels.  When engineering controls are not feasible, administrative controls (i.e., worker rotation) will be used to minimize individual employee exposure to noise.  An ongoing preventive health program

will be utilized to educate employees in safe levels of noise, exposure, effects of noise on their health, and use of personal protection.  All subcontractors will provide  approved hearing protective equipment (noise attenuating devices) will be available to every employee working in areas where continuous noise levels exceed 85 dB.  To be effective, ear protectors must be properly fitted and employees will be instructed in their use and care.

## FUELING

Where flammable liquids are used, employees will be trained to deal with spillage during fueling operations, how it is to be cleaned, the types and designs of fueling hoses and the specific types of fuel it can handle, whether fueling is being done with a nozzle that is a gravity flow system or self-closing, how to avoid spills and recognition that if a spill does occur, the safety of restarting an engine.  Employees must be aware than an open flame or light near any fuel is prohibited when fueling or the transfer of fuel is occurring.  "NO SMOKING" signs will be posted conspicuously.

## PIPING SYSTEMS

Substances that are transported through piping need to be identified by color or labeling. Signs must be posted identifying the substance being transported through the pipes as to whether it is hazardous and where turn-off valves, connections and outlets are located.  All tags used for labeling will be of a durable material with distinguishable and clearly written print. When non-potable water is piped through a facility, outlets or taps, notices will be posted to alert employees that it is unsafe and not to be used for drinking, washing or personal use.  When pipelines are heated by electricity, steam or other external sources, warning signs or tags placed at unions, valves or other serviceable parts will be part of the system.

## MATERIAL HANDLING

In the handling of materials, employees must know the following; there must be safe clearance for equipment through aisles and doorways.  Aisle ways must be designated, permanently marked and kept clear to allow unhindered passage.  Motorized vehicles and mechanized equipment will be inspected daily or prior to use.  Vehicles must be shut off and brakes set prior to loading and unloading.  Containers of combustibles or flammables, when stacked while being moved, must be separated by dunnage sufficient to provide stability.  If dock boards (bridge plates) are used when loading or unloading operations are taking place between vehicles and docks, precautions must be observed. Trucks and trailers will be secured from movement during loading and unloading operations.  Dock plates and loading ramps will be constructed and maintained with sufficient strength to support imposed loading. Hand trucks must be maintained in safe operating condition.  Chutes must be equipped with sideboards of sufficient height to prevent the handled materials from falling off.  At the delivery end of rollers or chutes, provisions must be made to brake the movement of the handled materials.  Pallets must be inspected before being loaded or moved. Hooks with safety latches or other arrangements will be used when hoisting materials, so that slings or load attachments won't accidentally slip off the hoist hooks.  Securing chains, ropes, chockers or slings must be adequate for the job to be performed.  When hoisting material or equipment, provisions must be made to assure no one will be passing under the suspended

Health & Safety Plan                                                    MONTAGE, INC.

loads.  Material Safety Data Sheets will be available to employees handling hazardous substances.

## TRANSPORTING EMPLOYEES & MATERIALS

When employees are transporting either employees or materials, they must have an operator's license for that classification of vehicle and be certified or trained in the operation of that vehicle.  For a safety program to be effective, they must also have knowledge of First Aid courses and safety equipment, as well as the vehicle and how it operates.  As employees are transported by truck, provision must be provided to prevent their falling from the vehicle. Vehicles should be in good working condition, inspected on a regular basis and must be equipped with lamps, brakes, horns, mirrors, windshields and turn signals in good working order.  If the vehicle transports numerous individuals it must be equipped with handrails, steps, stirrups or similar devices, placed and arranged so that employees can safety mount or dismount.  Safety measures to ensure passenger safety should be observed.  When cutting tools with sharp edges are carried in the passenger compartment, they must be placed in closed boxes or secured containers.  Carrying flares and two reflective type flares and a fire extinguisher must be part of the standard emergency equipment carried in the vehicle at all times.

## VENTILATION

In the operation of any facility ventilation system, there needs to be a design to integrate several systems of control that will expel contaminates and provide clean air.  The systems must take into consideration the volume and velocity that will be needed to successfully remove contaminates.  The system must not fail in the case of an emergency situation where two contaminates are exposed to each other when a fire or explosion occurs.  In the design of the system, clean-out ports or doors that are provided at intervals will not exceed 12 feet in all horizontal runs or exhaust ducts.  The system must be operational so that it will not offset the functions of other operations.

## CRANE CHECKLIST

With the operation of cranes there are several functional areas to be considered.  Cranes should be inspected on a biannual basis with the inspection certificate available when a question arises.  The crane must be utilized in an operation, which does not violate OSHA regulations.  Cranes will be visually inspected for defective components prior to any work shift.  Electrically operated cranes will be effectively grounded, preventive maintenance established, have a clearly visible load; operating controls clearly identified; a fire extinguisher provided at the operator's station; rated capacity visibly marked; an audible warning device mounted on the crane, and sufficient illumination.  Crane design shall be such that the boom will not fall over backwards when equipped with boom stops.

## SAFETY POSTERS

MONTAGE, INC. is required to post certain employment related information.  The required information is maintained on a bulletin board where employees can find the following required posters including various state and federal orders regulating the Wages, Hours and Working Conditions in certain industries. Pay Day Notice Anti-Discrimination Poster Equal Employment Opportunity is the Law (EEOC form) OSHA Safety and Health Protection on

Health & Safety Plan                                                MONTAGE, INC.

the Job Notice of Workers Compensation Carrier Notice to Employees; Unemployment
Insurance and Disability Insurance Notice; Employee Polygraph Protection Act (form WH
1462) Access to Medical and Exposure Records Notice to Employees; Time Off to Vote. In
addition to the above listed notices, a copy of this injury prevention program, a log and
summary of Occupational Injuries and Illnesses, a copy of MONTAGE, INC.'s code of Safe
Work Practices and a Fire Prevention and Evacuation Plan will be posted.  Material Data
Safety Sheets for MONTAGE, INC.'s premises are available in the office.  When employees
are required to work on the premises of any other employer, such as service call or
installation situation, the job site will maintain a collection of Material Data Safety Sheets
that describe any hazards unique to that site. Check with the other employer's job site
coordinator or supervisor for the exact location of the MSDS information.  In addition to
these required safety postings, emergency numbers are maintained on the second floor by the
entry door and in the office by the phone.  In most cases of real emergency call 911.  State
your name, the nature of the emergency, and exact location of the injury.  Answer all
questions completely.  DO NOT use 911 for routine calls to police or fire departments.

## LICENSES AND PERMITS

In addition to other postings required by law, MONTAGE, INC. maintains a copy of all
necessary business licenses, permits and notices required by the National Labor Relations
Board or other governmental bodies, notices of citations during abatement periods, and other
required information which are posted during the appropriate times on bulletin boards.

## PERSONAL PROTECTIVE EQUPMENT CLOTHING

Personal protective equipment clothing is required in the following situations:

1. Where there is a danger of flying particles or corrosive materials, employees must
   wear protective goggles and/or face shields provided (or approved) by MONTAGE,
   INC.
2. Employees are required to wear safety glasses at all times in areas where there is a
   risk of eye injuries such as punctures, contusions or burns.
3. Employees who need corrective lenses are required to wear only approved safety
   glasses, protective goggles, or other medically approved precautionary procedures
   when working in areas with harmful exposures, or risk of eye injury.
4. Employees are required to wear protective gloves, aprons, shields and other means
   provided in areas where they may be subject to cuts, corrosive liquids and/or harmful
   chemicals.
5. Hardhats must be worn in areas subject to falling objects, and at all times while at
   construction sites.
6. Appropriate footwear including steel-toed shoes must be worn in an area where there
   is any risk of foot injuries from hot, corrosive, poisonous substances, falling objects,
   crushing or penetrating action.
7. When necessary, employees must use the approved respirators, which are provided
   for regular and emergency use.
8. All safety equipment must be maintained in sanitary condition and ready for use.
   Report any defective equipment immediately.

9.  An eye wash facility is located in the office in the first aid kit.  If any irritant gets into an employee's eyes, call for medical assistance immediately and flush the eye out with clean water.
10. A shower is provided for emergencies.  Ask your supervisor for more details on use of this facility.
11. Food may not be eaten in work areas, or in places where there is any danger of exposure to toxic materials or other health hazards.  Ask your supervisor to identify safe eating places.
12. In cases where the noise level exceeds certain levels, ear protection is required.
13. In cases of cleaning toxic or hazardous materials, protective clothing provided must be worn.

**HARDHATS**

In MONTAGE, INC., hardhats are required [at all times, in designated areas, when appropriate].  Hardhats are common in our industry.  There was a time, about one hundred years ago, when no one wore a hardhat.  But, over time, the value of hardhats to save lives was firmly proven, so that the entire industry now accepts this safety device as a natural article of clothing, like a football player wearing a helmet during a game.  Sometimes a person fails to wear a hardhat, either through forgetfulness of through underestimating the risk of head injury, which can be prevented by wearing one.  Remember that al it takes I a carelessly dropped tool or piece of material coming down on your head to cause severe injury or even death.  There are a number of workers disabled with various types of head injuries and vision problems because they didn't wear a hardhat.  When you wear a hardhat, wear it right.  Keep it squarely on your head with the inside band properly adjusted.  See your supervisor if you're having trouble adjusting the hardhat.

**WORK ENVIRONMENT**

Work sites must be clean and orderly.  Work surfaces must be kept dry or appropriate means taken to assure the surfaces are slip-resistant.  Spills must be cleaned up immediately.  All combustible scrap, debris and waste must be stored safely and removed promptly.  Combustible dust must be cleaned up with a vacuum system to prevent the dust from going into suspension.  The accumulated combustible dust must be removed routinely.  Metallic or conductive dust must be prevented from entering or accumulating on or around electrical enclosures or equipment.  Waste containers must be covered.  Oily and paint soaked rags are combustible and should be discarded in sealable metal containers only.  Paint spray booths, dip tanks and paint areas must be cleaned regularly.  All oil and gas fired devices should be equipped with flame failure controls that will prevent flow of fuel if pilots or main burners are not working.  Ask your supervisor where these controls are located.  Make sure all pits and floor openings are either covered or otherwise guarded.

**WALKWAYS**

All aisles and passageways must be kept clear.  Also, aisles and passageways should be clearly marked.  Wet surfaces must be covered with non-slip material and all holes properly covered or marked with warning guards.  All spills must be cleaned up immediately, and a caution sign placed on all wet or drying surfaces.  In cases of passageways used by forklifts, trucks or other machinery, use a separate aisle for walking, if available.  If no separately

Health & Safety Plan                                                                 MONTAGE, INC.

marked aisle is available, use extreme caution.  Remember, walking in a passageway used by machinery is like walking in the middle of a street used by cars:  You may have the right of way, but the heavier vehicle can't always see you and can't always stop in time.  They key to moving around in such circumstances is to stop, look and listen and then to move when there is no danger.  Make eye contact with the drivers of moving vehicles so that you know that they know you are there.  Equipment must be properly stored so that sharp edges do not protrude into walkways.  Changes in elevations must be clearly marked, as must passageways near dangerous operations like welding, machinery operation or painting.  If there is a low ceiling, a warning sign must be posted.  If the walkway or stairway is more than thirty (30) inches above the floor or ground, it must have a guardrail.  If an employee is aware of any breach of these standards, please inform the workplace supervisor.

**FLOOR AND WALL OPENINGS**
Be careful when working near floor and wall openings.  All floor openings (holes) should be guarded by a cover, guardrail or equivalent barrier on all sides except at the entrance to stairways and ladders.  Toe boards must be installed around the edges of a permanent floor opening.  Skylights must be able to withstand at least 200 pounds pressure.  Glass used in windows, doors, and walls (including glass block) must be able to withstand a human impact, and if required by code, be shatterproof "safety glass."  Before beginning work at a new location, inspect it to insure that all floor openings that must remain open, such as floor drains, are covered with grates or similar covers.  In roadways and driveways, covers with capacity to carry a truck rear axle load of at least 20,000 pounds must protect all manholes and trenches.  In office buildings, fire resistive construction requires that the doors and hallway closures be properly rated and be equipped with self-closing features.  Be sure that there are at least two fire emergency exits accessible from your location at all times.

**WORK AREA**
Fire extinguishers must remain accessible at all times.  Means of egress should be kept unblocked, well lighted and unlocked during work hours.  Excessive combustibles (paper) may not be stored in work areas.  Aisles and hallways must be kept clear at all times.  Designated employees have been trained to respond to a fire or other emergency.  Workplaces are to be kept free of debris, floor storage and electrical cords.  Adequate aisle space is to be maintained.  File cabinet drawers should be opened one at a time and closed when work is finished.  Proper lifting techniques are to be used by employees to avoid over exertion and strain when carrying loads.  No alcohol or any intoxicating substances may be consumed prior to or during work.

**DRIVING**
Drive safely.  If vehicles are used during the workdays, seatbelts and shoulder harnesses are to be worn at all times.  Vehicles must be locked when unattended to avoid criminal misconduct.  Do not exceed the speed limit.  Vehicles must be parked in legal spaces and must not obstruct traffic.  All employees must practice defensive driving.  Employees should park their vehicles in well-lighted areas at/or near entrances to avoid criminal misconduct.

Health & Safety Plan                                                          MONTAGE, INC.

## VEHICLE MAINTENANCE

Work safely when repairing vehicles.  Where tires are mounted and/or inflated on drop center wheels, a safe practice procedure must be posted and enforced.  Where tires are mounted and/or inflated on wheels with split rims and/or retainer rings, a safe practice procedure must be posted and enforced.  Each tire inflation hose must have a clip-on chuck with at least 24 inches of hose between the chuck and an in-line hand valve and gauge.  The tire inflation control valve should automatically shut off the air flow when the valve is released.  A tire restraining device such as a cage, rack or other effective means must be used while inflating tires mounted on split rims, or rims using retainer rings.  Employees are strictly forbidden from taking a position directly in front or a tire while it is being inflated.  Proper lifting techniques must be used by employees to avoid over-exertion when lifting packages.

## CLEANLINESS

All work sites must be clean and orderly.  All work surfaces must be kept dry or appropriate means taken to assure that surfaces are slip-resistant.  All spill materials or liquids should be cleaned up immediately and combustible scrap, debris and waste stored safely and removed from the work site promptly.  Any accumulations of combustible dust must be routinely removed from elevated surfaces including the overhead structure of buildings.  Combustible dust should be cleaned up with a vacuum system to prevent the dusting going into suspension.  Metallic or conductive dust must be prevented from entering or accumulating on or around electrical enclosures or equipment.  Covered metal waste cans are provided for oily and paint-soaked waste.  Use them.  All oil and gas fired devices must be equipped with flame failure controls that will prevent flow of fuel if pilots or main burners are not working.  Paint spray booths, dip tanks, etc., must be cleaned regularly.  Washing facilities are provided, so wash your hands after handling materials.

## TOOL MAINTENANCE

Faulty or improperly used hand tools are a safety hazard.  All employees shall be responsible for ensuring that tools and equipment (both company and employee-owned) used by them or other employees at their workplace are in good condition.  Hand tools such as chisels, punches, etc., which develop mushroom heads during use, must be reconditioned or replaced as necessary.  Broken or fractured handles on hammers, axes and similar equipment must be replaced promptly.  Worn or bent wrenches should be replaced regularly.  Appropriate handles must be used on files and similar tools.  Appropriate safety glasses, face shields, etc., must be work while using hand tools or equipment which might produce flying materials or be subject to breakage.  Eye and face protection must be worn when driving in tempered spuds or nails.  Check your tools often for wear or defect. Jacks must be checked periodically to assure they are in good operating condition.  Tool handles must be wedged tightly into the heads of tools.  Tool cutting edges should be kept sharp enough so the tool will move smoothly without binding or skipping.  When not in use, tools should be stored in a dry, secure location.

## LADDERS

Check ladders each and every time before you climb. Ladders should be maintained in good condition:  joints between steps and side rails should be tight; hardware and fittings securely attached; and movable parts operating freely without binding or undue play.  Non-sip safety

feet are provided on each ladder.  Ladder rungs and steps should be free of grease and oil.  Employees are prohibited from using ladders that are broken, missing steps, rungs, or cleats, or that may have broken side rails or other faulty equipment.  It is prohibited to place a ladder in front of doors opening toward the ladder except where the door is blocked open, locked or guarded.  It is prohibited to place ladders on boxes, barrels, or other unstable bases to obtain additional height.  Face the ladder when ascending or descending.  Be careful when you climb a ladder.  Do not use the top step of ordinary stepladders as a step.  When portable rung ladders are used to gain access to elevated platforms, roofs, etc., the ladder must always extend at least three (3) feet above the elevated surface.  It is required that when portable rung or cleat type ladders are used, the base must be so placed that slipping will not occur, unless it is lashed or otherwise held in place.  All portable metal ladders must be legibly marked with signs reading "CAUTION" – "DO NOT USE AROUND ELECTRICAL EQUIPMENT."  Employees are prohibited from using ladders as guys, braces, skids, gin poles, or for other than their intended purposes.  Only adjust extension ladders while standing at a base (not while standing on the ladder or from a position above the ladder).  Metal ladders should be inspected for tears and signs of corrosion.  Rungs of ladders should be uniformly spaced at 12 inches, center to center.

**COMBUSTIBLE MATERIALS**

All combustible scrap, debris and waste materials (oily rags, etc.) must be stored in covered metal receptacles and removed from the work site promptly.  Proper storage to minimize the risk of fire, including spontaneous combustion must be practiced.  Only approved containers and tanks are to be used for the storage and handling of flammable and combustible liquids.  All connections on drums and combustible liquid piping, vapor and liquid must be kept tight.  All flammable liquids should be kept in closed containers when not in use (e.g., parts-cleaning tanks, pans, etc.).  Bulk drums of flammable liquids must be grounded and bonded to containers during dispensing.  Storage rooms for flammable and combustible liquids must have explosion-proof lights.  Storage rooms for flammable and combustible liquids should have mechanical or gravity ventilation.  Liquefied petroleum gas must be stored, handled, and used in accordance with safe practices and standards.  No smoking signs must be posted on liquefied petroleum gas tanks.  Liquefied petroleum storage tanks should be guarded to prevent damage from vehicles.  All solvent wastes and flammable liquids should be kept in fire-resistant, covered containers until they are removed from the work site.  Vacuuming should be used whenever possible rather than blowing or sweeping combustible dust.  Fire separators should be places between containers of combustibles or flammables when stacked one upon another to assure their support and stability.  Fuel gas cylinders and oxygen cylinders must be separated by distance, fire resistant barriers, etc., while in storage.  Fire extinguishers are selected for the types of materials and placed in areas where they are to be used.  These fire extinguishers are classified as follows: Class A – Ordinary combustible materials fire.  Class B – Flammable liquid, gas or grease fires.  Class C – Energized-electrical equipment fires.  Appropriate fire extinguishers must be mounted within 75 ft. of outside areas containing flammable liquids and within 10 ft. of any inside storage area for such materials.  All extinguishers must be serviced, maintained and tagged at intervals not to exceed one year.  Extinguishers should be placed free from obstructions or blockage.  All extinguishers must be fully charged and in their designated places unless in use.  Where sprinkler systems are permanently installed, are the nozzle heads arranged so that water will

not be sprayed into operating electrical switch boards and equipment?  Check to see that heads have not been bent or twisted from their original position.  "NO SMOKING" rules will be enforced in areas involving storage and use of hazardous materials.  "NO SMOKING" signs have been posted where appropriate in areas where flammable or combustible materials are used and/or stored.  Safety cans must be used for dispensing flammable or combustible liquids at point of use.  All spills of flammable or combustible liquids must be cleaned up promptly.  Storage tanks should be adequately vented to prevent the development of excessive vacuum or pressure as a result of filling, emptying, or atmosphere temperature changes.  Storage tanks are equipped with emergency venting that will relieve excessive internal pressure caused by fire exposure.

