**From:** Marianela Lugo <pm11@montageinc.com>
**Sent:** Wednesday, June 06, 2018 3:48 PM EDT
**To:** BanksDD@state.gov <BanksDD@state.gov>
**CC:** Sina Moayedi; Tosh
**Subject:** FW: FW: HOT!!!!!! Draft Burkina Faso - Work Suspension Letter
**Attachment(s):** "image004.png","image001.png","image002.png","image005.png"

Mr. Banks,
Thank you for taking may call, below is the email that Sina sent yesterday but upon reviewing it I see that somehow you were not a recipient, my sincerest apologies for this oversight and I thank you for being so cooperative with us under such a grave circumstance.


Thank You,
Marianela Lugo
Operations Manager
Montage, Inc.

---

**From:** sinam montageinc.com [mailto:sinam@montageinc.com]
**Sent:** Tuesday, June 5, 2018 12:09 PM
**To:** AvedissianHA@state.gov; CareyDA@state.gov; EvansT@state.gov; ThomasJG2@state.gov
**Cc:** Nela Lugo <pm11@montageinc.com>; Tosh Fujimoto-Cu <pm19@montageinc.com>; pm13@montageinc.com; pm6@montageinc.com; daghdam montageinc.com <daghdam@montageinc.com>
**Subject:** Re: FW: HOT!!!!!! Draft Burkina Faso - Work Suspension Letter


Dear Mr. Banks,

We have received your instructions and are following on all of them in detail. Thank you for taking my call this morning, as I mentioned to you on the phone as we are all trying to manage the severe emotional toll that a tragic event like this takes on every one , we are also attempting to meet the Reporting requirements of the contract. We have assisted the local police in their ongoing investigation, they have been interviewing all workers and will continue their interviews through tomorrow.

I believe having the police investigation completed will be a contributing factor to our incident report and I ask for your permission to allow us until beginning of next week for us to submit our accident report, mitigation plan and analysis of our findings.

Our CFO Mr. Golpa should be arriving in Burkina Faso today and he will conduct his initial inspection tomorrow. I will be departing Washington DC today and will be on site day after tomorrow to conduct my own investigation and meet with the Police and our local attorney who is managing a parallel investigation and making sure we are in compliance with all local laws. Our goal is to ensure that something like this never happens again. We are also sending another full time Sr. American PM , Mr. Richard Cunningham to arrive next week and to remain on site for the duration of work in addition to the existing staff.

Please do not hesitate to call me on my cell 202-812-8153 anytime if you wish to discuss any concern you may have. While I am traveling the POC at the HQ for this matter will be Marianela Lugo and she can be reached on 202-483-6722 and her email address is above.

Respectfully,

Sina Moayedi

Vice President

Montage Inc.


On June 5, 2018 at 7:28 AM Tosh Fujimoto-Cu <pm19@montageinc.com> wrote:



Tosh Fujimoto-Cu

Montage, Inc.
Tel: (202) 332-0186

---

**From:** Banks, Devin D [mailto:BanksDD@state.gov]
**Sent:** Monday, June 4, 2018 5:06 PM
**To:** Tosh Fujimoto-Cu <pm19@montageinc.com>

**Subject:** FW: HOT!!!!!! Draft Burkina Faso - Work Suspension Letter
**Importance:** High

FYI

# *Devin D. Banks*

Devin D. Banks, CPCM

Senior Contracting Officer

U.S. Department of State

Office of Acquisitions Management
Facilities, Design & Construction Division

Construction Branch - A/LM/AQM/FDCD/CON

Bldg SA-6A; Room 447F

☎Phone: (571) 345-0582
☎Mobile: (202) 256-7681
☎Fax: (703) 875-6699

E-mail: BanksDD@state.gov

Website: http://www.state.gov/m/a/c8020.htm



"Eam Melius"

*Make it Better*

*Confidentiality Notice: The information contained in this email and any attachments may be privileged and confidential. If you are not the recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender and permanently delete any attachments immediately. You should not retain, copy or use this email or any attachment for any purpose, nor disclose all or any part of the contents to any other person.*

**Official - SBU**

**UNCLASSIFIED**

**Official - SBU**

**UNCLASSIFIED**

**From:** Banks, Devin D
**Sent:** Monday, June 04, 2018 5:03 PM
**To:** Avedissian, Hagop A <AvedissianHA@state.gov>; Carey, Deborah A <CareyDA@state.gov>; Evans, Todd

<EvansT@state.gov>
**Cc:** Thomas, James G <ThomasJG2@state.gov>
**Subject:** HOT!!!!!! Draft Burkina Faso - Work Suspension Letter
**Importance:** High


 Mr. Avedissian et al,

By way of introduction my name is Devin Banks, and I'll be working the matter of the Burkina Faso fatality on behalf of Deborah Carey - as she is currently TDY.  It is my understanding you have already ordered Montage to cease and desist work until further notice.  If this is correct I need to formalize this order via memorandum as soon as possible.

