RICHARD CUNNINGHAM
Home Energy Optimization, LLC
96 Hackleys Mill Road                                                                          540 937-8207(o)
Amissville VA 20106                                                                             703 328-4779 (c)
                                                                                   rcunningham@montageinc.com

**8/1/2018**

Sina Moayedi
Montage Inc                                                                                         202 812-8153
3636 16th Street, NW                                                                    sinam@montageinc.com
Washington, DC 20010

## AGREEMENT - CONSTRUCTION CONSULTING SERVICES

**RE: Photovoltaic System – Ouagadougou, Burkina Faso**

An agreement between Richard Cunningham (CM) and Sina Moayedi (VP).

The CM undertakes onsite construction management oversight services as proposed by VP for the above referenced project, with focus on Quality Control and Safety.

Duration:  The project is in progress with an estimated completion date for early October 2018.  The time frame of this agreement is limited to time in country, July 22nd 2018 thru October 7th 2018.  The duration is effectively 3 months.

Compensation:  The proposed salary is $10,000 per month.  (initial ___) Payments are to be made in bi-weekly installments as direct bank deposits.

For successfully completing the project and remaining in Burkina Faso for the duration, a bonus of $5,000 is proposed.  (initial ___)

**Other:**
Montage is responsible for travel expenses to and from Burkina Faso.
Montage is responsible for hotel and apartment expenses in Burkina Faso.
Montage will reimburse CM for job related petty cash expenses to include: misc. office supplies, emergency medical, immunizations, travel to and from airports, home away watch & lawn maintenance, etc.

Agreed To:

Sina Moayedi          _____          Date: 8/2/18

Signed:                     _____          Date: _____

Richard Cunningham

CM Agreement - Ouaga PV                                                                                          1