# M ⬜ O ● N ▲ T ⬜ A ● G ▲ E

Montage, Inc.

# Safety Incident Report

Date of Report: __08/04/18__

Project Title: CSU Project, Prague, Czech Republic
Incident Title: Fire Incident Inside of New Electric Room
Date of Incident: __08/03/18__ Time __1003__

### What was the incident/near miss?

On August 3rd, eight (8) BRC Europe workers (Zeki Engin – Carpenter, Huseyin Gultekin – Mason, Cesur Basim – Mason, Hakan Zengin – Carpenter, Satilmis Odemis – Carpenter, Florea Palos – Laborer, Mustafa Saritas – Rebar Worker, Erdal Kendirci – Welder), were performing preparation work for concrete slab placement in New Electric Room at EOB planned for August 4th morning. Hakan Zengin (carpenter) was applying spray foam sealing formwork gaps, while Erdal Kendirci (welder) was welding steel angles. At 1003 a spark from the welding work set freshly applied spray foam on fire. Cesur Basim (mason) grabbed Fire Extinguisher first, Huseyin Gultekin (fire watch) took if from him and put the fire down. At the same time fire alarm went off, sprinkler head in the room activated and started discharging water.
Water from the ground floor (New Electric Room) poured down to the lower level (Dobry Den) thru the electric conduit penetration.

### Were there any injuries?

No injuries. Checked with all workers that were present in the room – no burns or breathing difficulties, or other symptoms. Everyone returned back to work.

### Was there any damage to property?

No assessed damage to the property. Replaced activated sprinkler head in New Electric Room. Pumped the water and cleaned the entire Dobry Den area.

### What caused the incident?

Using aerosols of flammable materials in the area of hot work.

### What actions will be taken to eliminate future repeats of the incident?

- Hold Tool Box meeting on Hot Work Safety and reiterate importance of reading labels of the material prior to use.
- Ensure all personnel are trained on Fire Extinguisher use.
- Ensure all flammable liquids and combustible materials are removed from the area prior to commencement of work.
- Fire blankets procured and in place.

### Witnesses | Other Comments

See attached

### Sketches

See attached

SHPM Signature _____  Date: 8/6/18

Project Manager: _____  Date: 8/6/18

# M◐O●N△T◻A●G◭E
Montage, Inc.

## Supervisor Incident Report

**You are reporting:** ☐ Injury ☐ Illness ☐ Near Miss ☑ Property Damage
**Level of Injury:** ☐ First Aid ☐ Light Duty ☐ Loss Time ☐ Death   NA
**Employee Name** ___SEE ATTACHED LIST___ **Date of Birth** ___/___/___
**Employer** ___BRC___ **Position** _____ **No. of years with Employer** _____
**Incident Date** _08_/_03_/_2018_ **Incident Time** _____ (AM)/PM

**Incident Description:**

Carpenters and welders were working at the same time in New Transformer Room in order to finish the SOG and Trench works.

Carpenter used spray foam and while it was fresh, welding work was going on close to the foam.

Sparkles from welding fell on fresh foam and it caused the fire. Sprinkly head set off and fire pump got activated.

Water leaked down to Dobry Den and it got flooded. Fire was put off by Hüseyin Gülekin with fire extinguisher.

# MONTAGE
Montage, Inc.

**Indicate Direct Causes or Contributing Factors:**

Welding work close to the flammable spray foam and not taking necessary precautions. (No fire blankets)

**Preventive Steps and Corrective Action:**

During any "HOT WORK", workers need to make sure there is nothing flammable close by and/or covered by Fire Blanket.

