# Ex. 1

## (Value of Seven DOS Projects Highlighted by the Government in Connection with this *Fatico* Hearing)

| State Dept. Project | Year that Project Was Awarded | Appx. Value of Contract |
|---|---|---|
| Lagos | 2008 | $26,000,000 |
| Guayaquil | 2014 | $17,039,611 |
| Prague | 2016 | $20,282,303 |
| Madrid | 2016 | $15,453,200 |
| Bermuda | 2016 | $6,296,735 |
| Ouagadougou | 2016 | $2,295,000 |
| Khartoum | 2017 | $16,348,642 |
| **Total** | | **$103,715,491** |