# **FBI IDIQ 1 – CPAR**

# **(DX SG-13)**

For Official Use Only / Source Selection Sensitive Information, See FAR 2.101, 3.104, and 42.1503

# CONTRACTOR PERFORMANCE ASSESSMENT REPORT(CPAR)
## CONSTRUCTION

## Contractor Information

| | |
|---|---|
| **Vendor Name:** | MONTAGE, INC. |
| **Division Name:** | |
| **Street:** | 3636 16TH ST NW APT AG50 |
| **City, State/Province, ZIP Code:** | WASHINGTON, DC, 200101146 |
| **Country:** | USA |
| **Unique Entity ID:** | RALKDB351J43 |
| **CAGE Code:** | |

## Contract Information

| | |
|---|---|
| **Contract Number:** | DJF141200V0011071 |
| **Business Sector & Sub-Sector:** | CONSTRUCTION, |
| **Product/Service Code:** | Y1AA |
| **Principal NAICS Code:** | 236220 |
| **Evaluation Type:** | Final |
| **Contract Percent Complete:** | |
| **Period of Performance Being Assessed:** | 04/24/2018-09/07/2018 |
| **Location of Work:** | |
| **Date Signed:** | 09/08/2013 |
| **Period of Performance Start Date:** | 04/25/2014 |
| **Est Ult Completion Date LDTO:** | 09/07/2018 |
| **Actual Completion Date:** | 09/07/2018 |
| **Base and All Options Value:** | $21,500,000.00 |
| **Action Obligation:** | $0.00 |
| **Complexity:** | Low |
| **Termination Type:** | None |
| **Extent Competed:** | Full and Open Competition after Exclusion of Sources |
| **Type of Contract:** | Firm Fixed Price |

## Contracting Office Information

| | |
|---|---|
| **Contracting Office:** | DEPT OF JUST/FEDERAL BUREAU OF I |
| **Contracting Officer:** | DAVE TRIPLETT |
| **Phone Number:** | 202-324-3000 |

## Key Subcontractors and Effort Performed

| | |
|---|---|
| **Project Number:** | |
| **Project Title:** | IDIQ FOR Construction and renovation services. |
| **Contract Effort Description:** | IDIQ FOR Construction and renovation services. |

## Small Business Utilization

Does this contract include a subcontracting plan?  NO
Date of last Individual Subcontracting Report (ISR) / Summary Subcontracting Report (SSR):  N/A

| Evaluation Area | Rating |
|---|---|
| Quality: | N/A |
| Schedule: | N/A |
| Cost Control: | N/A |
| Management: | SATISFACTORY |
| Small Business Subcontracting: | N/A |
| Regulatory Compliance: | N/A |
| Other Areas: | |
| (1) | |
| (2) | |
| (3) | |

**Variance (Contract to Date)**

**Current Cost Variance(%):**
**Completion Cost Variance(%):**
**Current Schedule Variance(%):**
**Completion Schedule Variance(%):**

**Assessing Official Comments - Quality**

**Quality Rating:** N/A

**Assessing Official Comments - Schedule**

**Schedule Rating:** N/A

**Assessing Official Comments - Cost Control**

**Cost Control Rating:** N/A

**Assessing Official Comments - Management**

*This is the FAR Definition of SATISFACTORY: Performance meets contractual requirements. The element being assessed contains some minor problems for which corrective actions taken by the contractor appear or were satisfactory.*
**Management Rating:** SATISFACTORY
**Comments:** The contractor displayed a cooperative attitude in its relations with the Governments representatives and was responsive to requests for information.

**Assessing Official Comments - Small Business Subcontracting**

**Small Business Subcontracting Rating:** N/A

**Assessing Official Comments - Regulatory Compliance**

**Regulatory Compliance Rating:** N/A

**Assessing Official Comments - Other Areas**

**Assessing Official Comments - Additional/Other**

**Comments:** This evaluation is provided for administrative purposes only. Individual orders placed against this contract above the applicable threshold have received or will receive standalone evaluations provided by the Assessing Official and Assessing Official Representative to match each period of performance to meet all CPARS requirements.

**Recommendation**

Given what I know today about the contractor's ability to perform in accordance with this contract or order's most significant requirements, I **would** recommend them for similar requirements in the future.

**Name and Title of Assessing Official**

| | |
|---|---|
| **Name:** | KRISTA CASTOR |
| **Title:** | FBI CPARS Manager |
| **Organization:** | FBI |
| **Phone Number:** | 256-213-2630 |
| **Email Address:** | kdcastor@fbi.gov |
| **Date:** | 03/29/2021 |

**Contractor Comments**

**Additional/Other:** Contractor agrees with the ratings assigned.

**Name and Title of Contractor Representative**

| | |
|---|---|
| **Name:** | SINA MOAYEDI |
| **Title:** | President |
| **Phone Number:** | 202-332-0186 |
| **Email Address:** | sinam@montageinc.com |
| **Date:** | 03/29/2021 |

**Review by Reviewing Official**

ADDITIONAL/OTHER: Review by Reviewing Official not required.

**Name and Title of Reviewing Official**

**Name:**
**Title:**
**Organization:**
**Phone Number:**
**Email Address:**
**Date:**