# Ex. 2

## (Competitor's Bid for the Guayaquil Project, Which Moayedi Obtained By Bribing a State Department Insider)

*Request To Be Filed Under Seal Out of Respect for Competitor*