Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

Caption:
United States v.

v Sina Moayedi

Docket No.: 22 Cr. 188 (JSR)
Hon. Jed S. Rakoff
(District Court Judge)

Notice is hereby given that Sina Moayedi appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other , of the US DIstrict Court, SDNY (specify) entered in this action on December 12, 2023.
(date)

This appeal concerns: Conviction only |__| Sentence only |✔| Conviction & Sentence |__| Other |__|

Defendant found guilty by plea |✔| trial |  | N/A |  |

Offense occurred after November 1, 1987? Yes |✔| No [ ] N/A [ ]

Date of sentence: 12/08/2023   N/A |__|

Bail/Jail Disposition: Committed |✔|   Not committed |  |   N/A |  |

Appellant is represented by counsel? Yes ✔ ] No |   If yes, provide the following information:

Defendant's Counsel:   Frederick L. Sosinsky
Counsel's Address:     45 Broadway, Suite 3010
                       New York, New York 10006
Counsel's Phone:       (212) 285-2270

Assistant U.S. Attorney:  Michael Neff
AUSA's Address:           United States Attorney's Office, Southern District of NY
                          One Saint Andrew's Plaza, New York, NY 10007
AUSA's Phone:             (212) 637-2107

Signature

#24513- $605.00 - EN- 12/18/2023

# U.S. District Court

## New York Southern - Manhattan

**THIS IS A COPY**

**AMENDED RECEIPT**

Receipt Date: Dec 18, 2023 3:23PM

SINA MOAYEDI

Rcpt. No: 24513                Trans. Date: Dec 18, 2023 3:23PM                Cashier ID: #EN

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #4124 | 12/18/2023 | $605.00 |

Total Due Prior to Payment: $605.00
Total Tendered: $605.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: 22CR188-1 JSR

**RECEIPT AMENDED** by staff #4390 12/18/2023 3:31 PM
**AMENDMENT VERIFIED** by staff #2130 12/18/2023 3:32 PM
**Correction Reason**: 99) Other CORRECT COMMENTS

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.