UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Judgment Creditor,<br><br>     v.<br><br>SINA MOAYEDI,<br><br>             Judgment Debtor,<br><br>          and<br><br>NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION,<br><br>             Respondent. | 221 CR 188 (JSR)<br><br>**PUBLIC FILING** |

## ANSWER OF THE RESPONDENT

I, _____Sophie Park_____, the _____Senior Specialist_____ of the Respondent
          (name)                        (title)

_____New York Life Insurance Company_____, state under penalty of perjury as follows:

RESPONDENT IS (choose one):

[ ___ ] An individual doing business in the name of _____.
[ ___ ] A partnership, [ ___ ] LP, [ ___ ] LLP or [ ___ ] LLC
[ V ] A corporation, organized under the laws of the State of __Delaware__.

I acknowledge receipt of the United States' request that Respondent waive service of a NYCPLR 5222 Restraining Notice and a NYCPLR 5224 Information Subpoena under Rules 4-4.1 of the Federal Rules of Civil Procedure in this proceeding. Without waiving defenses or objections to the garnishment or to the jurisdiction or venue of the court except for objections based on a defect in the service of the process, I agreed to accept service for the Respondent by:

[ ___ ] facsimile at ( ___ ) _____-_____ and/or
[ ___ ] e-mail at _____and/or
[ V ] first class mail at  New York Life Insurance Company
                            Office of the General Counsel.
                            51 Madison Ave, New York, NY 10010

On January 5, 2024, Respondent received a NYCPLR 5222 Restraining Notice and a NYCPLR 5224 Information Subpoena. At the time of service, Respondent had in its possession or control, the following property of the judgment debtor:

1.    **Financial Accounts**

**Account 1**

Type: Variable Universal

No.: 63554723

Title owner(s):     Sina Moayedi

Amount: $ 145,526.53

**Account 2**

Type:

No.:

Title owner(s):

Amount: $

**Account 3**

Type:

No.:

Title owner(s):

Amount: $

**Account 4**

Type:

No.:

Title owner(s):

Amount: $

For any pension or retirement plan, produce a copy of the governing plan document detailing terms and conditions for eligibility to withdraw funds.

2.    **Safety Deposit Box**

Box No.:

Last accessed:

Owners  other than the judgment debtor:

3.    Detail other personal property in the respondent's possession, custody, or control:

N/A

4.    Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony? [___] Yes or [___] No; if the answer is yes, describe below (case number, state, county):

N/A

5.    Does the respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest? [___] Yes or [___] No. If the answer is yes, describe below:

N/A

**IF RESPONDENT DENIES HOLDING PROPERTY SUBJECT TO RESTRAINT:**

6.   Check and complete the applicable line below:

[   ]   Respondent has the following objections, defenses, or set-offs:

_____

_____

[   ]   On the date the respondent was served with the notice, the respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property in which the judgment debtor has an interest.

RESPONDENT mailed a copy of this Answer by first-class mail to:

(1) the judgment debtor, ___Sina Moayedi___, at _4705 Chevy Chase Blvd, Chevy Chase, MD 20815_

(2) the Clerk of Court, United States Courthouse, 500 Pearl Street, New York, NY 10007, Attn: Arraignment Unit, Rm 520; AND

(3) USAO-SDNY-FLP, 86 Chambers Street, 3ird Floor, New York, NY 10007.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this _9_ day of ___January___, 2024.

_____   ___Sophie Park_____
(Signature)                                             (Print Name)

Title ___Senior Specialist_____

Address ___51 Madison Avenue_____

City, State, Zip _New York, NY 10010_____

Telephone and Fax Numbers ___212-576-6814 and 732-389-4930_____

Email ___Soyoung_Park@newyorklife.com_____

STATE OF _New York_____
COUNTY OF _New York_____

Subscribed and sworn to before me this ___9th___ day of ___January_____, 2024.

_Mariana Fradman_____          My Commission expires:_____
Notary Public Signature                                                         (Seal)

FRADMAN MARIANA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01FR6066571
Qualified in King County
Commission Expires November 19, 2025

Answer of Respondent to Restraining Notice & Information Subpoena – Page 3



New York Life Insurance Company
51 Madison Avenue
Room W10093
New York, New York 10010
Tel. (212) 576-6814
E-mail : Soyoung_Park@newyorklife.com

**Sophie Park**
**Senior Specialist**

*Via email at melissa.childs@usdoj.gov and UPS*

January 9, 2024

**ATTN: Financial Litigation Unit, USAO**
86 Chambers Street, Third Floor
New York, NY 10007

        RE:     ***United States v. Sina Moayedi***
                ***Case No.: 221 CR 188 (JSR)***

Dear Ms. Childs:

New York Life Insurance Company is in receipt of the Restraining Notices and Information Subpoena in the above referenced matter. Pursuant to the request, please find the answer of the Respondent.

I confirm that I mailed the original copy to USAO-SDNY-FLP and a copy to the judgment debtor and the Clerk of Court on January 9, 2024.

Please feel free to contact me should you have any questions.

Sincerely,

*Sophie Park*

Sophie Park
Enclosures

cc.     The Judgment Debtor, Sina Moayedi, at 4705 Chevy Chase Blvd, Chevy Chase, MD 20815
        The Clerk of Court, United States Courthouse at 500 Pearl Street, New York, NY 10007

SOYOUNG (SOPHIE) PARK
NEW YORK LIFE
51 MADISON AVE
NEW YORK NY 10010

0.1 LBS LTR          1 OF 1

SHIP TO:
THE CLERK OF COURT, United States Courthouse
500 PEARL STREET
**NEW YORK NY 10007-1316**

Attn: Arraignment Unit, Rm 520

# NY 102 9-10

## UPS NEXT DAY AIR SAVER          1P
TRACKING #: 1Z C1F 923 13 2515 4543

BILLING: P/P

Reference 1: 501311

CS 23.7.00.   WNTNV50 2.0A 01/2024*

THE CLERK OF COURT
500 PEARL ST
NEW YORK NY 10007

PURPLE S. EVNT
MUN - 0698