

**New York Life Insurance Company**
51 Madison Avenue
Room W10093
New York, New York 10010
Tel. (212) 576-6814
E-mail : Soyoung_Park@newyorklife.com

**Sophie Park**
**Senior Specialist**

***Via email at melissa.childs@usdoj.gov and UPS***

January 11, 2024

**ATTN: Financial Litigation Unit, USAO**
86 Chambers Street, Third Floor
New York, NY 10007

**RE:** ***United States v. Sina Moayedi***
**Case No.: 221 CR 188 (JSR)**

Dear Ms. Childs:

This letter is to inform you that I am submitting an Amended Response to the original response that I submitted on January 9, 2024. Policy 63554723 which I disclosed in my original response is not owned by the judgment debtor, but rather is owned by the Sina Moayedi ILIT 2018.

Please feel free to contact me should you have any questions.

Sincerely,

Sophie Park

Sophie Park
Enclosures

cc. The Judgment Debtor, Sina Moayedi, at 10201 Grosvenor PL Apt 902, Rockville MD 20852, MD 20815
The Clerk of Court, United States Courthouse at 500 Pearl Street, New York, NY 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Judgment Creditor,

v.

SINA MOAYEDI,

Judgment Debtor,

and

NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION,

Respondent.

221 CR 188 (JSR)

**PUBLIC FILING**

**ANSWER OF THE RESPONDENT**

I, Sophie Park (name), the Senior Specialist (title) of the Respondent New York Life Insurance Company, state under penalty of perjury as follows:

RESPONDENT IS (choose one):

[___] An individual doing business in the name of ____________________.
[___] A partnership, [___] LP, [___] LLP or [___] LLC
[ V ] A corporation, organized under the laws of the State of Delaware.

I acknowledge receipt of the United States' request that Respondent waive service of a NYCPLR 5222 Restraining Notice and a NYCPLR 5224 Information Subpoena under Rules 4-4.1 of the Federal Rules of Civil Procedure in this proceeding. Without waiving defenses or objections to the garnishment or to the jurisdiction or venue of the court except for objections based on a defect in the service of the process, I agreed to accept service for the Respondent by:

[___] facsimile at (___) ________-__________ and/or
[___] e-mail at ____________________________ and/or
[ V ] first class mail at New York Life Insurance Company
Office of the General Counsel
51 Madison Ave, New York, NY 10010.

On January 5, 2024, Respondent received a NYCPLR 5222 Restraining Notice and a NYCPLR 5224 Information Subpoena. At the time of service, Respondent had in its possession or control, the following property of the judgment debtor:

**1. Financial Accounts**

**Account 1**
Type: ____
No.: ____
Title owner(s): ____
Amount: ____

**Account 2**
Type: ____
No.: ____
Title owner(s): ____
Amount: $ ____

**Account 3**
Type: ____
No.: ____
Title owner(s): ____
Amount: $ ____

**Account 4**
Type: ____
No.: ____
Title owner(s): ____
Amount: $ ____

For any pension or retirement plan, produce a copy of the governing plan document detailing terms and conditions for eligibility to withdraw funds.

**2. Safety Deposit Box**

Box No.: ____
Last accessed: ____
Owners other than the judgment debtor:
____
____

3. Detail other personal property in the respondent's possession, custody, or control:

No

4. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?
[___] Yes or [___] No; if the answer is yes, describe below (case number, state, county):

No

5. Does the respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest? [___] Yes or [___] No. If the answer is yes, describe below: No

**IF RESPONDENT DENIES HOLDING PROPERTY SUBJECT TO RESTRAINT:**

6. Check and complete the applicable line below:

[___] Respondent has the following objections, defenses, or set-offs:

______________________________________________

______________________________________________

[___] On the date the respondent was served with the notice, the respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property in which the judgment debtor has an interest.

RESPONDENT mailed a copy of this Answer by first-class mail to:

(1) the judgment debtor, Sina Moayedi, at 10201 Grosvenor PL Apt 902, Rockville MD 20852,

(2) the Clerk of Court, United States Courthouse, 500 Pearl Street, New York, NY 10007, Attn: Arraignment Unit, Rm 520; AND

(3) USAO-SDNY-FLP, 86 Chambers Street, 3ird Floor, New York, NY 10007.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this 11 day of January, 2024.

[signature] Sophie Park
(Signature) (Print Name)

Title Senior Specialist

Address 51 Madison Avenue

City, State, Zip New York, NY 10010

Telephone and Fax Numbers ______________

Email Soyoung_Park@newyorklife.com

STATE OF ______________
COUNTY OF ______________

Subscribed and sworn to before me this 11th day of January, 2024.

Mariana Fradman
Notary Public Signature

My Commission expires: ______________
(Seal)

FRADMAN MARIANA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01FR6066571
Qualified in King County
Commission Expires November 19, 2025

SOYOUNG (SOPHIE) PARK
NEW YORK LIFE
51 MADISON AVE
NEW YORK NY 10010

**0.1 LBS LTR** **1 OF 1**

**SHIP TO:**
ARRAIGNMENT UNIT
THE CLERK OF COURT
RM 520
500 PEARL ST
**NEW YORK NY 10007-1316**



**NY 102 9-10**

**UPS NEXT DAY AIR SAVER** **1P**

TRACKING #: 1Z C1F 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 8292



BILLING: P/P

Reference 1: 501311

CS 23.7.00. WNTNV50 2.0A 01/2024*

https://www.campusship.ups.com/cship/create?ActionOriginPair=default___PrintWindowPage&key=labelWindow&type=html&loc=en_US&instr=A&do... 1/1

by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

than 110 years



PS's privacy practices or to opt ou
lease see the UPS Privacy Notice

010195103 5/21 PAC Uni

**UPS Next Day Air®**
**UPS Worldwide Ex**
**UPS 2nd Day Air®**
**UPS Worldwide Ex**
**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**