THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff* | ) | 1:22-cr-00188-JSR |
| v. | ) | |
| SINA MOAYEDI, | ) | |
| *Defendant.* | ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Pursuant to Local Criminal Rule 1.2, Sara Kropf and Rebecca Guiterman of Kropf Moseley PLLC, move to withdraw as counsel for Defendant Sina Moayedi. Good cause exists to grant this motion for the following reasons:

1. Ms. Kropf was admitted *pro hac vice* to represent Mr. Moayedi in this criminal case, and Ms. Guiterman is admitted to practice in the Southern District of New York.

2. The Court sentenced Mr. Moayedi on December 8, 2023, and entered its final judgment on December 13, 2023 (ECF 57). There are no pending deadlines, and the case is now closed.

3. Mr. Moayedi filed a notice of appeal (ECF 58). On January 16, 2024, the Second Circuit appointed new counsel for Mr. Moayedi under the Criminal Justice Act. *See United States v. Moayedi* (2d Cir.), No. 23-8050, Dkt. 12.

4. Counsel has informed Mr. Moayedi about this motion and will send a copy of this motion to him.

A proposed order is included with this filing.

Dated: January 22, 2024  Respectfully Submitted,

/s/ Sara E. Kropf
Sara E. Kropf, Esq.
Rebecca Guiterman, Esq.
Kropf Moseley PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
(202) 627-6900
sara@kmlawfirm.com
rebecca@kmlawfirm.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 22nd day of January 2024, the foregoing motion was served by electronic filing on all counsel of record through the Court's electronic filing system and on Defendant Sina Moayedi via first-class mail.

               /s/ Sara E. Kropf
               Sara E. Kropf