ANDREW FREIFELD, ESQ.
P.O. BOX 3196
NEW YORK, NEW YORK 10008
TEL: 917-553-6030
E-MAIL: ANDREW.FREIFELD@YAHOO.COM

January 17, 2024

Hon. Jed S. Rakoff, *USDJ*
United States District Court for
  the Southern District of New York

    Re:    <u>*United States v. Sina Moayedi,* # 22-cr-188-JSR-1</u>

Dear Judge Rakoff:

    Pursuant to an order entered January 16, 2024, by the US Court of Appeals for the Second Circuit in *USA v. Moayedi,* # 23-8050 (copy enclosed), I represent Mr. Moayedi on his appeal of the judgment entered by your Honor in the above-referenced action on December 13, 2023.

    I write to request that the Court direct the Probation Office to deliver to me a copy of the draft and final Presentence Investigation Reports in Mr. Moayedi's case.

    Thank you for your consideration .

                                                           Respectfully submitted,

                                                           Andrew Freifeld

Enclosure

cc:    AUSA Michael Neff, United States Attorney for the SDNY
       US Probation, SDNY

SO ORDERED
*[signed]*
USDJ
1-22-24