THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*<br><br>v.<br><br>SINA MOAYEDI,<br><br>    *Defendant.* | 1:22-cr-00188-JSR |

## ~~[PROPOSED]~~ ORDER

Upon consideration of the Motion to Withdraw as Counsel for Defendants, and the entire record herein, the motion is GRANTED. Sara Kropf and Rebecca Guiterman are withdrawn as counsel of record for Defendant Sina Moayedi.

                                                         _____
                                                         Hon. Jed S. Rakoff
                                                         USDJ
                                                         1-23-24