## MECHANICAL LOCKOUT/TAGOUT

Point of operation devices shall protect the operator by:  Preventing and/or stopping normal stroking of the press if the operator's hands are inadvertently placed in the point of operation; or Preventing the operator from inadvertently reaching into the point of operation or withdrawing his/her hands if they are inadvertently located in the point of operation, as the dies close; or Preventing the operator from inadvertently reaching into the point of operation at all times; or Requiring application of both of the operator's hands to machine operating controls and locating such controls at such a safety distance from the point of operation that the slide completes the downward travel or stops before the operator can reach into the point of operation with his/her hands; or Enclosing the point of operation before a press stroke can be initiated and maintaining this closed condition until the motion of the slide has ceased; or Enclosing the point of operation before a press stroke can be initiated, so as to prevent an operator from reaching into the point of operation prior to die closure or prior to cessation of slide motion during the downward stroke.  A gate or movable barrier device shall protect the operator.  A presence sensing point of operation device shall protect the operator by interlocking into the control circuit to prevent or stop slide motion if the operator" hand or other part of his/her body is within the sensing field of the device during the downstroke of the press slide.  The device may not be used on machines using full revolution clutches.  The device may be not be used as a tripping means to initiate slide motion.  The device shall be constructed so that a failure within the system does not prevent the normal stopping action from being applied to the press when required, but does prevent the initiation of a successive stroke until the failure is corrected.     The failure shall be indicated by the system.  Muting (bypassing of the protective function) of such device, during the upstroke of the press slide, is permitted for the purpose of parts ejection, circuit checking and feeding only.  The safety distance from the sensing field to the point of operation shall be greater than the distance determined by the following formula:  Ds = 63 inches/second x Ts where: Ds = minimum safety distance (inches); 63 inches/second = hand speed constant; and Ts = stopping time of the press measured at approximately 90@ position of crankshaft rotation (seconds).  Guards shall be used to protect all areas of entry to the point of operation not protected by the presence-sensing device.  The pullout device shall protect the operator and shall include attachments for each of the operator's hands.  Attachments shall be connected to and operated only by the press slide or upper die.  Attachment shall be adjusted to prevent the operator from reaching into the point of operation or to withdraw the operator's hands from the point of operation before the dies close.  A separate pullout device shall be provided for each operator if more than one operator is used on a press.  Each pullout device in use shall

be visually inspected and checked for proper adjustment at the start of each operator shift, following a new die set-up, and when operators are changed. Necessary maintenance or repair or both shall be performed and completed before the press is operated. The sweep device shall protect the operator as specified in this subsection, by removing his/her hands safely to a safe position if they are inadvertently located in the point of operation, as the dies close or prior to tripping the clutch. Devices operating in this manner shall have a barrier, attached to the sweep arm in such a manner as to prevent the operator from reaching into the point of operation, past the trailing edge of the sweep arm on the downward stroke of the press. This device may not be used for point of operation safeguarding. The sweep device must be activated by the slide or by motion of a foot pedal trip rod. The sweep device must be designed, installed and operated so as to prevent the operator from reaching into the point of operation before the dies close. The sweep device must be installed so that it will not itself create an impact or shear hazard between the sweep arm and the press tie rods, dies, or any other part of the press or barrier. Partial enclosure conforming with this subsection, as to the area of entry which they protect, must be provided on both sides of the point of operation to prevent the operator from reaching around or behind the sweep device and into the point of operation after the dies start to close. Partial enclosures shall not themselves create a pinch point or shear hazard. A holdout or a restraint device shall protect the operator and shall include attachments for each of the operator's hands. Such attachments shall be securely anchored and adjusted in such a way that the operator is restrained from reaching into the point of operation. A separate set of restraints shall be provided for each operator if more than one operator is required on a press. The two-hand control device shall protect the operator. When used in press operations requiring more than one operator, separate two-hand controls shall be provided for each operator, and shall be designed to require concurrent application of all operators' controls to activate the slide. The removal of a hand from any control button shall cause the slide to stop. The safety distance between each two hand control device and the point of operation shall be greater than the distance determined by the following formula: $Ds = 63$ inches/second x $Ts$, where: $Ds$ = minimum safety distance (inches); 63 inches/second = hand speed constant; and $Ts$ = stopping time of the press measured at approximately 90@ position of crankshaft rotation (seconds).

**FIRST AID KITS**

First-aid kits and required contents are maintained in a serviceable condition. Unit-type kits have all items in the first-aid kit individually wrapped, sealed, and packaged in comparable sized packages. The commercial or cabinet-type kits do not require all items to be individually wrapped and sealed, but only those which must be kept sterile. Items such as scissors, tweezers, tubes of ointments with caps, or rolls of adhesive tape, need not be individually wrapped, sealed or disposed of after a single use or application. Individual packaging and sealing shall be required only for those items that must be kept sterile in a first-aid kit. First-aid kits shall contain at least the following items: 10 Package kit: 1 Package Adhesive bandages, 1" (16 per package), 1 Package Bandage compress, 4" (1 per package) 1 Package Scissors* and tweezers (1 each per package) 1 Package Triangular bandage, 40" (1 per package) 1 Package Antiseptic soap or pads (3 per package) 5 Packages of consulting physician's choice. 16 Package Kit: 1 Package Absorbent gauze, 24"x72" (1 per package) 1 Package Adhesive bandages, 1" (16 per package) 1 Package Scissors* and tweezers (1 each per package) 2 Packages Triangular bandages, 40" (1 per package) 1

Package Antiseptic soap or pads (3 per package) 7 Packages of consulting physician's choice.  24 Package Kit:  2 Packages Absorbent gauze, 24"x72" (1 per package) 2 packages Adhesive bandages 1" (16 per package) 2 Packages Bandage compresses, 4" (1 per package) 1 Package Eye dressing (1 per package) 1 Package Scissors* and tweezers (1 each per package) 6 Packages Triangular bandages (1 per package) 1 Package Antiseptic soap or pads (3 per package) 9 Packages of consulting physician's choice.  36 Package Kit: 4 Packages Absorbent gauze, 24"72" (1 per package) 2 Packages Adhesive bandages, 1" (16 per package) 5 Packages Bandage compresses, 4" (1 per package) 2 Packages Eye dressing (1 per package) 1 Package Scissors* and tweezers (1 each per package) 8 Packages Triangular bandages, 40" (1 per package) 1 Package Antiseptic soap or pads (3 per package) 13 packages of the consulting physician's choice.  *Scissors shall be capable of cutting two (2) layers of 15.oz cotton cloth or its equivalent.  The first-aid kits are maintained at the ten, sixteen, twenty-four and thirty-six package level.  Where the eyes or body of any person may be exposes to injurious chemicals and/or materials, suitable facilities for quick drenching or flushing of the eyes and body are provided, within the work area, for immediate emergency use.  A poster shall be fastened and maintained either on or in the cover of each first-aid kit and at or near all phones plainly stating the phone numbers of available doctors, hospitals, and ambulance services within the district of the work site.

## FIRST AID STATION

If a fixed establishment employs more than 200 employees at one central location, First-aid stations shall be located as close as practicable to the highest concentration of personnel. First-aid stations shall be well-marked and available to personnel during all working hours. One person holding a valid first-aid certificate shall be responsible for the proper use and maintenance of the first-aid station. First-aid stations shall be equipped with a minimum of two first-aid kits, the size of which shall be dependent upon the number of personnel normally employed at the work site. One first-aid kit may be a permanent wall-mounted kit, but in all cases the station shall be equipped with at least one portable first-aid kit. When required by the circumstances, the station shall be equipped with two wool blankets and a stretcher in addition to first-aid kits. A roster, denoting the telephone numbers and addresses of doctors, hospitals and ambulance services available to the work site, shall be posted at each first-aid station.

Health & Safety Plan                                      MONTAGE, INC.

Chapter 4
Electrical Safety

**POLICY**
It is the policy of MONTAGE, INC. to take every reasonable precaution in the performance of work to protect the health and safety of employees and the public and to minimize the probability of damage to property.  The electrical safety requirements contained in this chapter are regulations set forth by MONTAGE, INC.

**EMPLOYEE RESPONSIBILTY**
All MONTAGE, INC. personnel are responsible for all aspects of safety within their own groups.  The Responsible Safety Officer is responsible for providing information, instruction, and assistance, as appropriate, concerning MONTAGE, INC. electrical safety requirements and procedures.  Individual employees are responsible for their own and their co-workers' safety.  This means:  Become acquainted with all potential hazards in the area in which they work.  Learn to follow the appropriate standards, procedures, and hazard-control methods.  Never undertake a potentially hazardous operation without consulting with appropriate supervision.  Stop any operation you believe to be hazardous.  Notify a supervisor of any condition or behavior that poses a potential hazard.  Wear and use appropriate protective equipment.  Immediately report any occupational injury or illness to the Responsible Safety Officer, any on-site Medical Services Department and the appropriate supervisor.  Each employee acting in a supervisory capacity has specific safety responsibilities.  These include:  Developing an attitude and awareness of safety in the people supervised and seeing that individual safety responsibilities are fully carried out.  Maintaining a safe work environment and taking corrective action on any potentially hazardous operation or condition.  Ensuring that the personnel he/she directs are knowledgeable and trained in the tasks they are asked to perform.  Ensuring that safe conditions prevail in the area and that everyone is properly informed of the area's safety regulations and procedures.  Ensuring that contract personnel are properly protected by means of instructions, signs, barriers, or other appropriate resources.  Ensuring that no employee assigned to potentially hazardous work appears to be fatigues, ill, emotionally disturbed, or under the influence of alcohol or drugs (prescription, over-the-counter medicinal or otherwise).  Management at every level has the responsibility for maintaining the work environment at a minimal level or risk throughout all areas of control. Each manager:  Is responsible for being aware of all potentially hazardous activities within the area of responsibility.  May assign responsibility or delegate authority for performance of any function, but – Remains accountable to higher management for any oversight or error that leads to injury, illness, or damage to property.

**PROCEDURES**
It is the policy of MONTAGE, INC. to follow the fundamental principles of safety, which are described below.  A clear understanding of these principles will improve the safety of working with or around electrical equipment.  Practice proper housekeeping and cleanliness.  Poor housekeeping is a major factor in many accidents.  A cluttered area is likely to be both unsafe and inefficient.  Every employee is responsible for keeping a clean area and every supervisor is responsible for ensuring that his or her areas of responsibility remain clean.  Identify hazards and anticipate problems. Think through what might go wrong and what the

Health & Safety Plan                                    MONTAGE, INC.

consequences would be.  Do not hesitate to discuss any situation or question with our supervisor or coworkers.  Resist "hurry-up" pressure.  Program pressures should not cause you to bypass thoughtful consideration and planned procedures.  Design for safety.  Consider safety to be an integral part of the design process.  Protective devices, warning signs, and administrative procedures are supplements to good design but can never fully compensate for its absence.  Completed designs should include provisions for safe maintenance.  Maintain for safety.  Good maintenance is essential to safe operations.  Maintenance procedures and schedules for servicing and maintaining equipment and facilities, including documentation of repairs, removals, replacements, and disposals, should be established.  Document your work. An up-to-date set of documentation adequate for operation, maintenance, testing, and safety should be available to anyone working on potentially hazardous equipment.  Keep drawings and prints up to date.  Dispose of obsolete drawings and be certain that active file drawings have the latest corrections.  Have designs reviewed.  All systems and modifications to systems performing a safety function or controlling a potentially hazardous operation must be reviewed and approved at the level of project engineer or above.  Have designs and operation verified.   All systems performing safety functions or controlling a potentially hazardous operation must be periodically validated by actual test procedures at least once a year, and both the procedures and actual tests must be documented.  Test equipment safety.  Tests should be made when the electrical equipment is de-energized, or, at most, energized with reduced hazard.  Know emergency procedures.  All persons working in areas of high hazard (with high-voltage power supplies, capacitor banks, etc.) must be trained in emergency response procedures, including cardiopulmonary resuscitation (CPR) certification.

## WORKING WITH ENERGIZED EQUIPMENT

This section contains safety requirements that must be met in constructing electrical equipment and in working on energized electrical equipment.  Special emphasis is placed on problems associated with personnel working on hazardous electrical equipment in an energized condition.  Such work is permissible, but only after extensive effort to perform the necessary tasks with the equipment in a securely de-energized condition has proven unsuccessful, or if the equipment is so enclosed and protected that contact with hazardous voltages is essentially impossible.  Definitions:  The following definitions are used in this discussion of electrical safety.  Authorized Person:  An individual recognized by management as having the responsibility for and expertise to perform electrical procedures in the course of normal duties.  Such individuals are normally members of electronic or electrical groups.  Backup Protection:  A secondary, redundant, protective system provided to de-energize a device, system, or facility to permit safe physical contact by assigned personnel.  A backup protective system must be totally independent of the first-line protection and must be capable of functioning in the event of total failure of the first-line protective system.  Companion:  A co-worker who is cognizant of potential danger and occasionally checks the other worker.  Electrical Hazard:  A potential source of personnel injury involving, either directly or indirectly, the use of electricity.  Direct Electrical Hazard: A potential source of personnel injury resulting from the flow of electrical energy through a person (electrical shocks and burns).  Indirect Electrical Hazard:  A potential source of personnel injury resulting from electrical energy that is transformed into other forms of energy (e.g., radiant energy, such as light, heat, or energetic particles; magnetic fields; chemical reactions, such as fire, explosions, the production of noxious gases and compounds;

and involuntary muscular reactions).  <u>First Line Protection</u>:  The primary protective system and/or operational procedure provided to prevent physical contact with energized equipment. <u>General Supervision</u>:  The condition that exists when an individual works under a supervisor's direction but not necessarily in the continuous presence of the supervisor. <u>Grounding Point</u>:  The most direct connection to the source of a potential electrical hazard such as the terminals of a capacitor.  Such a point must be indicated by a yellow circular marker.  <u>Grounds, Electrical</u>:  Any designated point with adequate capacity to carry any potential currents to earth.  Designated points may be building columns or specially designed ground-network cabling, rack or chassis ground.  Cold water pipes, wire ways, and conduits must not be considered electrical grounds.  <u>Grounds, Massive</u>:  Large areas of metal, concrete, or wet ground that make electrical isolation difficult or impossible.  <u>Implied Approval</u>:  Approval is implied when a supervisor, knowing the qualifications of an individual, assigns that individual a task, or responsibility for, a device, system, or project. <u>Qualified Person</u>:  An individual recognized by management as having sufficient understanding of a device, system, or facility to be able to positively control any hazards it may present.  <u>Must, Should and May</u>:  Must indicates a mandatory requirement.  Should indicates a recommended action.  May indicates an optional or permissive action, not a requirement or recommendation.  <u>Safety Watch</u>:  An individual whose sole task is to observe the operator and to quickly de-energize the equipment, using a crash button or circuit breaker control in case of an emergency, and to alert emergency personnel.  This person should have basic CPR training.

**TYPE OF HAZARDS**

The degree of hazard associated with electrical shock is a function of the duration, magnitude, and frequency of the current passed by the portion of the body incorporated in the circuit.  The current that can flow through the human body with contacts at the extremities, such as between the hand or head and one or both feet, depends largely on the voltage.  Body circuit resistance, even with liquid contacts (barring broken skin) will probably be not less than 500 ohms.  The current flow at this resistance at 120 volts is 240 milliamperes. Recognition of the hazards associated with various types of electrical equipment is of paramount importance in developing and applying safety guidelines for working on energized equipment.  Three classes in order of increasing severity) of electrical hazards have evolved.

**CLASS A HAZARD**

Class A electrical hazard exists when all the following conditions prevail:  The primary AC potential does not exceed 130 volts rms.  The available primary AC current is limited to 30 amperes rms.  The stored energy available in a capacitor or inductor is less than 5 joules ($J=CV2/2=LI2/2$).  The DC or secondary AC potentials are less than 50 volts line-to-line and/or to ground or the DC or secondary AC power is 150 volt-amperes (V-A) or less. Although the voltages and currents may be considered nominal, a "Class A" electrical hazard is potentially lethal.  This class is particularly dangerous because of everyday familiarity with such sources, an assumed ability to cope with them, and their common occurrence in less guarded exposures.

Health & Safety Plan                                                      MONTAGE, INC.

**CLASS B HAZARD**
A Class B electrical hazard has the same conditions as a Class A hazard except that the primary AC potential is greater than 130 volts rms, but does not exceed 300 volts rms.

**CLASS C HAZARD**
Class C electrical hazard classifications prevail for all situations when one or more of the limitations set in Class B is exceeded.

**EMPLOYEE ATTITUDE**
The attitudes and habits of personnel and the precautions they routinely take when working on energized equipment are extremely important. There are three modes of working on electrical equipment.

**MODE 1: TURN OFF THE POWER**
All operations are to be conducted with the equipment in a positively de-energized state. All external sources of electrical energy must be disconnected by some positive action (e.g., locked-out breaker) and with all internal energy sources rendered safe. "Mode 1" is a minimum hazard situation.

**MODE 2: LATENT DANGER**
All manipulative operations (such as making connections or alterations to or near normally energized components) are to be conducted with the equipment in the positively de-energized state. Measurements and observations of equipment functions may then be conducted with the equipment energized and with the normal protective barriers removed. "Mode 2" is a moderate-to-severe hazard situation, depending on the operating voltages and energy capabilities of the equipment.

**MODE 3: HOT WIRING**
"Mode 3" exists when manipulative, measurement and observational operations are to be conducted with the equipment fully energized and with the normal protective barriers removed. "Mode 3" is a severe hazard situation that should be permitted only when fully justified and should be conducted under the closest supervision and control. One knowledgeable person should be involved in addition to the worker(s). Written permission may be required. Work on Class B or Class C energized circuitry must only be done when it is absolutely necessary.

**SAFETY GLASSES**
Either safety glasses or a face shield must be worn when working on electrical equipment.

**PERSONAL PROTECTIVE DEVICES**
For work on any energized circuitry with a Class B or Class C hazard, the use of personal protective devices (e.g., face shields, blast jackets, gloves, and insulated floor mats) is encouraged, even if not required.