In view of this, could you please review and edit the attached work suspension letter (or send an e-mail with your suggested changes) by identifying what work was stopped, and what work can be continued (e.g., administrative, logistical, etc.) pending completion of the investigation?  NOTE: I've activated the track changes function so feel free to make changes to the original.

Thanks in advance and feel free to contact me for questions or concerns at any time.



*United States Department of State*
*Office of Acquisition Management*
*Facilities, Design & Construction  Division*
*Arlington, VA  22209*

June 04, 2018

Montage, Inc.
Attn: Mr. Sina Moayedi
3636 16th St NW #AG50
Washington, DC 20010

Subject:   Instruction to Suspend Work

Reference: Contract No. SAQMMA-14-D-0053; Task Order No. SAQMMA-16-F5075
Project No. XJ-WD-0002 (Build Services Photovoltaic System)
U. S. Embassy, Ouagadougou, Burkina Faso

Mr. Moayedi,

In light of notification of the recent fatal accident (Attachment 1), the government, as a precautionary measure, evokes FAR Clause 52.242-14 (Suspension of Work) and hereby directs Montage Incorporated to suspend all prime and subcontracted work related to the referenced effort.

Said work shall remain suspended until:

1. Montage prepares a detailed written report of the incident, and forwards one (1) copy of the report to the undersigned Contracting Officer, and one (1) copy to the designated Contracting Officer's Representative (*Hagop A. Avedissian: Post FM & Acting COR*) - as prescribed in clause H.50 Reporting Accidents;

2. The government is satisfied with the remedial action(s) taken to mitigate the risk of another similar incident occurring - in accordance with Occupational Safety and Health Administration (OSHA) standards, the terms and conditions of the contract, and any other applicable governing rules, regulations and policies and procedures; and

3. A complete review and investigation of the incident is sufficiently conducted to ensure compliance with the aforementioned safety standards and clauses:

   a.  I.90: 52.236-13 Accident Prevention (NOV 1991)
   b.  I.90a: DOSAR 652.236-70 Accident Prevention (APR 2004)
   c.  I.91: 52.236-13 I Accident Prevention (NOV 1991) -- ALT I (NOV 1991)

1



United States Department of State
Office of Acquisition Management
Facilities, Design & Construction Division
Arlington, VA 22209

This suspension is effective <u>immediately,</u> and shall not resume until instructed by the cognizant Contracting Officer, or someone within the AQM/FDCD chain of command.

Thank you in advance for your patience and cooperation, and we invite you to contact the undersigned for questions or concerns regarding which activities Montage can or cannot perform under this suspension at any time.

Sincerely,

Devin D. Banks, CPCM
Senior Contracting Officer/ Branch Chief (Acting)
A/LM/AQM/FDCD/CON
Phone: (571) 345-0582-6016
E-mail: BanksDD@state.gov.

Attachment:
E-mail:  Subject: Tragic Accident Touches our community today; un accident tragique nous a touche aujourdhui; Sent: Monday, June 04, 2018 1:58 PM

cc:
Hagop A. Avedissian, Facility Manager, MGT/FAC, Acting COR
A/LM/AQM/FDCD/CON – OBO/

2

# Devin D. Banks

Devin D. Banks, CPCM

Senior Contracting Officer

U.S. Department of State

Office of Acquisitions Management
Facilities, Design & Construction Division

Construction Branch - A/LM/AQM/FDCD/CON

Bldg SA-6A; Room 447F

☎Phone: (571) 345-0582
☎Mobile: (202) 256-7681
☎Fax: (703) 875-6699

E-mail: BanksDD@state.gov

Website: http://www.state.gov/m/a/c8020.htm



"Eam Melius"

*Make it Better*

***Confidentiality Notice:*** *The information contained in this email and any attachments may be privileged and confidential. If you are not the recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender and permanently delete any attachments immediately. You should not retain, copy or use this email or any attachment for any purpose, nor disclose all or any part of the contents to any other person.*

Created with Microsoft OneNote 2016.

**Official - SBU**

**UNCLASSIFIED**

Thanks,

Sina Moayedi

Vice President

Montage Inc.