Person responsible for corrective action: _____ Completion Date: _____

Supervisor Name  Ceyhan Ulgen

Supervisor Signature  [signature]    Date 7/8/18

2

# M□O●N△T□A●G△E
Montage, Inc.

## Witness Statement

Witness Name __ERDAL KENDIRCI__ Incident Date __08/03/18__ Incident Time _____ (AM)/PM

Interpreter/Interviewer Name __MEHMET ANIL AYDOGAN__

Name of Employee(s) involved in the incident: __SEE ATTACHED LIST__

Please describe your observation of the incident: (who, what, when, where, why, how)

I went to work in the new Transformer Room at 08:30 AM. While I was working with the workers; Hüseyin Gültekin, Cesur Basim, Satilmis Ödemis, Hakan Zengin, Zeki Engin and Mustafa Saritas, I saw the flames during welding operation at 09:40 AM. I had my welding mask so it protected my face. As we noticed the flames, Cesur Basim and Hüseyin Gültekin grabbed the fire extinguisher and used to extinguish the fire. At that time, fire sprinkler started to pump water into the room. The whole incident took 30 seconds and we left the room afterwards. And we sent Mustafa Saritas to inform the management team immediately.

SEE ATTACHED ORIGINAL STATEMENT IN TURKISH.

*Attachment to Incident Report 08/03/2018*

| Employee name | DOB | Position | Badge # |
|---|---|---|---|
| Zeki Engin | | CARPENTER | A29678 |
| Huseyin Gultekin | | MASON / FIRE WATCH | A29861 |
| Cesur Basım | | MASON | A29859 |
| Hakan Zengin | | CARPENTER | A29708 |
| Satılmış Odemis | | CARPENTER | A29711 |
| Florea Palos | | LABORER | A29842 |
| Mustafa Sarıtas | | REBAR | # 113  A29766 |
| Erdal Kendırcı | | WELDER | A29704 |

# M⏾O⏾N△T⏾A⏾G△E
Montage, Inc.

Do you have any suggestions to help prevent future accidents like this?

_____
_____
_____
_____
_____
_____

Draw a Sketch of the scene. Include people, equipment, reference points etc.....

[Sketch showing: ERDAL KENDIRCI MAN-1 holding equipment facing a fire; FIRE labeled with arrows pointing to red flames inside a rectangular frame; WELDING MACHINE at bottom; FOAM being sprayed; MAN-2 (ESSUR BASHA HAKAN ZEYEN) on the ground; Sprinkler/Water on the right side]

Witness Signature ___SEE ATTACHED STATEMENT___ Date __08/03/18__

Interpreter/Interviewer Signature ___[signature]___ Date __08/03/18__

Ben Erdal KENDİRCİ, New transformer room çalışmak için 8:30 da gittim. Orda çalışan Hüseyin Gültekin, Cesur Basım, Satılmış Ödemiş, Hakan Zengin ve Zeki Engin ve Mustafa Sarıtaş birlik çalıştığımız sıra saat 9:40 da kaynak makinesinde punta atıldığı an alevi gördüm. Yüzümde maske vardı. Maske yüzümü korudu. Sonra Cesur Basım ve Hüseyin Gültekin anında yangın tüpünü aleve doğru püskürttü ve o sırada yangın sönabrı devreye girdi. Bu olay 30 saniyede söndü. Hemen dışarı çıktık. Mustafa Sarıtaşı şeflere haber vermek için yukarı ofislere yolladık.

03.08.2018
Erdal Kendirci

# Hot Work Permit
## Compound Security Upgrade U.S. Embassy Prague, Czech Republic

Applicable to all operations involving welding and cutting equipment, and other hot work performed on site. This permit must be displayed at the work site and returned to the Safety Manager upon completion of work.

Date: 2/8/18

Permit Number: 038C

Company: BMC

Name of person(s) performing the work: SMC CEYHAN ULUZEN / ERDAL KENDIRCI

Name of fire watch person: HUSEYIN GULTEKIN

Location of work: NEW TRANSFORMER ROOM

Description of work: Cutting and welding (L Profile Trench)

Start time: 7:30

End time: 17:00

**THIS PERMIT IS VALID FOR DATE AND TIMES ABOVE ONLY**

I verify the above location has been examined and the precautions marked on the checklist below have been taken.

Supervisor's Name: CEYHAN ULUZEN
Supervisor's Signature: [signed]

Permit Authorizing Individual (PAI)
Permission is granted for the work described above.