ELEVATED LOCATIONS

Any person working on electrical equipment on a crane or other elevated location must take necessary precautions to prevent a fall from reaction to electrical shock or other causes. A second person, knowledgeable as a safety watch, must assume the best possible position to assist the worker in case of an accident.

## CHAIN OF COMMAND

The supervisory chain must be identified for normal operation and development, servicing, or testing of hazardous equipment. An up-to-date set of instructions for operation, maintenance, testing, and safety should be provided and made readily available to anyone working on hazardous equipment. As many tests as practicable should be made on any type of electrical equipment in the unenergized condition, or at most, energized with reduced hazard. All covering, clothing, and jewelry that might cause hazardous involvement must be removed. Adequate and workable lock-out/tag-out procedures must be employed. A person in a hazardous position who appears to be fatigued, ill, emotionally disturbed, or under the influence of alcohol and/or drugs (medicinal, or otherwise) must be replaced by a competent backup person, or the hazardous work must be terminated. Supervisors and workers must be encouraged to make the conservative choice when they are in doubt about a situation regarding safety. Training sessions and drills must be conducted periodically to help prevent accidents and to train personnel to cope with any accidents that may occur. CPR instruction must be included. An Emergency-OFF switch, clearly identified and within easy reach of all high-hazard equipment, should be provided. Also, this switch may be used to initiate a call for help. Resetting an Emergency-OFF switch must not be automatic but must require an easily understandable overt act. Automatic safety interlocks must be provided for all access to high-hazard equipment. Any bypass of such an interlock should have an automatic reset, display conspicuously the condition of the interlocks, and ensure that barriers cannot be closed without enabling the interlock. All equipment should have convenient, comfortable, and dry access. Communication equipment (e.g., fire alarm box, telephone) should be provided near any hazardous equipment. Its location should be clearly marked to ensure that the person requesting assistance can direct the people responding to a call for help to the emergency site quickly. Any component that in its common use is non-hazardous, but in its actual use may be hazardous, must be distinctively colored and/or labeled. (An example might be a copper pipe carrying high voltage or high current.) Periodic tests of interlocks to ensure operability must be performed and documented at least yearly.

## PROTECTIVE SYSTEMS

Equipment must be designed and constructed to provide personnel protection. First-line and backup safeguards should be provided to prevent personnel access to energized circuits. Periodic tests must be established to verify that these protective systems are operative.

## SAFETY PRACTICES

Additional safety practices are described below. Cable Clamping: A suitable mechanical-strain-relief device such as a cord grip, cable clamp, or plug must be used for any wire or cable penetrating an enclosure where external movement or force can exert stress on the internal connection. Grommets, adlets, or similar devices must not be used as strain relief. Emergency Lighting: There must be an emergency lighting system that activates when

Health & Safety Plan                                              MONTAGE, INC.

normal power fails in Class C conditions.  Flammable and Toxic Material Control:  The use of flammable or toxic material must be kept to a minimum.  When components with such fluids are used, a catch basin or other approved method must be provided to prevent the spread of these materials should the normal component case fail.  Isolation:  All sources of dangerous voltage and current must be isolated by covers and enclosures.  Access to lethal circuits must be either via screw-on panels, each containing no less than four screws or bolts, or by interlocked doors.  The frame or chassis of the enclosure must be connected to a good electrical ground with a conductor capable of handling any potential fault current.  Lighting: Adequate lighting must be provided for any visual inspection.  Overload Protection: Overload protection and well marked disconnects must be provided.  Local "off" controls must be provided on remote-controlled equipment.  All disconnects and breakers should be clearly labeled as to which loads they control.  Power:  All AC and DC power cabling to equipment not having a separate external ground but having wire-to-wire or wire-to-ground voltage of 50 volts or more must carry a ground conductor unless cabling is inside an interlocked enclosure, rack, grounded wire way, or conduit, or feeds a commercial double-insulated or UL-approved device.  This requirement will ensure that loads such as portable test equipment, temporary or experimental, is grounded.  UL-approved devices such as coffeepots, timers, etc., used per the manufacturer's original intent are permissible.  Rating: All conductors, switches, resistors, etc., should be operated within their design capabilities. Pulsed equipment must not exceed the average, the rms, or the peak rating of components. The equipment should be derated as necessary for the environment and the application of the components.  Safety Grounding:  Automatic discharge devices must be used on equipment with stored energy of 5 joules or more.  Suitable and visible manual grounding devices must also be provided to short-to-ground all dangerous equipment while work is being performed.

**SAFETY PRACTICES CHECKLIST**
The following checklist must be used as a guide for circuits operating at 130 volts or more or storing more than 5 joules.  An enclosure may be a room, a barricaded area, or an equipment cabinet.  Access:  Easily opened doors, panels, etc., must be interlocked so that the act of opening de-energizes the circuit.  Automatic discharge of stored-energy devices must be provided.  Doors should be key-locked, with the same required key being also used for the locks in the control-circuit-interlock chain.  This key must be removable from the door only when the door is closed and locked.  Heat:  Heat-generating components, such as resistors, must be mounted so that heat is safely dissipated and does not affect adjacent components. Isolation:   The enclosure must physically prevent contact with live circuits.  The enclosure can be constructed of conductive or non-conductive material.  If conductive, the material must be electrically interconnected and connected to a good electrical ground.  These connections must be adequate to carry all potential fault currents.  Seismic Safety:  All racks, cabinets, chassis, and auxiliary equipment must be secured against movement during earthquakes.  Strength:  Enclosures must be strong enough to contain flying debris due to component failure.  Temporary Enclosure:  Temporary enclosures (less than 6-month duration) not conforming to the normal requirements must be considered Class C hazards. Ventilation:  Ventilation must be adequate to prevent overheating of equipment and to purge toxic fumes produced by a fault.  Visibility:  Enclosures large enough to be occupied by personnel must allow exterior observation of equipment and personnel working inside the enclosure.  Warning Indicators:  When systems other than conventional facilities represent

Health & Safety Plan                                          MONTAGE, INC.

Class C hazards, the systems should be provided with one of the following two safety measures: (1) A conspicuous visual indicator that is clearly visible from any point where a person might make hazardous contact or entry; and (2) A clearly visible primary circuit breaker or "OFF" control button on the front of the enclosure.

**SAFETY PRACTICES FOR POWER SUPPLIES**

Because a wide range of power supplies exist, no one set of considerations can be applied to all cases. The following classification scheme may be helpful in assessing power-supply hazards. Power supplies of 50 volts or less with high current capability too often are not considered a shock hazard, although these voltages are capable of producing fatal shocks. Since they are not "high voltage," such power sources frequently are not treated with proper respect. In addition to the obvious shock and burn hazards, there is also the likelihood of injuries incurred in trying to get away from the source of a shock. Power supplies of 300 volts or more, with lethal current capability, have the same hazards to an even greater degree. Because supplies in this category are considered Class C hazards, they must be treated accordingly. High-voltage supplies that do not have dangerous current capabilities are not serious shock or burn hazards in themselves and are therefore often treated in a casual manner. However, they are frequently used adjacent to lower-voltage lethal circuits, and a minor shock could cause a rebound into such a circuit. Also, an involuntary reaction to a minor shock could cause a serious fall (for example, from a ladder or from experimental apparatus). The following are additional safety considerations for power supplies. Primary Disconnect: A means of positively disconnecting the input must be provided. This disconnect must be clearly marked and located where the workmen can easily lock or tag it out while servicing the power supply. If provided with a lockout device, the key must not be removable unless the switch or breaker is in the "off" position. Overload Protection: Overload protection must be provided on the input and should be provided on the output.

**DANGER WITH LARGE CAPACITORS**

This section describes the hazards associated with capacitors capable of storing more than 5 joules of energy. Capacitors may store hazardous energy even after the equipment has been de-energized and may build up a dangerous residual charge without an external source, "grounding" capacitors in series, for example, may transfer rather than discharge the stored energy. Another capacitor hazard exists when a capacitor is subjected to high currents that may cause heating and explosion. At one time, capacitors were called condensers and older capacitors may still bear this label in diagrams and notices. Capacitors may be used to store large amounts of energy. An internal failure of one capacitor in a bank frequently results in explosion when all other capacitors in the bank discharge into the fault. Approximately 10 sup 4 joules is the threshold energy for explosive failure of metal cans. Because high-voltage cables have capacitance and thus can store energy, they should be treated as capacitors. The liquid dielectric in many capacitors, or its combustion products, may be toxic. Do not breathe the fumes from the oil in older capacitors. The following are safety practices for capacitors: Automatic Discharge: Permanently connected bleeder resistors should be used when practical. Capacitors in series should have separate bleeders. Automatic shorting devices that operate when the equipment is de-energized or the enclosure is opened should be used. The time required for a capacitor to discharge to safe voltage (50 volts or less) must not be greater than the time needed for personnel to gain access to the voltage terminals –

never longer than five (5) minutes.  In the case of Class C equipment with stored energy in excess of 5 joules, an automatic mechanical discharging device must be provided that functions when normal access ports are opened.  This device must be contained locally within a protective barrier to ensure wiring integrity and should be in plain view of the person entering the protective barrier so that the individual can verify its proper functioning.  Protection also must be provided against the hazard of the discharge itself.  Safety Grounding:  Fully visible, manual-grounding devices must be provided to render the capacitors safe while they are being worked on.  Grounding points must be clearly marked, and caution must be used to prevent transferring charges to other capacitors.  Ground Hooks:  All ground hooks must:  Have conductors crimped and soldered.  Be connected such that impedance is less than 0.1 ohms to ground.  Have the cable conductor clearly visible through its insulation.  Have a cable conductor size of at least #2 extra flexible, or in special conditions a conductor capable of carrying any potential current.  Be in sufficient number to ground conveniently and adequately ALL designated points.  Be grounded and located at normal entryway when stored, in such a manner to ensure that they are used.  In Class C equipment with stored energy in excess of 5 joules, a discharge point with impedance capable of limiting the current to 500 amperes or less should be provided.  This discharge point must be identified with a yellow circular marker with a red slash and must be labeled "HI Z PT" in large readable letters.  A properly installed grounding hook must first be connected to the current-limiting discharge point and then to a low-impedance discharge point (less than 0.1 ohm) that is identified by a yellow circular marker.  The grounding hooks must be left on all of these low-impedance points during the time of safe access.  The low-impedance points must be provided, whether or not the HI-Z current-limiting points are needed.  Voltage indicators that are visible from all normal entry points should also be provided.  Fusing Capacitors used in parallel should be individually fused when possible to prevent the stored energy from dumping into a faulted capacitor.  Care must be taken in placement of automatic-discharge safety devices with respect to fuses.  If the discharge will flow through the fuses, a prominent warning sign must be placed at each entry indicating that each capacitor must be manually grounded before work can begin.  Special knowledge is required for high-voltage and high-energy fusing.  Unused Terminal Shorting:  Terminals of all unused capacitors representing a Class C hazard or capable of storing 5 joules or more must be visibly shorted.

**DANGER WITH LARGE MAGNETS**

This section describes inductors and magnets that can store more than 5 joules of energy or that operate at 130 volts or more.  The following are some hazards peculiar inductors and magnets:  The ability of an inductor to release stored energy at a much higher voltage than that used to charge it.  Stray magnetic fields that attract magnetic materials.  Time-varying stray fields that induce eddy currents in conductive material thereby causing heating and mechanical stress.  Time-varying magnetic fields that may induce unwanted voltages at inductor or magnet terminals.  The following are safety practices for inductive circuits:  Automatic Discharge:  Freewheeling diodes, varistors, thyrites, or other automatic shorting devices must be used to provide a current path when excitation is interrupted.  Connections:  Particular attention should be given to connections in the current path of inductive circuits.  Poor connections may cause destructive arcing.  Cooling:  Many inductors and magnets are liquid cooled.  The unit should be protected by thermal interlocks on the outlet of each

Health & Safety Plan                                                        MONTAGE, INC.

parallel coolant path, and a flow interlock should be included for each device.  Eddy
Currents:  Units with pulsed or varying fields should have a minimum of eddy-current
circuits.  If large eddy-current circuits are unavoidable, they should be mechanically secure
and able to safely dissipate any heat produced.  Grounding:  The frames and cores of
magnets, transformers, and inductors should be grounded.  Rotating Electrical Machinery:
Beware of the hazard due to residual voltages that exists until rotating electrical equipment
comes to a full stop.

**SAFETY DESIGN**
Proper philosophy is vital to the safe design of most control applications.  The following
checklist should be used as a guide.  Checkout:  Interlock chains must be checked for proper
operation after installation, after any modification, and during periodic routine testing.  Fail-
safe Design:  All control circuits must be designed to be "fail-safe."  Starting with a breaker
or fuse, the circuit should go through all the interlocks in series to momentary on-off
switches that energize and "seal in" a control relay.  Any open circuit or short circuit will de-
energize the control circuit and must be reset by overt act.  Interlock Bypass Safeguards:  A
systematic procedure for temporarily bypassing interlocks must be established.  Follow-up
procedures should be included to ensure removal of the bypass as soon as possible.  When
many control-circuit points are available at one location, the bypassing should be made
through the normally open contacts of relays provided for this purpose.  In an emergency,
these relays can be opened from a remote control area.  Isolation:  Control power must be
isolated from higher power circuits by transformers, contactors, or other means. Control
power should not be more than 120 volts, AC or DC.  All circuits should use the same phase
or polarity so that no additive voltages (Class B or Class C hazard) are present between
control circuits or in any interconnect system.  Control-circuit currents should not exceed 5
amperes.  Lockout:  A keyed switch should be used in interlock chains to provide positive
control of circuit use.  To ensure power removal before anyone enters the enclosure, this
same key should also be used to gain access to the controlled equipment.  Motor Control
Circuits (Class B or Class C Hazards):  All Class B or Class C motor circuits must have a
positive disconnect within view of the motor of, if this is not practical, a disconnect that can
be locked open by the person working on these motor circuits is acceptable.  Overvoltage
Protection:  Control and instrumentation circuits used with high-voltage equipment must
have provision for shorting fault-induced high voltages to ground.  High-voltage fuses with a
high-current, low-voltage spark gap downstream from the high-voltage source are
recommended.  This also applies to all circuits penetrating high-voltage enclosures.  Voltage
Divider Protection:  The output of voltage dividers used with high voltages must be protected
from overvoltage-to-ground within the high-voltage area by spark gaps, neon bulbs, or other
appropriate means.  Current Monitors:  Currents should be measured with a shunt that has
one side grounded or with current transformers that must be either loaded or shorted at all
times.  Instrument Accuracy:  Instrumentation should be checked for function and calibration
on a routine basis.

**MORE THAN 300 VOLTS**
To work on systems with voltages greater than 300 volts (CLASS B OR C HAZARD): Open
the feeder breaker, roll out if possible, tag out, and lock if in enclosure. If work is on circuits
of 600 V or more, positive grounding cables should be attached to all three phases.  Tag

should contain who, why, and when information, and it is of vital importance because a person's life may depend on it.  "Vital" in this case means that the presence and status of the tag are inviolate, and the tag must not be altered or removed except by the person who attached it.

**LESS THAN 300 VOLTS**
To work on systems with voltages less than 300 volts (CLASS A HAZARD):  Turn-off and tag the feeder breaker.  Tag is inviolate except on projects where established circuit checkout procedure allows a qualified person to remove it and energize circuit after checkout is complete.

**MOTOR GENERATOR SYSTEMS**
For motor or generator work, primary feeder breaker must be opened, tagged, and locked out if possible. For generator-load work, motor-start permissive key must be removed by person doing work and restored when work is complete.

**HIGH VOLTAGE**
To work on high voltage power supplies and enclosures use Class B or Class C hazard procedure specified in the safety requirements.  Access should always be by permissive key that interrupts input power when key is removed from control panel.  Grounding of power supply output must occur either automatically when key is removed from control panel or manually before access door can be opened.

**HIGH CURRENT**
To work on high current power supplies (normally for magnets), treat system as a high voltage power supply, if energy storage is 5 joules or more when system is off.  If not, then requirements for working on magnet are as follows:  If power supply is equipped with Kirk™ or equivalent interlock, turn key and remove.  This locks the input breaker in "off" position until key is reinserted and turned.  If power supply is not equipped with a Kirk™ or equivalent interlock, turnoff and tag input circuit breaker.

**WORKING ON POWER SUPPLIES**
The minimum requirements for working on any power supply is to turn power off and properly tag feeder circuit breaker external to power supply.

**ELECTRICAL LOCK-OUT/TAG-OUT PROCEDURES**
When you have to do maintenance work on a machine, take these four steps to protect yourself and your co-workers from injury:  1.  De-energize the machine if possible.  Positively disconnect the machine from the power source.  If there is more than one source of power, then disconnect them all.  2.  If possible, lock out all disconnect switches.  You must be given a lock and a key for each disconnect before you begin working on the machine.  3.  Tag all disconnect switches.  Use the yellow or Red safety tags which state in large letters – "Danger…Do Not Operate" or "Danger…Do Not Energize" and which give the name of the individual who locked out the equipment, date and time.  This tag must also state "DO NOT REMOVE THIS TAG."  (The person who placed the tag may remove it only after the machinery maintenance has been completed.)  4.  Test the equipment to insure it is de-

energized before working on it.  First, attempt to operate the equipment by turning it on normally.  Next, check all electrical lines and exposes areas with test equipment or a "lamp."  Finally, short to ground any exposed connections using insulated grounding sticks.  This test must be done even if the electrical connection is physically broken, such as pulling out a plug, because of the chance of discharging components.  A TAG OUT ONLY PROCEDURE MAY BE USED IF THE MACHINE CANNOT BE LOCKED OUT.  IF THE MACHINE IS SUPPLIED ELECTRICAL POWER FROM A SINGLE SOURCE, WHICH IS UNDER THE EXCLUSIVE CONTROL OF A TRAINED AND QUALIFIED REPAIR PERSON AT ALL TIMES AND THERE ARE NOT ANY OTHER PERSONS IN THE REPAIR AREA WHO COULD BE HARMED BY THE ACCIDENTAL ENERGIZING OF THE MACHINERY, THEN TAG OUT MAY BE USED INSTEAD OF LOCK-OUT/TAG OUT.  Be aware that many accidents occur at the moment of re-energizing.  If the machinery is to be re-energized, all persons must be kept at a safe distance away from the machinery.   The re-energization can be performed only by a person who either performed the lock-out/tag out, a person acting under the immediate and direct commands of the original lock-out/tag out person, or in the event of a shift change, or other unavailability of the original person, then the original shall, before leaving, appoint a surrogate original person and show him or her all steps taken to lock-out/tag out the equipment.

Chapter 5
Emergencies

## ORGANIZATION

MONTAGE, INC. requires that during every emergency an organized effort be made to protect personnel from further injury and to minimize property damage. All of MONTAGE, INC. 's resources can be made available to respond to an emergency. Each supervisor must know what to do during an emergency in his or her area and must be certain that his or her employees understand their roles.