Name: IEVA VAISVILAS
Signature: [signed]

## Precautions Checklist

| Item | Check |
|---|---|
| Fire prevention equipment to be provided as follows: | |
| Fire hose | ☐ |
| Fire extinguisher(s) | ☒ |
| Mandatory fire watch | ☒ |
| Hot work equipment in good working condition in accordance with manufacturer's specifications | ☒ |
| **Requirements within 10 meters of work:** | |
| Flammable liquids and combustible material removed from area | ☒ |
| Floors swept and overhead structure clean from dust, lint, and debris | ☒ |
| All wall and floor openings are properly covered | ☒ |
| Fire-resistive covers and metal shields provided as needed | ☒ |
| Barricades, warning signs, and spark/flash screens provided to protect other personnel in the area | ☒ |
| **Requirements for hot work on walls, ceilings or roofs:** | |
| Construction is noncombustible and without comustible coverings or insulation | ☒ |
| Combustible material on other side of walls, ceilings, or roofs is moved from area | ☒ |
| **Requirements for hot work in enclosed environment** | |
| Enclosed area is cleaned of all flammables and combustibles | ☒ |
| Adequate ventilation provided | ☒ |
| Atmosphere checked with gas detector | ☒ |
| Confined Space Permit and LOTO, if required. | ☒ |
| **Requirements for hot work fire watch and fire monitoring** | |
| Properly trained and equipped fire watch provided during operation and at least 30 minutes after completion of work, including any break activity. (60 minutes for roof work) | ☒ |
| Fire watch is provided with suitable fire extinguishers and where practical, a charged small hose | ☒ |
| Fire watch is trained in the use of equipment | ☒ |
| Fire watch provided in adjoining areas, if required | ☐ |
| Per PAI or fire watch monitoring of hot work area has been extended beyond 30 min | ☐ Yes ☒ No |

## WORK COMPLETION

The work area has been inspected for at least 30 minutes after completion of work. No fire hazards remain.

Fire Watch Signature: [signed]   Time:
Supervisor Signature: [signed]   Time:

Rev 2017/07

# MONTAGE

Montage, Inc.