## BUILDING EMERGENCY PLAN

A specific emergency plan for each building or facility must be prepared under the direction of the Building Manager. A Building Manager and Deputy Manager must be appointed and oriented for each building or complex. Generally, the Building Manager is the person in charge of a building or facility. The Building Manager has specific responsibility for the preparation, updating, and implementation of the emergency plan for this area. This responsibility includes recommending personnel to attend indoctrination and training programs. Specifically, each plan must contain the following information and procedures as appropriate for each building: The names of the Building Manager, Deputy Manager, and Assistant Manager(s). A list of people with specific duties during an emergency; and a description of their duties. For example, specific people should be assigned to supervise evacuation and to carry out a rapid search of the area (assuming this can be done safely). Floor plans showing evacuation routes, the location of shutoff switches and valves for the utility systems (water, gas, electricity), and the locations of emergency equipment and supplies (including medical). Indications on the floor plans of areas where specific hazards (i.e., toxic, flammable, and/or radioactive materials) exist. Location and description of special hazards or hazardous devises should be included in the text together with shutdown procedures if applicable. Designation of a primary assembly point for evacuees, well away from the building. An alternate site should be designated in case the first choice cannot be used. Reentry procedures. No one should reenter an evacuated building or area without specific instructions from the Building Manager or other person in charge. Department Head and Supervisor responsibilities regarding emergency preparedness and action procedures. Emergency plans for facilities or equipment requiring an Operational Safety Procedure (OSP).

## OPERATIONAL SAFETY PROCEDURES

OSPs for individual facilities or pieces of equipment must include emergency plans for the facilities or equipment.

## SUPERVISORS RESPONSIBILITIES

During an emergency, the supervisor must: Ensure that those under his or her supervision are familiar with the plan for the building, particularly the recommended exit routes and how to report an emergency. Render assistance to the person in charge during an emergency, as required. Maintain familiarity with the shutdown procedures for all equipment used by those under his or her supervision. Know the location and use of all safety equipment on his or her floor. Keep employees from reentering an evacuated area until reentry is safe.

Health & Safety Plan                                             MONTAGE, INC.

**NO LOITERING POLICY**

Employees not involved in the emergency must stay away from the scene and follow the instructions issued over the public address system or directly from the person in charge. The sounding of a fire bell means immediate evacuation by the nearest exit. Employees must not reenter an area that they have evacuated until notified than it is safe to return.

**EMPLOYEE RESPONSIBILITIES**

Employees, other than emergency response groups, involved in any emergency greater than a minor incident are expected to act as follows: If there is threat of further injury or further exposure to hazardous material, remove all injured persons, if possible, and leave the immediate vicinity. If there is no threat of further injury or exposure, leave seriously injured personnel where they are. Report the emergency immediately by phone. State what happened, the specific location, whether anyone was injured, and your name and phone number. Proceed with first aid or attempt to control the incident only if you can do so safely and have been trained in first aid or the emergency response necessary to control the incident. Show the ranking emergency response officer where the incident occurred, inform him or her of the hazards associated with the area, provide any other information that will help avoid injuries, and so as he or she requests.

**EMERGENCY CONTACTS**

-Police: 17
- Ambulance:  18
-Fire: 112
- Electricity:  1130
- Water: 1111

**Hospitals and health centres:**

Hôpital National Blaise Compaoré  Ouagadougou
Centre Hospitalier National Yalgado Ouédraogo de Ouagadougou, Tel.:+ 226 25311655 / 56 / 57
Centre Hospitalier Pédiatrique Charles de Gaulle de Ouagadougou, Tel. : + 226 25.36.67.79
Hôpital St Camille, Ouagadougou, Tel. : + 226 25 36 30 56 st.camille@fasonet.bf/
Centre médical protestant Schiphra, Ouagadougou, Tel. : + 226 25 30 09 86
http://schiphra.com/
Centre médical avec Antenne chirurgical du secteur 30, Ouagadougou, Tel. : + 226 25 37 04 82
Centre médico-social de l'Ambassade de France, Ouagadougou, Tel. : + 226 25 30 66 07
Centre Médical Paul VI, Ouagadougou, Tel: +226 25350065

**Main polyclinics and clinics**

Polyclinique International, Ouagadougou, Tel. : + 226 25375100
Polyclinique du Centre, Ouagadougou, Tel. : + 226 25484716 ou 17
Polyclinique Notre dame de la paix, Ouagadougou, cndp@fasonet.bf , Tel. : + 226 25 35 61 53
Polyclinique Nina, Ouagadougou, Tel. : + 226 25 36 33 81
Polyclinique Yentema, Ouagadougou, cliniqueyentema@hotmail.com, Tel. : + 226 25 33 70 70
Polyclinique TIBS-NERE, Ouagadougou, Tel. : + 226 25 30 31 65

Health & Safety Plan                                                MONTAGE, INC.

Clinique de l'Amitié, Ouagadougou, Tel. : + 226 25 36 12 41, zoungleonce@yahoo.fr

Clinique Philadelphia, Ouagadougou, Clinique-philadelphia@fasonet.bf,Tel.:+226 25 33 26 71

Clinique St Jean, Ouagadougou, Tel. : + 226 25 33 56 22

Clinique KONE Moussa, Ouagadougo,u, Tel. : + 226 25 36 14 79, bkone@caramail.com

Clinique les Genets, Ouagadougou, pzougrana@lesgenets.net, Tel. : + 226 25 37 43 80

Clinique St Marc, Ouagadougou, Tel. : + 226 25 36 35 01

Clinique du Cœur, Ouagadougou, cliniqueducoeur@fasonet.bf, Tel. : + 226 25 39 74 74
(cardiologie)

Clinique ophtalmologique SIMIGNA, Ouaga, simigna@cenatrin.bf,Tel.:+226 50 36 27 87

Clinique NAFI, Ouagadougou, Tel. : + 226 25 43 18 01 ou 02

Clinique El Fateh SUKA, Ouagadougou, Clinique.eltateh@suka.bf, Tel. : + 226 25 43 06 00

Clinique les Flamboyants, Ouagadougou, Tel. : + 226 25 30 76 00,
cmc.flamboyant@liptinfor.bf

Clinique de l'Est, Ouagadougou, Tel. : + 226 25 36 66 74

Eye clinic La lumière, Ouagadougou, Tel. : + 226 25 33 50 74

Sports clinic Koné Seydou,  Ouagadougou,    Tel. : + 226 25 35 34 56

Dental clinic Kindy, Ouagadougou, Tel. : + 226 25 33 37 73

Dental clinique Dent-tech, Ouagadougou, Tel : + 226 25300202 / + 226 70401118

Dental clinic, Ouagadougou, Tel: +226 25346634 / +226 70258711


**CLOSEST HOSPITALS AND CLINICS LOCATIONS ROUTES**



10/17/2017

Embassy of the United States to Hôpital National Blaise Compaoré - Google Maps

## Google Maps    Embassy of the United States to Hôpital National Blaise Compaoré

Drive 8.8 km, 14 min



Embassy of the United States

Boulevard Muammar Kaddafi

Palais présidentiel de Kossyam

Military Base
Camp Militaire

OUAGA 2000

EXTENSION
OUAGA 2000

14 min
8.8 km

rue Bitto

rue Yonoba
rue 16.273
rue 16.425
rue Takista
rue 16.444

TENGADOGO

Hôpital National
Blaise Compaoré

Google

SANDOGO

Map data ©2017 Google    United States    2000 ft

14 min
8.8 km

via Avenue Pascal Zagré and N6

Fastest route

https://www.google.com/maps/dir/Embassy+of+the+United+States,+Ouagadougou,+Burkina+Faso/H%C3%B4pital+National+Blaise+Compaor%C3%A9,+Burkina+Faso/@12.2867816,-1.5353301,14z/d...    1/1



10/17/2017

Embassy of the United States to Polyclinique international de ouagadougou (PCIO) - Google Maps

Google Maps   Embassy of the United States to Polyclinique international de ouagadougou (PCIO)

Drive 700 m, 2 min

Map data ©2017 Google   United States   200 ft

via Avenue Ousmane SEMBENE
Fastest route

2 min
700 m

via unnamed roads

2 min
800 m

https://www.google.com/maps/dir/US+Embassy,+Ouagadougou,+Centre+Region,+Burkina+Faso/Polyclinique+international+de+ouagadougou+(PCIO),+Ouagadougou,+Burkina+Faso/@12.3074318,-1.4...   1/2

Health & Safety Plan                                                              MONTAGE, INC.

Chapter 6
Building Management and Construction

**INTRODUCTION**

MONTAGE, INC.'s buildings and equipment must equal or exceed existing legal standards for safety, fire prevention, sanitation, architectural barriers, health protection, and resistance to seismic forces. Safeguards must provide built-in protection against injury to personnel or damage to property and include methods for limiting the consequences of accidents. Protection systems must permit the most effective work conditions consistent with effective safeguards. Since physical plant facilities are the responsibility of the Engineering Department, the following matters related to engineering and construction must be referred to the Engineering Department: New construction or alteration of buildings, building facilities, fixed equipment, outside utilities such as cooling towers, electrical substations, underground pipes, conduits, or vaults, roadways parking lots, walkways, landscaping, sewers, and drainage systems. Plans under consideration that will affect any structure or physical plant facility because of the size of the project, loads, vibration, temperature requirements, humidity control, radiation background, or ventilation requirements, or any code-related feature of the facility.

**GENERAL REQUIREMENTS**

The following general requirements apply to all buildings: Construction should be of non-combustible or fire-rated materials as much as possible. Building Manager must ensure that the floors of traffic corridors are unobstructed and meet code requirement. All work areas should have the following:

1. At least two unobstructed exits if total floor area is over 250 sq. ft. A smooth wall finish and smooth, impermeable work surfaces.
2. Automatic fire detection and suppression systems.
3. Adequate ventilation. Additional requirements for manufacturing, industrial or production areas are as follows: Safety enclosures or barriers for high-energy systems.
4. Warning signals and safety interlocks for high-energy systems or equipment. Adequate grounding devices for electrical systems as required by the National Electric Code and this manual.
5. Proper design of pressurized gas systems in accordance with this manual.
6. Additional requirements for chemical handling areas are as follows: Process and special ventilation in accordance with the ACGIH standards and recommendations. Safety storage arrangements for chemicals.
7. Emergency eye-wash and shower facilities.

**CONTRACTORS**

In addition to the full- and part-time employees on the MONTAGE, INC. payroll, important work is performed by personnel through contract arrangements. These non- MONTAGE, INC. persons are sometimes referred to as contract or subcontract personnel. Nevertheless, the safety obligations of subcontractor personnel are the same as those of the MONTAGE, INC. employees. Those MONTAGE, INC. supervisors assigned to direct work of contractor and/or subcontractor employees must instruct and otherwise provide safety equipment and

conditions equivalent to those provided to payroll employees.  This is to ensure that MONTAGE, INC. property is protected from damage and that all employees, payroll or non-payroll, are protected from work injury and illness. MONTAGE, INC. is required by law to make its facilities as safe as possible for the protection of the employees of its contractors and subcontractors, as well as any other visitor.

**CONSTRUCTION SAFETY**

Construction safety is closely monitored by the various on-site construction supervisors, job site coordinators, superintendents, architects, engineers, government and private inspectors, contractor's and subcontractor's safety officials and MONTAGE, INC.'s Responsible Safety Officer, all of whom must work closely together.  Each contractor and subcontractor must supply the name of its designated safety official for that job site to MONTAGE, INC.'s Responsible Safety Officer before being allowed to commence work on the site.  In addition, the following definitions and procedures formalize the safety responsibilities and duties of all those persons involved with construction site management.

**CONSTRUCTION LEADERSHIP**

The following definitions describe personnel referred to in these procedures.  <u>Construction Inspector</u>:  The person assigned by MONTAGE, INC. to monitor subcontractor activities for construction compliance with the subcontract specifications and drawings.  <u>Responsible Safety Officer</u>:  The person assigned to monitor construction safety.  <u>Architect/Engineer (A/E)</u>:  The person assigned by MONTAGE, INC. to ensure that a construction project is build according to contract documents and design intent may also be called Project Architect, Project Engineer, or Project Manager.  <u>Subcontractor</u>:  Firm responsible for actual construction and compliance with all safety regulations.

**OSHA REGULATIONS AND BUILDING OWNER**

The Responsible Safety Officer has been given the responsibility by MONTAGE, INC. and OSHA for monitoring the safety of construction site activities and enforcing all OSHA regulations.  The extent of monitoring will vary depending upon the type of activity the subcontractor is engaged in.  The Responsible Safety Officer role after visiting a construction site is to advise the Construction Inspector and the Architect/Engineer whenever the subcontractor is in violation of a safe practice or an unsafe condition exists.  After notification by Responsible Safety Officer, the Construction Inspector and the Architect/Engineer are responsible for notifying the Subcontractor to take corrective action.  The responsibility for correction of the problems rests with the Subcontractor.  The Responsible Safety Officer will follow up to ensure that corrective action is being taken or had been taken by the Subcontractor.  A record will be maintained by the Responsible Safety Officer giving the date, discrepancies noted, notifications given, and actions taken by the Subcontractor.

**SUBCONTRACTOR SAFETY**

The Responsible Safety Officer is responsible for monitoring the safety performance of the Subcontractor.  He/she will usually coordinate visits with the Construction Inspector, of if the Construction Inspector is not available, will carry on the monitoring activities.  The Subcontractor's safety performance must be logged by the Responsible Safety Officer, and if

Health & Safety Plan                                            MONTAGE, INC.

necessary referred in writing to the Construction Inspector and the Architect/Engineer for notification to the Subcontractor and subsequent action as appropriate by the Subcontractor.

## SUBCONTRACTOR EMPLOYEES

Except when responding to an emergency, personnel entering a construction site must: Identify themselves to the Construction Inspector and/or Architect/Engineer upon arrival. State the purpose of their visit and the area to be visited.  Obey the on-the-job instructions, wear appropriate protective equipment, and follow any special instructions given by the Construction Inspector.  Communicate with the Subcontractor only through the Construction Inspector and Architect/Engineer.  Notify the Construction Inspector when their visit is terminated.  The Responsible Safety Officer visits to construction sites will normally be limited.  Instructions and/or recommendations from the Responsible Safety Officer must be directed to the Subcontractor in the presence of the Construction Inspector.  In cases of imminent threat to life safety or severe hazard of injury, the Responsible Safety Officer Inspector may contact the Subcontractor without the presence of the Construction Inspector. Operational problems relating to the safety will be coordinated by the Responsible Safety Officer and discussed directly with the Construction Inspector and/or with the Architect/Engineer.  The Construction Inspector and Architect/Engineer will notify the Subcontractor of the need to fulfill his responsibilities.

## SUBCONTRACTORS PROJECT SAFETY PROGRAM

The Subcontractor must submit a project safety program for review and acceptance before any on-site activities.  The Safety Program must be acceptable to the Responsible Safety Officer, with copies of the accepted program going to the Construction Inspector, the Architect/Engineer and the Contract Administration.  The Subcontractor must comply with all rules and the construction industry safety orders by OSHA.

## PRE-JOB CONSTRUCTION CONFERENCES

The Construction Inspector must notify the Responsible Safety Officer of the Subcontractor's on-site start date and discuss any unusual safety problems with the Responsible Safety Officer and the Architect/Engineer.  In addition, Responsible Safety Officer and Architect/Engineer will discuss any unusual safety problems at a construction pre-start meeting with the Subcontractor.

## FIRE INSPECTIONS

Construction site fire safety inspections may be made at any time by any authorized representative.  All discrepancies or problems observed must be in writing and addressed to the Construction Inspector and Architect/Engineer.

## STOP WORK ORDERS

The MONTAGE, INC. stop work procedure applies to all construction subcontractor activities.  It must be used only where life-safety or hazard of severe injury situations exist, or where significant damage to equipment or property could occur if the operation continued. The Construction Inspector or Architect/Engineer of a construction project is responsible for directing the Subcontractor to stop an operation whenever he/she has reason to believe that continuing will lead to injury or damage to MONTAGE, INC. or Subcontractor employees or

property.  The Responsible Safety Officer is authorized to request the Construction Inspector to have the Subcontractor stop any operation they believe will lead to injury of MONTAGE, INC. or Subcontractor personnel or damage to MONTAGE, INC. or Subcontractor property.  All work stoppages must be in writing to the Subcontractor and must reference Safety and Health or the Subcontractor's General Conditions, and, if known, the appropriate OSHA regulation.  A safety memorandum must be issued by the Responsible Safety Officer after each instance of stopping work, with copies to the Construction Inspector, the Architect/Engineer and the Contract Administrator.  Work must not resume until authorized by MONTAGE, INC. management.  An example of a work stoppage situation would be having people working next to an upper-level edge not provided with edge barriers.  A stop work notice would be issued and work would not resume until MONTAGE, INC. management was satisfied that proper barriers were in place.  When issuing a stop work order, only those areas of the construction project immediately involved in the hazardous situation are included in the order.  Differences of opinion between the Responsible Safety Officer and the Construction Inspector or Architect/Engineer concerning a stop work order must be immediately referred to their supervisors or department heads.  The Responsible Safety Officer's recommendations must be followed until the supervisors/department heads make a decision.  In the absence of the Construction Inspector, the Responsible Safety Officer must direct the Subcontractor to stop an operation that the Responsible Safety Officer considers perilous to personnel or property.  The Responsible Safety Officer must locate the Construction Inspector, the Architect/Engineer, or the department head and notify them of the action taken.

## SERIOUS ACCIDENTS ON SITE
In the event of a serious accident on a construction site, the Construction Inspector, Architect/Engineer, or Responsible Safety Officer will determine if all work is to be immediately stopped.  If work is stopped, all workmen in the immediate area are to be assembled by the Subcontractor until the Responsible Safety Officer has conducted an initial investigation, collected applicable information from witnesses, and determined whether work may resume.  The person stopping work must initiate notification of Responsible Safety Officer and MONTAGE, INC.'s legal Counsel.

## EXCAVATION AND SHORING
Job orders, purchase orders, and subcontracts for excavations that are five (5) or more feet deep or are in unstable earth and in which people will work, must specify that shoring is required that is in compliance with 29 CFR 1926, Subpart P, Excavation, which is available from Engineering Department of the Responsible Safety Officer.  If it is necessary to deviate from the requirements, a civil engineer registered by the State must submit detailed data to the Responsible Safety Officer for alternative effective shoring and sloping systems.  These data shall include soil evaluations, slope stability, and estimation of forces to be resisted, together with plans and specifications of the materials and methods to be used.  When sheet piling is to be used, full loading due to ground water table must be assumed unless prevented by weep holes and drains or other means.  Additional stringers, uprights, and bracing must be provided to allow for any necessary temporary removal of individual supports.  Excavated material must be located at least two (2) feet back from the edge of excavations of five (5) feet or greater depth and one (1) foot back from the edge for excavations less than five (5)

Health & Safety Plan                                                        MONTAGE, INC.

feet deep.  Sloping.  Instead of a shoring system, the sides or walls of an excavation must be sloped, if this provides equivalent protection.  The degree of sloping is dependent on the type of soil and the depth of excavation.  Sloping requirements are shown in 29 CFR 1926, Subpart P, Appendix B. Supervision.  Excavation work must always be under the immediate supervision of someone with authority and qualifications to modify the shoring system or work methods as necessary to provide greater safety.  A ladder projecting 36 inches above ground surface must be provided for access and exit.  Travel distance to the ladder must not exceed 25 feet.