**DATE:** 30-Jul-18
**LOCATION:** Prague CSU Jobsite

**ATTENDEES:**

**Montage:**
Ieva Vaisvilas HSM
Dylan Smith, GS

**BRC:**
Akmal Abduvalixonovich

**OBO:**

## SAFETY ISSUES

| 1.0 | Safety | Action by: | Resolved Date: |
|---|---|---|---|
| 1.1 | 06/05/2018: Proper fall protection for SCAC roof installation. Ongoing (per Anil's 06/07/2018 email).<br>07/16/2018: Per July 16, 2018 Ozden's email "Travel restrain system and warning lines are installed according to Low Slope Roofing safety requirements."<br>07/23/2018: Travel restrain system needs to be improved or replaced.<br>07/30/2018: New Fall Protection system installed; to be inspected. | BRC | 07/30/18 |
| 1.2 | 06/05/2018: AED in English. When will we have it? I am looking for English manual, I will send you as soon as I receive (per Anil's 06/07/2018 email).<br>07/16/2018: Per July 16, 2018 Ozden's email "A new AED will be procured. (According to the manufacturers' reply: Software is factory installed and can not be reinstalled)."<br>07/23/2018: Per Ozden's statements during JHSC meeting on Saturday July 21st, BRC will provide deliver date this week. | BRC | Pending |
| 1.3 | 06/05/2018: Every time there is a concrete placement there should be a monitor posted on the corner by the hospital. With increased number of tourists it makes it difficult for mixer drivers to get in, especially on Saturdays. We are sending a worker to handle the process during every concrete delivery (per Anil's 06/07/2018 email) | BRC | Ongoing |
| 1.4 | 06/05/2018: When will Sabir be full time on site? Unfortunately, Sobir is not able to come to site. One of our workers, Akmal, who speaks a few languages will be on site in 2 weeks. Until then, Ceyhun will be the POC (per Anil's 06/07/2018 email).<br>06/25/2018: Akmal on site.<br>7/2/2018: Vetting package for BRC safety manager submitted on XX/XX/XX. Awaiting clearance. | OBO | Pending |
| 1.9 | 06/12/2018: Abandoned HVAC excavation on the SE Side of the SCAC to be backfilled (temporarily). After heavy rain in the past two days there are noticeable mud slides.<br>07/16/2018: Per July 16, 2018 Ozden's email "We can backfill that area only after removing to material around."<br>Alternative temporary support method's discussed - upgrade/reinforce existing timber shoring.<br>07/30/2018: Backfilling is ongoing. | BRC | Ongoing |
| 1.10 | 06/12/2018: Fire blankets needed in Dobry Den/Upper Tunnel.<br>07/09/2018: Welding is being performed on the wooden platform, fire blankets are necessary. - IMMEDIATE ACTION REQUIRED<br>07/16/2018: Per July 16, 2018 Ozden's email "New fire blankets probably will be on site at 07/17/2018. (We are waiting for mail delivery)."<br>Welding fume respirators are needed for welding work in Dobry Den due to the enclosed space. | BRC | Pending |
| 1.11 | 06/12/2018: One way mirror to be installed on the corner of the new temp road by portapotties.<br>07/16/2018: Per July 16, 2018 Ozden's email "It will be on site at 07/17-18/2018." | BRC | Pending |
| 1.13 | 06/12/2018: Collect domestic garbage by S1-S2 area. | BRC | Ongoing |
| 1.15 | 06/12/2018: Excavated soil to be minimum 60 cm away from the edge of the excavation in all areas. | BRC | Ongoing |
| 1.16 | 06/12/2018: Competent person to be present at each work area (Foreman or Superintendent). | BRC | Ongoing |
| 1.18 | 06/14/2018: Keep escape stairs and access to it free of obstructions, don't pile material or spoils in front of it. | BRC | Ongoing |
| 1.20 | 06/14/2018: Bagged contaminated soil in the upper courtyard to be disposed properly. Request and provide contaminated material confirmation from the disposal company. | BRC | Pending |
| 1.23 | 06/14/2018: Barricade all work areas every day before leaving the jobsite. | BRC | Ongoing |
| 1.25 | 06/18/2018: Technical inspection records for all heavy equipment on site (backhoe, two big excavators, mini excavator). IMMEDIATE ACTION REQUIRED | BRC | Pending |
| 1.30 | 06/18/2018: More rigging and hoisting equipment (slings, chains) is needed.<br>07/16/2018: a set of 4 leg 2m 4250kg chain procured; safety latches to be repaired on another set of chains; different size sets of shackles and big hooks to be procured.<br>07/30/2018: One set of chains repaired, new hooks and shackles procured. Two more sets of chains to be repaired. | BRC | Ongoing |
| 1.33 | 06/21/2018: Dirt piled too high by the edge of N3 fence creating falling over the edge hazard for the workers and LGFs. Needs immediate action.<br>06/25/2018: Keep the path by the concrete wall free from dirt pile up and easily accessible for LGFs. | BRC | Ongoing |
| 1.34 | Assure periodic garbage removal from the site. | BRC | Ongoing |
| 1.38 | 07/16/2018: Cracks in the soil at S1-S2 wall foundation excavation by TSS manhole to be addressed and protective measures to be taken. IMMEDIATE ACTION REQUIRED.<br>07/23/2018: Additional support installed for the exposed conduit. Keep monitoring cracks around the manhole. | BRC | Ongoing |

Case 1:22-cr-00188-JSR   Document 52-12   Filed 11/22/23   Page 11 of 15



Montage, Inc.

| DATE: | 30-Jul-18 |
|---|---|
| LOCATION: | Prague CSU Jobsite |

| | | | |
|---|---|---|---|
| 1.39 | 07/16/2018: Copies of all worker's health insurance cards to be submitted before the end of the week. **IMMEDIATE ACTION REQUIRED** | **BRC** | Pending |
| 1.40 | 07/30/2018: East side Gema's work area and our rebar layout area to be organized and trash pile from SE corner to be removed. | **BRC** | Pending |