Health & Safety Plan                                              MONTAGE, INC.

Chapter 7
Fire Safety

**INTRODUCTION**

Policy and planning for fire safety at MONTAGE, INC. takes into account the special fire hazards for specific operating areas, the protection of high-value property, and the safety of employees.  These ends are met by * Non-combustible or fire-rated materials and construction practices suitable to the assigned used of buildings and facilities * Alarm systems and automatic extinguishing systems *  Availability of suitable hand extinguishers and local hose lines for use before firefighters arrive *  Access to professional fire department, always staffed and trained in the control of emergencies that could occur at the Company.  (The Fire Department makes the initial response to all requests for emergency aid received on the emergency telephone number 911.)  This chapter covers the fire safety responsibilities of employees and supervisors and sets forth the fire safety rules and procedures.

**FIRE DEPARTMENT**

The Community Fire Department is responsible for protecting people and property from fires, explosions, and other hazards through prevention and expeditious control of such events.  In addition, the Fire Department provides first-response rescue and transportation services in medical emergencies.  The Fire Department's inspection staff is responsible for ensuring company-wide compliance with fire safety and protection requirements and for reviewing all plans and procedures for compliance with these requirements:  for inspecting and testing automatic fire protection and alarm systems and ensuring their maintenance and repair; for conducting fire safety and protection inspections; and for providing fire prevention recommendations.  Other responsibilities include training employees in fire safety equipment, practices, and procedures.  All these fire protection and response functions are performed in conformance with OSHA regulations, State law, MONTAGE, INC. policies, and nationally recognized standards and guidelines for fire and life safety.  The Fire Chief and the Fire Marshall have the authority to enforce applicable requirements of the Uniform Building Code; the Uniform Fire Code; National Fire Protection Association Codes (including the Life Safety Code), Standards, and Recommended Practices; and the fire protection provisions of OSHA Orders.  All employees must immediately report fires, smoke, or potential fire hazards to the Fire Department (dial 911).  All employees must conduct their operations in such a way as to minimize the possibility of fire.  This means applying rules such as keeping combustibles separated from ignition sources, being careful about smoking, and avoiding needless accumulations of combustible materials.  Supervisors are responsible for keeping their operating areas safe from fire.  The Responsible Safety Officer and the Fire Department will provide guidance and construction criteria with respect to fire and life safety as well as inspections.  The provision and maintenance of fire detection systems and both automatic and manual fire extinguishing equipment is the responsibility of the Responsible Safety Officer.  But the supervisor, who best knows the day-to-day nature of his/her operations, is responsible for notifying the Responsible Safety Officer of operations that change the degree of risk and will therefore require a change in the planned fire protection provisions.

Health & Safety Plan                                                    MONTAGE, INC.

## SUPERVISOR RESPONSIBILITIES

Supervisors must ensure that their personnel are properly instructed regarding potential fire hazards involved in their work and around their workplaces, the proper precautions to minimize fires, and the procedures in case of fire.  The local Fire Department and the Responsible Safety Officer also offer formal courses and training materials on fire prevention and response: * Fire Safety * Fire-Extinguisher Operation * Self-Contained Breathing Apparatus.

## CLASS A COMBUSTIBLES

Class A combustibles are common materials such as wood, paper, cloth, rubber, plastics, etc. Fires in any of these fuels can be extinguished with water as well as other agents specified for Class A fires.  They are the most common fuels to be found in non-specialized operating areas of the work place such as offices.  Safe handling of Class A combustibles means: Disposing of waste daily.  Keeping work area clean and free of fuel paths, which can spread a fire, once started.  Keeping combustibles away from accidental ignition sources such as hot plates, soldering irons, or other heat or spark-producing devices.  Keeping all rubbish, trash, or other waste in metal or metal-lined receptacles with tight-fitting covers when in or adjacent to buildings.  (Exception:  wastebaskets of metal or of other material and design approved for such use, which are emptied each day, need not be covered.)  Using safe ashtrays for disposal of smoking materials and making sure that the contents are extinguished and cold to the touch before emptying them into a safe receptacle.  Planning the use of combustibles in any operation so that excessive amounts need not be stored.  Storing paper stock in metal cabinets and rags in metal bins with automatically closing lids.  Making frequent inspections and checks for noncompliance with these rules in order to catch fires in the potential stage.

## CLASS B COMBUSTIBLES

Class B combustibles are flammable and combustible liquids (including oils, greases, tars, oil-based paints, lacquers) and flammable gases.  Flammable aerosols (spray cans) are treated here. Cryogenic and pressurized flammable gases are treated elsewhere in this manual.  The use of water to extinguish Class B fires (by other than trained firefighters) can cause the burning liquid to spread carrying the fire with it.  Flammable-liquid fires are usually best extinguished by excluding the air around the burning liquid.  Generally, this is accomplished by using one of several approved types of fire-extinguishing agents, such as the following: Carbon dioxide ABC multipurpose dry chemical Halon 1301 (used in built-in, total-flood systems) Halon 1211 (used in portable extinguishers) Fires involving flammable gases are usually controlled by eliminating the source of fuel, i.e., closing a valve.  Technically, flammable and combustible liquids do not burn.  However, under appropriate conditions, they generate sufficient quantities of vapors to form ignitable vapor-air mixtures.  As a general rule, the lower the flash point of a liquid, the greater the fire and explosion hazard.  It should be noted that many flammable and combustible liquids also pose health hazards. NOTE:  The flash point of a liquid is the minimum temperature at which it gives off sufficient vapor to form an ignitable mixture with the air near the surface of the liquid or within the vessel used.  It is the responsibility of the user to ensure that all Class B combustibles are properly identified, labeled, handled, and stored.  If assistance is required, contact the Responsible Safety Officer.  Safe handling of Class B combustibles means:

Health & Safety Plan                                                    MONTAGE, INC.

Using only approved containers, tanks, equipment, and apparatus for the storage, handling, and use of Class B combustibles.  Making sure that all containers are conspicuously and accurately labeled as to their contents.  Dispensing liquids from tanks, drums, barrels, or similar containers only through approved pumps taking suction from the top or through approved self-closing valves or faucets.  Storing, handling, and using Class B combustibles only in approved locations, where vapors cannot reach any source of ignition, including heating equipment, electrical equipment, oven flame, mechanical or electrical sparks, etc.  Never cleaning flammable liquids within a building except in a closed machine approved for the purpose.  Never storing, handling, or using Class B combustibles in or near exits, stairways, or other areas normally used for egress.  In rooms or buildings, storing flammable liquids in excess of 10 gallons in approved storage cabinets or special rooms approved for the purpose.  Knowing the locations of the nearest portable fire extinguishers rated for Class B fires and how to use them.  Never smoking, welding, cutting, grinding, using an open flame or unsafe electrical appliances or equipment, or otherwise creating heat that could ignite vapors near any Class B combustibles.

**ELECTRICAL FIRES**

There are many combustible materials, including electrical equipment, oxidizing chemicals, fast-reacting or explosive compounds, and flammable metals, which present specialized fire safety and extinguishing problems.  Refer to other appropriate chapters of this manual for safe handling advice.  If in doubt, request advice from the Responsible Safety Officer.

**WELDING AND OTHER PERMITS**

As part of the local Fire Department's program to control and reduce fire hazards, a permit system is in effect to cover welding, burning, or other operations with a high fire hazard.  Typically, operations that require a permit are:  Welding (arc, oxyacetylene, or heliarc); Soldering (which requires an open flame); Use of a torch (for cutting, bending, forming, etc.) Use of tar pots (for road work or roofing, etc.); Open fires for any purpose; Spray painting.  To obtain additional information or to request a permit for these operations, call the Fire Department on its business line, **NOT** the emergency 911 number.

**PORTABLE HEATERS**

The use of these devices, whether privately or company owned, is allowed only where there is no chance of causing injury to personnel or of creating a fire hazard.  This provision obviously requires common sense in safely locating such devices and ensuring that they do no operate when they are unattended.  These devices may not be used in locations where: Flammable or explosive vapors or dusts may be present.  Smoking, eating, or drinking are prohibited because toxic or radioactive materials may be present.  The area has been designated as unsafe for such devices.  The following practices should be carried out when operating portable heating appliances:  Do not place the appliance on unstable or readily combustible materials.  Maintain a clearance of at least 12 inches between the appliance and combustible materials.  Ensure that the appliance is approved by either Underwriters Laboratories, Inc. or Factory Mutual Research Corporation.  Connect the appliance directly to a proper electrical outlet using only the cord with which it was originally equipped.  Do not use extension cords in lieu of permanent wiring.  Do not operate appliances during off hours if they are unattended unless they are controlled by a timer installed by a MONTAGE,

INC. electrician.  The timer will automatically de-energize the appliance during off-hours and energize it not more than 30 minutes before the arrival of personnel.  If 24-hour operation is desirable, the proposed operation and arrangement must be reviewed by the local Fire Department and a permit obtained.  This permit must be posted near the operating appliance for the information of off-shift personnel who may be checking the area.

## FIRE FIGHTING EQUIPMENT

This section describes the fixed or portable equipment that is provided in working areas for fire protection.  The fixed equipment includes automatic sprinklers, detectors and alarms, fire doors, etc.  The portable equipment consists of fire extinguishers and hoses to be operated by employees before the arrival of the local Fire Department.

## FIRE DETECTORS

Several types of automatic fire detectors are used throughout MONTAGE, INC., according to particular needs and purposes.  All of them will detect fire (by one of several means) and transmit an alarm to the fire station.  In the many buildings equipped with evacuation alarm bells, the automatic detectors activate those alarms, as do the manual pull boxes.  In some cases, automatic extinguishing systems are activated by automatic detectors.  The Fire Department always dispatches firefighters and apparatus to the scene of any automatically actuated alarm.

## SPRINKLER SYSTEMS

Many buildings are provided with automatic sprinkler systems.  The sprinkler heads contain a fusible element (most commonly fused at 212 degrees F) which on melting, opens the head and starts a spray of water.  The resulting flow of water in the piping activates an alarm at the fire station, and firefighters are dispatched.  Automatic sprinkler heads can be damaged if they are subjected to mechanical abuse.  A protective cage should be installed where such damage is possible.  Heat inadvertently applied to the sprinkler head can also activate the sprinkler when no actual fire is present.  Normal heat sources should therefore be help away from sprinkler heads.  To avoid decreasing the flow or spread of water or altering the spray pattern, do not allow material or furniture to be located too near the sprinkler head.  Allow at least 18 inches of clearance around sprinkler heads.  Sprinkler system control valves must be kept accessible for Fire Department use.  Allow at least three (3) feet of clearance (enough for a man to pass through easily) around such valves.

## ALARM SYSTEM

In most buildings, evacuation alarm bells are automatically activated when fire is detected.  They can also be activated manually at strategically located pull boxes.  The emergency actions of personnel and the evacuation procedures for each building or operating area are usually set forth in the Operational Safety Procedures for each building and posted near the main entrance or fire exit or elevator.  Never use the elevator in case of a fire.

## FIRE DOORS

Automatic fire doors and dampers are provided at strategic points to close and block the spread of smoke and fire when these are sensed by automatic detectors.  Automatic fire doors must never be blocked or left in disrepair so that they cannot close and latch automatically as

intended in the event of a fire. Self-closing fire doors are those doors designed and installed to close each time after being opened. They too must never be blocked, wedged, or tied open. If such doors must be kept open, the self-closers must be replaced with approved automatic smoke-activated release hold-open devices.

## FIRE EXITS

Exit corridors must not be used for storage. The Life Safety Code, NFPA 101, requires that buildings designed for human occupancy must have continuous and unobstructed exits to permit prompt evacuation of the occupants and allow necessary access for responding emergency personnel. The intent of the Code is to keep exits free from obstructions and clear of combustible materials. Attention to housekeeping, therefore, if very important. "Temporary" storage of furniture, equipment, supplies, or anything else is not permitted in exit ways. Combustibles, including recyclable waste paper, are not permitted in exit ways. Metal lockers with ends and tops ferried to the walls and that do not interfere with minimum exit width requirements may be installed in exit corridors when approved by the Fire Department and the Responsible Safety Officer. The following requirements must be met for storage locker/cabinets: Cabinets will be permitted on one side of the corridor only. Cabinets must end at least six (6) feet from the corridor exit door. Cabinet ends must be at least 12 inches from the edge of the doorway on the latch side and from the edge of the door leaf when fully opened into the corridor. The cabinets must not be more than 20 inches deep by 37 inches wide by 72-3/4 inches high. The cabinets must be all metal construction with positive latches to prevent spillage of contents in the event of an earthquake. All doors must return automatically to the closed position when not held open manually. A 45 degree-angle fairing must be provided from the wall to the corridor corner of the cabinet. Fairing must be provided at both ends of cabinet or bank of cabinets * a 45 degree-angle fairing must be provided at the top of the cabinets from the outside corridor edge of cabinet to the wall. All cabinets must be anchored to the wall firmly enough to withstand 0.5g of lateral acceleration (or a lateral load equal to 1/2 the total dead weight of the cabinet and its contents) in the event of an earthquake. Liquids and chemicals are not to be stored in corridor lockers. All cabinets must be kept locked, with one key being retained by the building manager. All cabinets must be labeled with the contents and the name, address, and telephone number of the assigned user. Any deviation from the above requirements must be approved by the Responsible Safety Officer.

## MECHANICAL EQUIPMENT ROOMS

Mechanical equipment rooms contain boilers, blowers, compressors, filters, electrical equipment, etc. Such rooms must be separated from other areas of a building by fire-resistant walls and doors. To maintain the integrity of these separations, the fire doors must never be left open. Fan rooms house ventilation equipment which often includes automatic shut down dampers activated by interlocking with the building smoke and fire detectors. Fire dampers and other automatic shut-down provisions must not be disabled without Fire Department approval (as for temporary maintenance procedures). Mechanical equipment rooms and fan rooms must not be used for storage of any kind.

## CONSTRUCTION AREAS

Construction areas under control of either MONTAGE, INC. or outside contractors must be maintained in a fire-safe condition and accessible to emergency response forces.

## LIFE SAFETY CODE

The Life Safety Code of the National Fire Protection Association, NFPA 101, requires that emergency lighting be provided for means of egress in certain areas.  The Code states emergency lighting is required in exit corridors in any office-type building where the building is two or more stories in height above the level of exit discharge.   In industrial occupancies such as laboratories and shops, the Code requires emergency lighting in all exit aisles, corridors, and passageways.  Emergency lighting may be installed in areas where not required by the Code when such areas present an egress hazard during a power failure.  Although elevators are not considered a means of egress within the jurisdiction of the Life Safety Code, they do require emergency lighting.  (Titles 8 and 24 require that emergency lighting be maintained in an elevator for a period of at least four (4) hours.)  Several types of emergency lights that satisfy the specifications of the Life Safety Code are:  Battery Type - Only rechargeable batteries may be used.  The rating of the battery must be such that is provides power for illumination for one and one-half hours in the event of a failure of normal lighting.  Generator Type – When emergency lighting is provided by an electric generator, a delay of not more than 10 seconds is permitted.  Exit sign lights, when burned out, should be reported to Maintenance for service.

## EXIT CORRIDORS

Exit Corridors must not be used for storage.  The Life Safety Code, NFPA 101, requires that buildings designed for human occupancy must have continuous and unobstructed exits to permit prompt evacuation of the occupants and allow necessary access for responding emergency personnel.  The intent of the Code is to keep exits free from obstructions and clear of combustible materials.  Attention to housekeeping, therefore, is very important.  "Temporary" storage of furniture, equipment, supplies, or anything else is not permitted in exit ways.  Combustibles, including recyclable waste paper, are not permitted in exit ways.  Metal lockers with ends and tops ferried to the walls and that do not interfere with minimum exit width requirements may be installed in exit corridors when approved by the Fire Department and the Responsible Safety Officer.  The following requirements must be met for storage locker/cabinets:  Cabinets will be permitted on one side of the corridor only.  Cabinets must end at least six (6) feet from the corridor exit door.  Cabinet ends must be at least 12 inches from the edge of the doorway on the latch side and from the edge of the door leaf when fully opened into the corridor.  The cabinets must not be more than 20 inches deep by 37 inches wide by 72-3/4 inches high.  The cabinets must be all metal construction with positive latches to prevent spillage of contents in the event of an earthquake.  All doors must return automatically to the closed position when not held open manually.   A 45 degree-angle fairing must be provided from the wall to the corridor corner of the cabinet.  Fairing must be provided at both ends of cabinet or bank of cabinets * a 45 degree-angle fairing must be provided at the top of the cabinets from the outside corridor edge of cabinet to the wall.  All cabinets must be anchored to the wall firmly enough to withstand 0.5g of lateral acceleration (or a lateral load equal to 1/2 the total dead weight of the cabinet and its contents) in the event of an earthquake.  Liquids and chemicals are not to be stored in corridor lockers.  All

Health & Safety Plan                                                    MONTAGE, INC.

cabinets must be kept locked, with one key being retained by the building manager.  All cabinets must be labeled with the contents and the name, address, and telephone number of the assigned user.  Any deviation from the above requirements must be approved by the Responsible Safety Officer.

**NO SMOKING**

Smoking is forbidden in certain areas for fire safety reasons.  Such areas include the following:  Where flammable gases or liquids are stored, handled, or used.  Where significant quantities of combustible materials, such as paper, wood, cardboard, or plastics are stored, handled, or used.  Where liquid-or gaseous oxygen is stored, handled, or used.  Within 20 feet of a smoke detector.  In tape and record storage vaults and computer equipment areas. Areas that are designated "No Smoking" areas for fire safety reasons are indicated by large rectangular signs consisting of white backgrounds with red letters stating "NO SMOKING."

The phone number to request a burn permit on this project will be determined at a later date. A burn permit is required prior to any burning, cutting, welding or soldering.

Health & Safety Plan                                                    MONTAGE, INC.

Chapter 8
Gases

**INTRODUCTION**

This chapter contains guidelines and requirements for the safe use of flammable and/or compressed gases.  It covers the use of flammable-gas piping systems, high-pressure gas cylinders, manifolded cylinders, and compressed air.

**HAZARDS**

All gases must be used in a manner that will not endanger personnel or property in routine shop use or experimental operations.  Hazards associated with handling and use of flammable and/or high-pressure gases include the following: Injuries caused by flying objects accelerated by an explosion or pressure release; Almost certain death if a flammable mixture is inhaled and then ignited; Asphyxiation; Secondary accidents such as falls or electrical shocks; Fire caused by ignition of flammable gases.