**NEXT MEETING :**   Monday August 6, 2018 after Toolbox meeting

Montage_BRC_Safety Issues_07302018    Page 2 of 2

# SAFETY TRAINING SIGN-IN SHEET

TOPIC: **SAFETY TIPS FOR HOT WORK**

COMPANY NAME: **Montage, Inc.**            DATE: **8/6/2018**

TRAINING LED BY: **Ieva Vaisvilas**

| PRINT NAME | SIGNATURE | COMPANY |
|---|---|---|
| PAUH ION | [sig] | BRC |
| BAROAHO Viorel | [sig] | BRC |
| Mustafa Saritas | [sig] | B.R.C. |
| Ahmet Santas | [sig] | B.R.C |
| Hosnimov Sajokhon | [sig] | BRP |
| Tuta Tudor | [sig] | BRC |
| ESER CINER | [sig] | — |
| SERDA UNUTGANLO | [sig] | — |
| CAN YILDIZ | [sig] | — |
| TARIK KAMBU | [sig] | — |
| Abdullaev Amir | [sig] | B.R.C. |
| Jocob Cristion | [sig] | BRC |
| Cesur BASIM | [sig] | BRC |
| Coteam Felix Viorel | [sig] | B.R.C. |
| Hakan Zengin | [sig] | BRC |
| Sukru Gur | [sig] | B-RCC |
| HUSEYIN GULTEKIN | [sig] | BRC |
| Nizomov A | [sig] | BRC |
| MARIAM HORVAT | [sig] | R.Y.K.A |
| Juraboev Sharif | [sig] | BRC |
| MAREK HORVAT | [sig] | RYKA |
| Mohmad Yehuz | [sig] | Brc |
| [illegible] | [sig] | Brc |
| albert [illegible] | [sig] | R.Y.K.A |

| PRINT NAME | SIGNATURE | COMPANY |
|---|---|---|
| Neooscu Valenti- | [signature] | BRC |
| LADISLAV S... | [signature] | R.T.KA |
| AZIZ SAHAN | [signature] | BRC. |
| ERVIN MIGA | [signature] | R.Y.KA. |
| JOZEF | [signature] | RYKA |
| [illegible] | [signature] | RYKA |
| Majidkhonov Inushon | [signature] | B.R.C. |
| Romulus [illegible] | [signature] | BRC |
| PALOS FLOREA | Polos | BRC. |
| Zeki engin | [signature] | B-R-C- |

# Safety Tips for Hot Work

When you weld, cut or grind, the potential for accidents is significant. Eyes and skin can be burned, hearing can be damaged and an electric shock can kill you. Among the hot metal, sparks and flying chips, are compressed gases stored in high-pressure cylinders. Even the fumes and gases produced during the welding process can damage your respiratory system or cause asphyxiation.
It's crucial to be cautious. Wear your personal protective equipment (PPE), maintain a safe workplace and follow safety rules.

Your PPE should include:

- Eye protection to shield against sparks, molten metal and welder's flash
- Hearing protection
- Clothing made of heat-resistant materials, such as an apron made of leather
- Safety boots
- Gloves made of leather or other flameproof fabric
- Respiratory protection to protect against toxic chemicals and gases. Before you use a respirator, get proper training and have it properly fitted.

Wearing proper PPE is first step, you must also keep your work area safe and follow these safety rules:

- Try to weld only in well-ventilated areas.
- Work in confined spaces only if they've been atmosphere-tested. Follow all other confined space procedures.
- Do not weld, cut or grind near flammable or combustible materials, liquids, vapors and dusts.
- Have the appropriate fire extinguisher close by.
- Use only approved equipment in good condition and follow the manufacturer's instructions.
- Inspect equipment for loose connections, bare wires or cables before operating. Make sure the machinery is properly grounded.
- Handle compressed gas cylinders safely, following proper use and storage procedures.

AFTEK  KAW

DO NOT REMOVE FE FROM IT'S ORIGINAL SPOT.

- Keep aisles and stairways clear of cables and equipment.
- Keep other people a safe distance from welding and cutting operations.
- Learn first aid techniques for burns, poison inhalation, shock and eye injuries.
- Know where the safety showers and eyewash stations are and how to use them.

You should also watch for symptoms of metal fume fever, caused by breathing fumes formed while welding. Symptoms may include a metallic taste in the mouth, dry nose and throat, weakness, fatigue, joint and muscle pain, fever, chills and nausea. Notify your supervisor immediately if you experience any of these symptoms.

DO N

DON'T GO IN THE TRENCHES BEFORE INSPECTED THIS MORNING