**RELIEF VALVES REQUIRED**

All systems, system components, and piping subject to over-pressures must be equipped with relief devices.

**OPERATIONAL SAFETY PROCEDURES**

Equipment containing highly toxic gases requires an Operational Safety Procedure (OSP) and must comply with the requirements described in the chapters on chemical safety.  If you are in doubt as to the hazards, toxicity, or safe operating practices for any gases, consult the Responsible Safety Officer.

**FIRE RISK**

Fire requires three elements:  fuel, oxygen, and ignition.  Any experiment or routine operation that places a flammable gas in the presence of an oxidant (air, oxygen) and an ignition source (spark, flame, high temperature) is extremely dangerous.  To reduce the risk of fire, eliminate two of these elements.  Thus, when using flammable gases (1) eliminate ignition sources and (2) prevent mixing of fuel with air or oxygen.  Contain or vent fuel. Pyrophoric substances, which are materials that ignite spontaneously when exposed to air, require even more care.  Minimize the use of oxygen in high concentration.  Materials not normally considered combustible burn violently in high-oxygen atmospheres.  Therefore, special precautions must be taken when working with high-oxygen concentrations.

**GUIDELINES**

All personnel authorized to work with flammable gases must be familiar with the hazards and emergency measures that might be required in the event of an accident.  For safe operation the following safety guidelines must be observed:  A piping (schematic) diagram of the apparatus and an operating procedure that includes safety considerations and emergency instructions must be developed, and the installed piping must be inspected to ensure that it is installed as shown on the piping diagram.  Only personnel authorized to work on the experiment are allowed in the operations area.  Appropriate warning devices and signs, such as "Danger-Hydrogen" and "No Smoking and Open Flames," must be posted on or near the work area and at the doors to the operating area.  Extra cylinders must be stored in an

59

approved area outside the building or work area.  When two or more cylinders containing flammable gases are used inside a room or other confined area, and are connected to a common manifold, the regulators must be notified.  The existing relief valves on the regulator must be replaced with two special relief valves connected to a metal vent line that terminated outside and above the building.  Likewise, when the building occupancy is rated H7, as defined in the Uniform Building Code, all flammable gas regulators must have their relief valves vented to a vent line that terminates outside and above the building.  All ignition sources, e.g., welding torches, lit cigarettes, electric arcs, electrostatic charges, and pilot lights, must be kept away from flammable gases at all times. Ventilation must be provided to prevent entrapment of flammable gases in closed areas.  If the gas is lighter than air, overhead ventilation is required.  Gases denser than air must be prevented from entering trenches and manholes where they can collect and form explosive mixtures with air. Cracking a hydrogen gas cylinder valve before attaching the regulator is not recommended since the gas may be ignited by static charge or friction heating.  Closing the valve stops the flame immediately.  Never use a flame to detect flammable gas leaks.  Use soapy water or use other approved methods.  If a flammable gas cylinder is discovered with a small leak and the gas has not ignited, the cylinder must be moved carefully to a safe outside area.  If the leak is serious or the gas has ignited, evacuate the area and call the MONTAGE, INC. security department and the local Fire Department immediately.

## HYDROGEN

Hydrogen is a colorless, odorless, non-toxic, high flammable gas.  It is the lightest gas, being only 0.07 times the density of air and having a rate of diffusion 3.8 times faster than air, which allows it to fill a confined space rapidly.  The danger hydrogen poses is evident from its wide range of flammable mixtures:  4% to 75% in air and 4% to 94% in oxygen. Hydrogen-air mixtures can be ignited by an extremely low energy input, 0.02 millijoules, which is only 10% of the energy required to ignite a gasoline-air mixture.  High-pressure hydrogen leaks will usually ignite as a result of the static electricity generated by the escaping gas.  The ignition temperature of hydrogen is 932 degrees F, its flame velocity is 270 cm/sec (almost 10 times the velocity of a natural gas flame), and it burns with a virtually colorless (invisible) flame at 3713 degrees F.  If ignited, unconfined hydrogen and air mixtures will burn or explode depending upon how close the mixture is to being stoichiometric.  Confined mixtures may detonate (burn at sonic velocity) depending upon the mixture and the geometry of the confined space. Hydrogen is not toxic but can cause asphyxiation.  See NFPA 50A, Standard for Gaseous Hydrogen Systems at Consumer Sites.

## OXYGEN

Oxygen supports combustion but is itself nonflammable.  Oxygen lowers the ignition point (in air) of flammable substances and causes them to burn more vigorously.  Materials such as oil and grease burn with nearly explosive violence in oxygen, even in minute quantities. Therefore, oxygen cylinders must not be handled with greasy or oil hands or gloves and must not be stored near highly combustible materials such as oil, grease, or reserve acetylene. Oxygen must never be used to purge lines, to operate pneumatic tools, or to dust clothing – cloth, plastics, etc., saturated with oxygen burn explosively.  Accordingly, oxygen cylinders must never be used as hat racks, clothes hangers, etc., since leaky fittings can result in accumulations of gas in the covering material.  Insects in oxygen "pigtails" can ignite

Health & Safety Plan                                              MONTAGE, INC.

spontaneously and may cause sufficient heat and over-pressure to burst the pigtail, valve, or manifold:  don't leave pigtails disconnected for more than a few minutes.  Do not use white lead, oil, grease, or any other non-approved joint compound for sealing oxygen-system fittings.  Threaded connections in oxygen piping must be sealed with joint compounds or Teflon tape approved for oxygen service.  Litharge and water is recommend for service pressures above 300 psig (2.0 MPa).  Gaskets must be made of non-combustible materials.  When high-pressure oxygen cylinders are stored inside a building, they must be separated from flammable gas cylinders by at least 20 feet or by a fire-resistive partition.

**ACETYLENE**

Acetylene is used principally with welding and cutting torches.  Commercial acetylene gas is colorless and high flammable with a distinctive garlic-like odor.  Acetylene, in its free state under pressure, may decompose violently – the higher the pressure, the smaller the initial forced required to cause an explosion.  Therefore, acetylene is stored in acetone, which dissolves 300 times its volume of acetylene. Acetylene cylinders are filled with a porous filler material that holds the acetone.  The combination of filler and acetone allows acetylene to be contained in cylinders at moderate pressures without danger of explosive decomposition.  Full cylinder pressure is 250 psig at 70 degrees F.  CAUTION:  when acetylene is withdrawn from its cylinder too rapidly, the gas cannot come out of solution fast enough, the downstream pressure drops, and liquid acetone is thrown out of the cylinder and may limit the flow of the pressure-reducing regulator.  The following precautions are recommended when working with acetylene:  To prevent flashbacks check valves are required in welding gas lines and at the welding/cutting torch.  If the acetylene pressure drops, the oxygen pressure at the torch can push oxygen back up the acetylene line, where it can mix with acetylene and cause a flashback.  Copper must not be used in acetylene piping – copper forms an impact-sensitive copper acetylide.  NEVER use free acetylene gas outside the cylinder at pressures over 15 psig (30 psia) – it can decompose violently. Acetylene cylinders should be used or stored only in an upright position to avoid the possibility of acetone leaking from the cylinder.  If an acetylene cylinder has been stored horizontally, the cylinder should be put upright and left if that position for about 30 minutes before being used.  When cylinders are empty or acetylene, valves must be closed to prevent evaporation of the acetone. Acetylene cylinders may be filled only by the supplier.

**MAGIC GAS**

Magic Gas (magic gas II) has been used at MONTAGE, INC. in multi-wire proportional chambers.  This particular mixture is denser than air and consists of the following:  Isobutane _____23.52% Methyial (dimethoxy-methane)_____4.00% (nominal) Freon 13-B1 _____ 0.48% Argon_____72.00% .  This gas is purchased premixed in Matheson 1F (Fat Boy) cylinders pressurized to 35 psig.  The flammable limits of this gas are about 1.8% to 7% in air.  MONTAGE, INC. safety rules for high-pressure cylinders and flammable gases apply to all uses of Magic Gas.

**CYLINDERS**

Only cylinders meeting Department of Transportation (DOT) regulations may be used for transporting compressed gases.  Each cylinder must bear the required DOT label for the compressed gas contained, except under certain specified conditions set forth in DOT

regulations.  It is illegal to remove or to change the prescribed numbers or other markings on cylinders – do not deface, cover, or remove any markings, labels, decals, or tags applied or attached to the cylinder by the supplier.  Each cylinder in use at MONTAGE, INC. must carry a legible label or stencil identifying the contents.  Do not repaint cylinders unless authorized by the owner.  Compressed-gas containers must not contain gases capable of combining chemically, nor should the gas service be changed without approval by Responsible Safety Officer.  The cylinder-valve outlet connections on cylinders containing gas mixtures are provided by the gas supplier, based on the physical and chemical characteristics of the gases.  Gas mixtures having a flammable component must have a cylinder-valve outlet connection with left-handed threads, even though the gas mixture is nonflammable, unless Responsible Safety Officer has authorized otherwise.  Regulators, gauges, hoses, and other appliances provided for use with a particular gas or group of gases must not be used on cylinders containing gases having different chemical properties unless information obtained from the supplier indicates that this is safe.  Gases must not be mixed at MONTAGE, INC. sites in commercial DOT cylinders and must not be transferred from one DOT cylinder to another.  Gases mixed at MONTAGE, INC. must never be put into a MONTAGE, INC.- or vendor-owned compressed gas cylinder.  Vendor-owned cylinders must not be used for any purpose other than as a source of vendor-supplied gas.  Only the vendor may pressurize these cylinders.  It is illegal to transport a leaking cylinder (charged or partially charged) by common or contract carrier.

**COMPRESSED GASES**
Compressed gases (over 150 psig) are usually stored in steel cylinders manufactured according to DOT specifications.  When the DOT was formed in 1969, it acquired responsibility for cylinder specifications, formerly issued by ICC.  DOT regulations require the following markings on all cylinders:  Type of cylinder and pressure rating; Serial number; Inspection date.  For example: DOT 3AA2065 973487 6/70.  DOT 3AA indicated DOT specification 3AA, which is a seamless alloy-steel cylinder of definite prescribed steel, not over 1000-lb water capacity, with at least 150-psi service pressure;  2065 is the service pressure at 70 degrees F. and the maximum refill pressure; 973487 is the manufacturer's serial number; and 6/70 is the date of the initial qualifying test.  Old cylinders (made before 1970) will have "ICC" in the markings, whereas cylinders manufactured after 1970 will be market "DOT."  The other identification markings are unchanged.  MONTAGE, INC. owns cylinders for most of the common industrial gases and uses its own content identification color code.  For non-Company-owned cylinders, which may, or may not, have a non-Company color code, the name of the gas painted on each cylinder, rather than the color code, should be used to identify the contents.  Mixed-gas cylinders must be marked with an adhesive label placed on the shoulder of the cylinder.  The label must contain a RED diamond for flammable gas or a GREEN diamond for nonflammable gas.  The percentage of each gas component must be marked on the label and on a tag attached to the valve by the supplier.  In addition, a circumferential white stripe must be painted near the shoulder at the cylinder to indicate mixed gas.

**INSPECTIONS**
All compressed gas cylinders, hoses, tubing, and manifolds must be inspected frequently to ensure that they are free of defects that could cause a failure.  Cylinders must be considered

defective and rejected (or removed from service) if a valve is stiff, or a fitting leaks, or if they contain dents, cuts, gouges, digs over three (3) inches long, leaks (of any size) fire damage, or valve damage.  All defective cylinders (MONTAGE, INC.- or vendor-owned) must be sent back to the manufacturer or vendor for test and repair.  Hoses and fittings that appear worn must be replaced before the equipment is put to further use.  All standard size single compressed gas cylinders that are used only at MONTAGE, INC., such as in fixed tube banks, must be pressure tested to 5/3 (1.67) of their DOT service pressure every six (6) years.

## CYLINDER HANDLING
Compressed gases should be handled only by experienced and properly instructed personnel. When in doubt about the proper handling of a compressed gas cylinder or its contents, consult Responsible Safety Officer.  Compressed gas cylinders are dangerous when handled incorrectly.  Always assume that a cylinder is pressurized.  Handle it carefully.  Never throw, bang, tilt, drag, slide, roll, or drop a cylinder from a truck bed or other raised surface.  If a cylinder must be lifted manually, at least two people must do the lifting.  Because of their shape, smooth surface, and weight, gas cylinders are difficult to move by hand.  A truck or an approved cylinder handcart must always be used to move a cylinder.  Cylinders must be fastened in metal cradles or skid boxes before they are raised with cranes, forklifts, or hoists. Rope or chain lifting slings alone must not be used.  Cylinders, even empty ones, must never be used as rollers for moving materials, as work supports, etc.  If damaged, a cylinder can cause severe injuries, including lung damage from inhalation of toxic contents and physical trauma from explosion.  A pressurized gas cylinder can become a dangerous projectile if its valve is broken off.  When a cylinder is not connected to a pressure regulator or a manifold, or is otherwise not in use, it is extremely important that the cylinder vale be kept closed and the safety cap be kept in pace – the cap protects the cylinder valve (do not lift cylinders by their caps).  Notify Responsible Safety Officer, giving details and cylinder serial number, if you believe that a foreign substance may have entered the cylinder or valve.  Cylinders containing compressed gases should not be subjected to a temperature above 125 degrees F. Flames, sparks, molten metal, or slag must never come in contact with any part of a compressed gas cylinder, pressure apparatus, hoses, etc.  Do not place cylinders where they might become part of an electric circuit.  When cylinders are used in conjunction with electric welding, ensure that the cylinders cannot be accidentally grounded and burned by the electric welding arc.  Cylinders must not be subjected to artificially low temperatures.  Many ferrous metals become extremely brittle at low temperatures.  The loss of ductility and thermal stress at low temperature may cause a steel cylinder to rupture.  Never attempt to repair, alter, or tamper with cylinders, valves, or safety relief devices.

## WORKING WITH GASES
Always identify the contents of a gas cylinder before using it. If a cylinder is not clearly labeled, return it to the Responsible Safety Officer. Before using a cylinder, be sure it is properly supported with two metal chains or the equivalent to prevent it from falling. Contamination of compressed gas cylinders by feedback of process materials must always be prevented by installation of suitable traps or check valves.  Suitable pressure-regulating devices and relief devices must always be used when gas is admitted to systems having pressure limitations lower than the cylinder pressure.  Gas cylinder valves can be "cracked" (opened slightly) momentarily before regulators are attached to blow dirt off the valve seats,

but the valve outlet should always be pointed away from people or equipment.  (Cracking the valve is not recommended with hydrogen because it can be ignited by static charge or friction.)  After the regulator is securely attached to the cylinder valve, fully release (turn counter-clockwise) the pressure-adjusting screw of the regulator before opening the cylinder valve.  Open gas cylinder high-pressure valves slowly; this gives compression heat time to dissipate and prevents "bumping" the gauges.  Never use a wrench on any cylinder-valve hand wheel.  Keep removable keys or handles on valve spindles or stems while cylinders are in service.  Never leave pressure in a system that is not being used.  To shut down a system, close the cylinder valve and vent the pressure from the entire system.  Equipment must not be disassembled while it is under pressure.  Be aware that any valved-off portion of the system may still be under pressure; bleed the hose, line, or vessel before disassembly to ensure that there is not enough pressure energy stored in the trapped gas or in piping distortion to propel loose objects.  Connections to piping, regulators, and other appliances should always be kept tight to prevent leakage.  Where hose is used, it should be kept in condition.  Manifold pigtails should not be left disconnected for more than a few minutes.  Certain insects are attracted to pure gases and will quickly clog these lines.  Never use compressed gas to dust off clothing; this may cause serious injury or create a fire hazard.  About 30 psi gauge pressure (0.2 MPa) must be left in "empty" cylinders to prevent air from entering the cylinder and contaminating it:  air contamination in a hydrogen cylinder is extremely dangerous.  Before a regulator is removed from a cylinder, close the cylinder valve and release all pressure from the regulator.  Before returning an empty cylinder, close the valve and replace the cylinder-valve protective cap and outlet cap or plug, if used.

## CYLINDER STORAGE

Cylinders not actively in use inside of buildings must be stored outside in areas approved by Responsible Safety Officer and must be fastened – with two metal chains or bars or in a fixture – to prevent them from falling if they are bumped or shaken, as during an earthquake.  When gases of different types are stored at the same location, cylinders must be grouped by types of gas, and the groups must be arranged in accordance with the gases contained, e.g., flammable gazes must not be stored near oxygen.  Charged cylinders and empty cylinders should be stored separately in an arrangement that permits removal of "old stock" (cylinders in storage the longest) with minimum handling of other cylinders.  Storage rooms or areas should be dry, cool, well ventilated, and, where practical, fire resistant:  must have solid, level floors or storage surfaces; and must be away from traffic.  Storage in sub-surface locations should be avoided.  Cylinders must not be stored at temperatures about 125 degrees F. or near radiators or other sources of heat, near sparking devices, or near salt or other corrosive chemicals.  If stored outside, cylinders must be protected from continuous direct sunlight, extreme weather, or moisture.

## SUPERVISOR RESPONSIBILITIES

Supervisors must make periodic surveys of regulators in their areas.  Damaged, unreliable, or otherwise defective regulators must be replaced immediately.   All surplus regulators must be inspected, cleaned, adjusted, and repaired, as required.  Immediately after its removal from a flammable, toxic, and/or radioactive system, the entire regulator must be safely vented and purged.  If in doubt about the hazard call the Responsible Safety Officer.  Use only regulators of the approved type and design for the specific gas-and-cylinder combination to be

employed.  Ensure that threads and nipples (e.g., round, flat, conical) on regulators correspond to those on the cylinder-valve outlet (never force connections).  Regulators with green-face gauges must be used only with oxygen.  Regulators designed for use on gas lines must not be used on gas cylinders: single-stage regulators are for use only up to 150 psig (1.0 MPa) and must be used only for in-line installation.  Two-stage regulators for inert gases are equipped with two relief valves that protect the regulator diaphragms and gauges from excessive over-pressure.  Relief valves on regulators for use with flammable, toxic, and/or radioactive gases must be vented to a safe location.  The second stage of a two-stage regulator will normally be adjusted so that the low-pressure output cannot exceed 67% of the highest reading of the output gauge.  If piping and associated apparatus connected to the regulator discharge are rated at a pressure lower than the lowest possible setting of the low-pressure output relief valve on the regulator and, therefore, a leak in the regulator valve seat could cause damage to the connected apparatus a separate relief valve must be installed in the downstream equipment to protect it from damage caused by over-pressurization.

### DIAPHRAGM FAILURE

Diaphragm failure permits the cylinder gas to escape to the surrounding atmosphere through holes in the regulator body.  To reduce the probability of diaphragm failure, high-pressure regulators are equipped with stainless steel diaphragms.  Regulators for use with flammable and/or toxic gases can be obtained with a bonnet fitting which allows the regulator to be vented.

### REGULATORS, VACUUM SERVICE

If piping on the high-pressure side of a regulator is to be evacuated through the regulator, it must be modified for vacuum service to prevent damage to the diaphragms and pressure gauges.  Regulators modified for vacuum service must be so labeled.

### COMPRESSED AIR

Compressed air for general shop or laboratory use must be restricted to 30-psig (207-kPa) maximum pressure by restricting nozzles.  Compressed air at pressures up to 100-psig (700-kPa) may be used to operate pneumatic tools, certain control instruments, and research equipment with properly designed over-pressure relief devices.  Use of air-pressurized research equipment must be approved by the Responsible Safety Officer.  Building compressed air (house air) may be used to dry parts and to help accomplish many other jobs in the shop or laboratory, but always ensure that no one is in line with the air stream and always wear goggles or a face shield.  Compressed air must not be used for breathing unless it has been especially installed for this purpose and such use has been approved by Responsible Safety Officer.  Never apply air pressure to the body or use compressed air to clean clothing.  Compressed air injected into the body openings can be fatal.  Compressed air used to clean clothing drives particles into the fabric, where they can cause skin irritation and infections.  Use a clothes brush.  Compressed air must not be used to transfer liquids from containers of unknown safe working pressure.  A pressurized commercial drum of unknown pressure rating is a hazardous device; for example, a 55-gallon (200 liter) drum pressurized to 14.5 psig (100 kPa), has a force on the drum head of about three (3) tons.  To transfer liquids, use a pump or a siphon with a bulk aspirator.  The transfer of pressure for commercial-type liquid nitrogen dewars must be less than 14.5 psig. For most laboratory-

Health & Safety Plan                                           MONTAGE, INC.

type liquid nitrogen systems, transfer pressures of less than 5 psig are adequate. Compressed air must never be used for transferring liquid hydrogen or liquid helium.  When an automatic shut-off coupling is not used on air-operated tools, a short metal chain (or its equivalent) should be attached to the hose to prevent it from whipping in case it separates from the tool. When using an air-operated tool, shut off the compressed air and vent the hose before changing nozzles or fittings.

Chapter 9
Mechanical Guarding

**INTRODUCTION AND STANDARDS**
Mechanical guarding must encompass both the power transmission parts of all mechanical equipment and the points of operation on production machines. Guards must be provided where rotational motion, nip points, and cutting, shearing, punching, and forming mechanisms can cause injury to personnel or damage to tools and equipment. Mechanical guards must be designed or otherwise procured to meet the following specifications. The guard must provide positive protection equal to that specified in ANSI B15.1. The guard must be considered a permanent part of the machine or equipment, capable of being easily or quickly removed or replaced. The guard must not interfere with efficient operation or maintenance of the machine or give discomfort to the operator. The guard must not weaken the machine structure. The guard must be designed for a specific job and a specific machine. The guard must be durable, resistant to fire and corrosion, and easily repaired. The guard must not present hazards, such as rough edges, splinters, pinch points, shear points, or sharp corners. Methods of guarding that must be considered include the following: Enclosing the operation (preferred) Interlocking devices Moving barriers Removal devices Remote control Two-handed tripping devices Electronic safety devices Machines designed for fixed locations must be securely anchored to the floor or bench to prevent walking or tripping. Employees may operate machinery only when properly trained and authorized to do so. Proper clothing and protective devices must be worn when specified by the supervisor or shop foreman. ELECTRICAL TAG OUT PROCEDURE When you have to do maintenance work on a machine, take these four steps to protect yourself and co-workers from injury: 1. De-energize the machine if possible. Positively disconnect the machine from the power source. If there is more than one source of power, then disconnect them all. 2. If possible, lock out all disconnect switches. You must be given a lock and a key for each disconnect before you begin working on the machine. 3. Tag all disconnect switches. Use the Yellow or Red safety tags which state in large letters – "Danger...Do Not Open," or "Danger—Do Not Energize" and gives the name of the individual who locked out the equipment, date and time. The tag must also state "DO NOT REMOVE THIS TAG" (except the person who placed the tag may remove it only after the machinery maintenance has been completed. 4. Test the equipment to insure it is de-energized before working on it. First, attempt to operate the equipment by turning on normally. Next check all electrical lines and exposed areas with test equipment or a "lamp." Finally, short to ground any exposed connections using insulated grounding sticks. This test must be done even if the electrical connection is physically broken, such as pulling out a plug, because of the chance of discharging components. A TAG OUT ONLY PROCEDURE MAY BE USED IF THE MACHINE CANNOT BE LOCKED OUT. IF THE MACHINE IS SUPPLIED ELECTRICAL POWER FROM A SINGLE SOURCE, WHICH IS UNDER THE EXCLUSIVE CONTROL OF A TRAINED AND QUALIFIED REPAIR PERSON AT ALL TIMES AND THERE ARE NOT ANY OTHER PERSONS IN THE REPAIR AREA WHO COULD BE HARMED BY THE ACCIDENTAL ENERGIZING OF THE MACHINERY, THEN TAG OUT MAY BE USED INSTEAD OF LOCK OUT/TAG OUT. RE-ENERGIZING. Many accidents occur at the moment of re-energizing. If the machinery is to be re-energized, all persons must be kept at a safe distance away from the machinery. The re-energization can be performed only by a person who either

performed the lock out/tag out, a person acting under the immediate and direct commands of the original lock out/tag out person, or, in the event of a shift change, or other unavailability of the original person, then the original shall, before leaving, appoint a surrogate original person and show him or her all steps taken to lock out/tag out the equipment.

Health & Safety Plan                                                    MONTAGE, INC.

Chapter 10
Materials Handling

**INTRODUCTION**
MONTAGE, INC. requires that safety planning and practices for commonplace tasks be as thorough as for operations with unusual hazards.  Commonplace tasks make up the greater part of the daily activities of most employees and, not unexpectedly, offer more potential sources of accidents with injuries and property damage.  Every operation or work assignment begins and ends with handling of materials.  Whether the material is a sheet of paper (paper cuts are painful) or a cylinder of toxic gas, accident risks can be reduced with thorough planning.  Identifying obvious and hidden hazards should be the first step in planning work methods and job practices.  Thorough planning should include all the steps associated with good management from job conception through crew and equipment decommissioning.  Most of the material presented in this chapter is related to the commonplace and obvious.  Nevertheless, a majority of the incidents leading to injury, occupational illness, and property damage stem from failure to observe the principles associated with safe materials handling and storage.  A less obvious hazard is potential failure of used or excessive motorized handling or lifting equipment.  The Responsible Safety Officer must be notified whenever it is desired to acquire a crane, forklift truck, or other motorized handling or lifting equipment from excessed sources.

**LIFTING AND MOVING**
Lifting and moving of objects must be done by mechanical devices rather than by manual effort whenever this is practical.  The equipment used must be appropriate for the lifting or moving task.  Lifting and moving devices must be operated only by personnel trained and authorized to operate them.  Employees must not be required to life heavy or bulky objects that overtax their physical condition or capability.

**RIGGING**
Planning for safe rigging and lifting must begin at the design stage, and lifting procedures must be developed for assembly and installation.  The lifting procedure should be developed and discussed with the rigging crew foreperson.  Responsibility for all rigging jobs is shared between the rigging crew and the customer.  The customer is responsible for defining and requesting the move, for providing technical information on relevant characteristics of the apparatus, including special lifting fixtures when required, for providing suggestions on rigging and moving, and for assigning someone to represent them both in planning and while the job is being carried out.  The riggers are responsible for final rigging and for carrying out whatever moves have been designated.  Before any movement takes place, however, each representative must approve the rigging and other procedures associated with the intended move.  Each must respect the responsibility and authority of the other to prevent or terminate any action he or she judges to be unsafe or otherwise improper.  The supervisor must make certain that personnel know how to move objects safely by hand or with mechanical devices in the operations normal to the area and must permit only those employees who are formally qualified by training and certification to operate a fork truck, crane, or hoist.  The supervisor must enforce the use of safe lifting techniques and maintain lifting equipment in good condition.  Employees are required to observe all established safety regulations relating to

safe lifting techniques. The Responsible Safety Officer provides training programs followed by certification for employees who have demonstrated the ability to operate fork trucks of up to four (4) ton capacity and for incidental crane operations that require no special rigging.

## MANUAL LIFTING RULES

Manual lifting and handling of material must be done by methods that ensure the safety of both the employee and the material.  It is MONTAGE, INC. policy that employees whose work assignments require heavy lifting be properly trained and physically qualified, by medical examination if deemed necessary.  The following are rules for manual lifting: Inspect the load to be lifted for sharp edges, slivers, and wet or greasy spots.  Wear gloves when lifting or handling objects with sharp or splintered edges.  These gloves must be free of oil, grease, or other agents that may cause a poor grip.  Inspect the route over which the load is to be carried.  It should be in plain view and free of obstructions or spillage that could cause tripping or slipping.  Consider the distance the load is to be carried.  Recognize the fact your gripping power may weaken over long distances.  Size up the load and make a preliminary "heft" to be sure the load is easily within your lifting capacity.  If it is not, get help.  If team lifting is required, personnel should be similar in size and physique.  One person should act as leader and give the commands to lift, lower, etc.  Two persons carrying a long piece of pipe or lumber should carry it on the same shoulder and walk in step. Shoulder pads should be used to prevent cutting shoulders and help reduce fatigue.  To lift an object off the ground, the following are manual lifting steps:  Make sure of good footing and set your feet about 10 to 15 inches apart.  It may be helpful to set one foot forward of the other.  Assume a knee-bend or squatting position, keeping your back straight and upright. Get a firm grip and lift the object by straightening your knees – not your back.  Carry the load close to your body (not on extended arms).  To turn or change your position, shift your feet – don't twist your back.  The steps for setting an object on the ground are the same as above, but in reverse.

## MECHANICAL LIFTING

Employees must use mechanical devices for lifting and moving objects that are too heavy or too bulky for safe manual handling.  Employees who have not been trained must not operate power-driven mechanical devices to life or move objects of any weight.  Heavy objects that require special handling or rigging must be moved only by riggers or under the guidance of employees specifically trained and certified to move heavy objects.

## INSPECTIONS

Each mechanical lifting or moving device must be inspected periodically.  Each lifting device must also be inspected before lifting a load near its rated capacity.  Defective equipment must be repaired before it is used.  The rated load capacity of lifting equipment must not be exceeded.  Material moving equipment must be driven forward going up a ramp and driven backward going down a ramp.  Traffic must not be allowed to pass under a raised load.  The floor-loading limit must be checked before mobile lifting equipment enters an area. Passengers must not be carried on lifting equipment unless it is specifically equipped to carry passengers.

Health & Safety Plan                                                         MONTAGE, INC.

**LOAD PATH SAFETY**

Loads moved with any material handling equipment must not pass over any personnel. The load path must be selected and controlled to eliminate the possibility of injury to employees should the material handling equipment fail. Equipment worked on while supported by material handling equipment must have a redundant supporting system capable of supporting all loads that could be imposed by failure of the mechanical handling equipment. A suspended load must never be left unattended but must be lowered to the working surface and the material handling equipment secured before leaving the load unattended.

**TRUCK LOADING**

All objects loaded on trucks must be secured to the truck to prevent any shifting of the load in transit. The wheels of trucks being loaded or unloaded at a loading dock must be chocked to prevent movement.

**CLEAN WORK AREAS**

All areas controlled by MONTAGE, INC. must be kept in orderly and clean condition and used only for activities or operations for which they have been approved. The following specific rules must also be followed: Keep stairs, corridors, and aisles clear. Traffic lanes and loading areas must be kept clear and marked appropriately. Store materials in work rooms or designated storage areas only. Do not use hallways, fan lofts, or boiler and equipment rooms as storage areas. Do not allow exits, passageways, or access to equipment to become obstructed by either stored materials or materials and equipment that is being used. Arrange stored materials safely to prevent tipping, falling, collapsing, rolling, or spreading – that is, any undesired and unsafe motion. Do not exceed the rated floor capacity of stored material for the area. The load limit and the maximum height to which material may be stacked must be posted. Place materials such as cartons, boxes, drums, lumber, pipe, and bar stock in racks or in stable piles as appropriate for the type of material. Store materials that are radioactive, fissile, flammable, explosive, oxidizing, corrosive, or pyrophoric only under conditions approved for the specific use by the Responsible Safety Officer. Segregate and store incompatible materials in separate locations. Remove items that will not be required for extended periods from work areas and put them in warehouse storage. Call for assistance. Temporary equipment required for special projects or support activities must be installed so that it will not constitute a hazard. A minimum clearance of 36 inches must be maintained around electrical power panels. Wiring and cables must be installed in a safe and orderly manner, preferable in cable trays. Machinery and possible contact points with electrical power must have appropriate guarding. The controls for temporary equipment must be located to prevent inadvertent actuation or awkward manipulation. When heat-producing equipment must be installed, avoid accidental ignition of combustible materials or touching of surfaces above 60 degrees C (140 F). Every work location must be provided with illumination that meets OSHA requirements. The Responsible Safety Officer makes evaluation of illumination quality and requirements, but the supervisor of an area is responsible for obtaining and maintaining suitable illumination. Areas without natural lighting and areas where hazardous operations are conducted must be provided with enough automatically activated emergency lighting to permit exit or entry of personnel if the primary lighting fails.

## CRANES

There are two types of heavy-duty cranes at MONTAGE, INC. Bridge cranes are classified as cab-operated or pendant-operated. Mobile cranes consist of a boom and controls mounted on a truck chassis. Only trained operators designated by the supervisor in charge of the facility must operate bridge and mobile cranes. The supervisor is also responsible for ensuring that operators are trained, carrying out the inspections and following the safe operating rules explained in the Operator/Rigger Training Program. The Responsible Safety Officer administers the Operator/Rigger Training Program. The training staff consists of a qualified crane consultant, professional riggers, and the Responsible Safety Officer. There are two levels of required training and performance: Professional Operator/Rigger: Person whose principal assignment includes crane operation and rigging functions. The chief operator/rigger must ensure that those professional operator/riggers under his/her supervision maintain the necessary qualifications. Incidental Operator/Rigger: Person who performs operating/rigging functions as an incidental part of his/her normal work assignment. Persons in this category are restricted to lower load limits and rigging of specific types of hardware. Incidental operator/riggers must be reexamined at least once every three years. Designated operator/riggers must have Government identification cards (Federal Form 46), endorsed appropriately. Before an employee may operate any of these cranes, the supervisor must arrange for the employee to receive incidental crane-operator training on the appropriate crane. Successful completion of the training must include an oral or written examination on the safety aspects of crane operation and a satisfactory demonstration of operational skills. The supervisor must determine that the applicant does not have any disqualifying medical or physical disabilities based on established requirements.

## CRANE INSPECTIONS REQUIRED

All crane functional operating mechanisms for maladjustment interfering with proper operation and for excessive wear of components. On days when the crane is used, the crane is required to be inspected by the crane operator. Deterioration or leakage in lines, tanks, valves, drain pumps, and other parts of air or hydraulic systems. Hooks. On days used visual inspection by a crane operator is required. Annual inspections must have signed reports by MONTAGE, INC. or an outside Engineer. Hooks with cracks or having deformation more than 15% in excess of normal throat opening or more than 10 degrees twist from the plane of the unbent hook must be discarded. Wire-rope slings, including end connections, the equipment must be inspected for excessive wear, broken wires, stretch, kinking, or twisting. Visual inspection by crane operator on days used. The Responsible Safety Officer, the primary user or the Building Manager must ensure than an annual inspection with a signed report is made. MONTAGE, INC. or an outside Engineer must inspect rope reeving for noncompliance with manufacturer's recommendations before first use and annually thereafter.

## RUNNING ROPES INSPECTIONS

Running ropes must be thoroughly inspected at least once a year during the structural inspection of the crane, and a full, written, dated, and signed report of rope conditions must be kept on file.

## OSHA CRANE STANDARDS

Routine maintenance, adjustments, and repairs must be performed by a qualified mechanic and reported to the Responsible Safety Officer according to each machine's established schedule and according to OSHA requirements.

## FORKLIFT OPERATORS

The Responsible Safety Officer must be notified whenever it is desired to acquire a crane from excess sources.

## OSHA STANDARDS FOR FORKLIFTS

Forklift users must familiarize themselves with and comply with OSHA Standard 29 CFR 1910.178 and ANSI B56.1.  Modifications and additions must not be performed by the customer or user without manufacturer's prior authorization or qualified engineering analysis.  Where such authorization is granted, capacity, operation and maintenance instruction plates, tags, or decals must be changed accordingly.  If the forklift truck is equipped with front end attachments other than factory installed attachments, the user must ensure that the truck is marked with a card or plate that identifies the current attachments, shows the approximate weight of the truck with current attachments and shows the lifting capacity of the truck with current attachments at maximum lift elevation with load laterally centered.  The user must see that all nameplates and caution and instruction markings are in place and legible.  The user must consider that changes in load dimension may affect truck capacities.

## FORKLIFT MAINTENANCE

Because forklift trucks may become hazardous if maintenance is neglected or incomplete, procedures for maintenance must comply with ANSI B56.1 Section 7 and OSHA Standard 29 CFR 1919.178g.

## FORKLIFT EXTENSION

Maximum efficiency, reliability, and safety require that the use of fork extensions be guided by principles of proper application, design, fabrication, use, inspection, and maintenance. The user must notify the Responsible Safety Officer before purchasing extensions or having them fabricated.  Fork extensions are only appropriate for occasional use.  When longer forks are needed on a regular basis, the truck should be equipped with standard forks of a longer length.  Routine on-the-job inspections of the fork extension must be made by the fork lift operator before each use unless, in the judgment of the supervisor, less frequent inspections are reasonable because of his or her knowledge of its use since the last inspection. Extensions must be inspected for evidence of bending, overload, excess corrosion, cracks, and any other deterioration likely to affect their safe use.  All fork extensions must be proof load tested to establish or verify their rated capacities, whether they were supplied commercially or fabricated at MONTAGE, INC.  A load equal to the rated capacity of the pair at a particular load center multiplied by 1.15, must be placed on each fork extension pair and fork assembly and supported for a period of five (5) minutes without any significant deformation.  Rated capacity must be determined at significant load enters, including the midpoint of the extension and at the tip.  Once determined, the rated capacity and load center

Health & Safety Plan                                            MONTAGE, INC.

information must be shown by s tamping or tagging the extensions in a protected location of low stress.  The proof load test must be witnessed by a mechanical engineer or designer. Whenever evidence of deterioration is detected or whenever the extensions have been overloaded, magnetic particle inspection must be performed.

**CRANE LOADS**

When equipment is designed to be crane lifted at a single point with a single-bolt pickup device the vertical lifting load through the screw thread of the bolt must be in line with the axis of the bolt so that the load will remain level when it is lifted.  With this bolt alignment the lift will be through the center of gravity and will be safer since the load will not tilt or kick out when it is lifted.  A single-bolt pickup device, such as a Safety Hoist Ring or equivalent carefully designed and maintained in-house device must be used. When a load is to be crane-lifted by slings from a crane hook through 2, 3, or 4 single-load pickup points located at the corners of the load, and without the use of a spreader bar the forces at the lift points will be nonvertical.  In this case a single bolt pickup device, such as a safety hoist ring or equivalent carefully designed and maintained in-house device, must be used at each pickup point.  The use of eye bolts with shoulders is permitted for lifting light incidental loads after receiving approval from the crane certified operator or supervisor and when the following conditions are met:  The load is in line with the axis of the eye bolt and side loads are minimal (a spreader bar may be required.)  The average stress at the root area of the thread does not exceed 5000 psi.  The thread engagement is at least two bolt diameters.

Health & Safety Plan                                                    MONTAGE, INC.

Chapter 11 Noise

**INTRODUCTION**

This chapter contains information on the effects, evaluation, and control of noise.  For assistance in evaluating a noise problem, contact the Responsible Safety Officer.

**DANGER OF NOISE**

Exposing the ear to high levels of noise may cause hearing loss.  This loss can be temporary or permanent.  Temporary hearing loss or auditory fatigue occurs after a few minutes exposure to an intense noise but is recoverable following a period of time away from the noise.  If the noise exposure is repeated, there may be only a partial hearing recovery and the loss becomes permanent.  Typically, significant hearing losses occur first in the frequency range of 3,000 to 6,000 hertz (Hz).  Losses in this frequency range are not critical to speech perception, and the individual usually is completely unaware of this initial symptom.  With longer exposures, the hearing loss spreads to lover frequencies, which will affect speech perception.  Workers' Compensation laws regard hearing losses in the speech frequency range of 500 to 3,000 Hz as being compensable.  The evaluation of hearing loss due to noise is complicated by the fact that hearing acuity normally decreases with increasing age.  Further, the losses associated with age are quite similar to those caused by excessive noise since the hearing for high frequency sounds is most affected in both instances.  Hearing impairment may also result from infections, tumors, and degenerative diseases.

**ACGIH STANDARDS**

OSHA has prescribed the limits established by the American Conference of Governmental Industrial Hygienists as a standard for occupational noise exposure.  Both the sound pressure level of the noise and the total duration of the noise exposure are considered to determine if these limits are exceeded.  The sound pressure levels are expressed as dBA or decibels A-weighted.  A-weighting filters are used when measuring sound levels to more accurately predict the response of the human ear to different frequencies.  When the daily noise exposure is composed of two or more periods of noise of different levels, their combined effect must be considered rather than the individual effect of each.  Exposure to continuous noise above 115 dBA is not permitted without ear protection.  Personnel must not be exposed to impact noises exceeding 140 dBA.  Impact noises occur at intervals of greater than one per second.  For example, the noise made by a metal shear.

**REDUCING NOISE EXPOSURE**

Noise exposure can be reduced by using engineering controls, administrative procedures, or personal protective devices. Engineering Controls Reduction of noise production at the source:  Proper design of new machines Modification of present machines Proper repair and upkeep of equipment Use of appropriate mufflers Use of vibration dampeners on machines Reduction of noise transmission:  Increase distance between noise and personnel exposed:  Construction of barriers between noise source and personnel Sound treatment of ceilings and walls Administrative Procedures:  Job schedule changes Personnel rotation Personnel Protective Devices:  Ear plugs Earmuffs Federal and state occupational safety and health regulations require than whenever employees are exposed to excessive noise levels, feasible

engineering or administrative controls must be used to reduce these levels.  When these control measures cannot be completely accomplished and/or while such controls are being initiated, personnel must be protected from the effects of excessive noise levels.  Such protection can, in most cases, be provided by wearing suitable protective hearing devices. The appropriate Medical Services provider and/or the supervisor of the Department will supply earplugs for employees upon request or before going into a high noise area.  There is a need for medical supervision when earplugs are used because their effectiveness depends on proper fitting.  Only approved plugs should be used.  Earplugs should be cleaned daily to prevent ear infections.  Protection greater than that provided by a single device can be obtained by wearing earplugs under an earmuff.  While the reduction provided by wearing both devices simultaneously is considerably less than the sum of the individual attenuations, it is still greater than when either device is worn separately.

Health & Safety Plan                                          MONTAGE, INC.

Chapter 12
Protective Equipment

**INTRODUCTION**
MONTAGE, INC. will provide suitable equipment to protect employees from hazards in the workplace.  The Responsible Safety Officer will advise on what protective equipment is required for the task, but the supervisor of the operation must obtain this equipment and see that it is used.  Protective clothing is not a substitute for adequate engineering controls.

**PROTECTION ISSUED**
Protective clothing will be issued to employees who work with hazardous material for the purpose of protecting their health and safety.  The Responsible Safety Officer is available for consultation as needed.

**PROTECTIVE SHOES**
MONTAGE, INC. encourages the wearing of safety shoes by making them available to any employee at cost from a manufacturer.  For certain types of work the wearing of safety shoes is required by Company policy or by federal regulations.  Examples are when employees are exposed to foot injuries from hot, corrosive, or poisonous substances; in shops, in equipment handling, or in construction jobs where there is a danger of falling objects; or in abnormally wet locations.

**PROTECTIVE GLOVES**
MONTAGE, INC. provides proper hand protection to employees exposed to known hand hazards.  The supervisor must obtain the suitable hand protection and ensure that it is used.  The individual department must maintain a supply of special or infrequently used hand protection.  Assistance in selecting the proper hand protection may be obtained by consulting the Responsible Safety Officer.

**HEAD PROTECTION**
MONTAGE, INC. provides appropriate head protection devices for employees to protect them from head or other injuries that could result from their working environment.  Some head protection devices are available from stock.  The supervisor must also maintain sufficient supply of head protection devices for visitors in the area.

**EYE PROTECTION**
MONTAGE, INC. provides appropriate eye protection devices for employees assigned to tasks in which an eye-injury hazard exists.  The supervisor of the operation is responsible for determining the need for suitable eye-protection devices and for ensuring that the employees use them.  The Responsible Safety Officer and appropriate Medical Services agency will assist the supervisor in defining eye-hazard operations and in selecting appropriate eye protection.  An optometrist is available to issue, repair, adjust, and fit personal safety glasses and also for consultation regarding occupational eye protection. The standard sign: CAUTION. EYE HAZARD AREA, DO NOT ENTER WITHOUT EYE PROTECTION, must be posted in every area where eye protection is mandatory.  All employees who work in

Health & Safety Plan                                          MONTAGE, INC.

such an area must wear the eye protection issued to them.  Every visitor to the area must also be provided with suitable eye protection.

**RESPIRATORY PROTECTION**

Any operation that generates harmful airborne levels of dusts, fumes, sprays, mists, fogs, smokes, vapors, or gases or that may involve oxygen-deficient atmospheres requires the use of effective safety controls.  This must be accomplished, as much as feasible, by accepted engineering control measures (for example, enclosure or confinement of the operation, general and local ventilation, and substitution of less toxic materials).  When effective engineering controls are not feasible, or while they are being instituted, appropriate respiratory protection must be used in accordance with MONTAGE, INC. requirements as prescribed by OSHA in ANSI 288.2-1980, Standard Practices for Respiratory Protection.

**RESPONSIBILITIES**

To ensure that the respiratory protection program is conducted in accordance with ANSI 228.2-1980, certain responsibilities are required of each employee, supervisor.  Responsible Safety Officer, and the Medical Services Department Employees, are responsible for:  Wearing the respirator in accordance with the instructions and training received.  Maintaining and storing the respirator in good condition.  Returning the respirator at the end of the required use for overhaul, cleaning, and disinfection.  Supervisors are responsible for identifying those employees who may need to use respiratory protection (Responsible Safety Officer will provide assistance upon request in this determination).  Ensuring that their employees have been properly trained and fitted.  Ensuring that their employees use the respirators as required.  The Responsible Safety Officer is responsible for:  Providing respiratory equipment.  Maintaining the equipment in good condition.  Fitting employees with proper respirators and providing training for their use.  Evaluating employee exposures and work conditions, including inspection of respirator use.  The Medical Services Department is responsible for:  Granting medical approval for each respirator use.

Health & Safety Plan                                         MONTAGE, INC.

Chapter 13
Ladders and Scaffolds

**LADDERS**

Ladders must be in good condition, made of suitable material, of proper length, and of the correct type for the use intended.  Damaged ladders must never be used:  they should be repaired or destroyed.  Ladders used near electrical equipment must be made of a nonconducting material.  Stored ladders must be easily accessible for inspection and service, kept out of the weather and away from excessive heat, and well supported when stored horizontally.  A portable ladder must not be used in a horizontal position as a platform or runway or by more than one person at a time.  A portable ladder must not be placed in front of doors that open toward the ladder or on boxes, barrels, or other unstable bases.  Ladders must not be used as guys, braces, or skids.  The height of a stepladder should be sufficient to reach the work station without using the top or next to the top steps.  Bracing on the back legs of stepladders must not be used for climbing.  The proper angle (75-1/2 degrees) for a portable straight ladder can be obtained by placing the base of the ladder a distance from the vertical wall equal to one quarter of the vertical distance from base to top of ladder's resting point.  Ladders must be ascended or descended facing the ladder and with both hands free to grasp the ladder.  Tools must be carried in a tool belt or raised with a hand line attached to the top of the ladder.  Extension ladders should be tied in place to prevent side slip.

**SCAFFOLDS**

All scaffolds, whether fabricated on site, purchased, or rented must conform with the specifications found in ANSI A.10.8, Safety Requirements for Scaffolding.  Rolling scaffolds must maintain a 3:1 height to base ration (use smaller dimension of base).  The footing or anchorage for a scaffold must be sound, rigid, and capable of carrying the maximum intended load without settling or displacement.  Unstable objects such as barrels, boxes, loose brick, or concrete blocks must not be used to support scaffolds or planks.  No scaffold may be erected, moved, dismantled, or altered unless supervised by competent persons.  Scaffolds and their components must be capable of supporting at least four times the maximum intended load without failure.  Guard rails and toe boards must be installed on all open sides and ends of scaffolds and platforms more than 10 ft. above the ground or floor.  Scaffolds 4 feet to 10 feet in height having a minimum horizontal dimension in either direction of less than 45 inches must have standard installed on all open sides and ends of the platform.  Wire, synthetic, or fiber rope used for suspended scaffolds must be capable of supporting at least six (6) times the rated load.  No riveting, welding, burning, or open flame work may be performed on any staging suspended by means of fiber or synthetic rope.  Treated fiber or approved synthetic ropes must be used for or near any work involving the use of corrosive substances.  All scaffolds, boson's chairs, and other work access platforms must conform with the requirements set forth in the Federal Occupational Safety and Health Regulations for Construction, 29 CFR 1926.451, except where the specifications in ANSI A.10.8 are more rigorous.

**FLOORS**

Workroom floors must be in a clean and, as much as possible, dry condition.  Drainage mats, platforms, or false floors should be used where wet processes are performed.  Floors must be

free from protruding nails, splinters, holes, and loose boards or tiles.  Permanent aisles or passageways must be marked.  Floor holes must be protected by covers that leave no openings more than one inch wide.  Floor openings into which persons can accidentally walk must be guarded by standard railings and toe boards.  Open-sided floors, platforms, and runways higher than four feet must be guarded by standard railings.  Toe boards must be used wherever people can pass below or hazardous equipment or materials are below.

## FALL ARRESTER SYSTEMS REQUIRES

When workers are required to work from surfaces that are in excess of 7-1/2 feet above an adjacent safe work place and are unprotected by railings, the following procedures and guidelines must be applied.  Before selecting personnel for work at elevated work stations, supervisors must consider the workers' physical condition, such as medical problems, fear of heights, and coordination.  The Medical Services Department should be contacted for information I this regard.  Approved fall-arrester systems are required for all work at heights of ten (10) or more feet.  A recommended fall-arrester system consists of a full body harness, a lanyard consisting of 1/2 inch nylon rope or equivalents with a breaking strength of 5400 lb. and a maximum length to provide for a fall no greater than six (6) feet.  Sala-type fall-arrester block (optional), and an anchored hook-up location.  Alternate equipment must be approved by the Responsible Safety Officer.  Fall-arrester systems are recommended for light work at heights between 7-1/2 and 10 feet.  Fall-arrester systems are not required when work is being done while standing on a ladder.  Ladders should be tied off.  Use of a controlled descent device is not necessary unless it is impossible to reach a stranded person by another means.  The Responsible Safety Officer will advise, on request, regarding usage and procedures.  It is the responsibility of the supervisor to plan the intended work sufficiently to ensure that job planning and proper precautions have been taken.  The Responsible Safety Officer is available for consultation.

## PERSONNEL PLATFORMS

Work may be performed from a crane-suspended platform where another procedure is not possible because of structure design or work site conditions.  Personnel platforms must be designed by a qualified engineer and reviewed by the Responsible Safety Officer.  The suspension system must minimize tipping.  The platform must be designed with a minimum safety factor of five (5) based on the ultimate strength of the members, and the design must conform to 29 CFR 1926.550(g).

Health & Safety Plan                                    MONTAGE, INC.

Chapter 14
Safety Training

**INTRODUCTION**
The project superintendent will conduct a weekly stand up safety meeting and all workers
will attend and sign in on the attendance sheet. Special safety meetings will be held at the
time of any activity that warrants a specialized safety meeting.

# Chapter 15 Tools

**COMPANY PROVIDED TOOLS**

MONTAGE, INC. provides hand and powered portable tools that meet accepted safety standards.  A damaged or malfunctioning tool must not be used:  it must be turned in for servicing and a tool in good condition obtained to complete the job.  Employees must use the correct tool for the work to be performed; if they are unfamiliar with the operation of the tool, they must request instruction from their supervisor before starting the job.  Supervisors are responsible for ensuring that their subordinates are properly trained in the operating of any tool that they are expected to operate.  An employees is not permitted to use a powder-actuated tool unless instructed and licensed by the manufacturer.

**GROUNDING**

Tools that are not double insulated must be effectively grounded and tested.  Testing must be accomplished before initial issue, after repairs, and after any incident that could cause damage, such as dropping or exposure to a wet environment.  Grounded tools must always be used with an effectively grounded circuit.  Any extension cord used with a grounded tool must be a three-wire, grounded type.  Electric-powered hand tools used on construction sites, on temporary wired circuits, or in wet environments will be used in conjunction with an approved ground fault circuit interrupter (GFCI).  The responsibility for implementing and maintaining this program rests with the individual supervisors involved.  Tool testing equipment will be maintained by the Responsible Safety Officer.  Documentation of tool testing will be maintained by the group owning powered hand tools.  Tools maintained in a tool crib and tested prior to issue are exempted from this requirement.  Repairs of defective tools will only be made by qualified electrical personnel.

**SHOP RULES**

Any MONTAGE, INC. facility housing shop tools is defined by OSHA as a shop.  It is the responsibility of the person in charge of each shop to ensure compliance with the following practices:  Shop machines and tools are to be used only by qualified personnel.  It is the responsibility of the person in charge of the shop to render a judgment as to who is qualified. The person in charge will take whatever action is deemed necessary to prevent injury or damage to equipment.  Equipment guards and protective devices must be used and must not be compromised.  Approved eye protection (visitor's glasses) must be worn by anyone entering and/or passing through shop areas.  Approved industrial safety eye protection must be worn by anyone working in a posted show area.  Shoes or boots covering the whole foot must be worn in shop areas.  Persons using machine tools must not wear clothing, jewelry, or long hair in such a way as to represent a safety hazard.

Health & Safety Plan                                              MONTAGE, INC.

Chapter 16
Traffic and Transportation

**OFFICIAL VEHICLE USE**
The MONTAGE, INC. requires that an operator hold a valid driver's license for the class of vehicle that he/she is authorized to operate. Persons intending to operate forklifts are required to successfully complete the appropriate course as outlined in this manual.

**RESPONSIBILITY**
Each Division Director and Department Head is responsible for restricting the use of Company-furnished vehicles to official Company business only. They are also responsible for limiting use of such vehicles to properly authorized personnel. Use of an official vehicle for an employee's personal convenience or benefit constitutes misuse and is prohibited. Employees who misuse Company vehicles are subject to disciplinary action and financial responsibility for any accident. All drivers of Company vehicles are responsible for reporting any damage or deficiency to the Motor Pool. Repairs, adjustments, and maintenance can only be accomplished if the driver adequately documents and reports these items. Failure to report unsafe vehicle conditions can result in an accident.

**SAFETY BELTS**
Employees operating or riding in company-furnished vehicles, or personal vehicles on official company business, are required to wear safety belts at all times. The driver should instruct the passengers to fasten their safety belts before operating the vehicle.

**ACCIDENTS**
Any accident involving Company vehicles (including private, rented, or leased vehicles used on official Company business) must be reported to the driver's supervisor. If the driver is unable to make a report, another employee who knows the details of the accident must make the report. It is MONTAGE, INC.'s policy that employees should not admit to responsibility for vehicle accidents occurring while on official business. It is important that such admissions, when appropriate, be reserved for the company and its insurance carrier. The law requires that each driver involved in a vehicle accident must show his/her license on request by the other party. Be sure to obtain adequate information on the drivers involved as well as on the owner of the vehicles. Names, addresses, driver's license numbers, vehicle descriptions, and registration information are essential. In addition, a description of damages is needed for completion of accident reports. If the accident is investigated by off-site police agencies, request that a copy of the police report be sent to MONTAGE, INC., or obtain the name and department of the investigating officer. A printed card titled "In Case of Accident" is kept in each official vehicle to assist in collecting required information. In case of collision with an unattended vehicle (or other property), the driver of the moving vehicle is required by law to notify the other party and to exchange information pertaining to the collision. If unable to locate the other party, leave a note in, or attached to, the vehicle (or other property) giving the driver's name, address, and vehicle license number. The driver of any MONTAGE, INC. vehicle involved in an accident must also complete a Company Motor Vehicle Accident Report and submit it to his/her supervisor within one work day of the accident. The supervisor should interview the driver and complete the supervisor's portion

Health & Safety Plan                                            MONTAGE, INC.

of the report.  Within two workdays of the accident, the completed form and vehicle must be taken to the Administration Office so that damages may be estimated and repairs scheduled. Forms for obtaining appropriate information about an accident are carried in the vehicle or may be obtained from Administration.  The Responsible Safety Officer will receive copies of all accident reports and will prepare any required OSHA reports.

Health & Safety Plan                                    MONTAGE, INC.

Chapter 17
Hazard Warnings

**INTRODUCTION**

Every reasonable method to warn employees of hazards and to inform them on the actions required must be utilized.  Signs, characteristic lights, and audible alarms as additional safeguards for built-in mechanical and physical protection must be used.  To ensure uniform response by personnel, the warning signs and devices must be of the same type for similar hazards.  Obtaining and installing the warning systems is the responsibility of the group needing them.

**CONTENTS AND CONFIGURATION**

Signs must conform to the colors, symbols, lettering size, and proportions as specified by MONTAGE, INC. except that radiation signs must conform to the requirements stated in 10 CFR 20.  Every warning sign must include the following components:  An approved heading that indicates the relative hazard.  A statement of the type of hazard.  A statement of what to do or not to do in the area.